UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 15-cv-62688-BLOOM/Valle

FLORIDIANS FOR SOLAR
CHOICE, INC. a Florida not for
Profit corporation,

    Plaintiff,

v.

PCI CONSULTANTS, INC. and
ANGELO PAPARELLA,
individually,

    Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following entry of the Order Granting Motion for Entry of Final Judgment, ECF No. [45]. Accordingly, the Court enters Final Judgment as follows:

1. Pursuant to the Final Award in Arbitration, entered on October 10, 2017, as corrected by the Corrected Final Award entered on November 1, 2017, Floridians for Solar Choice, Inc. ("FSC"), whose principal address is 120 East Oakland Park Blvd., Suite 105, Fort Lauderdale, FL 33334, and Southern Alliance for Clean Energy, Inc. ("SACE"), whose principal address is 3804 Middlebrook Pike, Knoxville TN 37921, shall recover from Defendant, PCI Consultants, Inc. ("PCI"), a California Corporation, whose principal address is 26500 West Agoura Road, Suite 102-146, Calabasas, CA 91302 a **total amount of $2,015,893.78**, comprised of the following amounts:

Case No. 15-cv-62688-BLOOM/Valle

    a. **$1,271,250.00** as principal;

    b. **$230,218.34** as pre-award interest through October 10, 2017;

    c. **$117,025.44** in post-award prejudgment interest from October 11, 2017 through the date of this Judgment (336 days) at $348.29 per day; and,

    d. **$18,277.00** as costs.

2. FSC and SACE shall recover attorneys' fees in the amount of **$340,000.00**.

3. Post-award interest on attorneys' fees from July 20, 2017 (the date of the initial award) until the date of this Judgment (420 days), at $93.15 per day or **$39,123.00**.

4. PCI shall recover nothing from its claims in arbitration.

Postjudgment interest shall accrue pursuant to 28 U.S.C. § 1961 for all of which let execution issue forthwith.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 12th day of September, 2018.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record