# WRIT OF EXECUTION

| UNITED STATES DISTRICT COURT | DISTRICT | Southern District of Florida |
|---|---|---|

TO THE MARSHAL OF: US MARSHAL SERVICE, SOUTHERN DISTRICT OF FLORIDA

YOU ARE HEREBY COMMANDED, that of the goods and chattels, lands and tenements in your district belonging to:

**NAME**

PCI CONSULTANTS, INC.

you cause to be made and levied as well a certain debt of:

| DOLLAR AMOUNT | DOLLAR AMOUNT |
|---|---|
| TWO MILLION FIFTEEN THOUSAND EIGHT HUNDRED NINETY THREE DOLLARS and | 78/100 ($2,015,893.78) |

in the United States District Court for the SOUTHERN District of FLORIDA, before the Judge of the said Court by the consideration of the same Judge lately recovered against the said,

Defendant, PCI CONSULTANTS, INC., 26500 West Agoura Road, Suite 102-146, Calabasas, CA 91302. FLORIDIANS FOR SOLAR CHOICE, INC. v PCI CONSULTANTS, INC., et. al. Case #15-CV-62688-BLOOM/Valle

and also the costs that may accrue under this writ.

And that you have above listed moneys at the place and date listed below; and that you bring this writ with you.

| PLACE | U.S. DISTRICT COURTHOUSE | DISTRICT | SOUTHERN DISTRICT OF FLORIDA |
|---|---|---|---|
| CITY | MIAMI, FLORIDA | DATE | INSTANTER |

Witness the Honorable BETH BLOOM
*(United States Judge)*

| DATE | CLERK OF COURT |
|---|---|
|  | (BY) DEPUTY CLERK |

## RETURN

| DATE RECEIVED | DATE OF EXECUTION OF WRIT |
|---|---|

This writ was received and executed.

| U.S. MARSHAL | (BY) DEPUTY MARSHAL |
|---|---|