# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# FORT LAUDERDALE DIVISION

FLORIDIANS FOR SOLAR CHOICE, INC.,
a Florida not for profit corporation,

**CASE NO. 0:15 -cv-62688-BLOOM/Valle**

    Plaintiff/Judgment Creditor,

v.

PCI CONSULTANTS, INC., a California
Corporation; and ANGELO PAPARELLA,
individually,

    Defendants/Judgment Debtors.
_____/

## PCI CONSULTANTS, INC.'S RESPONSE TO MOTION TO REQUIRE DEFENDANT/JUDGMENT DEBTOR TO COMPLETE FLA. R. CIV. P. FORM 1.977

    Defendant PCI Consultants, Inc. ("PCI") hereby responds to Plaintiff's Motion to Require Defendant to Complete Fla. R. Civ. P. Form 1.977 [DE 66] (the "Motion"). PCI does not object to the relief sought in the Motion but respectfully requests that it be given forty-five days from the date of the order requiring same to complete the fact information sheet, which is the standard deadline to complete the fact information sheet under Fla. R. Civ. P. 1.560(b). *See id.* ("the court, at the request of the judgment creditor, shall order the judgment debtor or debtors to complete form 1.977, including all required attachments, within 45 days of the order or such other reasonable time as determined by the court.") PCI anticipates that a forty-five-day deadline will be sufficient time to compile and submit full and complete responses.[1]

    Dated: January 31, 2019

---

[1] PCI's principal is currently out of the country on a three-week pre-planned vacation in the Serengeti Plains with limited access to internet and files.

1

        Respectfully Submitted,

        By:    */s/ Averil Andrews*
              Averil Andrews, Esq. FBN: 105700
              aandrews@devinegoodman.com
              Robert J. Kuntz, Esq. FBN: 94668
              rkuntz@devinegoodman.com
              **DEVINE GOODMAN RASCO & WATTS-FITZGERALD LLP**
              2800 Ponce de Leon Blvd., Suite 1400
              Coral Gables, FL 33134
              Telephone: (305) 374-8200

Christian S. Molnar, *Admitted Pro Hac Vice*
cmolnar@arendsenlaw.com
Levi Lesches, *Admitted Pro Hac Vice*
llesches@arendsenlaw.com
**ARENDSEN CANE MOLNAR, LLP**
315 South Beverly Drive, Suite 320
Beverly Hills, California 90212
Telephone: (310) 299-8630

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document was served via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic filing on all counsel or parties of record listed below on January 31, 2019.

| | |
|---|---|
| Marshall A. Adams<br>Bernard M. Cassidy<br>LUBELL ROSEN, PA<br>200 South Andrews Ave., Suite 900<br>Fort Lauderdale, Florida 33301<br>maa@lubellrosen.com<br>bcassidy@comcast.net | Scott Lawrence Cagan<br>GRAY ROBINSON, PA<br>401 E. Las Olas Blvd., Suite 1000<br>Fort Lauderdale, Florida 33301<br>scott.cagan@gray-robinson.com |

*Counsel for Plaintiff*

              */s/ Averil Andrews*
              Averil Andrews