UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 15-cv-62688-BLOOM/Valle**

FLORIDIANS FOR SOLAR
CHOICE, INC. a Florida not for
Profit corporation,

    Plaintiff,

v.

PCI CONSULTANTS, INC. and
ANGELO PAPARELLA,
individually,

    Defendants.
_____/

## ORDER AWARDING FEES

**THIS CAUSE** is before the Court following the Court's Order on Third Motion to Compel and for Sanctions and Order to Show Cause, ECF No. [101] ("Order"). In that Order, the Court determined that Plaintiff Floridians for Solar Choice, Inc. ("FSC") shall recover from Defendant PCI Consultants, Inc. ("PCI") its reasonable attorneys' fees and costs incurred in its efforts to obtain compliance with this Court's previous orders regarding post-judgment discovery. The Court directed FSC to file an itemization of the fees incurred in filing its three motions to compel. *See* Order, ECF No. [101] at 3. FSC timely filed the itemization, ECF No. [107], which the Court has carefully reviewed. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. FSC shall recover a total of **$27,264.00** in attorneys' fees, representing the reasonable amount incurred in filing the second and third motions to compel.[1]

---

[1] The Court denied FSC's request for sanctions with respect to the first motion to compel. *See* ECF No. [76].

2. PCI shall pay FSC the amount of **$27,264.00** within thirty (30) days of the date of this Order.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 17, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Counsel of Record