UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

In the matter of: Civil Case Transfers to
**District Judge Rodney Smith**

| | |
|---|---|
| Floridians for Solar Choice, Inc. v. Paparella | Case No. 15-cv-62688 |
| Anaya v. Jones | Case No. 17-cv-62058 |
| Dalberiste v. GLE Associates, Inc. | Case No. 18-cv-62276 |
| Larke v. AS Fiorella Schiffahrtsgesellschaft MBH & Co KG | Case No. 18-cv-62544 |
| Temurian v. Piccolo | Case No: 18-cv-62737 |
| Fairways of Sunrise Homeowners Assoc., Inc. v. Rockhill Ins. Co. | Case No. 18-cv-62954 |
| Hoffman v. Acting Comm'r of Social Security | Case No. 18-cv-80163 |
| Elfus v. Impact Sports Basketball LLC | Case No. 18-cv-80752 |
| Fernandez v. Wells Fargo Bank, N.A. | Case No. 19-cv-21720 |
| Auf v. Howard University | Case No. 19-cv-22065 |
| Telasco v. The Florida Bar | Case No. 19-cv-22135 |
| Pure Fresh, LLC v. Liaison Can./U.S. Logistics (USA) Corp. | Case No. 19-cv-60079 |
| Simmons v. Monterey Financial Services, LLC | Case No. 19-cv-60611 |
| Itayim v. The Keyes Company | Case No. 19-cv-60719 |
| Pagano v. Pekrol | Case No. 19-cv-60891 |
| Co v. Santander Consumer USA, Inc. | Case No. 19-cv-60959 |
| Southam v. Red Wing Brands of America, Inc. | Case No. 19-cv-61255 |
| Galvan v. Marketsource, Inc. | Case No. 19-cv-61307 |
| Lewis v. Tony | Case No. 19-cv-61431 |
| U.S. Secs. & Exchange Comm'n v. Brown | Case No. 19-mc-80503 |

## ORDER OF REASSIGNMENT

The above-styled cases have been selected by the Clerk of Court utilizing a random selection procedure to insure the fair and impartial reassignment of cases from the undersigned District Judge to the newly appointed **District Judge Rodney Smith**.

Prior to executing this Order, the undersigned has reviewed the files and has ruled upon all pending ripe motions that have not been referred to the paired Magistrate Judge, and which are fully briefed, in accordance with the policy established by the Judges of the Southern District of Florida (see Internal Operating Procedures, Section 2.05.03 -2.05.04).

It is **ORDERED** that the above-styled actions are **REASSIGNED** to the calendar of the **Honorable Rodney Smith** as of June 17, 2019 for all further proceedings.

It is further **ORDERED** that all currently pending hearings set before the undersigned Judge are TERMINATED and are to be rescheduled by **District Judge Rodney Smith**.

It is further **ORDERED** that all deadlines will REMAIN IN EFFECT unless altered by **District Judge Rodney Smith**.

It is further **ORDERED** that all pleadings hereafter filed shall bear the assigned case number followed by the initials **RS** in lieu of the present initials.

**DONE AND ORDERED** in Chambers at Miami, Florida, on June 17, 2019.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

All counsel of record/pro se parties

Magistrate Judge Alicia O. Valle

Magistrate Judge Bruce E. Reinhart

Magistrate Judge Lauren F. Louis