UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-62688-SMITH/VALLE

FLORIDIANS FOR SOLAR CHOICE, INC.,
A Florida not for profit corporation,

      Plaintiff,

v.

PCI CONSULTANTS, INC., a California corp.,
and ANGELO PAPARELLA, individually,

      Defendants.
and

AAP HOLDING COMPANY, INC., a Delaware
Corporation, BH-AP PETITIONING PARTNERS,
LLC, a Delaware limited liability company, and
ANGELO PAPARELLA, individually and DANA
GONZALEZ-APLIN, as Trustee of the BNVFBVN
Trust. CARMEN G. PAPARELLA, individually,
VMAMNTOP, LLC, A California limited liability
Company,

      Defendants.
_____/

**SECOND AMENDED
SUPPLEMENTAL COMPLAINT
FOR FRAUDULENT TRANSFERS
PURSUANT TO FLA. STAT. §56.29(9),
MERE CONTINUATION LIABILITY,
ALTER EGO LIABILITY, DE FACTO
MERGER LIABILITY, AND
UNLAWFUL DISTRIBUTIONS**

      Plaintiff/Judgment Creditor, Floridians for Solar Choice, Inc., ("FSC") and Claimant in

Arbitration/Judgment Creditor, Southern Alliance for Clean Energy, Inc. ("SACE") (collectively,

the "Solar Parties" or "Judgment Creditors"), sue the Defendants/Impleaded Defendants

ANGELO PAPARELLA ("Paparella"), AAP HOLDING COMPANY, INC., a Delaware

Corporation ("AAP"), and BH-AP PETITIONING PARTNERS, LLC ("BH-AP"), a Delaware

limited liability company, and Defendants, DANA GONZALEZ-APLIN, Trustee of BNVFBVN

Trust ("Aplin") CARMEN G. PAPARELLA, ("Wife" or "Mrs. Paparella") VMAMNTOP, LLC a

California limited liability company (the "LLC") (all collectively, "Defendants") and state:

**ALLEGATIONS COMMON TO ALL COUNTS**

**Parties, Jurisdiction and Venue**

1

1.      This is an action pursuant to the Uniform Fraudulent Transfer Act, F.S. Ch. 726, and pursuant to the Florida Proceedings Supplementary Statute, Fla. Stat. § 56.29(9) and for other relief which is in excess of $75,000. There is complete diversity of citizenship pursuant to 28 U.S.C. §1332.

2.      The relief sought herein is authorized by Fla. Stat. §56.29 and in conjunction with Proceedings Supplementary.  This Court has alter ego jurisdiction over all Defendants, as they have all acted as alter egos as to one or more assets of Paparella as transferee to operate and hold the assets to prevent collection of the judgment.  This Court has pendant jurisdiction. This Court also has ancillary jurisdiction to effectuate $2,000,000 judgment under Fla. Stat. §56.29 and specifically Fla. Stat. §56.29(9) and to address the factually interdependent claims raised in this supplemental complaint.  *See Peacock v. Thomas,* 516 U.S. 349, 116 S. Ct. 862, 133 L. Ed. 2d 817 (1996), *EGI-VSR, LLC v. Mitjans*, 2019 U.S. Dist. LEXIS 206430 (S.D. Fla. November 26, 2019) (Objections to Report and Recommendation of Magistrate Judge Otazo-Reyes pending).  Finally, this Court has jurisdiction pursuant to Fla. Stat. §48.193 due to the substantial contacts and business being performed in Florida by Paparella and his alter ego Defendants, PCI, AAP, and BH-AP, and the ownership of Paparella, Mrs. Paparella, and Aplin of real property within the state.

3.      Plaintiff/Judgment Creditor FSC is a Florida corporation, a judgment creditor, with its principal office in and does business in the state of Florida, and *sui juris*.

4.      Arbitration Claimant/Judgment Creditor SACE is a Tennessee corporation, which has its principal office and does business in Tennessee, is a judgment creditor, and *sui juris*.

5.      Defendant/Judgment Debtor PCI is a California corporation which has its principal office in California, but which conducts petition gathering business in Florida.  Solar Parties have obtained an unsatisfied judgment for over $2,000,000 against PCI in this action as a result of PCI's petition gathering for FSC in Florida.

6.      Defendant Paparella is an individual over the age of 18, and a citizen and resident of the state of California.  Paparella conducts petition gathering business activities which are substantial and not isolated in the State of Florida through PCI, AAP and BH-AP, and *sui juris*. Paparella also owns property in the state of Florida.  *See* Ex. 1[1].

7.      Defendant, AAP, is a Delaware corporation that was formed by Paparella, for the purpose of engaging in, and which in fact engages in, the same business as PCI, including in Florida, without paying FSC's Judgment.  AAP's contacts with Florida are substantial and not isolated.  AAP has performed millions of dollars in petition gathering, including over $400,000.00 in Florida.  *See* Ex. 2.

8.      Defendant, BH-AP is a Delaware limited liability company that was formed by Paparella for the purpose of engaging in, and which in fact engages in, the same business as PCI, including in Florida, without paying FSC's Judgment.   BH-AP's contacts with Florida are substantial and not isolated. BH-AP has performed millions of dollars in petition gathering in Florida.  *See* Ex. 3.

9.      Defendant, Aplin, as trustee of the of the BNVFBVN Trust, is an individual, a citizen and resident of the State of California, but who has taken as trustee, legal title to real property in the state of Florida, which was owned by Paparella, individually.  On May 9, 2018 Paparella executed a warranty deed to Aplin (for nominal consideration) to avoid the Court taking jurisdiction of his assets to satisfy the judgment in this action. *See* Ex. 4.  Aplin, as Trustee, therefore received a fraudulent transfer of this real property owned by Paparella, and is now with any beneficiaries thereof, not simply a recipient of a fraudulent transfer, but the alter ego of

---

[1]      *See also* ¶ 9 and Ex. 4.  While Paparella did transfer legal title to a trust for nominal or no consideration – his sister in law, Aplin, is Trustee – he still owns equitable title or a portion thereof. Upon information and belief, other defendants now own an equitable interest in the real property, including but not limited to Carmen Paparella.

Paparella for the purpose of ownership and control of the property, in which Solar Parties believe equitable title has now been transferred to or vested in Paparella and Mrs. Paparella and possibly others.

10.     Defendant, Carmen G. Paparella, ("Mrs. Paparella" or "Wife") is an individual, a citizen and resident of the State of California. Wife is both a transferee and a transferor of real property equitably owned and/or controlled by Paparella, in California and, upon information and belief, in Florida. Wife received or transferred legal or equitable title and/or participated in making fraudulent transfers of interests in real property owned by Paparella. *See* Exs. 1, 4, 5, 6, 7, 8, 9, 10, and 11. Mrs. Paparella therefore received fraudulent transfers of real property owned by Paparella, and is now (along with any other beneficiaries of any trusts or owners of entities), not simply a recipient of a fraudulent transfer, but the alter ego of Paparella for the purpose of ownership and control of the property(ies), in which Solar Parties believe equitable title has now been transferred to or vested in Paparella and Mrs. Paparella and possibly others.

11.     Defendant, VMAMNTOP, LLC, A California limited liability Company, (the "LLC") does business in California and was created by Paparella on January 17, 2018, to become the successor or alter ego owner of Paparella's assets, for the purpose of taking legal title to assets of Paparella – while still being owned and/or controlled by Paparella – in order to shield Paparella's assets from collection by Solar Parties. Paparella and, upon information and belief, his wife and/or others own interests in this entity.

12.     Defendants, the LLC and the trusts were created as and Mrs. Paparella is acting as mere instrumentalities of Paparella and for the improper purpose of allowing Paparella to continue own and control the property without repaying the profits taken from PCI (and the alter ego companies AAP and BH-AP), by changing legal title to the properties from Paparella directly. Transfers to Mrs. Paparella, either directly or through the trusts, LLC and/or any other entity or

4

vehicle were made for the same reason.  The Defendants, Mrs. Paparella, the LLC and the trusts are all alter egos of Paparella for this purpose, just as PCI, AAP and BH-AP are alter egos of each other and Paparella.

13.    Venue is proper in this district as the underlying cause of action was filed in this district pursuant to proceedings supplementary under Fla. Stat. §56.29 commenced in this district. This action is a continuation of the initial underlying proceeding where the underling judgment was awarded.  *State of Fla., Dep't of Ins. v. Accelerated Benefits Corp*., 817 So.2d 1086, 1088 (Fla. 4th DCA 2002).  *Walton v. St. Paul Fire & Marine Ins. Co*., 2018 U.S. Dist. LEXIS 136434, *8 (S.D. Fla. Aug. 2018).  Venue also lies in the Southern District of Florida as a result of 28 U.S.C. §1391 (b)(2) as this is a judicial district in which a substantial part of the events or omissions giving rise to the to the claim (both the underlying claim relating to petition gathering performed in this district and the rest of Florida, as well as the millions of dollars of petition gathering business performed by Paparella, AAP and BH-AP as alter egos after shuttering PCI) and 28 U.S.C. §1391 (b)(3) as several Defendants are subject to personal jurisdiction in this district, including Paparella, PCI, AAP and BH-AP.

14.    Reserved for future amendment.

15.    Reserved for future amendment.

**Allegations Common to All Causes of Action**

16.    PCI, owned by Paparella, obtains petition signatures for entities seeking to sponsor ballot initiatives.  FSC filed the underlying action to enforce its rights pursuant to agreements with PCI under which PCI was required to provide petition gathering services to FSC at agreed-upon charges.  (ECF No. [8], FSC's Amended Complaint).

17.     FSC filed this action on December 23, 2015 ("the Filing Date") (ECF No. [1]) and also filed a Motion to Compel Arbitration and Stay Action.  (ECF No. [4]).  The Court granted that Motion.  (ECF No. [11]).

18.     On April 25, 26, and 28, 2017, the parties arbitrated their dispute before Arbitrator Jeffrey Streitfeld, retired Broward County Circuit Court Judge.

19.     On July 20, 2017, the Arbitrator issued an arbitration award on the merits in favor of Solar Parties and against PCI.  (ECF No. [20-1]).

20.     On August 30, 2017 Paparella formed AAP in Delaware, to become a successor, alter ego and/or mere continuation of PCI.  Ex. 12.

21.     On October 10, 2017, the Arbitrator entered a final award.  (ECF No. [20-3]).

22.     On November 1, 2017, Arbitrator Streitfeld issued a Corrected Final Award (the "Final Award").  (ECF No. [21-1]).

23.     Pursuant to the Final Award, FSC and SACE were awarded principal, interest and pre-award interest in the amount of $1,519,745.35. FSC was also awarded attorney's fees in the amount of $340,000.00, for a gross total award of $1,859,745.35.

24.     On November 1, 2017 Solar Parties filed a Motion to Confirm the Arbitration Award.  ECF No. [20].  ("Motion to Confirm").

25.     From the date the original Complaint in this action was filed (ECF No. [1]), December of 2015, until PCI ceased operations at what appears to be the conclusion of the 2017 calendar year, Paparella, in contravention of Cal. Corp. Code §§ 501, 506, continued to authorize massive profit distributions to himself, creating claims against him by Solar Parties.

26.     In April and May of 2018, while the Motion to Confirm Arbitration Award (ECF No. [20]) was pending, the following real property transfers were made:

a. On April 9, 2018 Paparella and his Wife recorded a deed for no consideration to transfer property known as 30521 Canwood Street, Agoura Hills, CA91301, in which Paparella had an interest, to the Wife alone.  (The "Canwood Property".)  Ex. 5.

b. On May 1, 2018 Wife recorded a deed for no consideration to transfer the Canwood Property to VMAMNTOP, LLC.  Ex. 6.

c. On April 18, 2018 Wife recorded a deed for no consideration to transfer property known as 87 Holiday Way, Mammoth Lakes, CA 93546, to the BNVFBVN Trust.  (The "Holiday Property".)  Ex. 7.

d. On May 10, 2018, Paparella and his Wife recorded a deed for no consideration to transfer property known as 1720 Tuna Canyon Rd., Topanga, CA 90290 in which Paparella had an interest, to the Wife alone.  (The "Tuna Canyon Property".)  Ex. 8.

e. Simultaneously, on May 10, 2018, Wife recorded a deed for no consideration to transfer the Tuna Canyon Property to the BNVFBN Trust.  Ex. 9.

f. On May 29, 2018, Paparella recorded a deed for no consideration to transfer property known as Building 2, Unit No. 301 of the Eagle Cay Condominium in Collier County, Florida to BNVFBVN Trust.  (The "Florida Property").  Ex. 4.

27.     On August 9, 2018 Paparella formed BH-AP in Delaware, to become a successor, alter ego and/or mere continuation of PCI and AAP.  Ex. 14.

28.     In July of 2019, while the Motion to Commence Proceedings Supplementary (ECF No. [86]) was pending, the following real property transfers were made:

g.  On July 26, 2019, Aplin, as Trustee of BNVFBVN Trust, caused a home equity line of credit deed of trust (a/k/a a mortgage) to be recorded against the Holiday Property. (The "Holiday HELOC") Ex. 10.

h.  On July 30, 2019, Aplin, as Trustee of BNVFBVN Trust, caused a home equity line of credit deed of trust (a/k/a a mortgage) to be recorded against the Tuna Canyon Property. (The "Tuna Canyon HELOC") Ex. 11.

29.  This Court entered an Order dated June 11, 2018 (ECF No. [36]) granting Solar Parties' Motion to Confirm the Award (ECF No. [20]) and denying PCI's Motion to Vacate (ECF No. [17]) and Supplemental Motion to Vacate (ECF No. [29]).

30.  On June 19, 2018, Solar Parties moved for entry of final judgment. ECF No. [37].

31.  On September 12, 2018, the Court entered an Order granting the Motion for Entry of Judgment (ECF No. [45]) and entered Final Judgment in favor of FSC and SACE. (ECF No. [46]).

32.  On September 19, 2018, the Court entered a *Corrected* Final Judgment ECF No. [50] *nunc pro tunc* to September 12, 2018, in favor of the Judgment Creditors FSC and SACE and against Defendant PCI in the amounts of $2,015,893.78 and $1,636.770.78, respectively (the "Judgment").  The Solar Parties were jointly awarded principal, interest and costs, but only FSC was awarded attorney's fees.

33.  Property and assets held or owned by PCI within one year prior to of the underlying lawsuit's filing (December 2015) are in the hands of other parties, including Paparella, Mrs. Paparella, AAP, BH-AP, Aplin and/or the LLC.

34.  Paparella, in turn, has transferred assets received by him from PCI to third parties, entities or trusts including Mrs. Paparella, AAP, BH-AP, Aplin and/or the LLC to avoid Court ordered relief which would cause those assets to be applied to the payment of the Judgment.

35.     Paparella, as legal and/or beneficial owner of the assets of PCI – which operated under his sole direction and control – directed the closing of PCI and the opening of successor corporate entities (AAP and BH-AP) to hinder, delay or defraud the Judgment Creditors and avoid the payment of the debt owed to them, and is causing AAP and BH-AP to continue paying himself compensation, including profit distributions.

36.     AAP and BH-AP operate under the direction and control of Paparella in substantially the same manner and using substantially the same methods as Paparella had operated PCI before shuttering its operations.

37.     Pursuant to Fla. Stat. §56.29 the court may enter relief where any one of the following have occurred:

      a.  AAP and BH-AP expressly or impliedly assumed the obligations of PCI, the predecessor company;

      b.  The creation of AAP and BH-AP and transfer of business to those entities constituted a de facto merger;

      c.  AAP and BH-AP are mere continuations of PCI, the predecessor company;

      d.  The creation of AAP and BH-AP and transfer of business to them was, and continues to be, a fraudulent effort to avoid the liability of the Judgment Debtor to Solar Parties; and/or,

      e.  AAP, BH-AP and/or Paparella are alter egos of PCI and/or each other.

See, Amjad Munim, M.D., P.A. v. Azar, 648 So. 2d 145 (Fla. 4th DCA 1994).

38.     This action alleges that one, several, or all of bases for liability set forth in the preceding paragraph, have occurred.

39.     The creation of AAP and BH-AP and transfer of business to them constitutes a fraudulent effort to avoid the liability of the Judgment Debtor to Solar Parties.

40. AAP was incorporated in Delaware on August 30, 2017 by Paparella, six weeks after the Arbitrator issued the July 20, Award.  (*See* Ex. 12 and ¶20, above).

41. Immediately thereafter, on September 1, 2017, AAP was registered to transact business in California.  (Ex. 13).  Paparella is listed in the California state filings as AAP's Chief Executive Officer.  The purpose of this incorporation and registration was to place the significant revenues generated by PCI's lucrative business and wholly owned by Paparella out of the reach of Solar Parties by creating new entities to perform the same business.

42. Paparella is seeking to prevent Solar Parties from collecting the Judgment in order to allow himself to continue to profit (directly and/or indirectly and/or through others) from the operation of PCI's business without paying the judgment.

43. AAP and BH-AP did not "run their own race"; the baton was passed to them to hinder, delay, or defraud creditors.  They are alter egos or mere continuations of PCI.  They are simply reincarnations of the debtor under different names.

44. On August 9, 2018, while Solar Parties were seeking limited remand for entry of Final Judgment in the Eleventh Circuit, BH-AP was incorporated in Delaware by Angelo Paparella.  (Ex. 14).

45. On August 23, 2018, the Eleventh Circuit granted limited remand.  (ECF No. [42]).

46. On January 19, 2019 BH-AP was registered in California by Angelo Paparella.  (Ex. 8).

47. The purpose of BH-AP's incorporation and registration was to transfer lucrative business formerly performed by PCI, which is owned by Paparella (ECF No. [18-1], P. 48), to BH-AP to prevent Solar Parties from collecting the Judgment and to allow Paparella to continue to profit from the operation of his wholly owned business.

48.     Paparella's and PCI's business of gathering petition signatures was – and still is – booming.  At final hearing in arbitration, Paparella testified and the Arbitrator found that PCI was a "national leader in obtaining signed petitions for ballot initiatives." (ECF No. [36], at 6, ECF No. [17-4] at 3).

49.     During Judgment Creditors' relationship with PCI, PCI had performed millions of dollars in business in the state of Florida for the Solar Parties alone.

50.     Paparella has formed relationships with many political action committees ("PACs") and their sponsors that he built over the years.  One such PAC is Floridians for a Fair Wage ("FFW").

51.     FFW is a PAC sponsored by attorney John Morgan of the law firm Morgan & Morgan.  Mr. Morgan was likewise the sponsor of other petition drives performed by Paparella and his companies, including the medical marijuana ("MM") campaign drive.

52.     In 2018, AAP performed $418,164.90 in petition gathering for FFW. In 2019, BH-AP then performed the petition gathering, collecting $94,895.66 from FFW in January and February 2018 alone.  (See Ex. 2).

53.     Ben Pollara was highly placed in the MM drive and was a witness at the final hearing in Arbitration, called by PCI.

54.     Mr. Pollara is involved in the PAC Ban Assault Weapons Now ("BAWN").  (*See* Ex. 15). AAP was paid $75,000 by BAWN on October 18, 2018 for "petitions."  (See Ex. 16).

55.     In 2019, BAWN started paying BH-AP for "petitioning" and made several payments totaling $236,257.50.  (See Ex. 16).

56.     All Voters Vote, Inc., ("AVV") is a PAC that has also been petitioning in Florida since at least 2015.  In 2015, AVV alone paid PCI $154,282.90.  *See* Ex. 17. In 2019, from March through June 30, 2019, AVV paid BH-AP **$5,263,985.40**.  *See* Id.

57.     Since the Final Award, PCI's assets and contracts, all under Paparella's control, including contracts with PACs, have been transferred to and for the benefit of Paparella, AAP, and/or BH-AP, both of which Paparella owns and controls.

58.     These assets have been transferred for the purpose of allowing Paparella to continue to obtain pecuniary gain, including compensation and profit distributions, without satisfying PCI's Judgment, while his successor entities and alter egos operate PCI's business.

59.     These assets should be recaptured, the transfers voided, and the assets applied to satisfy Solar Parties' Judgment, in addition to the other remedies sought herein, including entry of Judgment against the Impleaded Defendants and Defendants along with attorney's fees and costs.

60.     Discovery is ongoing and PCI is resisting producing highly relevant documents, but to date Solar Parties have been able to determine that the assets of PCI's alter egos and fraudulently transferred assets include the following assets usurped or transferred from PCI:

    a. All assets and business of PCI.
    b. Contracts with PACs and the like, for the purposes of collecting petitions, including, but not limited to AVV, FFW and BAWN.
    c. Accounts receivables from PACs relating to the contracts which were transferred, including but not limited to FFW and BAWN (this is not an exhaustive list, as the identities of PACs which owe the alter egos money may change from time to time).
    d. All of its office equipment, computers and supplies, telephone numbers, telephones, websites, proprietary software. intellectual property and the like (See, as an example, Ex. 18).
    e. Cash on hand or in banks which would otherwise have been collected and kept by PCI.
    f. Profit distributions to Paparella, including transfers such as the $200,000 disclosed in PCI's September 2017 bank statement, the branch withdrawal made in October 31, 2018 in the amount of $122,407.04 (*See* Ex. 19). Profit distributions in the millions have been disclosed by PCI's Tax Returns. (*See* Ex. 20).
    g. Proceeds of the Puerto Rico raw land sale. The Puerto Rico land was acquired in 2015. (See 2015 Tax Return, Ex. 20) and sold in November 2018 to BGL, LLC (See Ex. 21). The funds used for purchase of the property were wired to a bank in Hungary at Paparella's direction and were not received by PCI. (See Ex. 22). Because PCI "loaned" the money to "Draconis Black, LLC," a Nevis LLC. *Id.* It has since been discovered that the funds were wired to the address of Paparella/PCI's "asset protection" lawyer, Aliant, LLP. (ECF No. [143-5])

h. The beneficiary of the wire transfer for the "loan" is a trust, whose address is the same as Defendants' "asset protection" attorney, in Hungary.

i. Profit distributions to Paparella in excess of five million dollars ($5,000,000) From 2015 and after (See Ex. 20).  These profit distributions were made in violation of Cal. Corp. Code. §§500, 501 and 506, among others.

j. Profit distributions to Paparella from AAP and BH-AP.

k. Other payments by PCI for the benefit of Paparella, AAP, and BH-AP, including (but not limited to) in kind compensation, payroll, rent, and other expenses properly chargeable to Paparella, AAP, and BH-AP.

l. On May 9, 2018, Paparella executed a warranty for real property owned by him in Naples, Florida to Aplin as trustee of the BNVFBVN Trust to shield his assets – some of which were profit distributions after the date of entry of the Final Award to the detriment of Judgment Creditors.

61.     Upon information and belief, PCI paid debts of Paparella, AAP, and BH-AP.

62.     Upon information and belief, PCI paid liabilities of Paparella, AAP, and BH-AP.

63.     Upon information and belief, PCI paid for assets, which were then transferred to Paparella, AAP, and BH-AP.

64.     Upon information and belief, AAP and BH-AP paid debts of PCI, Paparella, and each other.

65.     Upon information and belief, BH-AP paid liabilities of Paparella, AAP, and BH-AP.

66.     Upon information and belief, PCI paid for assets, which were then transferred to Paparella, AAP, and BH-AP.

67.     In addition, upon information and belief, Paparella comingled PCI's funds with his own.

68.     All of these acts were directed by Paparella, by virtue of his complete dominion and control of the other Impleaded Defendants.  The transfer of assets and creation of the alter egos/mere continuation entities, AAP and BH-AP, by Paparella and PCI were made with the actual intent to fraudulently to hinder, delay or defraud Judgment Creditors.

69.     More than one of the following indicia and badges of fraud are present:

a. The transfers were made to insiders.  Paparella, Mrs. Paparella, AAP, BH-AP, Aplin and the LLC constitute insiders.

b. PCI and Paparella, through their alter egos, maintained possession or control of the property and assets transferred.

c. Transfers were concealed.

d. Before the transfers was made, PCI had been sued or threatened with suit.

e. Before the transfers were made, Paparella was aware of his responsibility to disgorge profits received which were not paid to the Judgment Creditors.

f. The transfers were of substantially all of PCI's assets.

g. PCI absconded, removed or concealed assets.

h. The value of the consideration received by for assets was not reasonably equivalent to the value of the assets transferred or the amount of the obligations incurred.

i. PCI was insolvent or became insolvent shortly after the transfers were made or the obligations were incurred.

j. The transfers occurred shortly before or shortly after a substantial debt was incurred.

k. PCI transferred the essential assets of the business to a lienor who then transferred the assets to an insider of PCI.

70.    PCI depleted its assets in this fashion so that they were unreasonably small in relation to its liabilities.  PCI was insolvent at the time of the transfers or became insolvent as a result of the transfers.

71.    PCI made these transfers knowing that Solar Parties had made a claim against it.

72.    Solar Parties have been required to engage the undersigned counsel and are entitled to an award of reasonable attorney's fees pursuant to Fla. Stats. §§57.115, and 56.29.

73.    Solar Parties are entitled to the following relief pursuant to Fla. Stat. § 726.108:

(1) In an action for relief against a transfer or obligation under ss. 726.101-726.112, a creditor, subject to the limitations in s. 726.109 may obtain:

(a) Avoidance of the transfer or obligation to the extent necessary to satisfy the creditor's claim;

(b) An attachment or other provisional remedy against the asset transferred or other property of the transferee in accordance with applicable law;

(c) Subject to applicable principles of equity and in accordance with applicable rules of civil procedure:

1. An injunction against further disposition by PCI or a transferee, or both, of the asset transferred or of other property;

2. Appointment of a receiver to take charge of the asset transferred or of other property of the transferee; or

3. Any other relief the circumstances may require.

(2) If a creditor has obtained a judgment on a claim against PCI, the creditor, if the court so orders, may levy execution on the asset transferred or its proceeds.

**COUNT I**
**RELIEF FOR VIOLATION OF CHAPTER 726 FLORIDA STATUTES – PROVISIONAL REMEDIES FLA. STAT. §726.108 AGAINST ALL DEFENDANTS**

Solar Parties reallege paragraphs 1 through 73, above as if fully set forth herein.

74.     During the pendency of this claim, at the direction of Paparella, the Judgment Debtor transferred all of its assets, including millions of dollars in profit distributions, customers, relationships, and good will, for no consideration or consideration which was not of reasonably equivalent value.

75.     After entry of the Award, Paparella caused the shuttering of the Judgment Debtor and transfer of all business for his own benefit, to AAP and BH-AP with the intent to hinder, delay and/or defraud the Judgment Creditors.

76.     Judgment Debtor became insolvent as a result of these transfers.

77.     To prevent recapture of profit distributions, Paparella also began transferring his personal assets as well.  One such asset is that certain parcel of real property in Naples, FL.  On May 9, 2018 Paparella deeded that property to Aplin as trustee of BNVFBVN Trust.  *See* Ex. 4. The consideration for the transfer was nominal.  *See Id.* Since this Supplemental Complaint was filed, additional interfamily transfers and transfers to trusts and LLC's have been discovered, and more are expected to be discovered.

78.     Those transfers were made to, or for the benefit of Paparella, AAP and BH-AP in violation of Fla. Stat. § Ch.726.105 (1)(a), Fla. Stat. § Ch.726.105 (1)(b) and or other provisions of the Florida Uniform Fraudulent Transfer Act, Fla. Stat. §56.29 and/or common law.

79.     These actions were fraudulent as to Judgment Creditors.

80.     As a result of Defendants' actions directed by Paparella and others, Paparella individually and by virtue of his position as sole director and his 100% ownership of PCI, AAP and

BH-AP retained possession and control of the transferred property, the transfer was concealed, and the transfer consisted of substantially all of PCI's assets and income. PCI became insolvent as a result of the transfer.

81.     As a direct and proximate result of PCI's transfer of all its assets to Paparella, AAP, and BH-AP, Solar Parties have suffered damages.

82.     The Defendants have in their possession these assets and the Uniform Fraudulent Transfer Act provides broad powers in equity to recover these assets as well as provisional remedies to recover, marshal and prevent further dissipation of same.

WHEREFORE, Judgment Creditors demand entry of provisional relief and/or a judgment against Defendants awarding the relief sought herein, including, but not limited to damages; an order avoiding the transfers to the extent necessary to satisfy Solar Parties' claims; to permit execution on any and all assets transferred by PCI to Paparella, AAP, and/or BH-AP or any proceeds derived therefrom; and such further relief as this Court deems just and proper, and specifically including but not limited to the following remedies set forth in Fla. Stat. § 726.108:

a.     Issuance of an injunction, requiring that no assets of the Judgment Debtor, Paparella, AAP, or BH-AP be transferred, secreted, or disposed of;

b.     Issuance of an injunction, or a writ of attachment or garnishment, requiring that specific assets be turned over to the Court to hold in *custodia legis* pending hearing;

c.     That the Court Order specify assets of the Judgment Debtor or in the possession of Paparella, AAP, and/or BH-AP be turned over to Plaintiff to satisfy the Judgment;

d.     Order the Judgment Debtor and/or Defendants to turn over the assets of the Judgment Debtor or the assets which they have received from the Judgment Debtors;

e.     Enter supplemental judgments and grant such other equitable relief as the Court deems appropriate;

f.      Void the transfers which were fraudulent and such other relief as the Court deems appropriate; and

g.      Order any and all interim relief allowed by the Fraudulent Transfer Act.

**COUNT II**
**Fraudulent Transfers Fla. Stat. §726.105(1)(a) Against Paparella, AAP and BH-AP**

Solar Parties reallege paragraphs 1 through 73 above as if fully set forth herein.

83.     This is a count seeking to avoid fraudulent transfers pursuant to Fla. Stat. § 726.105(1)(a).

84.     After Solar Parties' claim arose, PCI transferred all of its assets to Paparella, AAP, and BH-AP for no consideration or without receiving reasonably equivalent value.

85.     The transfers constituted substantially all of the Judgment Debtor's assets of the business to an insider.

86.     In fact, the value of the continuing business of PCI transferred was substantial, as the profits in 2015 and 2016 were approximately $5,000,000, all of which was distributed to Paparella.  *See* Ex. 20.

87.     The remaining assets were insufficient to pay Solar Parties judgment.

88.     PCI made the transfers to Paparella, AAP, and/or BH-AP with the intent to:

a.  hinder the collection efforts of Judgment Creditors;

b.  delay the collection efforts of Judgment Creditors; and/or

c.  defraud the Judgment Creditors.

89.     PCI and/or Paparella, as owner retained possession or control of the property transferred after the transfer.

90.     As a result of the transfers, PCI was rendered insolvent.

91.     PCI has hindered, delayed and defrauded the Judgment Creditors, who have therefore been damaged.

WHEREFORE, the Judgment Creditors/Solar Parties respectfully request that the Court enter judgment against Defendants pursuant to Stat. § 726.105(1)(a) and § 726.108, avoiding the transfers or entering judgment for the value of the assets transferred, and awarding post-judgment interest, costs, and attorneys' fees, and any other relief provided by law.

## COUNT III
### Fraudulent Transfers Fla. Stat. §726.105(1)(a) Against Paparella, Mrs. Paparella, Aplin as Trustee of the BNVFBVN Trust and VMAMNTOP, LLC

Solar Parties reallege paragraphs 1 through 73 above as if fully set forth herein.

92.     This is a count seeking to avoid fraudulent transfers pursuant to Fla. Stat. § 726.105(1)(a).

93.     After Solar Parties' claims arose, PCI – at the direction of Paparella – transferred all of its assets and business to Paparella, AAP, and BH-AP as successor entities for no consideration or without receiving reasonably equivalent value.

94.     The transfers constituted substantially all of the Judgment Debtor's assets of the business to an insider.  One of the insiders was Paparella.

95.     For example, profits distributions made to Paparella in the two years preceding the arbitration Final Award were approximately $5,000,000.  *See* Ex. 20.  These transfers were made in contravention of Cal. Corp. Code §§ 501, 506,

96.     As the remaining assets were insufficient to pay Solar Parties judgment, a claim against Paparella existed under common law and in contravention of Cal. Corp. Code §§ 501, 506.

97.     In addition to directing the fraudulent transfers and creation of alter ego/mere continuation/successor entities to hinder, delay or defraud Judgment Creditors, to prevent recapture of profit distributions, Paparella also began transferring his personal assets as well.  One such asset is that certain parcel of real property in Naples, FL.  On May 9, 2018 Paparella deeded that property to Aplin as trustee of BNVFBVN Trust.  *See* Ex. 4.  The consideration for the transfer

was nominal. *See Id.* Since this Supplemental Complaint was filed, additional interfamily transfers and transfers to trusts and LLC's have been discovered, (Exs. 5-11) and more are expected to be discovered.

98.     Paparella made the transfers to Mrs. Paparella, Aplin and the LLC with the intent:

    a.   To hinder the collection efforts of Judgment Creditors;

    b.   To delay the collection efforts of Judgment Creditors; and/or

    c.   To defraud the Judgment Creditors.

99.     Paparella retained ownership, possession and control of the property transferred after the transfer and the Defendants are simply alter egos of Paparella to allow him to maintain ownership, possession and control of the assets while preventing the disgorgement of assets of Paparella to PCI and thereby avoid the satisfaction of the judgment.

100.    PCI has hindered, delayed and defrauded the Judgment Creditors, who have therefore been damaged.

WHEREFORE, the Judgment Creditors/Solar Parties respectfully request that the Court enter judgment against Defendants pursuant to Stat. § 726.105(1)(a) and § 726.108, avoiding the transfers or entering judgment for the value of the assets transferred, and awarding post-judgment interest, costs, attorneys' fees, and any other relief provided by law.

**COUNT IV**
**Fraudulent Transfers, Fla. Stat. §726.106(1) Against Paparella, AAP and BH-AP**

Solar Parties reallege paragraphs 1 through 73 above as if fully set forth herein.

101.    This is a count seeking to avoid fraudulent transfers pursuant to Fla. Stat. § 726.106(1).

102.    After Solar Parties' claims arose, PCI transferred assets to Paparella, AAP, and BH-AP for no consideration or without receiving reasonably equivalent value.

103.     In fact, the value of the continuing business of PCI transferred was substantial, as the profits made in the two years preceding the arbitration Final Award were approximately $5,000,000, all of which was distributed to Paparella.  *See* Ex. 20.

104.     As a result of the transfers, PCI was rendered insolvent.

105.     PCI has hindered, delayed and defrauded the Judgment Creditors, who have therefore been damaged.

WHEREFORE, the Judgment Creditors/Solar Parties respectfully request that the Court enter judgment against Defendants pursuant to Stat. § 726.106(1) and § 726.108, avoiding the transfers or entering judgment for the value of the assets transferred, and awarding post-judgment interest, costs, and attorneys' fees, and any other relief provided by law.

### COUNT V
### Mere Continuation Liability against AAP and BH-AP

Solar Parties reallege paragraphs 1 through 73 above as if fully set forth herein.

106.     This is a count to impose liability on successor entities, AAP and BH-AP.

107.     Immediately after the Arbitrator issued the July arbitration award, Paparella formed AAP.

108.     Immediately after the Judgment Debtor ceased operations, AAP began operating the same business, using many of the same employees, vendors, officers and owners of PCI at the same location and with many of the same trade tools, equipment, intellectual property and the like.

109.     In 2018, AAP generated approximately $20,000,000 or more in revenue, performing the same business of PCI.

110.     In 2018, as Solar Parties were attempting to obtain their judgment, Paparella formed BH-AP.

111.    Beginning in January of 2019, BH-AP began operating the same business, using many of the same employees, vendors, officers and owners of PCI at the same location and with many of the same trade tools, equipment, intellectual property and the like.  Exs. 2, 3, 16 and 17.

112.    In 2019, BH-AP generated over $5,000,000 in revenue in Florida alone.

113.    The Judgment Debtor's owner, CEO and director, Defendant Angelo Paparella, now AAP and BH-AP's Owner, CEO and director, owns and runs AAP and BH-AP.

114.    AAP and BH-AP are the mere continuations of the Judgment Debtor.

115.    The cessation of the Judgment Debtor's operations and transfer of its business and assets to AAP and BH-AP were and continue to be a fraudulent effort to avoid the liabilities of the Judgment Debtor.

116.    It would work a fraud and inequity on Plaintiff, a judgment creditor, unless  AAP and BH-AP are held liable for the debts of the Judgment Debtor.

WHEREFORE, Judgment Creditors respectfully request the Court: 1) find that AAP and BH-AP are "mere continuations" of the Judgment Debtor; 2) find that AAP and BH-AP are liable for the debts of the Judgment Debtor; 3) enter judgment in favor of Judgment Creditors and against AAP and BH-AP based on those findings; and 4) award Plaintiff reasonable attorneys' fees, costs, and interest, and any other relief provided by law.

## COUNT VI
### Alter Ego Liability against Paparella, AAP and BH-AP

Solar Parties reallege paragraphs 1 through 73 above as if fully set forth herein.

117.    This is a count to impose alter ego liability on Paparella, AAP and BH-AP.

118.    Paparella is the owner of PCI, AAP and BH-AP.

119.    AAP and BH-AP were formed for an improper purpose: to mislead or defraud the Judgment Creditors and evade the existing obligation of PCI to pay the Judgment.

120.    AAP and BH-AP were formed by Paparella, who dominates and controls PCI, AAP and BH-AP and all of the business done by those entities.

121.    Paparella controlled and dominated PCI, AAP and BH-AP in order to keep the substantial profits generated by his businesses rather than pay them to the Judgment Creditors.

122.    Similarly, Paparella dominated and controlled PCI to cease business rather than pay the Judgment, for his own pecuniary benefit.

123.    Paparella dominated and controlled PCI to take actions to avoid paying the Judgment, such as selling a property it owned in Puerto Rico in late 2018 and taking steps to re-route the sales proceeds.  Rather than ensuring that PCI was paid the sale proceeds, Paparella directed that the "proceeds" be wired to Hungary, to an offshore trust at his attorneys address to make an unsecured loan.  (Of course, Judgment Creditors do not believe that they are aware of all of the fraudulent activity undertaken.)  *See* Ex. 22.  ECF No. [143-5].

124.    Immediately after the July 20, 2017 arbitration award, Paparella formed AAP.

125.    Immediately after the Judgment Debtor ceased operations, AAP began operating the same business, using many of the same employees, vendors, officers and owners of PCI at the same location and with many of the same trade tools, equipment, intellectual property and the like.

126.    In 2018, AAP generated approximately $20,000,000 or more in revenue, performing the same business of PCI.  Exs. 2, 3, 16 and 17.

127.    In 2018, well after the Final Award was issued and as Solar Parties were attempting to obtain their judgment, Paparella formed BH-AP.

128.    Beginning in January of 2019, BH-AP began operating the same business, using many of the same employees, vendors, officers and owners of PCI at the same location and with many of the same trade tools, equipment, intellectual property and the like.  Exs. 2, 3, 16 and 17.

129.    In the first half of 2019, BH-AP generated over $5,000,000 in revenue with one PAC, in Florida alone.  *Id.*

130.    The Judgment Debtor's owner, CEO and director, Defendant Angelo Paparella, now AAP and BH-AP's Owner, CEO and director, owns and runs AAP and BH-AP and has been directing these entities to compensate him.

131.    The cessation of the Judgment Debtor's operations and transfer of its business and assets to AAP and BH-AP were and continue to be a fraudulent effort to avoid the liabilities of the Judgment Debtor.

132.    It would work a fraud and inequity on Plaintiff, a judgment creditor, unless Paparella, AAP and BH-AP are held liable for the debts of the Judgment Debtor.

133.    Paparella, AAP and BH-AP are alter egos of each other and of the Judgment Debtor. Consequently, this Court should pierce the corporate veil, pursuant to Fla. Stat. §56.29, the Uniform Fraudulent Transfer Act and Florida case law.

WHEREFORE, Judgment Creditors respectfully request the Court: 1) find that Paparella, AAP and BH-AP are alter egos of the Judgment Debtor; 2) find that Paparella, AAP and BH-AP are liable for the debts of the Judgment Debtor; 3) enter judgment in favor of Judgment Creditors and against Paparella, AAP and BH-AP based on those findings; and 4) award Plaintiff reasonable attorneys' fees, costs, and interest, and any other relief provided by law.

### COUNT VII
### De Facto Merger Liability against Paparella, AAP and BH-AP

Solar Parties reallege paragraphs 1 through 73 above as if fully set forth herein.

134.     This is a count seeking to impose de facto merger liability on Paparella, AAP and BH-AP.

135.     Paparella is the owner of PCI, AAP and BH-AP.

136.     AAP and BH-AP were formed for an improper purpose: to mislead or defraud the Judgment Creditors and evade the existing obligation of PCI to pay the Judgment.

137.     AAP and BH-AP were formed by Paparella, who dominates and controls PCI, AAP and BH-AP and all of the business done by those entities.

138.     Paparella controlled and dominated PCI, AAP and BH-AP in order to keep the substantial profits generated by his businesses rather than pay them to the Judgment Creditors.

139.     Similarly, Paparella dominated and controlled PCI to cease business rather than pay the Judgment.

140.     Paparella dominated and controlled PCI to take actions to avoid paying the Judgment, such as selling a property it owned in Puerto Rico in late 2018 and taking steps to re-route the sales proceeds.  Rather than ensuring that PCI was paid the sale proceeds, Paparella directed that the "proceeds" be wired to Hungary, to an offshore trust at his attorneys address to make an unsecured loan.  (Of course, Judgment Creditors do not believe that they are aware of all of the fraudulent activity undertaken.)  *See* Ex. 16.

141.     Immediately after the July arbitration award, Paparella formed AAP.

142.     Immediately after the Judgment Debtor ceased operations, and without compliance with the statutory requirements for a merger, AAP absorbed PCI and began operating the same business, using many of the same employees, vendors, officers and owners of PCI at the same location and with many of the same trade tools, equipment, intellectual property and the like.  AAP assumed the liabilities of PCI and continued operating as before.

143.    In 2018, AAP generated approximately $20,000,000 or more in revenue, performing the same business of PCI.  Exs. 2, 3, 16 and 17.

144.    In 2018, well after the Final Award was issued and as Solar Parties were attempting to obtain their judgment, Paparella formed BH-AP.

145.    At the end of 2018 AAP began declining and ceased performing petition gathering business.

146.    At the beginning of 2019 immediately after AAP ceased  operations, and without compliance with the statutory requirements for a merger, BH-AP absorbed AAP and began operating  the same business, using many of the same employees, vendors, officers and owners of PCI at the same location and with many of the same trade tools, equipment, intellectual property and the like.  Exs. 2, 3, 16 and 17.  BH-AP assumed the liabilities of AAP and continued operating as before.

147.    In the first half of 2019, BH-AP generated over $5,000,000 in revenue with one PAC, in Florida alone.  *Id.*

148.    The Judgment Debtor's owner, CEO and director, Defendant Angelo Paparella, now AAP and BH-AP's Owner, CEO and director, owns and runs AAP and BH-AP and has been directing these entities to compensate him.

149.    The cessation of the Judgment Debtor's operations and transfer of its business and assets to AAP and BH-AP were and continue to be a fraudulent effort to avoid the liabilities of the Judgment Debtor.

150.    It would work a fraud and inequity on Plaintiff, a judgment creditor, unless Paparella, AAP and BH-AP are held liable for the debts of the Judgment Debtor.

151.    Paparella, AAP and BH-AP are alter egos of each other and of the Judgment Debtor. Consequently, this Court should pierce the corporate veil, pursuant to Fla. Stat. §56.29, the Uniform Fraudulent Transfer Act and Florida case law.

WHEREFORE, Judgment Creditors respectfully request the Court: 1) find that Paparella, AAP and BH-AP are alter egos of the Judgment Debtor; 2) find that Paparella, AAP and BH-AP are liable for the debts of the Judgment Debtor; 3) enter judgment in favor of Judgment Creditors and against Paparella, AAP and BH-AP based on those findings; and 4) award Plaintiff reasonable attorneys' fees, costs, and interest, and any other relief provided by law.

### COUNT VIII
### Unlawful Distributions, Cal. Corp. Code §§ 501, 506 Against Paparella

Solar Parties reallege paragraphs 1 through 73, above as if fully set forth herein.

152.    PCI is a California Corporation, and its conduct and the conduct of its officers is governed by and subject to the laws of that state.

153.    Paparella (his alter egos, affiliates or wholly owned entities), including AAP and/or BH-AP, received transfers from PCI within the four-year period preceding the Filing Date, pursuant to Cal. Corp. Code §506(b) in the sum of at least $4,000,000.  In fact, the transfers of just profits to Paparella in that time period are in the millions.

154.    As to each transfer from PCI to Paparella, AAP, and/or BH-AP in the four-year period preceding the Filing Date, Paparella consented to distributions made in violation of Cal. Corp. Code §501 and, in consenting to the distributions, failed to comply with that statute.

155.    Paparella is personally liable to PCI and its creditors for the amounts of such distributions which exceed the amount that could have been distributed without the violating of Cal. Corp. Code §§501, 506.

WHEREFORE, the Judgment Creditors/Solar Parties respectfully request the Court enter a Judgment: (i) determining that the amount of distributions to Paparella, individually, and/or

though AAP and/or BH-AP as alter egos or for Paparella's benefit which exceed the amount that could have been distributed without the violation of Cal. Corp. Code §§501, 506 in the four-year period preceding the Filing Date are recoverable by the Judgment Creditors/Solar Parties pursuant to Cal. Corp. Code §§501, 506; and (ii) awarding damages to the Judgment Creditors/Solar Parties in the amount of the excess distribution, plus interest at the applicable federal statutory rate from the date of each distribution, and costs and any other relief provided by law.

Dated:  December 17, 2019.

LUBELL ROSEN, LLC
*Attorneys for Plaintiff FSC and Claimant in Arbitration SACE*
200 South Andrews Avenue, Suite 900
Fort Lauderdale, FL 33301
Telephone: 954-880-9500
Facsimile:  954-755-2993

By:      /s/ Marshall Adams
Marshall A. Adams, Esquire
Florida Bar No.: 712426
MAA@LubellRosen.com
Josh M. Bloom, Esquire
Florida Bar No.: 88559
JMB@LubellRosen.com
Secondary emails
Gary@LubellRosen.com
Anny@LubellRosen.com

And

GRAYROBINSON, P.A.
*Co-Counsel for Plaintiff FSC and Claimant in Arbitration SACE*
401 East Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
Telephone: (954) 761-8111
Facsimile: (954) 761-8112

By:  /s/ Scott Cagan
Scott L. Cagan, Esquire
Florida Bar No.: 822681
Email: scott.cagan@gray-robinson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2019, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  /s/ Marshall A. Adams_____

Marshall A. Adams, Esq.

Grantee S.S. No.:
Grantee S.S. No.:
Property Appraiser's Parcel
Identification No.: 30155000226

## WARRANTY DEED

THIS INDENTURE, made this **18** day of January, 2011,
between Albino Paparella and Judith Paparella, husband and wife,
grantor, whose address is 889 Collier Court, #301, Marco Island,
FL 34145, to Angelo Paparella, a married man, whose address is
Suite 102-146, 26500 W. Agoura Road, Calabasas, CA 91302,
grantee.

WITNESSETH, the grantor for and in consideration of the sum
of ten dollars, and other good and valuable consideration to him
in hand paid by grantee, the receipt whereof is hereby
acknowledged, has granted, bargained and sold to grantee, his
heirs and assigns forever, the following described land,
situated, and being in Collier County, Florida, to wit:

Building No. 2, Unit No. 301, of the Eagle Cay
Condominium, a Condominium according to the Declaration
of Condominium recorded in Official Records Book 1331,
at Pages 1970 thru 2115 inclusive in the Public
Records of Collier County, Florida.

Subject to zoning, building code and other use restrictions
imposed by governmental authority, outstanding oil, gas and
mineral interests of record, if any, restrictions and easements
common to the subdivision, and the taxes for the current and
subsequent years.

Grantor affirms that the property is their homestead and has been
their primary residence for at least the last 2 years.  Grantor's
primary place of residence is at the address as set forth above.

And grantor does hereby fully warrant the title to the land and
will defend the same against the lawful claims of all persons
whomsoever.

The singular tense shall include the plural tense, the plural
tense shall include the singular tense and any reference to
gender shall be considered gender neutral.

EXHIBIT 1

IN WITNESS WHEREOF, grantor has hereunto set his hand and seal the date first above written.

Signed, sealed and delivered in the presence of:

_Witness #1_
Print name: Barbara Mecozzi

Albino Paparella

_Witness #2_
Print name: Anna M Re

Judith Paparella

State of New York
County of Suffolk

The foregoing instrument was acknowledged before me this 18 day of January, 2011 by Albino Paparella and Judith Paparella, husband and wife, who is personally known to me or has produced Florida Driver license as identification.

(Seal)

Notary Public
Print Name: Michelle Maddalena
State of New York

My commission expires:

2013

THIS INSTRUMENT PREPARED WITHOUT OPINION BY AND RETURN TO:

LAW OFFICES OF CHRISTOPHER A. ROCHE
CHRISTOPHER A. ROCHE, ESQUIRE
Sand Dollar Plaza
229 North Collier Boulevard
Marco Island, Florida 34145
(239) 389-0700

CAR/mmg
g:\data\wpdoc\file\11d002\realdocw01

EXHIBIT 1

Florida Department of State
**Division of Elections**

# Campaign Expenditures

**Florida For A Fair Wage**

*This information is being provided as a convenience to the public, has been processed by the Division of Elections and should be cross referenced with the original report on file with the Division of Elections in case of questions.*
About the Campaign Finance Data Base

| Rpt Yr | Rpt Type | Date | Amount | Expense Paid To | Address | City State Zip |
|--------|----------|------|--------|-----------------|---------|----------------|
| 2017 | M12 | 12/20/2017 | 25,000.00 | BOIES SCHILLER FLEXNER LLP | 121 ORANGE AVE # 840, ORLANDO, FL 32801 | ORLANDO, FL 32801 |
| 2017 | M12 | 12/20/2017 | 100,000.00 | AAP HOLDING CO, INC. | 4607 LAKEVIEW TERRACE | WESTLAKE VILLAGE, CA 91361 |
| 2017 | M12 | 12/26/2017 | 2,000.00 | BFF COMPLIANCE CO. | 6619 S DIXIE HWY #148 | MIAMI, FL 33143 |
| 2018 | M1 | 01/19/2018 | 2,000.00 | EXTENSIVE ENTERPRISES | 204 37TH AVENUE NORTH, #182 | ST. PETERSBURG, FL 33704 |
| 2018 | M1 | 01/23/2018 | 4,663.99 | DELTA PRINTING | 4519 TAYLOR STREET | HOLLYWOOD, FL 33021 |
| 2018 | M2 | 02/21/2018 | 81,278.30 | AAP HOLDING COMPANY INC | 4607 LAKEVIEW TERRACE | WESTLAKE VILLAGE, CA 91361 |
| 2018 | M3 | 03/05/2018 | 82,655.80 | AAP HOLDING COMPANY, LLC | 4607 LAKEVIEW TERRACE, STE 519 | WESTLAKE VILLAGE, CA 91631 |
| 2018 | M3 | 03/07/2018 | 4,770.92 | DELTA PRINTING | 4519 TAYLOR STREET | HOLLYWOOD, FL 33021 |
| 2018 | M3 | 03/21/2018 | 88.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 |
| 2018 | M3 | 03/29/2018 | 2,000.00 | BFF COMPLIANCE | 6619 SOUTH DIXIE HWY #148 | SOUTH MIAMI, FL 33143 |
| 2018 | M4 | 04/06/2018 | 11,500.00 | IMPACT POLITICS LLC | 16740 WATERS EDGE DR | WESTON, FL 33326 |
| 2018 | M4 | 04/11/2018 | 6.70 | USPS | 5927 SW 70TH STREET | SOUTH MIAMI, FL 33143 |
| 2018 | M4 | 04/23/2018 | 118.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 |
| 2018 | M4 | 04/23/2018 | 154,230.70 | AAP HOLDING COMPANY, LLC | 4607 LAKEVIEW TERRACE, STE 519 | WESTLAKE VILLAGE, CA 91631 |
| 2018 | M5 | 05/21/2018 | 56.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 |
| 2018 | P1 | 06/21/2018 | 30.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 |
| 2018 | P4 | 07/23/2018 | 30.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 |
| 2018 | P7 | 08/21/2018 | 30.00 | BB&T | 6202 S DIXIE HWY | MIAMI, FL 33143 |
| 2018 | G2A | 09/21/2018 | 30.00 | BB&T | 6202 S DIXIE HWY | MIAMI, FL 33143 |
| 2018 | D1 | 10/22/2018 | 30.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2018 | M11 | 11/21/2018 | 30.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2018 | M12 | 12/20/2018 | 120.85 | CHECKS FOR LESS | 200 RIVERSIDE INDUSTRIAL PKWY | PORTLAND, ME 04103 |
| 2018 | M12 | 12/20/2018 | 5,000.00 | BFF COMPLIANCE | 6619 S. DIXIE HWY NO. 148 | MIAMI, FL 33143 |
| 2019 | M1 | 01/19/2019 | 352.50 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M1 | 01/19/2019 | 3.40 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH STREET STE A | MACCLENNY, FL 32063 |
| 2019 | M1 | 01/19/2019 | 45.60 | BAY COUNTY SUPERVISOR OF ELECT | 830 W 11TH STREET | PANAMA CITY, FL 32401 |
| 2019 | M1 | 01/19/2019 | 6.20 | BRADFORD COUNTY SUPERVISOR OF | 945 N TEMPLE AVE # C | STARKE, FL 32091 |
| 2019 | M1 | 01/19/2019 | 447.90 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M1 | 01/19/2019 | 1,571.10 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVENUE | LAUDERHILL, FL 33313 |
| 2019 | M1 | 01/19/2019 | 0.20 | CALHOUN COUNTY SUPERVISOR OF E | 20859 CENTRAL AVE # G10 | BLOUNTSTOWN, FL 32424 |
| 2019 | M1 | 01/19/2019 | 31.40 | CHARLOTTE COUNTY SUPERVISOR OF | 226TAYLOR STREET | PUNTA GORDA, FL 33950 |
| 2019 | M1 | 01/19/2019 | 128.20 | CITRUS COUNTY SUPERVISOR OF EL | 120 N APOPKA AVENUE | INVERNESS, FL 34450 |
| 2019 | M1 | 01/19/2019 | 36.70 | CLAY COUNTY SUPERVISOR OF ELEC | 500 N ORANGE AVE, GREEN | COVE SPRINGS, FL 32043 |
| 2019 | M1 | 01/19/2019 | 13.40 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 |
| 2019 | M1 | 01/19/2019 | 7.00 | COLUMBIA COUNTY SUPERVISOR OF | 971 W. DUVAL ST., STE 102 | LAKE CITY, FL 32055 |
| 2019 | M1 | 01/19/2019 | 1.90 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST # 104, | ARCADIA, FL 34266 |
| 2019 | M1 | 01/19/2019 | 2.50 | DIXIE COUNTY SUPERVISOR OF ELE | 229 NE 351 HWY | CROSS CITY, FL 32628 |
| 2019 | M1 | 01/19/2019 | 858.30 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M1 | 01/19/2019 | 4.20 | ESCAMBIA COUNTY SUPERVISOR OF | 213 PALAFOX PLACE | PENSACOLA, FL 32502 |
| 2019 | M1 | 01/19/2019 | 178.30 | FLAGLER COUNTY SUPERVISOR OF E | 1769 E MOODY BLVD #101 | BUNNELL, FL 32110 |
| 2019 | M1 | 01/19/2019 | 0.40 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVE F | APALACHICOLA, FL 32320 |
| 2019 | M1 | 01/19/2019 | 11.50 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON STREET | QUINCY, FL 32351 |
| 2019 | M1 | 01/19/2019 | 2.20 | GILCHRIST COUNTY SUPERVISOR OF | 112 S MAIN STREET, #128 | TRENTON, FL 32693 |
| 2019 | M1 | 01/19/2019 | 1.70 | GULF COUNTY SUPERVISOR OF ELEC | 401 LONG AVENUE | PORT ST JOE, FL 32456 |
| 2019 | M1 | 01/19/2019 | 0.30 | HAMILTON COUNTY SUPERVISOR OF | 1153 N W U.S. HWY 41 | JASPER, FL 32052 |
| 2019 | M1 | 01/19/2019 | 0.90 | HARDEE COUNTY SUPERVISOR OF EL | 311 N 6TH AVE #110 | WAUCHULA, FL 33873 |
| 2019 | M1 | 01/19/2019 | 1.60 | HENDRY COUNTY SUPERVISOR OF EL | 25 E HICKPOCHEE AVENUE | LABELLE, FL 33935 |
| 2019 | M1 | 01/19/2019 | 60.20 | HERNANDO COUNTY SUPERVISOR OF | 20 NORTH MAIN STREET | BROOKSVILLE, FL 34601 |
| 2019 | M1 | 01/19/2019 | 4.60 | HIGHLAND COUNTY SUPERVISOR OF | 580 S COMMERCE AVE # A201 | SEBRING, FL 33870 |
| 2019 | M1 | 01/19/2019 | 1,526.20 | HILLSBOROUGH COUNTY SUP OF ELE | 601 E. KENNEDY BLVD. | TAMPA, FL 33602 |
| 2019 | M1 | 01/19/2019 | 0.20 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA STREET, # 102 | BONIFAY, FL 32425 |
| 2019 | M1 | 01/19/2019 | 12.20 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 |
| 2019 | M1 | 01/19/2019 | 1.10 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON STREET | MARIANNA, FL 32448 |
| 2019 | M1 | 01/19/2019 | 3.20 | JEFFERSON COUNTY SUPERVISOR OF | 380 W DOGWOOD STREET | MONTICELLO, FL 32344 |
| 2019 | M1 | 01/19/2019 | 0.20 | LAFAYETTE COUNTY SUPERVISOR OF | 120 W MAIN STREET, #129 | MAYO, FL 32066 |
| 2019 | M1 | 01/19/2019 | 184.20 | LAKE COUNTY SUPERVISOR OF ELEC | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 |
| 2019 | M1 | 01/19/2019 | 69.90 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M1 | 01/19/2019 | 257.40 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M1 | 01/19/2019 | 15.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT STREET | BRONSON, FL 32621 |
| 2019 | M1 | 01/19/2019 | 1.20 | MADISON COUNTY SUPERVISOR OF E | 229 PINCKNEY ST # 113 | MADISON, FL 32340 |
| 2019 | M1 | 01/19/2019 | 89.60 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD. W., SUITE 108 | BRADENTON, FL 34205 |
| 2019 | M1 | 01/19/2019 | 331.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH STREET | OCALA, FL 34470 |
| 2019 | M1 | 01/19/2019 | 7.30 | MARTIN COUNTY SUPERVISOR OF EL | 135 SE M.L.K. JR BLVD | STUART, FL 34994 |
| 2019 | M1 | 01/19/2019 | 610.50 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, # 100 | DORAL, FL 33172 |
| 2019 | M1 | 01/19/2019 | 5.50 | MONROE COUNTY SUPERVISOR OF EL | 530 WHITEHEAD STREET #101 | KEY WEST, FL 33040 |
| 2019 | M1 | 01/19/2019 | 11.40 | NASSAU COUNTY SUPERVISOR OF EL | 96135 NASSAU PLACE, SUITE 3 | YULEE, FL 32097 |
| 2019 | M1 | 01/19/2019 | 3.90 | OKALOOSA COUNTY SUPERVISOR OF | 302 WILSON ST N | CRESTVIEW, FL 32536 |
| 2019 | M1 | 01/19/2019 | 1.80 | OKEECHOBEE COUNTY SUPERVISOR O | 304 NW 2ND ST #144 | OKEECHOBEE, FL 34972 |
| 2019 | M1 | 01/19/2019 | 1,531.50 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M1 | 01/19/2019 | 331.60 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M1 | 01/19/2019 | 331.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M1 | 01/19/2019 | 390.90 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M1 | 01/19/2019 | 672.80 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M1 | 01/19/2019 | 148.80 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M1 | 01/19/2019 | 16.60 | PUTNAM COUNTY SUPERVISOR OF EL | 2509 CRILL AVE # 900 | PALATKA, FL 32177 |
| 2019 | M1 | 01/19/2019 | 2.80 | SANTA ROSA COUNTY SUPERVISOR O | 6495 CAROLINE STREET | MILTON, FL 32570 |
| 2019 | M1 | 01/19/2019 | 505.20 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |

EXHIBIT 2

| 2019 | M1 | 01/19/2019 | 372.70 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
|------|----|-----------|--------|-------------------------------|----------------------|-------------------|
| 2019 | M1 | 01/19/2019 | 44.60 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVE A | ST. AUGUSTINE, FL 32095 |
| 2019 | M1 | 01/19/2019 | 25.00 | ST. LUCIE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M1 | 01/19/2019 | 25.60 | SUMTER COUNTY SUPERVISOR OF EL | 900 N MAIN STREET | BUSHNELL, FL 33513 |
| 2019 | M1 | 01/19/2019 | 2.60 | SUWANEE COUNTY SUPERVISOR OF E | 220 PINE AVE SW | LIVE OAK, FL 32064 |
| 2019 | M1 | 01/19/2019 | 0.80 | TAYLOR COUNTY SUPERVISOR OF EL | 433 US-19 | PERRY, FL 32347 |
| 2019 | M1 | 01/19/2019 | 2.00 | UNION COUNTY SUPERVISOR OF ELE | 175 WEST MAIN STREET | LAKE BUTLER, FL 32054 |
| 2019 | M1 | 01/19/2019 | 645.10 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVENUE | DELAND, FL 32720 |
| 2019 | M1 | 01/19/2019 | 4.30 | WAKULLA COUNTY SUPERVISOR OF E | 3115B CRAWFORDVILLE HWY | CRAWFORDVILLE, FL 32327 |
| 2019 | M1 | 01/19/2019 | 1.20 | WALTON COUNTY SUPERVISOR OF EL | 571 EAST NELSON AVENUE | DEFUNIAK SPRINGS, FL 32433 |
| 2019 | M1 | 01/19/2019 | 1.00 | WASHINGTON COUNTY SUPERVISOR O | 1331 SOUTH BLVD #900 | CHIPLEY, FL 32428 |
| 2019 | M1 | 01/23/2019 | 31,386.66 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD, STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M1 | 01/23/2019 | 30.00 | BB&T | 6202 S DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M2 | 02/21/2019 | 66.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M2 | 02/27/2019 | 63,509.00 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M2 | 02/27/2019 | 11,364.90 | ALTA INC. | 6825 NW 18TH DRIVE | GAINESVILLE, FL 32653 |
| 2019 | M3 | 03/05/2019 | 75,724.80 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M3 | 03/05/2019 | 2,654.78 | ALTA INC | 6825 NW 18TH DR | GAINESVILLE, FL 32653 |
| 2019 | M3 | 03/13/2019 | 287.90 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M3 | 03/14/2019 | 82,812.40 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M3 | 03/21/2019 | 66.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M3 | 03/22/2019 | 204,722.60 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M3 | 03/26/2019 | 29.23 | THE UPS STORE | 6619 SOUTH DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M4 | 04/01/2019 | 153.80 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DR | PALM BAY, FL 32909 |
| 2019 | M4 | 04/01/2019 | 35.91 | FEDEX | 8603 S FIXIE HWY, SUITE 101 | MIAMI, FL 33143 |
| 2019 | M4 | 04/01/2019 | 540.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M4 | 04/01/2019 | 980.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M4 | 04/01/2019 | 150.00 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR STREET | PUNTA GORDA, FL 33950 |
| 2019 | M4 | 04/01/2019 | 860.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M4 | 04/01/2019 | 830.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD, 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M4 | 04/01/2019 | 200.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M4 | 04/01/2019 | 450.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M4 | 04/01/2019 | 180.00 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD W. STE 108 | BREDENTON, FL 34205 |
| 2019 | M4 | 04/01/2019 | 680.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE #100 | DORAL, FL 33172 |
| 2019 | M4 | 04/01/2019 | 100.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH STREET | OCALA, FL 34470 |
| 2019 | M4 | 04/01/2019 | 710.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M4 | 04/01/2019 | 270.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M4 | 04/01/2019 | 110.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M4 | 04/01/2019 | 430.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY BLVD | LARGO, FL 33773 |
| 2019 | M4 | 04/01/2019 | 330.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M4 | 04/01/2019 | 480.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M4 | 04/01/2019 | 112.20 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M4 | 04/01/2019 | 14.41 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M4 | 04/01/2019 | 120.00 | ST LUCIE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M4 | 04/01/2019 | 110.00 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M4 | 04/01/2019 | 130.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M4 | 04/01/2019 | 0.84 | NGP VAN INC | 1445 NEW YORK AVE. NW, SUITE 200 | WASHINGTON, DC 20005 |
| 2019 | M4 | 04/08/2019 | 171,061.59 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M4 | 04/08/2019 | 240.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M4 | 04/08/2019 | 780.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M4 | 04/08/2019 | 100.00 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR STREET | PUNTA GORDA, FL 33950 |
| 2019 | M4 | 04/08/2019 | 540.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M4 | 04/08/2019 | 440.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD, 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M4 | 04/08/2019 | 230.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M4 | 04/08/2019 | 110.00 | BAY COUNTY SUPERVISOR OF ELECT | 830 W 11TH STREET | PANAMA CITY, FL 32401 |
| 2019 | M4 | 04/08/2019 | 220.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M4 | 04/08/2019 | 600.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE #100 | DORAL, FL 33172 |
| 2019 | M4 | 04/08/2019 | 550.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M4 | 04/08/2019 | 300.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M4 | 04/08/2019 | 110.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M4 | 04/08/2019 | 210.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY BLVD | LARGO, FL 33773 |
| 2019 | M4 | 04/08/2019 | 170.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M4 | 04/08/2019 | 200.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M4 | 04/08/2019 | 130.00 | ST LUCIE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M4 | 04/08/2019 | 100.00 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M4 | 04/09/2019 | 35.91 | FEDEX | 8603 S FIXIE HWY, SUITE 101 | MIAMI, FL 33143 |
| 2019 | M4 | 04/10/2019 | 10,442.79 | ALTA INC | 6825 NW 18TH DR | GAINESVILLE, FL 32653 |
| 2019 | M4 | 04/15/2019 | 70,457.40 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M4 | 04/22/2019 | 81.50 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DR | PALM BAY, FL 32909 |
| 2019 | M4 | 04/22/2019 | 118.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M4 | 04/25/2019 | 1,650.00 | NGP VAN INC | 1445 NEW YORK AVE. NW, SUITE 200 | WASHINGTON, DC 20005 |
| 2019 | M4 | 04/26/2019 | 212,911.20 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M5 | 05/01/2019 | 118.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M5 | 05/03/2019 | 170.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M5 | 05/03/2019 | 175.00 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DR | PALM BAY, FL 32909 |
| 2019 | M5 | 05/03/2019 | 1,200.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M5 | 05/03/2019 | 100.00 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 |
| 2019 | M5 | 05/03/2019 | 620.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M5 | 05/03/2019 | 100.00 | HERNANDO COUNTY SUPERVISOR OF | 20 NORTH MIAMI STREET, ROOM 165 | BROOKSVILLE, FL 34601 |
| 2019 | M5 | 05/03/2019 | 740.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD., 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M5 | 05/03/2019 | 120.00 | INDIAN RIVER COUNTY SUPERVISOR | 4375 43RD AVE | VERO BEACH, FL 32967 |
| 2019 | M5 | 05/03/2019 | 120.00 | LAKE COUNTY SUPERVISOR OF ELEC | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 |
| 2019 | M5 | 05/03/2019 | 210.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M5 | 05/03/2019 | 180.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M5 | 05/03/2019 | 120.00 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD. W., STE 108 | BREADENTON, FL 34205 |
| 2019 | M5 | 05/03/2019 | 180.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH STREET | OCALA, FL 34470 |
| 2019 | M5 | 05/03/2019 | 830.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M5 | 05/03/2019 | 910.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M5 | 05/03/2019 | 310.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M5 | 05/03/2019 | 300.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M5 | 05/03/2019 | 180.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M5 | 05/03/2019 | 560.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY BLVD | LARGO, FL 33773 |
| 2019 | M5 | 05/03/2019 | 440.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M5 | 05/03/2019 | 240.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M5 | 05/03/2019 | 270.00 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M5 | 05/03/2019 | 130.00 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVE A | ST. AUGUSTINE, FL 32095 |
| 2019 | M5 | 05/03/2019 | 120.00 | ST. LUCIE COUNTY SUPERVISOR OF | 4131 OKEECHOBEE RD | FORT PIERCE, FL 34947 |

EXHIBIT 2

| 2019 | M5 | 05/03/2019 | 110.00 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M5 | 05/06/2019 | 10,073.41 | NGP VAN INC | 1445 NEW YORK AVE. NW, SUITE 200 | GAINESVILLE, FL 32653 |
| 2019 | M5 | 05/09/2019 | 118,102.50 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M5 | 05/10/2019 | 51.47 | FEDEX | 8603 S DIXIE HWY, SUITE 101 | MIAMI, FL 33143 |
| 2019 | M5 | 05/10/2019 | 17.56 | THE UPS STORE | 6619 SOUTH DIXIE HWY | MIAMI, FL 33 |
| 2019 | M5 | 05/10/2019 | 150.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M5 | 05/10/2019 | 310.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M5 | 05/10/2019 | 160.00 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR STREET | PUNTA GORDA, FL 33950 |
| 2019 | M5 | 05/10/2019 | 140.00 | CLAY COUNTY SUPERVISOR OF ELEC | 500 N ORANGE AVE, GREEN | COVE SPRINGS, FL 32043 |
| 2019 | M5 | 05/10/2019 | 420.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M5 | 05/10/2019 | 110.00 | FLAGLER COUNTY SUPERVISOR OF E | 1769 E MOODY BLVD #101 | BUNNELL, FL 32110 |
| 2019 | M5 | 05/10/2019 | 300.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD., 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M5 | 05/10/2019 | 100.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M5 | 05/10/2019 | 320.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M5 | 05/10/2019 | 490.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M5 | 05/10/2019 | 140.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M5 | 05/10/2019 | 110.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M5 | 05/10/2019 | 230.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M5 | 05/10/2019 | 180.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M5 | 05/10/2019 | 140.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M5 | 05/16/2019 | 36.16 | FEDEX | 8603 S DIXIE HWY, SUITE 101 | MIAMI, FL 33143 |
| 2019 | M5 | 05/17/2019 | 221,670.20 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M5 | 05/17/2019 | 130.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M5 | 05/17/2019 | 110.00 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M5 | 05/17/2019 | 410.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M5 | 05/17/2019 | 360.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M5 | 05/17/2019 | 140.00 | ESCAMBIA COUNTY SUPERVISOR OF | 213 PALAFOX PLACE | PENSACOLA, FL 32502 |
| 2019 | M5 | 05/17/2019 | 110.00 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON STREET | QUINCY, FL 32351 |
| 2019 | M5 | 05/17/2019 | 190.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD., 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M5 | 05/17/2019 | 310.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M5 | 05/17/2019 | 180.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH STREET | OCALA, FL 34470 |
| 2019 | M5 | 05/17/2019 | 390.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M5 | 05/17/2019 | 330.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M5 | 05/17/2019 | 220.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M5 | 05/17/2019 | 120.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M5 | 05/17/2019 | 470.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M5 | 05/17/2019 | 150.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M5 | 05/17/2019 | 106.95 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M5 | 05/17/2019 | 100.00 | ST. LUCIE COUNTY SUPERVISOR OF | 4131 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M5 | 05/23/2019 | 36.07 | FEDEX | 8603 S DIXIE HWY, SUITE 101 | MIAMI, FL 33143 |
| 2019 | M5 | 05/23/2019 | 200,282.60 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M5 | 05/31/2019 | 248,673.13 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M5 | 05/31/2019 | 74.40 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M5 | 05/31/2019 | 110.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M5 | 05/31/2019 | 230.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M5 | 05/31/2019 | 110.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M5 | 05/31/2019 | 240.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD., 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M5 | 05/31/2019 | 110.00 | LAKE COUNTY SUPERVISOR OF ELEC | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 |
| 2019 | M5 | 05/31/2019 | 100.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M5 | 05/31/2019 | 110.00 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD. W., STE 108 | BRADENTON, FL 34205 |
| 2019 | M5 | 05/31/2019 | 240.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M5 | 05/31/2019 | 110.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M5 | 05/31/2019 | 100.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M5 | 05/31/2019 | 100.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M5 | 05/31/2019 | 110.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M5 | 05/31/2019 | 500.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M5 | 05/31/2019 | 110.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M5 | 05/31/2019 | 110.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M5 | 05/31/2019 | 110.00 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M6 | 06/01/2019 | 40.23 | THE UPS STORE | 6619 SOUTH DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M6 | 06/01/2019 | 0.70 | NGP VAN INC | 1445 NEW YORK AVE. NW, SUITE 200 | WASHINGTON, DC 20005 |
| 2019 | M6 | 06/03/2019 | 105.00 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M6 | 06/03/2019 | 430.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M6 | 06/03/2019 | 190.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M6 | 06/03/2019 | 200.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M6 | 06/03/2019 | 110.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M6 | 06/03/2019 | 130.00 | LEON COUNTY SUPERVISION OF ELE | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M6 | 06/03/2019 | 100.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH STREET | OCALA, FL 34470 |
| 2019 | M6 | 06/03/2019 | 280.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M6 | 06/03/2019 | 280.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M6 | 06/03/2019 | 160.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M6 | 06/03/2019 | 170.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M6 | 06/03/2019 | 110.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M6 | 06/03/2019 | 110.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M6 | 06/03/2019 | 100.00 | SUMTER COUNTY SUPERVISOR OF EL | 900 N MAIN STREET | BUSHNELL, FL 33513 |
| 2019 | M6 | 06/07/2019 | 27.43 | FEDEX | 6619 SOUTH DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M6 | 06/10/2019 | 65.45 | CHECKS FOR LESS | 200 RIVERSIDE INDUSTRIAL PKWY | PORTLAND, ME 04103 |
| 2019 | M6 | 06/12/2019 | 242,241.30 | BH-AP PETITIONING PARTNERS, LL | 26500 W AGOURA ROAD, STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M6 | 06/13/2019 | 27.43 | FEDEX | 6619 SOUTH DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M6 | 06/19/2019 | 290,099.60 | BH-AP PETITIONING PARTNERS, LL | 26500 W AGOURA ROAD, STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M6 | 06/21/2019 | 119.10 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M6 | 06/21/2019 | 20.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH STREET, STE A | MACCLENNY, FL 32063 |
| 2019 | M6 | 06/21/2019 | 91.40 | BAY COUNTY SUPERVISOR OF ELECT | 830 W 11TH STREET | PANAMA CITY, FL 32401 |
| 2019 | M6 | 06/21/2019 | 21.10 | BRADFORD COUNTY SUPERVISOR OF | 945 N TEMPLE AVE #C | STARKE, FL 32901 |
| 2019 | M6 | 06/21/2019 | 179.10 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M6 | 06/21/2019 | 1,575.70 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M6 | 06/21/2019 | 109.50 | CHARLOTTE COUNTY SUPERVISION O | 226 TAYLOR STREET | PUNTA GORDA, FL 33950 |
| 2019 | M6 | 06/21/2019 | 51.70 | CITRUS COUNTY SUPERVISOR OF EL | 120 N APOPKA AVE | INVERNESS, FL 34450 |
| 2019 | M6 | 06/21/2019 | 113.40 | CLAY COUNTY SUPERVISOR OF ELEC | 500 N ORANGE AVE, GREEN | COVE SPRINGS, FL 32043 |
| 2019 | M6 | 06/21/2019 | 63.40 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 |
| 2019 | M6 | 06/21/2019 | 80.10 | COLUMBIA COUNTY SUPERVISOR OF | 971 W. DUVAL ST., STE 102 | LAKE CITY, FL 32055 |
| 2019 | M6 | 06/21/2019 | 13.80 | DESOTO COUNTY SUPERVISOR OF EL | 201 W OAK ST #104 | ARCADIA, FL 34266 |
| 2019 | M6 | 06/21/2019 | 693.30 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M6 | 06/21/2019 | 141.40 | ESCAMBIA COUNTY SUPERVISOR OF | 213 PALAFOX PLACE | PENSACOLA, FL 32502 |
| 2019 | M6 | 06/21/2019 | 90.70 | FLAGLER COUNTY SUPERVISOR OF E | 1769 E MOODY BLVD #101 | BUNNELL, FL 32110 |
| 2019 | M6 | 06/21/2019 | 25.80 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON STREET | QUINCY, FL 32351 |
| 2019 | M6 | 06/21/2019 | 11.60 | GILCHRIST COUNTY SUPERVISOR OF | 112 S MAIN STREET # 128 | TRENTON, FL 32693 |

EXHIBIT 2

| 2019 | M6 | 06/21/2019 | 18.90 | GLADES COUNTY SUPERVISOR OF EL | 500 AVENUE J | MOORE HAVEN, FL 33471 |
|------|----|-----------|-------|--------------------------------|--------------|------------------------|
| 2019 | M6 | 06/21/2019 | 27.90 | HENDRY COUNTY SUPERVISOR OF EL | 25 E HICKPOCHEE AVE | LABELLE, FL 33935 |
| 2019 | M6 | 06/21/2019 | 107.30 | HERNANDO COUNTY SUPERVISOR OF | 20 NORTH MAIN STREET, ROOM 165 | BROOKSVILLE, FL 34601 |
| 2019 | M6 | 06/21/2019 | 27.60 | HIGHLAND COUNTY SUPERVISOR OF | 580 S COMMERCE AVE #A201 | SEBRING, FL 33870 |
| 2019 | M6 | 06/21/2019 | 13.50 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA STREET, # 102 | BONIFAY, FL 32425 |
| 2019 | M6 | 06/21/2019 | 104.50 | INDIAN RIVER COUNTY SUPERVISOR | 4375 43RD AVE | VERO BEACH, FL 32967 |
| 2019 | M6 | 06/21/2019 | 41.30 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON STREET | MARIANNA, FL 32448 |
| 2019 | M6 | 06/21/2019 | 44.90 | JEFFERSON COUNTY SUPERVISOR OF | 380 W DOGWOOD STREET | MONTICELLO, FL 32344 |
| 2019 | M6 | 06/21/2019 | 128.10 | LAKE COUNTY SUPERVISOR OF ELEC | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 |
| 2019 | M6 | 06/21/2019 | 216.50 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M6 | 06/21/2019 | 214.10 | LEON COUNTY SUPERVISION OF ELE | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M6 | 06/21/2019 | 43.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT STREET | BRONSON, FL 32621 |
| 2019 | M6 | 06/21/2019 | 33.50 | MADISON COUNTY SUPERVISOR OF E | 229 PINSKNEY ST #113 | MADISON, FL 32340 |
| 2019 | M6 | 06/21/2019 | 252.50 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD. W., STE 108 | BRADENTON, FL 34205 |
| 2019 | M6 | 06/21/2019 | 73.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH STREET | OCALA, FL 34470 |
| 2019 | M6 | 06/21/2019 | 162.60 | MARTIN COUNTY SUPERVISOR OF EL | 135 SW M.L.K JR BLVD | STUART, FL 34994 |
| 2019 | M6 | 06/21/2019 | 1,002.10 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M6 | 06/21/2019 | 17.70 | MONROE COUNTY SUPERVISOR OF EL | 530 WHITEHEAD STREET #101 | KEY WEST, FL 33040 |
| 2019 | M6 | 06/21/2019 | 75.90 | NASSAU COUNTY SUPERVISOR OF EL | 96135 NASSAU PLACE, STE 3 | YULEE, FL 32097 |
| 2019 | M6 | 06/21/2019 | 54.10 | OKALOOSA COUNTY SUPERVISOR OF | 302 WILSON ST N, STE 10 | CRESTVIEW, FL 32536 |
| 2019 | M6 | 06/21/2019 | 582.20 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M6 | 06/21/2019 | 187.45 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M6 | 06/21/2019 | 669.90 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M6 | 06/21/2019 | 585.40 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M6 | 06/21/2019 | 723.50 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M6 | 06/21/2019 | 294.60 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M6 | 06/21/2019 | 66.90 | PUTNAM COUNTY SUPERVISOR OF EL | 2509 CRILL AVE #900 | PALATKA, FL 32177 |
| 2019 | M6 | 06/21/2019 | 191.30 | SANTA ROSA COUNTY SUPERVISOR O | 6495 CAROLINE STREET | MILTON, FL 32570 |
| 2019 | M6 | 06/21/2019 | 342.20 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M6 | 06/21/2019 | 325.70 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M6 | 06/21/2019 | 125.80 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVE A | ST. AUGUSTINE, FL 32095 |
| 2019 | M6 | 06/21/2019 | 151.30 | ST. LUCIE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M6 | 06/21/2019 | 16.80 | SUMTER COUNTY SUPERVISOR OF EL | 900 N MAIN STREET | BUSHNELL, FL 33513 |
| 2019 | M6 | 06/21/2019 | 22.20 | SUWANEE COUNTY SUPERVISOR OF E | 220 PINE AVE SW | LIVE OAK, FL 32064 |
| 2019 | M6 | 06/21/2019 | 19.40 | TAYLOR COUNTY SUPERVISOR OF EL | 433 US-19 | PERRY, FL 32347 |
| 2019 | M6 | 06/21/2019 | 10.30 | UNION COUNTY SUPERVISOR OF ELE | 175 WEST MAIN STREET | LAKE BUTLER, FL 32054 |
| 2019 | M6 | 06/21/2019 | 516.70 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVENUE | DELAND, FL 32720 |
| 2019 | M6 | 06/21/2019 | 31.30 | WAKULLA COUNTY SUPERVISOR OF E | 3115B CRAWFORDVILLE HWY | CRAWFORDVILLE, FL 32327 |
| 2019 | M6 | 06/21/2019 | 29.40 | WASHINGTON COUNTY SUPERVISOR O | 1331 SOUTH BLVS # 900 | CHIPLEY, FL 32428 |
| 2019 | M6 | 06/21/2019 | 613.10 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M6 | 06/21/2019 | 144.00 | BB&T | 6202 S. DIXIE HWY | SOUTH MIAMI, FL 33143 |
| 2019 | M6 | 06/25/2019 | 18.48 | THE UPS STORE | 6619 SOUTH DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M6 | 06/26/2019 | 269,999.80 | BH-AP PETITIONING PARTNERS, LL | 26500 W AGOURA ROAD, STE 102-146 | CALABASAS, CA 91362 |

```
            -------------
            3,073,953.30
```

314 Expenditure(s) Selected

Query the Campaign Finance Data Base

---

[Department of State] [Division of Elections] [Candidates and Races] [Campaign Finance Information]

EXHIBIT 2

Florida Department of State
**Division of Elections**

# Campaign Expenditures

### Florida For A Fair Wage

*This information is being provided as a convenience to the public, has been processed by the Division of Elections and should be cross referenced with the original report on file with the Division of Elections in case of questions.*
About the Campaign Finance Data Base

| Rpt Yr | Rpt Type | Date | Amount | Expense Paid To | Address | City State Zip |
|--------|----------|------|--------|-----------------|---------|----------------|
| 2017 | M12 | 12/20/2017 | 25,000.00 | BOIES SCHILLER FLEXNER LLP | 121 ORANGE AVE # 840, ORLANDO, FL 32801 | ORLANDO, FL 32801 |
| 2017 | M12 | 12/20/2017 | 100,000.00 | AAP HOLDING CO, INC. | 4607 LAKEVIEW TERRACE | WESTLAKE VILLAGE, CA 91361 |
| 2017 | M12 | 12/26/2017 | 2,000.00 | BFF COMPLIANCE CO. | 6619 S DIXIE HWY #148 | MIAMI, FL 33143 |
| 2018 | M1 | 01/19/2018 | 2,000.00 | EXTENSIVE ENTERPRISES | 204 37TH AVENUE NORTH, #182 | ST. PETERSBURG, FL 33704 |
| 2018 | M1 | 01/23/2018 | 4,663.99 | DELTA PRINTING | 4519 TAYLOR STREET | HOLLYWOOD, FL 33021 |
| 2018 | M2 | 02/21/2018 | 81,278.30 | AAP HOLDING COMPANY INC | 4607 LAKEVIEW TERRACE | WESTLAKE VILLAGE, CA 91361 |
| 2018 | M3 | 03/05/2018 | 82,655.80 | AAP HOLDING COMPANY, LLC | 4607 LAKEVIEW TERRACE, STE 519 | WESTLAKE VILLAGE, CA 91631 |
| 2018 | M3 | 03/07/2018 | 4,770.92 | DELTA PRINTING | 4519 TAYLOR STREET | HOLLYWOOD, FL 33021 |
| 2018 | M3 | 03/21/2018 | 88.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 |
| 2018 | M3 | 03/29/2018 | 2,000.00 | BFF COMPLIANCE | 6619 SOUTH DIXIE HWY #148 | SOUTH MIAMI, FL 33143 |
| 2018 | M4 | 04/06/2018 | 11,500.00 | IMPACT POLITICS LLC | 16740 WATERS EDGE DR | WESTON, FL 33326 |
| 2018 | M4 | 04/11/2018 | 6.70 | USPS | 5927 SW 70TH STREET | SOUTH MIAMI, FL 33143 |
| 2018 | M4 | 04/23/2018 | 118.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 |
| 2018 | M4 | 04/23/2018 | 154,230.70 | AAP HOLDING COMPANY, LLC | 4607 LAKEVIEW TERRACE, STE 519 | WESTLAKE VILLAGE, CA 91631 |
| 2018 | M5 | 05/21/2018 | 56.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 |
| 2018 | P1 | 06/21/2018 | 30.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 |
| 2018 | P4 | 07/23/2018 | 30.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 |
| 2018 | P7 | 08/21/2018 | 30.00 | BB&T | 6202 S DIXIE HWY | MIAMI, FL 33143 |
| 2018 | G2A | 09/21/2018 | 30.00 | BB&T | 6202 S DIXIE HWY | MIAMI, FL 33143 |
| 2018 | D1 | 10/22/2018 | 30.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2018 | M11 | 11/21/2018 | 30.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2018 | M12 | 12/20/2018 | 120.85 | CHECKS FOR LESS | 200 RIVERSIDE INDUSTRIAL PKWY | PORTLAND, ME 04103 |
| 2018 | M12 | 12/20/2018 | 5,000.00 | BFF COMPLIANCE | 6619 S. DIXIE HWY NO. 148 | MIAMI, FL 33143 |
| 2019 | M1 | 01/19/2019 | 352.50 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M1 | 01/19/2019 | 3.40 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH STREET STE A | MACCLENNY, FL 32063 |
| 2019 | M1 | 01/19/2019 | 45.60 | BAY COUNTY SUPERVISOR OF ELECT | 830 W 11TH STREET | PANAMA CITY, FL 32401 |
| 2019 | M1 | 01/19/2019 | 6.20 | BRADFORD COUNTY SUPERVISOR OF | 945 N TEMPLE AVE # C | STARKE, FL 32091 |
| 2019 | M1 | 01/19/2019 | 447.90 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M1 | 01/19/2019 | 1,571.10 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVENUE | LAUDERHILL, FL 33313 |
| 2019 | M1 | 01/19/2019 | 0.20 | CALHOUN COUNTY SUPERVISOR OF E | 20859 CENTRAL AVE # G10 | BLOUNTSTOWN, FL 32424 |
| 2019 | M1 | 01/19/2019 | 31.40 | CHARLOTTE COUNTY SUPERVISOR OF | 226TAYLOR STREET | PUNTA GORDA, FL 33950 |
| 2019 | M1 | 01/19/2019 | 128.20 | CITRUS COUNTY SUPERVISOR OF EL | 120 N APOPKA AVENUE | INVERNESS, FL 34450 |
| 2019 | M1 | 01/19/2019 | 36.70 | CLAY COUNTY SUPERVISOR OF ELEC | 500 N ORANGE AVE, GREEN | COVE SPRINGS, FL 32043 |
| 2019 | M1 | 01/19/2019 | 13.40 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 |
| 2019 | M1 | 01/19/2019 | 7.00 | COLUMBIA COUNTY SUPERVISOR OF | 971 W. DUVAL ST., STE 102 | LAKE CITY, FL 32055 |
| 2019 | M1 | 01/19/2019 | 1.90 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST # 104, | ARCADIA, FL 34266 |
| 2019 | M1 | 01/19/2019 | 2.50 | DIXIE COUNTY SUPERVISOR OF ELE | 229 NE 351 HWY | CROSS CITY, FL 32628 |
| 2019 | M1 | 01/19/2019 | 858.30 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M1 | 01/19/2019 | 4.20 | ESCAMBIA COUNTY SUPERVISOR OF | 213 PALAFOX PLACE | PENSACOLA, FL 32502 |
| 2019 | M1 | 01/19/2019 | 178.30 | FLAGLER COUNTY SUPERVISOR OF E | 1769 E MOODY BLVD #101 | BUNNELL, FL 32110 |
| 2019 | M1 | 01/19/2019 | 0.40 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVE F | APALACHICOLA, FL 32320 |
| 2019 | M1 | 01/19/2019 | 11.50 | GADSEN COUNTY SUPERVISOR OF EL | 16 S MADISON STREET | QUINCY, FL 32351 |
| 2019 | M1 | 01/19/2019 | 2.20 | GILCHRIST COUNTY SUPERVISOR OF | 112 S MAIN STREET, #128 | TRENTON, FL 32693 |
| 2019 | M1 | 01/19/2019 | 1.70 | GULF COUNTY SUPERVISOR OF ELEC | 401 LONG AVENUE | PORT ST JOE, FL 32456 |
| 2019 | M1 | 01/19/2019 | 0.30 | HAMILTON COUNTY SUPERVISOR OF | 1153 N W U.S. HWY 41 | JASPER, FL 32052 |
| 2019 | M1 | 01/19/2019 | 0.90 | HARDEE COUNTY SUPERVISOR OF EL | 311 N 6TH AVE #110 | WAUCHULA, FL 33873 |
| 2019 | M1 | 01/19/2019 | 1.60 | HENDRY COUNTY SUPERVISOR OF EL | 25 E HICKPOCHEE AVENUE | LABELLE, FL 33935 |
| 2019 | M1 | 01/19/2019 | 60.20 | HERNANDO COUNTY SUPERVISOR OF | 20 NORTH MAIN STREET | BROOKSVILLE, FL 34601 |
| 2019 | M1 | 01/19/2019 | 4.60 | HIGHLAND COUNTY SUPERVISOR OF | 580 S COMMERCE AVE # A201 | SEBRING, FL 33870 |
| 2019 | M1 | 01/19/2019 | 1,526.20 | HILLSBOROUGH COUNTY SUP OF ELE | 601 E. KENNEDY BLVD. | TAMPA, FL 33602 |
| 2019 | M1 | 01/19/2019 | 0.20 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA STREET, # 102 | BONIFAY, FL 32425 |
| 2019 | M1 | 01/19/2019 | 12.20 | INDIAN RIVER COUNTY SUP OF ELE | 4375 43RD AVE | VERO BEACH, FL 32967 |
| 2019 | M1 | 01/19/2019 | 1.10 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON STREET | MARIANNA, FL 32448 |
| 2019 | M1 | 01/19/2019 | 3.20 | JEFFERSON COUNTY SUPERVISOR OF | 380 W DOGWOOD STREET | MONTICELLO, FL 32344 |
| 2019 | M1 | 01/19/2019 | 0.20 | LAFAYETTE COUNTY SUPERVISOR OF | 120 W MAIN STREET, #129 | MAYO, FL 32066 |
| 2019 | M1 | 01/19/2019 | 184.20 | LAKE COUNTY SUPERVISOR OF ELEC | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 |
| 2019 | M1 | 01/19/2019 | 69.90 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M1 | 01/19/2019 | 257.40 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M1 | 01/19/2019 | 15.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT STREET | BRONSON, FL 32621 |
| 2019 | M1 | 01/19/2019 | 1.20 | MADISON COUNTY SUPERVISOR OF E | 229 PINCKNEY ST # 113 | MADISON, FL 32340 |
| 2019 | M1 | 01/19/2019 | 89.60 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD. W., SUITE 108 | BRADENTON, FL 34205 |
| 2019 | M1 | 01/19/2019 | 331.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH STREET | OCALA, FL 34470 |
| 2019 | M1 | 01/19/2019 | 7.30 | MARTIN COUNTY SUPERVISOR OF EL | 135 SE M.L.K. JR BLVD | STUART, FL 34994 |
| 2019 | M1 | 01/19/2019 | 610.50 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, # 100 | DORAL, FL 33172 |
| 2019 | M1 | 01/19/2019 | 5.50 | MONROE COUNTY SUPERVISOR OF EL | 530 WHITEHEAD STREET #101 | KEY WEST, FL 33040 |
| 2019 | M1 | 01/19/2019 | 11.40 | NASSAU COUNTY SUPERVISOR OF EL | 96135 NASSAU PLACE, SUITE 3 | YULEE, FL 32097 |
| 2019 | M1 | 01/19/2019 | 3.90 | OKALOOSA COUNTY SUPERVISOR OF | 302 WILSON ST N | CRESTVIEW, FL 32536 |
| 2019 | M1 | 01/19/2019 | 1.80 | OKEECHOBEE COUNTY SUPERVISOR O | 304 NW 2ND ST #144 | OKEECHOBEE, FL 34972 |
| 2019 | M1 | 01/19/2019 | 1,531.50 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M1 | 01/19/2019 | 331.60 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M1 | 01/19/2019 | 331.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M1 | 01/19/2019 | 390.90 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M1 | 01/19/2019 | 672.80 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M1 | 01/19/2019 | 148.80 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M1 | 01/19/2019 | 16.60 | PUTMAN COUNTY SUPERVISOR OF EL | 2509 CRILL AVE # 900 | PALATKA, FL 32177 |
| 2019 | M1 | 01/19/2019 | 2.80 | SANTA ROSA COUNTY SUPERVISOR O | 6495 CAROLINE STREET | MILTON, FL 32570 |
| 2019 | M1 | 01/19/2019 | 505.20 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |

EXHIBIT 3

| 2019 | M1 | 01/19/2019 | 372.70 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
|------|----|------------|--------|-------------------------------|---------------------|-------------------|
| 2019 | M1 | 01/19/2019 | 44.60 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVE A | ST. AUGUSTINE, FL 32095 |
| 2019 | M1 | 01/19/2019 | 25.00 | ST. LUCIE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M1 | 01/19/2019 | 25.60 | SUMTER COUNTY SUPERVISOR OF EL | 900 N MAIN STREET | BUSHNELL, FL 33513 |
| 2019 | M1 | 01/19/2019 | 2.60 | SUWANEE COUNTY SUPERVISOR OF E | 220 PINE AVE SW | LIVE OAK, FL 32064 |
| 2019 | M1 | 01/19/2019 | 0.80 | TAYLOR COUNTY SUPERVISOR OF EL | 433 US-19 | PERRY, FL 32347 |
| 2019 | M1 | 01/19/2019 | 2.00 | UNION COUNTY SUPERVISOR OF ELE | 175 WEST MAIN STREET | LAKE BUTLER, FL 32054 |
| 2019 | M1 | 01/19/2019 | 645.10 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVENUE | DELAND, FL 32720 |
| 2019 | M1 | 01/19/2019 | 4.30 | WAKULLA COUNTY SUPERVISOR OF E | 3115B CRAWFORDVILLE HWY | CRAWFORDVILLE, FL 32327 |
| 2019 | M1 | 01/19/2019 | 1.20 | WALTON COUNTY SUPERVISOR OF EL | 571 EAST NELSON AVENUE | DEFUNIAK SPRINGS, FL 32433 |
| 2019 | M1 | 01/19/2019 | 1.00 | WASHINGTON COUNTY SUPERVISOR O | 1331 SOUTH BLVD #900 | CHIPLEY, FL 32428 |
| 2019 | M1 | 01/23/2019 | 31,386.66 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD, STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M1 | 01/23/2019 | 30.00 | BB&T | 6202 S DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M2 | 02/21/2019 | 66.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M2 | 02/27/2019 | 63,509.00 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M2 | 02/27/2019 | 11,364.90 | ALTA INC. | 6825 NW 18TH DRIVE | GAINESVILLE, FL 32653 |
| 2019 | M3 | 03/05/2019 | 75,724.80 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M3 | 03/05/2019 | 2,654.78 | ALTA INC | 6825 NW 18TH DR | GAINESVILLE, FL 32653 |
| 2019 | M3 | 03/13/2019 | 287.90 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M3 | 03/14/2019 | 82,812.40 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M3 | 03/21/2019 | 66.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M3 | 03/22/2019 | 204,722.60 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M3 | 03/26/2019 | 29.23 | THE UPS STORE | 6619 SOUTH DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M4 | 04/01/2019 | 153.80 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DR | PALM BAY, FL 32909 |
| 2019 | M4 | 04/01/2019 | 35.91 | FEDEX | 8603 S FEDEX HWY, SUITE 101 | MIAMI, FL 33143 |
| 2019 | M4 | 04/01/2019 | 540.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M4 | 04/01/2019 | 980.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M4 | 04/01/2019 | 150.00 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR STREET | PUNTA GORDA, FL 33950 |
| 2019 | M4 | 04/01/2019 | 860.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M4 | 04/01/2019 | 830.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD, 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M4 | 04/01/2019 | 200.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M4 | 04/01/2019 | 450.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M4 | 04/01/2019 | 180.00 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD W. STE 108 | BREDENTON, FL 34205 |
| 2019 | M4 | 04/01/2019 | 680.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE #100 | DORAL, FL 33172 |
| 2019 | M4 | 04/01/2019 | 100.00 | MARION COUNTY SUPERVISOR OF EL | 981 SE 16TH STREET | OCALA, FL 34470 |
| 2019 | M4 | 04/01/2019 | 710.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M4 | 04/01/2019 | 270.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M4 | 04/01/2019 | 110.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M4 | 04/01/2019 | 430.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M4 | 04/01/2019 | 330.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M4 | 04/01/2019 | 480.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M4 | 04/01/2019 | 112.20 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M4 | 04/01/2019 | 14.41 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M4 | 04/01/2019 | 120.00 | ST LUCIE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M4 | 04/01/2019 | 110.00 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M4 | 04/01/2019 | 130.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M4 | 04/01/2019 | 0.84 | NGP VAN INC | 1445 NEW YORK AVE. NW, SUITE 200 | WASHINGTON, DC 20005 |
| 2019 | M4 | 04/08/2019 | 171,061.59 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M4 | 04/08/2019 | 240.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M4 | 04/08/2019 | 780.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M4 | 04/08/2019 | 100.00 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR STREET | PUNTA GORDA, FL 33950 |
| 2019 | M4 | 04/08/2019 | 540.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M4 | 04/08/2019 | 440.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD, 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M4 | 04/08/2019 | 230.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M4 | 04/08/2019 | 110.00 | BAY COUNTY SUPERVISOR OF ELECT | 830 W 11TH STREET | PANAMA CITY, FL 32401 |
| 2019 | M4 | 04/08/2019 | 220.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M4 | 04/08/2019 | 600.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE #100 | DORAL, FL 33172 |
| 2019 | M4 | 04/08/2019 | 550.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M4 | 04/08/2019 | 300.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M4 | 04/08/2019 | 110.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M4 | 04/08/2019 | 210.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M4 | 04/08/2019 | 170.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M4 | 04/08/2019 | 200.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M4 | 04/08/2019 | 130.00 | ST LUCIE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M4 | 04/08/2019 | 100.00 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M4 | 04/09/2019 | 35.91 | FEDEX | 8603 S DIXIE HWY, SUITE 101 | MIAMI, FL 33143 |
| 2019 | M4 | 04/10/2019 | 10,442.79 | ALTA INC | 6825 NW 18TH DR | GAINESVILLE, FL 32653 |
| 2019 | M4 | 04/15/2019 | 70,457.40 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M4 | 04/22/2019 | 81.50 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DR | PALM BAY, FL 32909 |
| 2019 | M4 | 04/25/2019 | 118.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M4 | 04/25/2019 | 1,650.00 | NGP VAN INC | 1445 NEW YORK AVE. NW, SUITE 200 | WASHINGTON, DC 20005 |
| 2019 | M4 | 04/26/2019 | 212,911.20 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102-146 | CALABASAS, CA 91362 |
| 2019 | M5 | 05/01/2019 | 118.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M5 | 05/03/2019 | 170.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M5 | 05/03/2019 | 175.00 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DR | PALM BAY, FL 32909 |
| 2019 | M5 | 05/03/2019 | 1,200.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M5 | 05/03/2019 | 100.00 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 |
| 2019 | M5 | 05/03/2019 | 620.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M5 | 05/03/2019 | 100.00 | HERNANDO COUNTY SUPERVISOR OF | 20 NORTH MIAMI STREET, ROOM 165 | BROOKSVILLE, FL 34601 |
| 2019 | M5 | 05/03/2019 | 740.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD., 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M5 | 05/03/2019 | 120.00 | INDIAN RIVER COUNTY SUPERVISOR | 4375 43RD AVE | VERO BEACH, FL 32967 |
| 2019 | M5 | 05/03/2019 | 120.00 | LAKE COUNTY SUPERVISOR OF ELEC | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 |
| 2019 | M5 | 05/03/2019 | 210.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M5 | 05/03/2019 | 180.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M5 | 05/03/2019 | 120.00 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD. W., STE 108 | BRADENTON, FL 34205 |
| 2019 | M5 | 05/03/2019 | 180.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH STREET | OCALA, FL 34470 |
| 2019 | M5 | 05/03/2019 | 830.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M5 | 05/03/2019 | 910.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M5 | 05/03/2019 | 310.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M5 | 05/03/2019 | 300.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M5 | 05/03/2019 | 180.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M5 | 05/03/2019 | 560.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M5 | 05/03/2019 | 440.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M5 | 05/03/2019 | 240.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M5 | 05/03/2019 | 270.00 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M5 | 05/03/2019 | 130.00 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVE A | ST. AUGUSTINE, FL 32095 |
| 2019 | M5 | 05/03/2019 | 120.00 | ST. LUCIE COUNTY SUPERVISOR OF | 4131 OKEECHOBEE RD | FORT PIERCE, FL 34947 |

EXHIBIT 3

| Year | | Date | | Amount | Payee | Address | City/State/Zip |
|------|----|------|------|--------|-------|---------|----------------|
| 2019 | M5 | 05/03/2019 | 110.00 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M5 | 05/06/2019 | 10,073.41 | AT&T MOBILITY | ONE AT&T WAY | GAINESVILLE, FL 32653 |
| 2019 | M5 | 05/09/2019 | 118,102.50 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102–146 | CALABASAS, CA 91362 |
| 2019 | M5 | 05/10/2019 | 51.47 | FEDEX | 8603 S DIXIE HWY, SUITE 101 | MIAMI, FL 33143 |
| 2019 | M5 | 05/10/2019 | 17.56 | THE UPS STORE | 6619 SOUTH DIXIE HWY | MIAMI, FL 33 |
| 2019 | M5 | 05/10/2019 | 150.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M5 | 05/10/2019 | 310.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M5 | 05/10/2019 | 160.00 | CHARLOTTE COUNTY SUPERVISOR OF | 226 TAYLOR STREET | PUNTA GORDA, FL 33950 |
| 2019 | M5 | 05/10/2019 | 140.00 | CLAY COUNTY SUPERVISOR OF ELEC | 500 N ORANGE AVE, GREEN | COVE SPRINGS, FL 32043 |
| 2019 | M5 | 05/10/2019 | 420.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M5 | 05/10/2019 | 110.00 | FLAGLER COUNTY SUPERVISOR OF E | 1769 E MOODY BLVD #101 | BUNNELL, FL 32110 |
| 2019 | M5 | 05/10/2019 | 300.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD., 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M5 | 05/10/2019 | 100.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M5 | 05/10/2019 | 320.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M5 | 05/10/2019 | 490.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M5 | 05/10/2019 | 140.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M5 | 05/10/2019 | 110.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M5 | 05/10/2019 | 230.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M5 | 05/10/2019 | 180.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M5 | 05/10/2019 | 140.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M5 | 05/16/2019 | 36.16 | FEDEX | 8603 S DIXIE HWY, SUITE 101 | MIAMI, FL 33143 |
| 2019 | M5 | 05/17/2019 | 221,670.20 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102–146 | CALABASAS, CA 91362 |
| 2019 | M5 | 05/17/2019 | 130.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M5 | 05/17/2019 | 110.00 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M5 | 05/17/2019 | 410.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M5 | 05/17/2019 | 360.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M5 | 05/17/2019 | 140.00 | ESCAMBIA COUNTY SUPERVISOR OF | 213 PALAFOX PLACE | PENSACOLA, FL 32502 |
| 2019 | M5 | 05/17/2019 | 110.00 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON STREET | QUINCY, FL 32351 |
| 2019 | M5 | 05/17/2019 | 190.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD., 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M5 | 05/17/2019 | 310.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990–1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M5 | 05/17/2019 | 180.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH STREET | OCALA, FL 34470 |
| 2019 | M5 | 05/17/2019 | 390.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M5 | 05/17/2019 | 330.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M5 | 05/17/2019 | 220.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M5 | 05/17/2019 | 120.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M5 | 05/17/2019 | 470.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M5 | 05/17/2019 | 150.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M5 | 05/17/2019 | 106.95 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M5 | 05/17/2019 | 100.00 | ST. LUCIE COUNTY SUPERVISOR OF | 4131 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M5 | 05/23/2019 | 36.07 | FEDEX | 8603 S DIXIE HWY, SUITE 101 | MIAMI, FL 33143 |
| 2019 | M5 | 05/23/2019 | 200,282.60 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102–146 | CALABASAS, CA 91362 |
| 2019 | M5 | 05/31/2019 | 248,673.13 | BH-AP PETITIONING PARTNERS | 26500 W AGOURA ROAD STE 102–146 | CALABASAS, CA 91362 |
| 2019 | M5 | 05/31/2019 | 74.40 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M5 | 05/31/2019 | 110.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M5 | 05/31/2019 | 230.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M5 | 05/31/2019 | 110.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M5 | 05/31/2019 | 240.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E. KENNEDY BLVD., 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M5 | 05/31/2019 | 110.00 | LAKE COUNTY SUPERVISOR OF ELEC | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 |
| 2019 | M5 | 05/31/2019 | 100.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M5 | 05/31/2019 | 110.00 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD. W., STE 108 | BRADENTON, FL 34205 |
| 2019 | M5 | 05/31/2019 | 240.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M5 | 05/31/2019 | 110.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M5 | 05/31/2019 | 100.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M5 | 05/31/2019 | 100.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M5 | 05/31/2019 | 110.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M5 | 05/31/2019 | 500.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M5 | 05/31/2019 | 110.00 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M5 | 05/31/2019 | 110.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M5 | 05/31/2019 | 110.00 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M6 | 06/01/2019 | 40.23 | THE UPS STORE | 6619 SOUTH DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M6 | 06/01/2019 | 0.70 | NGP VAN INC | 1445 NEW YORK AVE. NW, SUITE 200 | WASHINGTON, DC 20005 |
| 2019 | M6 | 06/03/2019 | 105.00 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M6 | 06/03/2019 | 430.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M6 | 06/03/2019 | 190.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M6 | 06/03/2019 | 200.00 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M6 | 06/03/2019 | 110.00 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M6 | 06/03/2019 | 130.00 | LEON COUNTY SUPERVISION OF ELE | 2990–1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M6 | 06/03/2019 | 100.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH STREET | OCALA, FL 34470 |
| 2019 | M6 | 06/03/2019 | 280.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M6 | 06/03/2019 | 280.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M6 | 06/03/2019 | 160.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M6 | 06/03/2019 | 170.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M6 | 06/03/2019 | 110.00 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M6 | 06/03/2019 | 100.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M6 | 06/03/2019 | 100.00 | SUMTER COUNTY SUPERVISOR OF EL | 900 N MAIN STREET | BUSHNELL, FL 33513 |
| 2019 | M6 | 06/07/2019 | 27.43 | FEDEX | 6619 SOUTH DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M6 | 06/10/2019 | 65.45 | CHECKS FOR LESS | 200 RIVERSIDE INDUSTRIAL PKWY | PORTLAND, ME 04103 |
| 2019 | M6 | 06/12/2019 | 242,241.30 | BH-AP PETITIONING PARTNERS, LL | 26500 W AGOURA ROAD, STE 102–146 | CALABASAS, CA 91362 |
| 2019 | M6 | 06/13/2019 | 27.43 | FEDEX | 6619 SOUTH DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M6 | 06/19/2019 | 290,099.60 | BH-AP PETITIONING PARTNERS, LL | 26500 W AGOURA ROAD, STE 102–146 | CALABASAS, CA 91362 |
| 2019 | M6 | 06/21/2019 | 119.10 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST | GAINESVILLE, FL 32601 |
| 2019 | M6 | 06/21/2019 | 20.50 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH STREET, STE A | MACCLENNY, FL 32063 |
| 2019 | M6 | 06/21/2019 | 91.40 | BAY COUNTY SUPERVISOR OF ELECT | 830 W 11TH STREET | PANAMA CITY, FL 32401 |
| 2019 | M6 | 06/21/2019 | 21.10 | BRADFORD COUNTY SUPERVISOR OF | 945 N TEMPLE AVE #C | STARKE, FL 32901 |
| 2019 | M6 | 06/21/2019 | 179.10 | BREVARD COUNTY SUPERVISOR OF E | 450 COGAN DRIVE | PALM BAY, FL 32909 |
| 2019 | M6 | 06/21/2019 | 1,575.70 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVE | LAUDERHILL, FL 33313 |
| 2019 | M6 | 06/21/2019 | 109.50 | CHARLOTTE COUNTY SUPERVISION O | 226 TAYLOR STREET | PUNTA GORDA, FL 33950 |
| 2019 | M6 | 06/21/2019 | 51.70 | CITRUS COUNTY SUPERVISOR OF EL | 120 N APOPKA AVE | INVERNESS, FL 34450 |
| 2019 | M6 | 06/21/2019 | 113.40 | CLAY COUNTY SUPERVISOR OF ELEC | 500 N ORANGE AVE, GREEN | COVE SPRINGS, FL 32043 |
| 2019 | M6 | 06/21/2019 | 63.40 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVE | NAPLES, FL 34104 |
| 2019 | M6 | 06/21/2019 | 80.10 | COLUMBIA COUNTY SUPERVISOR OF | 971 W. DUVAL ST., STE 102 | LAKE CITY, FL 32055 |
| 2019 | M6 | 06/21/2019 | 13.80 | DESOTO COUNTY SUPERVISOR OF EL | 201 W OAK ST #104 | ARCADIA, FL 34266 |
| 2019 | M6 | 06/21/2019 | 693.30 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M6 | 06/21/2019 | 141.40 | ESCAMBIA COUNTY SUPERVISOR OF | 213 PALAFOX PLACE | PENSACOLA, FL 32502 |
| 2019 | M6 | 06/21/2019 | 90.70 | FLAGLER COUNTY SUPERVISOR OF E | 1769 E MOODY BLVD #101 | BUNNELL, FL 32110 |
| 2019 | M6 | 06/21/2019 | 25.80 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON STREET | QUINCY, FL 32351 |
| 2019 | M6 | 06/21/2019 | 11.60 | GILCHRIST COUNTY SUPERVISOR OF | 112 S MAIN STREET # 128 | TRENTON, FL 32693 |

EXHIBIT 3

| 2019 | M6 | 06/21/2019 | 18.90 | GLADES COUNTY SUPERVISOR OF EL | 500 AVENUE J | MOORE HAVEN, FL 33471 |
|------|----|-----------|------|-------------------------------|--------------|----------------------|
| 2019 | M6 | 06/21/2019 | 27.90 | HENDRY COUNTY SUPERVISOR OF EL | 25 E HICKPOCHEE AVE | LABELLE, FL 33935 |
| 2019 | M6 | 06/21/2019 | 107.30 | HERNANDO COUNTY SUPERVISOR OF | 20 NORTH MAIN STREET, ROOM 165 | BROOKSVILLE, FL 34601 |
| 2019 | M6 | 06/21/2019 | 27.60 | HIGHLAND COUNTY SUPERVISOR OF | 580 S COMMERCE AVE #A201 | SEBRING, FL 33870 |
| 2019 | M6 | 06/21/2019 | 13.50 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA STREET, # 102 | BONIFAY, FL 32425 |
| 2019 | M6 | 06/21/2019 | 104.50 | INDIAN RIVER COUNTY SUPERVISOR | 4375 43RD AVE | VERO BEACH, FL 32967 |
| 2019 | M6 | 06/21/2019 | 41.30 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON STREET | MARIANNA, FL 32448 |
| 2019 | M6 | 06/21/2019 | 44.90 | JEFFERSON COUNTY SUPERVISOR OF | 380 W DOGWOOD STREET | MONTICELLO, FL 32344 |
| 2019 | M6 | 06/21/2019 | 128.10 | LAKE COUNTY SUPERVISOR OF ELEC | 1898 E BURLEIGH BLVD | TAVARES, FL 32778 |
| 2019 | M6 | 06/21/2019 | 216.50 | LEE COUNTY SUPERVISOR OF ELECT | 13180 S CLEVELAND AVE | FORT MYERS, FL 33907 |
| 2019 | M6 | 06/21/2019 | 214.10 | LEON COUNTY SUPERVISION OF ELE | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M6 | 06/21/2019 | 43.60 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT STREET | BRONSON, FL 32621 |
| 2019 | M6 | 06/21/2019 | 33.50 | MADISON COUNTY SUPERVISOR OF E | 229 PINSKNEY ST #113 | MADISON, FL 32340 |
| 2019 | M6 | 06/21/2019 | 252.50 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD. W., STE 108 | BRADENTON, FL 34205 |
| 2019 | M6 | 06/21/2019 | 73.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH STREET | OCALA, FL 34470 |
| 2019 | M6 | 06/21/2019 | 162.60 | MARTIN COUNTY SUPERVISOR OF EL | 135 SW M.L.K JR BLVD | STUART, FL 34994 |
| 2019 | M6 | 06/21/2019 | 1,002.10 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE, #100 | DORAL, FL 33172 |
| 2019 | M6 | 06/21/2019 | 17.70 | MONROE COUNTY SUPERVISOR OF EL | 530 WHITEHEAD STREET #101 | KEY WEST, FL 33040 |
| 2019 | M6 | 06/21/2019 | 75.90 | NASSAU COUNTY SUPERVISOR OF EL | 96135 NASSAU PLACE, STE 3 | YULEE, FL 32097 |
| 2019 | M6 | 06/21/2019 | 54.10 | OKALOOSA COUNTY SUPERVISOR OF | 302 WILSON ST N, STE 10 | CRESTVIEW, FL 32536 |
| 2019 | M6 | 06/21/2019 | 582.20 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M6 | 06/21/2019 | 187.45 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M6 | 06/21/2019 | 669.90 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33415 |
| 2019 | M6 | 06/21/2019 | 585.40 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DRIVE | NEW PORT RICHEY, FL 34654 |
| 2019 | M6 | 06/21/2019 | 723.50 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M6 | 06/21/2019 | 294.60 | POLK COUNTY SUPERVISOR OF ELEC | 70 FLORIDA CITRUS BLVD | WINTER HAVEN, FL 33880 |
| 2019 | M6 | 06/21/2019 | 66.90 | PUTNAM COUNTY SUPERVISOR OF EL | 2509 CRILL AVE #900 | PALATKA, FL 32177 |
| 2019 | M6 | 06/21/2019 | 191.30 | SANTA ROSA COUNTY SUPERVISOR O | 6495 CAROLINE STREET | MILTON, FL 32570 |
| 2019 | M6 | 06/21/2019 | 342.20 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M6 | 06/21/2019 | 325.70 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M6 | 06/21/2019 | 125.80 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVE A | ST. AUGUSTINE, FL 32095 |
| 2019 | M6 | 06/21/2019 | 151.30 | ST. LUCIE COUNTY SUPERVISOR O | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M6 | 06/21/2019 | 16.80 | SUMTER COUNTY SUPERVISOR OF EL | 900 N MAIN STREET | BUSHNELL, FL 33513 |
| 2019 | M6 | 06/21/2019 | 22.20 | SUWANEE COUNTY SUPERVISOR OF E | 220 PINE AVE SW | LIVE OAK, FL 32064 |
| 2019 | M6 | 06/21/2019 | 19.40 | TAYLOR COUNTY SUPERVISOR OF EL | 433 US-19 | PERRY, FL 32347 |
| 2019 | M6 | 06/21/2019 | 10.30 | UNION COUNTY SUPERVISOR OF ELE | 175 WEST MAIN STREET | LAKE BUTLER, FL 32054 |
| 2019 | M6 | 06/21/2019 | 516.70 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVENUE | DELAND, FL 32720 |
| 2019 | M6 | 06/21/2019 | 31.30 | WAKULLA COUNTY SUPERVISOR OF E | 3115B CRAWFORDVILLE HWY | CRAWFORDVILLE, FL 32327 |
| 2019 | M6 | 06/21/2019 | 29.40 | WASHINGTON COUNTY SUPERVISOR O | 1331 SOUTH BLVS # 900 | CHIPLEY, FL 32428 |
| 2019 | M6 | 06/21/2019 | 613.10 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD 16TH FLOOR | TAMPA, FL 33602 |
| 2019 | M6 | 06/21/2019 | 144.00 | BB&T | 6202 S. DIXIE HWY | SOUTH MIAMI, FL 33143 |
| 2019 | M6 | 06/25/2019 | 18.48 | THE UPS STORE | 6619 SOUTH DIXIE HWY | MIAMI, FL 33143 |
| 2019 | M6 | 06/26/2019 | 269,999.80 | BH-AP PETITIONING PARTNERS, LL | 26500 W AGOURA ROAD, STE 102-146 | CALABASAS, CA 91362 |

```
            ------------
            3,073,953.30
```

314 Expenditure(s) Selected

Query the Campaign Finance Data Base

---

[Department of State]   [Division of Elections]   [Candidates and Races]   [Campaign Finance Information]

EXHIBIT 3

**Florida Department of State**
**Division of Elections**

# Campaign Expenditures

**All Voters Vote, Inc.**

*This information is being provided as a convenience to the public, has been processed by the Division of Elections and should be cross referenced with the original report on file with the Division of Elections in case of questions.*
About the Campaign Finance Data Base

| Rpt Yr | Rpt Type | Date | Amount | Expense Paid To | Address | City State Zip |
|---|---|---|---|---|---|---|
| 2015 | M3 |  | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M3 | 03/16/2015 | 25,000.00 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M3 | 03/16/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M3 | 03/31/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M4 | 04/24/2015 | 25,000.00 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M4 | 04/24/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M4 | 04/30/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M4 | 04/30/2015 | 875.00 | PAYPAL | 2211 NORTH 1ST STREET | SAN JOSE, CA 95131 |
| 2015 | M5 | 05/05/2015 | 24,000.00 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M5 | 05/05/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M5 | 05/13/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M5 | 05/14/2015 | 5,000.00 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M5 | 05/14/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M5 | 05/29/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M6 | 06/02/2015 | 580.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M6 | 06/02/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M6 | 06/03/2015 | 19,000.00 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M6 | 06/10/2015 | 14.80 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M6 | 06/30/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M7 | 07/09/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M7 | 07/10/2015 | 56,282.90 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M7 | 07/10/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M7 | 07/29/2015 | 310.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/29/2015 | 310.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/29/2015 | 155.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/29/2015 | 1.75 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/29/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/29/2015 | 1.03 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/30/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/31/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M7 | 07/31/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/31/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/31/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/31/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/01/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/01/2015 | 19,500.00 | SRS SOLUTIONS | PO BOX 370632 | MIAMI, FL 33137 |
| 2015 | M8 | 08/02/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/02/2015 | 1.75 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/03/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/09/2015 | 0.59 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/11/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/14/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/18/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/18/2015 | 350.00 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/20/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/24/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/27/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/31/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M9 | 09/04/2015 | 29.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/04/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/10/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/10/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/10/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/10/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/10/2015 | 1.75 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/11/2015 | 35.00 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/15/2015 | 29.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/16/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M9 | 09/18/2015 | 29.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/18/2015 | 62.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M10 | 10/14/2015 | 14.80 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M10 | 10/15/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M10 | 10/17/2015 | 19,500.00 | SRS SOLUTIONS | PO BOX 370632 | MIAMI, FL 33137 |
| 2015 | M12 | 12/09/2015 | 36,862.47 | VANCOREJONES COMMUNICATIONS, I | 906 THOMASVILLE ROAD | TALLAHASSEE, FL 32303 |
| 2015 | M12 | 12/31/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M1 | 01/29/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | M2 | 02/03/2016 | 70.00 | U.S. POSTAL SERVICE | 221 W PARK AVENUE | TALLAHASSEE, FL 32302 |
| 2016 | M2 | 02/20/2016 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2016 | M2 | 02/29/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | M3 | 03/31/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | M4 | 04/29/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | M5 | 05/31/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | P1A | 06/26/2016 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2016 | P1A | 06/27/2016 | 0.59 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2016 | P1A | 06/30/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | P2 | 07/08/2016 | 1.75 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2016 | P4 | 07/29/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |

EXHIBIT 3

| Year | Code | Date | Amount | Payee | Address | City/State |
|---|---|---|---|---|---|---|
| 2016 | G1 | 08/31/2016 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2016 | G3 | 09/30/2016 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2016 | G7 | 10/22/2016 | 0.74 | PAYPAL | 2211 NORTH FIRST STREET | SAN JOSE, CA 95131 |
| 2016 | G7 | 10/31/2016 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2016 | M11 | 11/30/2016 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2016 | M12 | 12/30/2016 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M1 | 01/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M2 | 02/28/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M3 | 03/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M4 | 04/28/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M5 | 05/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M6 | 06/30/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M7 | 07/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M8 | 08/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M9 | 09/29/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M10 | 10/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M11 | 11/30/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M12 | 12/29/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | M1 | 01/31/2018 | 60.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | M2 | 02/28/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | M3 | 03/30/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL |
| 2018 | M4 | 04/30/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | M5 | 05/24/2018 | 1.32 | PAYPAL | 2211 NORTH FIRST STREET | SAN JOSE, CA 95131 |
| 2018 | M5 | 05/31/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | P1A | 06/29/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | P5 | 07/31/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | G1 | 08/31/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | G3 | 09/28/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | G7 | 10/31/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | M11 | 11/28/2018 | 32.80 | HARLAND CLARKE | 133 PEACHTREE ST NE | ATLANTA, GA 30303 |
| 2018 | M11 | 11/30/2018 | 20.00 | HANCOCK BANK | 2105 CAPITAL CIRCLE NE | TALLAHASSEE, FL 32308 |
| 2018 | M12 | 12/03/2018 | 450.00 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32312 |
| 2018 | M12 | 12/11/2018 | 20.00 | CAPITAL CITY BANK | 217 N MONROE STREET | TALLAHASSEE, FL 32301 |
| 2019 | M1 | 01/11/2019 | 225.00 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32312 |
| 2019 | M1 | 01/31/2019 | 25,444.16 | CLEARVIEW RESEARCH | 906 THOMASVILLE ROAD | TALLAHASSEE, FL 32303 |
| 2019 | M2 | 02/08/2019 | 125.00 | CAPITOL HILL ADVISORS | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32312 |
| 2019 | M2 | 02/20/2019 | 11,884.45 | CLEARVIEW RESEARCH | 906 THOMASVILLE ROAD | TALLAHASSEE, FL 32303 |
| 2019 | M3 | 03/04/2019 | 115.00 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32312 |
| 2019 | M3 | 03/06/2019 | 30,000.00 | VANCORE JONES COMMUNICATIONS | 906 THOMASVILLE ROAD | TALLAHASSEE, FL 32303 |
| 2019 | M3 | 03/15/2019 | 4.52 | PAYPAL | 2211 NORTH FIRST STREET | SAN JOSE, CA 95131 |
| 2019 | M3 | 03/21/2019 | 125,000.00 | BH-AP PETITIONING PARTNERS LLC | 26500 AGOURA ROAD | CALABASAS, CA 91302 |
| 2019 | M4 | 03/21/2019 | 25.00 | CAPITAL CITY BANK | 1301 METROPOLITAN BLVD. | TALLAHASSEE, FL 32308 |
| 2019 | M4 | 04/03/2019 | 50.00 | FLORIDA ELECTIONS COMMISSION | 107 WEST GAINES STREET | TALLAHASSEE, FL 32399 |
| 2019 | M4 | 04/15/2019 | 10,000.00 | VANCORE JONES COMMUNICATIONS | 906 THOMASVILLE ROAD | TALLAHASSEE, FL 32303 |
| 2019 | M4 | 04/15/2019 | 637.50 | THEORY & CRAFT LLC | 1001 VASSAR STREET | ORLANDO, FL 32804 |
| 2019 | M4 | 04/15/2019 | 725.00 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32308 |
| 2019 | M4 | 04/16/2019 | 4.53 | PAYPAL | 2211 NORTH FIRST STREET | SAN JOSE, CA 95131 |
| 2019 | M4 | 04/25/2019 |  | CAPITAL CITY BANK | 1301 METROPOLITAN BLVD. | TALLAHASSEE, FL 32308 |
| 2019 | M4 | 04/25/2019 | 1,307,498.40 | AP PETITIONING PARTNERS LLC | 26500 AGOURA ROAD | CALABASAS, CA 91302 |
| 2019 | M4 | 04/30/2019 | 330.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 |
| 2019 | M4 | 04/30/2019 | 460.00 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 |
| 2019 | M4 | 04/30/2019 | 160.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 |
| 2019 | M4 | 04/30/2019 | 340.00 | HILLSBOROUGH COUNTY SUPERVISOR | 2514 N FALKENBURG RD | TAMPA, FL 33619 |
| 2019 | M4 | 04/30/2019 | 150.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M4 | 04/30/2019 | 450.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE | MIAMI, FL 33152 |
| 2019 | M4 | 04/30/2019 | 320.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY ST | ORLANDO, FL 32806 |
| 2019 | M4 | 04/30/2019 | 130.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M4 | 04/30/2019 | 180.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 |
| 2019 | M4 | 04/30/2019 | 100.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DR STE 110 | NEW PORT RICHEY, FL 34654 |
| 2019 | M4 | 04/30/2019 | 450.00 | PINELLAS COUNTY SUPERVISOR OF | 501 1ST AVE N | ST PETERSBURG, FL 33701 |
| 2019 | M4 | 04/30/2019 | 150.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M5 | 05/09/2019 | 863.92 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32308 |
| 2019 | M5 | 05/15/2019 | 145.00 | CAPITAL CITY BANK | 2111 N. MONROE STREET | TALLAHASSEE, FL 32303 |
| 2019 | M5 | 05/15/2019 | 370.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 |
| 2019 | M5 | 05/15/2019 | 295.00 | BREVARD COUNTY SUPERVISOR OF E | 1515 SARNO ROAD | MELBOURNE, FL 32935 |
| 2019 | M5 | 05/15/2019 | 900.00 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 |
| 2019 | M5 | 05/15/2019 | 270.00 | CHARLOTTE COUNTY SUPERVISOR OF | 18500 MURDOCK CIR | PORT CHARLOTTE, FL 33948 |
| 2019 | M5 | 05/15/2019 | 1,100.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 |
| 2019 | M5 | 05/15/2019 | 810.00 | HILLSBOROUGH COUNTY SUPERVISOR | 2514 N FALKENBURG RD | TAMPA, FL 33619 |
| 2019 | M5 | 05/15/2019 | 100.00 | LAKE COUNTY SUPERVISOR OF ELEC | 315 W MAIN ST | TAVARES, FL 32778 |
| 2019 | M5 | 05/15/2019 | 380.00 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST | FORT MYERS, FL 33901 |
| 2019 | M5 | 05/15/2019 | 420.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M5 | 05/15/2019 | 230.00 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 |
| 2019 | M5 | 05/15/2019 | 280.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH ST | OCALA, FL 34470 |
| 2019 | M5 | 05/15/2019 | 900.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87 AVENUE | MIAMI, FL 33172 |
| 2019 | M5 | 05/15/2019 | 1,120.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 WEST KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M5 | 05/15/2019 | 280.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2505 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M5 | 05/15/2019 | 720.00 | PALM BEACH COUNTY SUPERVISOR O | 301 N OLIVE AVE | WEST PALM BEACH, FL 33401 |
| 2019 | M5 | 05/15/2019 | 1,305.00 | PINELLAS COUNTY SUPERVISOR OF | 29269 US HWY 19 NORTH | CLEARWATER, FL 33761 |
| 2019 | M5 | 05/15/2019 | 360.00 | POLK COUNTY SUPERVISOR OF ELEC | 11425 ROCKRIDGE RD | LAKELAND, FL 33809 |
| 2019 | M5 | 05/15/2019 | 360.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M5 | 05/15/2019 | 290.00 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M5 | 05/15/2019 | 160.00 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W. NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M5 | 05/15/2019 | 100.00 | CLAY COUNTY SUPERVISOR OF ELEC | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 32043 |
| 2019 | M5 | 05/15/2019 | 100.00 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVENUE | NAPLES, FL 34104 |
| 2019 | M5 | 05/15/2019 | 100.00 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 |
| 2019 | M5 | 05/15/2019 | 310.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DR STE 110 | NEW PORT RICHEY, FL 34654 |
| 2019 | M5 | 05/15/2019 | 100.00 | HERNANDO COUNTY SUPERVISOR OF | 20 N MAIN ST STE 165 | BROOKSVILLE, FL 34601 |
| 2019 | M5 | 05/17/2019 | 2,810,908.00 | AP PETITIONING PARTNERS LLC | 26500 AGOURA ROAD | CALABASAS, CA 91302 |
| 2019 | M5 | 05/29/2019 | 19.99 | PAYPAL | 2211 N 1ST ST | SAN JOSE, CA 95131 |
| 2019 | M6 | 06/03/2019 | 1,383.70 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32312 |
| 2019 | M6 | 06/03/2019 | 504.10 | CHARLOTTE COUNTY SUPERVISOR OF | 18500 MURDOCK CIR | PORT CHARLOTTE, FL 33948 |
| 2019 | M6 | 06/03/2019 | 448.20 | SANTA ROSA COUNTY SUPERVISOR O | 6495 CAROLINE ST STE F | MILTON, FL 32570 |
| 2019 | M6 | 06/11/2019 | 33.60 | HARLAND CLARKE | 5800 NORTHWEST PKWY | SAN ANTONIO, TX 78249 |
| 2019 | M6 | 06/12/2019 | 145.00 | CAPITAL CITY BANK | 1301 METROPOLITAN BLVD. | TALLAHASSEE, FL 32308 |
| 2019 | M6 | 06/13/2019 | 627.44 | ESCAMBIA COUNTY SUPERVISOR OF | 213 PALAFOX PL 2ND FLOOR | PENSACOLA, FL 32502 |
| 2019 | M6 | 06/13/2019 | 421.80 | HERNANDO COUNTY SUPERVISOR OF | 20 N MAIN ST STE 165 | BROOKSVILLE, FL 34601 |

EXHIBIT 3

| Year | | Date | Amount | Payee | Address | City, State ZIP |
|------|---|------|--------|-------|---------|-----------------|
| 2019 | M6 | 06/13/2019 | 952.30 | LAKE COUNTY SUPERVISOR OF ELEC | 315 W MAIN ST | TAVARES, FL 32778 |
| 2019 | M6 | 06/13/2019 | 1,048.90 | LEE COUNTY SUPERVISOR OF ELEC E | 2480 THOMPSON ST | FORT MYERS, FL 33901 |
| 2019 | M6 | 06/13/2019 | 702.20 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 |
| 2019 | M6 | 06/13/2019 | 814.30 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH ST | OCALA, FL 34470 |
| 2019 | M6 | 06/15/2019 | 900.10 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 |
| 2019 | M6 | 06/17/2019 | 1,020,579.00 | AP PETITIONING PARTNERS LLC | 26500 AGOURA ROAD | CALABASAS, CA 91302 |
| 2019 | M6 | 06/17/2019 | 5,064.10 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FORT LAUDERDALE, FL 33301 |
| 2019 | M6 | 06/17/2019 | 3,437.80 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M6 | 06/17/2019 | 1,518.90 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M6 | 06/17/2019 | 3,333.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY ST | ORLANDO, FL 32806 |
| 2019 | M6 | 06/17/2019 | 1,158.95 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M6 | 06/17/2019 | 1,356.20 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DR STE 110 | NEW PORT RICHEY, FL 34654 |
| 2019 | M6 | 06/20/2019 | 347.30 | BAY COUNTY SUPERVISOR OF ELECT | 830 W 11TH STREET | PANAMA CITY, FL |
| 2019 | M6 | 06/20/2019 | 479.60 | BREVARD COUNTY SUPERVISOR OF E | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 |
| 2019 | M6 | 06/20/2019 | 431.90 | FLAGLER COUNTY SUPERVISOR OF E | 1769 E MOODY BLVD STE 2 | BUNNELL, FL 32110 |
| 2019 | M6 | 06/20/2019 | 3,642.70 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD 16TH FL | TAMPA, FL 33602 |
| 2019 | M6 | 06/20/2019 | 4,081.80 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE | MIAMI, FL 33152 |
| 2019 | M6 | 06/20/2019 | 2,602.50 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33416 |
| 2019 | M6 | 06/20/2019 | 1,454.90 | SARASOTA COUNTY SUPERVISOR OF | 2050 OAK ST | SARASOTA, FL 34237 |
| 2019 | M6 | 06/20/2019 | 1,378.60 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M6 | 06/20/2019 | 424.60 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 |
| 2019 | M6 | 06/20/2019 | 630.30 | ST. LUCIE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M6 | 06/20/2019 | 1,781.50 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M6 | 06/29/2019 | 78.70 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 |
| 2019 | M6 | 06/29/2019 | 85.50 | BRADFORD COUNTY SUPERVISOR OF | 945 N TEMPLE AVE STE C | STARKE, FL 32091 |
| 2019 | M6 | 06/29/2019 | 12.70 | CALHOUN COUNTY SUPERVISOR OF E | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 |
| 2019 | M6 | 06/29/2019 | 215.60 | CITRUS COUNTY SUPERVISOR OF EL | 120 N APOPKA AVE | INVERNESS, FL 34450 |
| 2019 | M6 | 06/29/2019 | 335.70 | CLAY COUNTY SUPERVISOR OF ELEC | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 32043 |
| 2019 | M6 | 06/29/2019 | 324.00 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVENUE | NAPLES, FL 34104 |
| 2019 | M6 | 06/29/2019 | 109.00 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 |
| 2019 | M6 | 06/29/2019 | 28.60 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 |
| 2019 | M6 | 06/29/2019 | 17.70 | DIXIE COUNTY SUPERVISOR OF ELE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 |
| 2019 | M6 | 06/29/2019 | 10.45 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 |
| 2019 | M6 | 06/29/2019 | 343.30 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON ST | QUINCY, FL 32351 |
| 2019 | M6 | 06/29/2019 | 21.40 | GILCHRIST COUNTY SUPERVISOR OF | 112 S MAIN ST STE 128 | TRENTON, FL 32693 |
| 2019 | M6 | 06/29/2019 | 3.40 | GLADES COUNTY SUPERVISOR OF EL | 500 AVENUE J | MOORE HAVEN, FL 33471 |
| 2019 | M6 | 06/29/2019 | 7.90 | GULF COUNTY SUPERVISOR OF ELEC | 2731 COUNTY ROAD 381 | WEWAHITCHKA, FL 32465 |
| 2019 | M6 | 06/29/2019 | 8.00 | HAMILTON COUNTY SUPERVISOR OF | 1153 US HWY. 41 NW, SUITE 1 | JASPER, FL 32052 |
| 2019 | M6 | 06/29/2019 | 12.60 | HARDEE COUNTY SUPERVISOR OF EL | 311 N 6TH AVE | WAUCHULA, FL 33873 |
| 2019 | M6 | 06/29/2019 | 17.80 | HENDRY COUNTY SUPERVISOR OF EL | 25 E HICKPOCHEE AVE | LABELLE, FL 33935 |
| 2019 | M6 | 06/29/2019 | 61.30 | HIGHLAND COUNTY SUPERVISOR OF | 580 S COMMERCE AVE STE A201 | SEBRING, FL 33870 |
| 2019 | M6 | 06/29/2019 | 19.70 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 |
| 2019 | M6 | 06/29/2019 | 202.20 | INDIAN RIVER COUNTY SUPERVISOR | 4375 43RD AVE | VERO BEACH, FL 32967 |
| 2019 | M6 | 06/29/2019 | 61.70 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 |
| 2019 | M6 | 06/29/2019 | 63.00 | JEFFERSON COUNTY SUPERVISOR OF | 380 W DOGWOOD ST | MONTICELLO, FL 32344 |
| 2019 | M6 | 06/29/2019 | 3.40 | LAFAYETTE COUNTY SUPERVISOR OF | 120 W. MAIN STREET, RM 129 | MAYO, FL 32066 |
| 2019 | M6 | 06/29/2019 | 72.80 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 |
| 2019 | M6 | 06/29/2019 | 12.00 | LIBERTY COUNTY SUPERVISOR OF E | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 |
| 2019 | M6 | 06/29/2019 | 59.50 | MADISON COUNTY SUPERVISOR OF E | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 |
| 2019 | M6 | 06/29/2019 | 192.30 | MARTIN COUNTY SUPERVISOR OF EL | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 |
| 2019 | M6 | 06/29/2019 | 36.10 | MONROE COUNTY SUPERVISOR OF EL | 530 WHITEHEAD STREET #101 | KEY WEST, FL 33040 |
| 2019 | M6 | 06/29/2019 | 176.80 | NASSAU COUNTY SUPERVISOR OF EL | 96135 NASSAU PL STE 3 | YULEE, FL 32097 |
| 2019 | M6 | 06/29/2019 | 120.40 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 |
| 2019 | M6 | 06/29/2019 | 24.00 | OKEECHOBEE COUNTY SUPERVISOR O | 304 NW 2ND ST STE 144 | OKEECHOBEE, FL 34972 |
| 2019 | M6 | 06/29/2019 | 2,650.90 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M6 | 06/29/2019 | 1,827.20 | POLK COUNTY SUPERVISOR OF ELEC | 250 S BROADWAY AVE | BARTOW, FL 33830 |
| 2019 | M6 | 06/29/2019 | 236.90 | PUTNAM COUNTY SUPERVISOR OF EL | 2509 CRILL AVE, STE 900 | PALATKA, FL 32177 |
| 2019 | M6 | 06/29/2019 | 292.60 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL ROAD, SUITE #125 | WILDWOOD, FL 33513 |
| 2019 | M6 | 06/29/2019 | 31.90 | SUWANEE COUNTY SUPERVISOR OF E | 220 PINE AVE SW | LIVE OAK, FL 32064 |
| 2019 | M6 | 06/29/2019 | 14.40 | TAYLOR COUNTY SUPERVISOR OF EL | 433 U S 19 N | PERRY, FL 32347 |
| 2019 | M6 | 06/29/2019 | 18.00 | UNION COUNTY SUPERVISOR OF ELE | 175 WEST MAIN STREET | LAKE BUTLER, FL 32054 |
| 2019 | M6 | 06/29/2019 | 63.00 | WAKULLA COUNTY SUPERVISOR OF E | 3115 CRAWFORDVILLE HWY STE B | CRAWFORDVILLE, FL 32327 |
| 2019 | M6 | 06/29/2019 | 42.00 | WALTON COUNTY SUPERVISOR OF EL | 571 US HIGHWAY 90 E STE 102 | DEFUNIAK SPRINGS, FL 32433 |
| 2019 | M6 | 06/29/2019 | 27.10 | WASHINGTON COUNTY SUPERVISOR O | 1331 SOUTH BLVD STE 900 | CHIPLEY, FL 32428 |
| 2019 | M6 | 06/29/2019 | 10.45 | PAYPAL | 2211 NORTH FIRST STREET | SAN JOSE, CA 95131 |

```
             -------------
             5,643,150.06
239 Expenditure(s) Selected
```

Query the Campaign Finance Data Base

[Department of State] [Division of Elections] [Candidates and Races] [Campaign Finance Information]

EXHIBIT 3



**Florida Department of State**
**Division of Elections**

# Campaign Expenditures

**Ban Assault Weapons Now**

*This information is being provided as a convenience to the public, has been processed by the Division of Elections and should be cross referenced with the original report on file with the Division of Elections in case of questions.*
About the Campaign Finance Data Base

| Rpt Yr | Rpt Type | Date | Amount | Expense Paid To | Address | City State Zip | Purpose | Typ Reimb |
|--------|----------|------|--------|-----------------|---------|----------------|---------|-----------|
| 2018 | M3 | 03/31/2018 | 1,451.61 | ANNE LEWIS STRATEGIES, LLC | 1140 19TH STREET NW, SUITE 300 | WASHINGTON, DC 20036 | DIGITAL MARKETING | MON |
| 2018 | M4 | 04/04/2018 | 87.70 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | SERVICE FEE | MON |
| 2018 | M4 | 04/10/2018 | 173.68 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON |
| 2018 | M4 | 04/30/2018 | 350.12 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2018 | M5 | 05/09/2018 | 75.42 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON |
| 2018 | M5 | 05/21/2018 | 38,000.00 | GREENBERG QUINLAN ROSNER RESEA | 1101 15TH STREET NW, SUITE 900 | WASHINGTON, DC 20005 | FOCUS GROUPS | MON |
| 2018 | M5 | 05/31/2018 | 392.32 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2018 | P1 | 06/12/2018 | 20,900.00 | CORNERSTONE STRATEGIC SERVICES | 57 NE 93 STREET | MIAMI SHORES, FL 33138 | CONSULTING | MON |
| 2018 | P1 | 06/12/2018 | 5,000.00 | ANNE LEWIS STRATEGIES | 1140 19TH STREET NW, SUITE 300 | WASHINGTON, DC 20036 | DIGITAL CONSULTING | MON |
| 2018 | P1 | 06/21/2018 | 19.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 | BANK FEES | MON |
| 2018 | P1A | 06/28/2018 | 10,000.00 | ANNE LEWIS STRATEGIES | 1140 19TH STREET NW SUITE 300 | WASHINGTON, DC 20036 | DIGITAL MARKETING | MON |
| 2018 | P2 | 07/02/2018 | 5,000.00 | ANNE LEWIS STRATEGIES | P.O. BOX 3243 | OMAHA, NE 68103 | DIGITAL MARKETING | MON |
| 2018 | P2 | 07/02/2018 | 4,000.00 | BFF COMPLIANCE CO. | 6619 S. DIXIE HWY #148 | MIAMI, FL 33143 | ACCOUNTING | MON |
| 2018 | P2 | 07/05/2018 | 124.79 | ACTBLUE | P.O. BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2018 | P2A | 07/10/2018 | 247.56 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON |
| 2018 | P2A | 07/11/2018 | 20,100.00 | GREENBERG QUINLAN ROSNER | 1101 15TH STREET NW, SUITE 900 | WASHINGTON, DC 20005 | POLLING DATA | MON |
| 2018 | P3 | 07/19/2018 | 5,071.90 | BLUE STATE DIGITAL | 62187 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693 | DATABASE MGMT | MON |
| 2018 | P6 | 08/04/2018 | 86.07 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2018 | P6 | 08/07/2018 | 210.00 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON |
| 2018 | P7 | 08/14/2018 | 2,000.00 | BFF COMPLIANCE CO | 6619 S DIXIE HWY #148 | MIAMI, FL 33143 | COMPLIANCE SERVICES | MON |
| 2018 | P7 | 08/14/2018 | 995.00 | BLUE STATE DIGITAL | 101 AVENUE OF THE AMERICAS 12TH FL | NEW YORK, NY 10013 | TOOLS LICENSE FEE | MON |
| 2018 | P7 | 08/14/2018 | 7,500.00 | ANNE LEWIS STRATEGIES | 1140 19TH ST NW, STE 300 | WASHINGTON, DC 20036 | MANAGEMENT SERVICES | MON |
| 2018 | P7 | 08/20/2018 | 490.00 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEE | MON |
| 2018 | P7 | 08/21/2018 | 29,109.98 | BOIES SCHILLER FLEXNER | 2200 CORPORATE BLVD NW, STE 400 | BOCA RATON, FL 33431 | ATTORNEYS FEES | MON |
| 2018 | G1 | 08/28/2018 | 6,175.00 | BOIES SCHILLER FLEXNER | 333 MAIN STREET | ARMONK, NY 10504 | LEGAL SERVICES | MON |
| 2018 | G1A | 09/06/2018 | 300.05 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2018 | G2 | 09/10/2018 | 81.35 | CHECKS FOR LESS | 200 RIVERSIDE INDUSTRIAL PKWY | PORTLAND | PORTLAND, ME 04103 | CHECK SUPPLIES | MON |
| 2018 | G2 | 09/11/2018 | 612.22 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2018 | G2 | 09/12/2018 | 10,020.00 | ANNE LEWIS STRATEGIES, LLC | P.O. BOX 3243 | OMAHA, NE 68103 | DIGITAL MARKETING | MON |
| 2018 | G2 | 09/12/2018 | 20,100.00 | GREENBERG QUINLAN ROSNER RESEA | 1101 15TH STREET NW | WASHINGTON, DC 20005 | POLLING DATA | MON |
| 2018 | G2A | 09/18/2018 | 995.00 | BLUE STATE DIGITAL | 101 AVENUE OF THE AMERICAS, 12TH FLOOR | NEW YORK, NY 10013 | DATABASE MGMT | MON |
| 2018 | G4 | 10/03/2018 | 7,500.00 | ANNE LEWIS STRATEGIES, LLC | P.O. BOX 3243 | OMAHA, NE 68103 | DIGITAL CONSULTING/MGMT | MON |
| 2018 | G4 | 10/03/2018 | 389.50 | SCHWARTZ GAIL | 1600 PONCE DE LEON BLVD, 10TH FL | CORAL GABLES, FL 33134 | REIMB TRANSPORTATION SRVS | RMB |
| 2018 | G4 | 10/05/2018 | 777.35 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2018 | G5 | 10/12/2018 | 17,000.00 | ANNE LEWIS STRATEGIES | 650 MASSACHUSETTS AVE NW, SUITE 505 | WASHINGTON, DC 20001 | DIGITAL MEDIA | MON |
| 2018 | G6 | 10/18/2018 | 75,000.00 | AAP HOLDING COMPANY INC | 4607 LAKEVIEW TERRACE | WESTLAKE VILLAGE, CA 91361 | PETITIONS | MON |
| 2018 | G7 | 10/30/2018 | 1,625.00 | HABER BLANK, LLP | 888 SOUTH ANDREWS AVE, SUITE 201 | FT. LAUDERDALE, FL 33316 | LEGAL SERVICES | MON |
| 2018 | M11 | 11/05/2018 | 146.19 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2018 | M11 | 11/21/2018 | 157.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 | BANK FEES | MON |
| 2018 | M12 | 12/04/2018 | 306.29 | ACTBLUE | P.O. BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2018 | M12 | 12/11/2018 | 638.07 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON |
| 2018 | M12 | 12/17/2018 | 1,990.00 | BLUE STATE DIGITAL | 62187 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693 | DATABASE MGMT | MON |
| 2018 | M12 | 12/17/2018 | 4,000.00 | BFF COMPLIANCE | 6619 S. DIXIE HWY NUM 148 | MIAMI, FL 33143 | ACCOUNTING | MON |
| 2019 | M1 | 01/04/2019 | 150.31 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2019 | M1 | 01/15/2019 | 376.08 | INKONTION WEB HOSTING | *360 N. PACIFIC COAST HIGHWAY, SUITE 105 | EL SEGUNDO, CA 90245 | WEB HOSTING | MON |
| 2019 | M1 | 01/17/2019 | 16,440.00 | ANNE LEWIS STRATEGIES, LLC | P.O. BOX 3243 | OMAHA, NE 68103 | DIGITAL MEDIA SERVICES | MON |
| 2019 | M1 | 01/17/2019 | 2,500.00 | JOHNSON CAMPAIGNS, INC. | 75 NE 20TH STREET | WILTON MANORS, FL 33305 | CAMPAIGN CONSULTING | MON |
| 2019 | M1 | 01/17/2019 | 1,990.00 | BLUE STATE DIGITAL | 62187 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693 | DATABASE MGMT | MON |
| 2019 | M1 | 01/18/2019 | 1,800.00 | IMPACT POLITICS | 16740 WATERS EDGE DR | WESTON, FL 33326 | WEB DESIGN/MGMT | MON |
| 2019 | M1 | 01/22/2019 | 4,850.00 | CORNERSTONE STRATEGIC SERVICES | 57 NE 93 STREET | MIAMI SHORES, FL 33138 | POLITICAL CONSULTING | MON |
| 2019 | M1 | 01/30/2019 | 11,775.56 | DELTA PRINTING | 4519 TAYLOR STREET | HOLLYWOOD, FL 33021 | PRINTING | MON |
| 2019 | M1 | 01/30/2019 | 250.14 | SCHWARTZ GAIL | 6619 S DIXIE HWY NUM 148 | MIAMI, FL 33143 | REIMB FOR COPIES | RMB |
| 2019 | M2 | 02/04/2019 | 310.07 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON |
| 2019 | M2 | 02/04/2019 | 28,000.00 | ANNE LEWIS STRATEGIES, LLC | P.O. BOX 3243 | OMAHA, NE 68103 | DIGITAL MEDIA SERVICES | MON |
| 2019 | M2 | 02/04/2019 | 5,000.00 | POLARIS PUBLIC AFFAIRS | 937 MERIDIAN AVE #3 | MIAMI BEACH, FL 33139 | CAMPAIGN CONSULTANT | MON |
| 2019 | M2 | 02/07/2019 | 20.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVENUE | LAUDERHILL, FL 33313 | VOTER DATA | MON |
| 2019 | M2 | 02/08/2019 | 25.50 | USPS.COM | 475 L'ENFANT PLAZA SW, RM 4012 | WASHINGTON, DC 02060 | POSTAGE & SHIPPING | MON |
| 2019 | M2 | 02/08/2019 | 56,000.00 | BH-AP PETITIONING PARTNERS LLC | 26500 W AGRURA RD, STE 102-146 | CALABASAS, CA 91362 | PETITIONING | MON |
| 2019 | M2 | 02/11/2019 | 488.71 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON |
| 2019 | M2 | 02/14/2019 | 60,257.50 | BH-AP PETITIONING PARTNERS LLC | 26500 W AGRURA RD, STE 102-146 | CALABASAS, CA 91362 | PETITIONING | MON |
| 2019 | M2 | 02/20/2019 | 40,000.00 | BH-AP PETITIONING PARTNERS LLC | 26500 W AGRURA RD, STE 102-146 | CALABASAS, CA 91362 | PETITIONING | MON |
| 2019 | M2 | 02/22/2019 | 30,000.00 | BH-AP PETITIONING PARTNERS LLC | 26500 W AGRURA RD, STE 102-146 | CALABASAS, CA 91362 | PETITIONING | MON |
| 2019 | M2 | 02/22/2019 | 601.38 | GREENBERG QUINLAN ROSNER RESEA | 1101 15TH STREET NW, SUITE 900 | WASHINGTON, DC 20005 | RESEARCH | MON |
| 2019 | M2 | 02/27/2019 | 356.29 | DELTA PRINTING | 4519 TAYLOR STREET | HOLLYWOOD, FL 33021 | PRINTING | MON |
| 2019 | M2 | 02/28/2019 | 60,000.00 | BH-AP PETITIONING PARTNERS LLC | 26500 W AGRURA RD, STE 102-146 | CALABASAS, CA 91362 | PETITIONING | MON |

620,389.71

65 Expenditure(s) Selected

EXHIBIT 3

Query the Campaign Finance Data Base

[Department of State]  [Division of Elections]  [Candidates and Races]  [Campaign Finance Information]

EXHIBIT 3

INSTR 5562833 OR 5524 PG 347 RECORDED 6/29/2018 9:49 AM PAGES 4
DWIGHT E. BROCK, CLERK OF THE CIRCUIT COURT, COLLIER COUNTY FLORIDA
DOC@.70 $0.70 REC $18.50

This instrument prepared by and after
recording return to:

Dana Gonzalez-Aplin, Trustee
of the BNVFBVN Trust
4607 Lakeview Canyon Road, Suite 519
Westlake Village, California 91361

Property Identification Number: 30155000226

## WARRANTY DEED

This WARRANTY DEED, dated _____ by Angelo Paparella, a married man,
whose post office address is: 1720 Tuna Canyon Road, Topanga, CA 90290, hereinunder called
the GRANTOR, to Dana Gonzalez-Aplin, Trustee of the BNVFBVN Trust, dated January 26,
2018, whose address is 4607 Lakeview Canyon Road, Suite 519, Westlake Village, California
91361, hereinunder GRANTEE.

(Wherever used herein the terms "Grantor" and "Grantee" include all parties to this instrument
and the heirs, legal representatives and assigns of individuals, and the successors and assigns of
corporations.)

**WITNESSETH**: That the GRANTOR, for and in consideration of the sum of $10.00 and other
valuable considerations, receipt whereof is hereby acknowledged, hereby grants, bargains, sells,
aliens, remises, releases, conveys and confirms unto the GRANTEE, all that certain land situated
in Collier County, Florida, to-wit:

> Building No. 2, Unit No. 301, of the Eagle Cay Condominium, a Condominium
> according to the Declaration of Condominium recorded in Official Records Book 1331,
> at Pages 1970 thru 2115, inclusive in the Public Records of Collier County, Florida.
>
> Subject to zoning, building code and other use restrictions imposed by governmental
> authority, outstanding oil, gas and mineral interests of record, if any, restrictions and
> easements common to the subdivision, and the taxes for the current and subsequent years.

**Property Identification Number: 30155000226**

Together with all the tenements, hereditaments and appurtenances thereto belonging or    in
anywise appertaining.

TO HAVE AND TO HOLD, the same in fee simple forever.

EXHIBIT 4

GRANTOR represents and warrants that the land is neither its homestead or residence or a member of its family, nor is the premises adjacent to the homestead or residence of itself or a member of its family.

AND THE GRANTOR hereby covenants with said GRANTEE that the GRANTOR is lawfully seized of said land in fee simple; that the GRANTOR has good right and lawful authority to sell and convey said land; that the GRANTOR hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever, and that said land is free of all encumbrances.

IN WITNESS WHEREOF, GRANTOR has signed and sealed these presents the date set forth above.

Angelo Paparella

SIGNED IN THE PRESENCE OF THE FOLLOWING WITNESSES:

Print Name: DAVID E. MCMANUS                Print Name: DANA GONZALEZ-APUN

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF ___CALIFORNIA___ )
                                                    )
COUNTY OF ___Los Angeles___ )

On MAY 9TH 2018 , before me, DAVID E. MCMANUS , a notary public, personally appeared Angelo Paparella, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity on behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of ___CALIFORNIA___ that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____ (Seal)

DAVID E. MCMANUS
Commission # 2135011
Notary Public - California
Los Angeles County
My Comm. Expires Dec 22, 2019

EXHIBIT 4



**This page is part of your document - DO NOT DISCARD**



## 20180339555



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**04/09/18 AT 02:22PM**

**Pages:
0004**

| | |
|---|---|
| FEES: | 33.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 108.00 |



**L E A D S H E E T**



201804093340023

00015099146



009012340

**SEQ:
02**

**DAR - Courier (Hard Copy)**



**THIS FORM IS NOT TO BE DUPLICATED**

EXHIBIT 5



**RECORDING REQUESTED BY:**
Jacob Stein
Aliant, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436


04/09/2018

*20180339555*

**AND WHEN RECORDED MAIL TO:**
SAME AS ABOVE.

**MAIL TAX STATEMENTS TO:**
Carmen G. Paparella
1720 Tuna Canyon Road
Topanga, CA 90290

**APN: 2054-008-048**

## QUITCLAIM DEED

**QUITCLAIM DEED** (Excluded from Reappraisal under Proposition 13, *i.e.*, Calif. Const. Art 13A§1 et. seq.)

The undersigned Grantor declares under penalty of perjury that the following is true and correct:

**THERE IS NO CONSIDERATION FOR THIS TRANSFER.**
Documentary transfer tax is **$ NONE.** This conveyance establishes sole and separate property of a spouse. R&T 11911.  Gift transfer between spouses. R&T 11911.

FOR NO CONSIDERATION, **GRANTORS,** ANGELO A. PAPARELLA and CARMEN G. PAPARELLA, husband and wife as joint tenants,

do hereby REMISE, RELEASE AND FOREVER QUITCLAIM to CARMEN G. PAPARELLA, a married woman as her sole and separate property,

with the intent of transmuting community property to separate property,

the following described real property in the County of Los Angeles, State of California:

> See legal description attached hereto as Exhibit "A" and made a part hereof.

More commonly known as: 30521 Canwood Street, Agoura Hills, CA 91301

EXHIBIT 5

*3*

Dated: __March 22, 2018__

_____
Angelo A. Paparella

_____
Carmen G. Paparella

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

On __MARCH 24 TH 2018__, before me, __DAVID E. MCMANUS__, a notary public, personally appeared **Angelo A. Paparella** and **Carmen G. Paparella**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity on behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

_____ (Seal)



DAVID E. MCMANUS
Commission # 2135011
Notary Public - California
Los Angeles County
My Comm. Expires Dec 22, 2019

EXHIBIT 5

*4*

Exhibit "A"
Legal Description

A CONDOMINIUM ESTATE CONSISTING OF

(A)   UNIT 35 OF LOT 73, OF TRACT NO  28004, IN THE CITY OF AGOURA HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 826 PAGES 70 TO 82 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, AND AS SHOWN ON THAT CERTAIN CONDOMINIUM PLAN ATTACHED TO THE MAPS OF SAID TRACT 28004, AND MADE A PART THEREOF, AND AS AMENDED BY DOCUMENT RECORDED JANUARY 9,1974 IN BOOK M-4587 PAGES 617 ET SEQ , OF OFFICIAL RECORDS, AND AS DEFINED IN THE DECLARATION OF RESTRICTIONS (DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR ESTABLISHED COVENANTS, CONDITIONS AND RESTRICTIONS FOR CONDOMINIUM OWNERSHIP OF LAKE LINDERO TOWN HOMES) RECORDED APRIL 6,1973 IN BOOK M-4341 PAGES 799 ET SEQ , OF OFFICIAL RECORDS OF SAID COUNTY, AND ANY AMENDMENTS THERETO

(B) AN UNDIVIDED 1/36 INTEREST IN LOT 73 AS SHOWN ON SAID TRACT 28004, AND AS DEFINED IN THE DECLARATION OF RESTRICTIONS, AND ANY AMENDMENTS THERETO, BEING ALL OF SAID LOT 73 AND THE IMPROVEMENTS THEREON, EXCEPT FOR THE UNITS

EXCEPT ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND WITHOUT HOWEVER, ANY RIGHT TO ENTER UPON OR INTO THE TOP 500 FEET OF SAID LAND, AS RESERVED BY UNITED CALIFORNIA BANK, A CORPORATION, IN DEED RECORDED IN BOOK D2477 PAGE 798, OFFICIAL RECORDS

APN:                 2054-008-048
Property Address:  30521 Canwood Street, Agoura Hills, CA 91301

EXHIBIT 5



**This page is part of your document - DO NOT DISCARD**



## 20180420457



**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**05/01/18 AT 08:26AM**

| | |
|---|---|
| **FEES:** | 28.00 |
| **TAXES:** | 0.00 |
| **OTHER:** | 0.00 |
| **SB2:** | 75.00 |
| **PAID:** | 103.00 |

**Pages:
0004**



**L E A D S H E E T**



**201805013290013**

**00015177074**



**009052032**

**SEQ:
01**

**DAR - Courier (Hard Copy)**

**THIS FORM IS NOT TO BE DUPLICATED**

EXHIBIT 6

**RECORDING REQUESTED BY:**
Aliant, LLP

**WHEN RECORDED MAIL TO AND
MAIL TAX STATEMENTS TO:**

05/01/2018

*20180420457*

VMAMNTOP, LLC
4607 Lakeview Canyon Road, Suite 519
Westlake Village, CA 91361

**APN: 2054-008-048**

### GRANT DEED

**GRANT DEED** (Excluded from Reappraisal under Proposition 13, *i.e.*, Calif. Const. Art 13A§1 et. seq.)

The undersigned Grantor declares under penalty of perjury that the following is true and correct:

**THERE IS NO CONSIDERATION FOR THIS TRANSFER.**
Documentary transfer tax is $ **NONE.** "The grantors and the grantees in this conveyance are comprised of the same parties who continue to hold the same proportionate interest in the property. R& T 11925(d)."

FOR NO CONSIDERATION, **GRANTOR,** CARMEN G. PAPARELLA, a married woman as her sole and separate property,

hereby **GRANTS to** VMAMNTOP, LLC, a California limited liability company,

the following described real property in the County of Los Angeles, State of California:

See legal description attached hereto as Exhibit "A" and made a part hereof.

More commonly known as: 30521 Canwood Street, Agoura Hills, CA 91301

EXHIBIT 6

3

Dated: **March 23, 2018**

*Carmen Paparella*

Carmen G. Paparella

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

On **MARCH 24TH 2018**_____, before me, _____**DAVID E. MCMANUS**_____, a notary public, personally appeared **Carmen G. Paparella**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity on behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

*David E. McManus*

Notary Public

DAVID E. MCMANUS
Commission # 2135011
Notary Public - California
Los Angeles County
My Comm. Expires Dec 22, 2019

EXHIBIT 6

4

Exhibit "A"
Legal Description

A CONDOMINIUM ESTATE CONSISTING OF

(A)  UNIT 35 OF LOT 73, OF TRACT NO. 28004, IN THE CITY OF AGOURA HILLS, COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 826 PAGES 70 TO 82 INCLUSIVE OF MAPS, IN THE OFFICE OF THE COUNTY RECORDER OF SAID COUNTY, AND AS SHOWN ON THAT CERTAIN CONDOMINIUM PLAN ATTACHED TO THE MAPS OF SAID TRACT 28004, AND MADE A PART THEREOF, AND AS AMENDED BY DOCUMENT RECORDED JANUARY 9, 1974 IN BOOK M-4567 PAGES 617 ET SEQ., OF OFFICIAL RECORDS, AND AS DEFINED IN THE DECLARATION OF RESTRICTIONS (DECLARATION OF COVENANTS, CONDITIONS AND RESTRICTIONS FOR ESTABLISHED COVENANTS, CONDITIONS AND RESTRICTIONS FOR CONDOMINIUM OWNERSHIP OF LAKE LINDERO TOWN HOMES) RECORDED APRIL 6, 1973 IN BOOK M-4341 PAGES 799 ET SEQ., OF OFFICIAL RECORDS OF SAID COUNTY, AND ANY AMENDMENTS THERETO

(B) AN UNDIVIDED 1/36 INTEREST IN LOT 73 AS SHOWN ON SAID TRACT 28004, AND AS DEFINED IN THE DECLARATION OF RESTRICTIONS, AND ANY AMENDMENTS THERETO, BEING ALL OF SAID LOT 73 AND THE IMPROVEMENTS THEREON, EXCEPT FOR THE UNITS

EXCEPT ALL OIL, GAS AND OTHER HYDROCARBON SUBSTANCES LYING IN AND UNDER SAID LAND WITHOUT HOWEVER, ANY RIGHT TO ENTER UPON OR INTO THE TOP 500 FEET OF SAID LAND, AS RESERVED BY UNITED CALIFORNIA BANK, A CORPORATION, IN DEED RECORDED IN BOOK D2477 PAGE 798, OFFICIAL RECORDS

APN:              2054-008-048
Property Address:  30521 Canwood Street, Agoura Hills, CA 91301

EXHIBIT 6

Doc#2018005339
Page 1 of 2
Date: 4/18/2018  07:51A
Filed by: GENERAL PUBLIC
Filed & Recorded in Official Records
of MONO COUNTY
SHANNON KENDALL
CLERK-RECORDER
Fee: $87.00

**RECORDING REQUESTED BY:**
Jacob Stein
Aliant, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436

**AND WHEN RECORDED MAIL TO:**
SAME AS ABOVE.

**MAIL TAX STATEMENTS TO:**
Trustee of the BNVFBVN Trust
4607 Lakeview Canyon Road, Suite 519
Westlake Village, California 91361

---

**APN: 039-090-001-000**

## GRANT DEED

**GRANT DEED** (Excluded from Reappraisal under Proposition 13, *i.e.*, Calif. Const. Art 13A§1 et. seq.)

The undersigned Grantor declares under penalty of perjury that the following is true and correct:

**THERE IS NO CONSIDERATION FOR THIS TRANSFER.**
Documentary transfer tax is $ **NONE**.  "This is a bonafide gift and the grantor received nothing in return. R&T 11911."

FOR NO CONSIDERATION, GRANTOR, CARMEN G. PAPARELLA, a married woman as her sole and separate property,

hereby GRANTS to Dana Gonzalez-Aplin, Trustee of the BNVFBVN Trust, dated January 26, 2018,

the following described real property in the County of Mono, State of California:

> Lot 1 of Tract No. 36-108, in the town of Mammoth Lakes, County of Mono, State of California, as per map recorded in Book 9 Page 47 of Maps, in the Office of the County Recorder of said County.

More commonly known as: 87 Holiday Way, Mammoth Lakes, CA 93546

EXHIBIT 7

DOC # 2018001339
Page 2 of 2

Dated: __March 23, 2018__

*Carmen Paparella*

Carmen G. Paparella

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA     )
                                      )

COUNTY OF LOS ANGELES    )

On __MARCH 24 TH 2018__, before me, __DAVID E. MCMANUS__, a notary public, personally appeared **Carmen G. Paparella**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity on behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

__David E. McManus__ (Seal)

DAVID E. MCMANUS
Commission # 2135011
Notary Public - California
Los Angeles County
My Comm. Expires Dec 22, 2019

EXHIBIT 7

 **This page is part of your document - DO NOT DISCARD** 



# 20180461281



**Pages: 0003**

**Recorded/Filed in Official Records
Recorder's Office, Los Angeles County,
California**

**05/10/18 AT 08:52AM**

| | |
|---|---|
| FEES: | 30.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 105.00 |



**L E A D S H E E T**



201805102830049

00015164538

009045370

**SEQ:
02**

DAR - Mail (Intake)



**THIS FORM IS NOT TO BE DUPLICATED**

E621013

EXHIBIT 8

**RECORDING REQUESTED BY:**
Jacob Stein
Aliant, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436



Document Number:15164538

Batch Number:9045370

**AND WHEN RECORDED MAIL TO:**
SAME AS ABOVE.

**MAIL TAX STATEMENTS TO:**
Carmen G. Paparella
1720 Tuna Canyon Road
Topanga, CA 90290

**APN: 4448-018-033 and 4448-018-042**

## QUITCLAIM DEED

**QUITCLAIM DEED** (Excluded from Reappraisal under Proposition 13, *i.e.*, Calif. Const. Art 13A§1 et. seq.)

The undersigned Grantor declares under penalty of perjury that the following is true and correct:

**THERE IS NO CONSIDERATION FOR THIS TRANSFER**.
Documentary transfer tax is **$ NONE**. This conveyance establishes sole and separate property of a spouse. R&T 11911. Gift transfer between spouses. R&T 11911.

FOR NO CONSIDERATION, **GRANTORS**, ANGELO A. PAPARELLA AND CARMEN G. PAPARELLA, Trustees of the Cap Living Trust, dated October 11, 2012,

do hereby REMISE, RELEASE AND FOREVER QUITCLAIM to CARMEN G. PAPARELLA, a married woman as her sole and separate property,

with the intent of transmuting community property to separate property,

the following described real property in the County of Los Angeles, State of California:

> Parcel 42, in the County of Los Angeles, State of California, as per Record of survey filed in Book 76 pages 74 to 77 inclusive of Record of surveys, in the Office of the County Recorder of said County.

More commonly known as: 1720 Tuna Canyon Road, Topanga, CA 90290

EXHIBIT 8

Dated: March 22, 2018

Angelo A. Paparella and Carmen G. Paparella, Trustees of the
Cap Living Trust, dated October 11, 2012

By: _____

Angelo A. Paparella, Trustee


By: _____

Carmen G. Paparella, Trustee


| A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document. |
| --- |


STATE OF CALIFORNIA          )
                             )
COUNTY OF LOS ANGELES        )

On MARCH 24th 2018 , before me, DAVID E. MCMANUS , a
notary public, personally appeared **Angelo A. Paparella and Carmen G. Paparella**, who proved to
me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument, and acknowledged to me that he/she/they executed the same in his/her/their
authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the
entity on behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

_____ (Seal)

DAVID E. MCMANUS
Commission # 2135011
Notary Public - California
Los Angeles County
My Comm. Expires Dec 22, 2019

EXHIBIT 8

 

**This page is part of your document - DO NOT DISCARD**



## 20180461282



**Pages:**
**0003**

**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**05/10/18 AT 08:52AM**

| | |
|---|---|
| FEES: | 25.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 75.00 |
| PAID: | 100.00 |



**L E A D S H E E T**



201805102830049

00015164539

009045370

**SEQ:**
**03**

DAR - Mail (Intake)



**THIS FORM IS NOT TO BE DUPLICATED**

E621013

EXHIBIT 9

**RECORDING REQUESTED BY:**
Jacob Stein
Aliant, LLP
16000 Ventura Boulevard, Suite 1000
Encino, California 91436

Document Number:15164539

Batch Number:9045370

**AND WHEN RECORDED MAIL TO:**
SAME AS ABOVE.

**MAIL TAX STATEMENTS TO:**
Trustee of the BNVFBVN Trust
4607 Lakeview Canyon Road, Suite 519
Westlake Village, California 91361

**APN: 4448-018-033 and 4448-018-042**

## GRANT DEED

**GRANT DEED** (Excluded from Reappraisal under Proposition 13, *i.e.*, Calif. Const. Art 13A§1 et. seq.)

The undersigned Grantor declares under penalty of perjury that the following is true and correct:

**THERE IS NO CONSIDERATION FOR THIS TRANSFER.**
Documentary transfer tax is $ **NONE**.  "This is a bonafide gift and the grantor received nothing in return. R&T 11911."

FOR NO CONSIDERATION, GRANTOR, CARMEN G. PAPARELLA, a married woman as her sole and separate property,

hereby GRANTS to Dana Gonzalez-Aplin, Trustee of the BNVFBVN Trust, dated January 26, 2018,

the following described real property in the County of Los Angeles, State of California:

> Parcel 42, in the County of Los Angeles, State of California, as per Record of survey filed in Book 76 pages 74 to 77 inclusive of Record of surveys, in the Office of the County Recorder of said County.

More commonly known as: 1720 Tuna Canyon Road, Topanga, CA 90290

EXHIBIT 9

Dated: __March 23, 2018__

_Carmen G. Paparella_

Carmen G. Paparella

---

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

STATE OF CALIFORNIA )
)
COUNTY OF LOS ANGELES )

On MARCH 24 TH 2018_____, before me, ____DAVIDE. MCMANUS_____, a notary public, personally appeared **Carmen G. Paparella**, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s) or the entity on behalf of which the person(s) acted, executed the instrument.

**I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.**

WITNESS my hand and official seal.

_David E. McManus_____ (Seal)

DAVID E. MCMANUS
Commission # 2135011
Notary Public - California
Los Angeles County
My Comm. Expires Dec 22, 2019

EXHIBIT 9

Doc # 2019002843
Page 1 of 9
Date: 7/26/2019 01:01P
Filed by: STATES TITLE[SYN1208]
Filed & Recorded in Official Records
of MONO COUNTY
SHANNON KENDALL
CLERK-RECORDER
Fee: $192.00

**Recording Requested By**
**And When Recorded Mail To:**

City National Bank
Attn:  RLD HELOC Funding Department
350 South Grand Avenue, 5th Floor
Los Angeles, CA 90071

Prepared by:
Wendy Yi
City National Bank
350 South Grand Avenue, 5th Floor
Los Angeles, CA 90071

Account No. XXXX12041
TR No. 477601

---

A.P.N.: 039-090-001-000                    Space Above This Line for Recorder's Use

## DEED OF TRUST AND ASSIGNMENT OF RENTS

This Deed of Trust and Assignment of Rents (hereafter, "Deed of Trust") is made as of July 22, 2019, between DANA GONZALEZ-APLIN, TRUSTEE OF THE BNVFBVN TRUST, DATED JANUARY 26, 2018, herein called "Trustor", whose address is 26500 Agoura Road, Suite 102-146, Calabasas, CA 91302, States Title Insurance Company of California herein called "Trustee", and CITY NATIONAL BANK, a national banking association, herein called "Beneficiary".

TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Mono County, California described as:

Lot 1 of Tract No. 36-108, in the town of Mammoth Lakes, County of Mono, State of California, as per map recorded in Book 9 Page 47 of Maps, in the Office of the County Recorder of said County.

Exhibit A

Also known as: 87 Holiday Way, Mammoth Lakes, CA 93546

TOGETHER WITH an absolute assignment of the leases, rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

This Deed of Trust is made for the purpose of securing:

1.     Performance of each agreement of Trustor herein contained, and repayment of any funds advanced by or which Beneficiary or Trustee become obligated to advance under this Deed of Trust.

2.     Payment of the indebtedness evidenced by the Home Equity Line of Credit Agreement and Disclosures of even date herewith, and any extensions or renewals

1

DeedOfTrustNoFF (Rev 01/19)
XXXX12041/Bnvfbvn Trust  (WY)
I:\00-Common Documents\Autodocs\Data\FDB44365-3DCC-40C4-8561-C189E8094EC8\DeedOfTrustNoFF.docx

EXHIBIT 10

**City National Bank**                                          **DEED OF TRUST**

thereof, executed by Trustor in favor of Beneficiary or order, in the principal sum of FIVE HUNDRED NINETY-TWO THOUSAND AND NO/100THS DOLLARS ($592,000.00). The principal balance due under said Home Equity Line of Credit may vary from time to time, but will not exceed the maximum credit line of FIVE HUNDRED NINETY-TWO THOUSAND AND NO/100THS DOLLARS ($592,000.00).

3.      Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by a promissory note or notes reciting it is so secured.

**To Protect the Security of This Deed of Trust, Trustor Agrees as Follows:**

4.      Trustor shall, with respect to the property described in this Deed of Trust:

   4.1.    Keep said property in good condition and repair;

   4.2.    Not remove or demolish any building or other structure;

   4.3.    Complete or restore promptly and in good and workmanlike manner any building or other structure which may be constructed, damaged or destroyed and pay when due all claims for labor performed and materials furnished therefor;

   4.4.    Comply with all laws affecting said property or requiring any alterations or improvements to be made thereon;

   4.5.    Not commit, suffer or permit waste;

   4.6.    Not commit, suffer or permit any act upon such property in violation of law, including but not limited to all Federal, state and local statutes, ordinances or regulations relating to hazardous or toxic waste;

   4.7.    Cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of the property may be reasonably necessary to maintain its value, the specific enumerations herein not excluding the general;

   4.8.    Provide, maintain and deliver to Beneficiary such evidence of insurance coverage as is satisfactory to and with loss payable to Beneficiary;

   4.9.    Appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; and pay all costs and expenses, including cost of evidence of title and attorneys' fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed of Trust;

   4.10.   Pay at least ten (10) days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock;

   4.11.   Pay when due, all encumbrances, charges and liens which appear to be prior or superior to the lien created by this Deed of Trust, together with any interest, costs or other sums secured thereby;

2

EXHIBIT 10

City National Bank                           DEED OF TRUST

---

4.12.   Cure within the time specified in any lease or sublease, or immediately if not specified, any defaults or breaches thereof and do all acts necessary to insure that any such lease or sublease remain in full force and effect; and

4.13.   With respect to any property described above which is less than a fee-simple estate, including but not limited to a leasehold estate:

4.13.1. Trustor shall cure within the time specified in the above-described lease, or other agreement, or immediately if not specified therein, any default or breaches thereof and to do all acts necessary to insure the above-described lease or other agreement remains in full force and effect; and

4.13.2. Trustor shall not voluntarily terminate, surrender or subordinate any leasehold or other estate encumbered hereby and any attempt by Trustor to do so shall be wholly void and without any force and effect.

5.   Trustor covenants and agrees that to effectuate the terms and conditions of this Deed of Trust:

5.1.   Trustor shall, upon reasonable notice by Beneficiary, during normal business hours or at such other time if reasonably required, permit Beneficiary, and any of its agents or employees to inspect the property and copy such records of Trustor that pertain to the property, whether or not located at the property.

5.2.   Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee may, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof: make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees. Trustor shall pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount set forth in the promissory note secured hereby, or if the obligation secured hereby does not specify a rate of interest, at a rate of interest equal to the Beneficiary's Prime Rate as it may exist from time to time plus five percent (5.0%) but in no event less than ten percent (10.0%) per annum.

5.3.   Trustor agrees to indemnify and hold Beneficiary, and any of its successors in interest, harmless from any waste or violations of law, including but not limited to all Federal, state and local statutes, ordinances or regulations relating to hazardous or toxic wastes.

5.4.   Any award of damages in connection with any condemnation for public use of or injury to said property is hereby assigned and shall be paid to Beneficiary who shall apply said moneys in reduction of the principal amount of the indebtedness secured to the extent necessary to render its security unimpaired. If the obligation secured hereby includes obligations to reimburse the Beneficiary for moneys the Beneficiary is committed to advance to Trustor or third persons in the future, said award of damages shall be held

3

EXHIBIT 10

City National Bank                                                    DEED OF TRUST

as collateral for such reimbursement obligation in lieu of the property which is condemned. In the event of a partial taking in condemnation, the proceeds shall be apportioned in accord with the provisions of California Code of Civil Procedure Section 1265.225, as it is in effect at the time of the award. An action for inverse condemnation shall be deemed an action for condemnation under this paragraph.

5.5.    Insurance proceeds shall be held, in trust, by Beneficiary and applied to the reasonable costs of repair and restoration of the property if such proceeds, together with funds supplied by Trustor, are sufficient to restore the property in such a manner that the Beneficiary's security interest hereunder remains unimpaired. If the insurance proceeds, together with funds supplied by Trustor, are not sufficient to restore the property in such a manner that the Beneficiary's security interest hereunder remains unimpaired, said proceeds, at the option of Beneficiary, may be applied to the obligation secured hereby or to restoration of the property. If Trustor disagrees with Beneficiary's disposition of insurance proceeds hereunder, Trustor agrees to submit the matter to binding arbitration before a three-member panel (or one-member panel if the insurance proceeds are less than $200,000) of the American Arbitration Association pursuant to the rules and regulations of the American Arbitration Association. The arbitrators shall also apportion the costs of arbitration, including attorneys' fees, to the extent each party has prevailed.

6.    As additional security, Trustor hereby gives to, confers upon, and absolutely assigns to Beneficiary the right, power and authority, during the continuance of this Deed of Trust, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable.  Upon any such default, Beneficiary may at any time in accord with the provisions of California Civil Code §2938 without notice, except as provided by law, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in its own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorneys' fees, upon any indebtedness secured hereby, and in such order as provided by law or as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice. The absolute assignment of rents, issues and profits contained in this Deed of Trust constitutes a present transfer of Trustor's interest in existing and future rents, issues and profits with respect to the property described in this Deed of Trust effective upon the execution and delivery of this Deed of Trust.

7.    Trustor or any other person legally entitled thereto agrees to pay $30.00 for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby.

8.    Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution

4

EXHIBIT 10

| City National Bank | DEED OF TRUST |
|---|---|

of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties. Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this Deed of Trust is recorded and the name and address of the new Trustee.

9.      At any time or from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed of Trust and the evidence of the obligation secured hereby for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

10.      Upon written request of Beneficiary stating that all sums secured hereby have been paid, if applicable, Beneficiary's statement that no further commitment exists to make future advances or extend credit, and upon surrender of this Deed of Trust and the evidence of the obligation secured hereby to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder. Upon written request of Beneficiary, if less than all sums secured hereby have been paid, Trustee shall reconvey, without warranty, the portion of the property then held hereunder specified by Beneficiary. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in such reconveyance may be described as "the person or persons legally entitled thereto." Unless delivered to Trustor, or Trustor's successors and assigns as provided by law, five (5) years after issuance of such full reconveyance, Trustee may destroy the evidence of indebtedness and this Deed of Trust (unless directed in such request to retain them).

11.      Upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed of Trust, the evidence of the obligation secured hereby and all documents evidencing expenditures secured hereby.

To the extent the obligation secured hereby arises from a commitment of Beneficiary to make future advances either to Trustor or a third party or extend credit subsequent to the recordation of a notice of default hereunder, the sums secured hereby shall also include the amount of such commitment to make future advances or extend credit, and subject to acceleration as provided in the previous paragraph. The Trustor shall pay such amount at such time as it pays all other sums secured hereby and the Beneficiary shall hold same as additional collateral for the obligation secured hereby, at such interest as is available to Beneficiary's customers in an insured deposit account with no restrictions on withdrawal.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the United States, payable at the time of sale. Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to

DeedOfTrustNoFF  (Rev 01/19)
XXXX12041/Bnvfbvn Trust  (WY)
I:\00-Common Documents\Autodocs\Data\FDB44365-3DCC-40C4-8561-C189E8094EC8\DeedOfTrustNoFF.docx

EXHIBIT 10

**City National Bank**  DEED OF TRUST

time thereafter may postpone sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee or Beneficiary may purchase at such sale.

If said property consists of more than one lot or parcel, the lots or parcels may be sold separately, together or in any combination, at the sole discretion of the Beneficiary. Trustor waives the right to direct the order in which said property may be sold when it consists of more than one lot or parcel. The order of sale of said property when it consists of more than one lot or parcel shall be at the sole discretion of the Beneficiary.

After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of: all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the person or persons legally entitled thereto.

12.     This Deed of Trust applies to, inures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledgees, of the evidence of the obligation secured hereby, whether or not named as Beneficiary herein. In this Deed of Trust, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural. By accepting payment of any sum secured hereby after its due date, Beneficiary does not waive its right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

13.     That Trustee accepts this Trust when this Deed of Trust, duly executed and acknowledged, is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

14.     This Deed of Trust may be executed simultaneously in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

SHOULD THE TRUSTOR OR HIS SUCCESSOR IN INTEREST WITHOUT THE PRIOR WRITTEN CONSENT OF THE BENEFICIARY SELL, TRANSFER, MORTGAGE, PLEDGE, HYPOTHECATE, ASSIGN OR ENCUMBER, HIS INTEREST IN THE PROPERTY (OR ANY PART THEREOF), WHETHER VOLUNTARILY OR INVOLUNTARILY, THEN BENEFICIARY MAY AT ITS ELECTION DECLARE ALL SUMS SECURED HEREBY IMMEDIATELY DUE AND PAYABLE. THIS PROVISION SHALL APPLY TO EACH AND EVERY SALE, TRANSFER, MORTGAGE, PLEDGE, HYPOTHECATION, ASSIGNMENT OR ENCUMBRANCE REGARDLESS WHETHER OR NOT BENEFICIARY HAS CONSENTED TO, OR WAIVED, ITS RIGHT HEREUNDER, WHETHER BY ACTION OR NON-ACTION, IN CONNECTION WITH ANY PREVIOUS SALE, TRANSFER, MORTGAGE, PLEDGE, HYPOTHECATION, ASSIGNMENT OR ENCUMBRANCE, WHETHER ONE OR MORE.

6

EXHIBIT 10

**City National Bank**                                                    **DEED OF TRUST**

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

"TRUSTOR"

_____, TRUSTEE

Dana Gonzalez-Aplin, Trustee of the BNVFBVN
Trust, dated January 26, 2018

---

7

EXHIBIT 10

**City National Bank**                                                              DEED OF TRUST

> A notary public or other officer completing
> this certificate verifies only the identity of the
> individual who signed the document to which
> this certificate is attached, and not the
> truthfulness, accuracy, or validity of that
> document.

STATE OF CALIFORNIA                          )

COUNTY OF _Ventura_          )

On _July 23rd, 2019_, before me, _Leticia Alvarez_ ,
a notary public, personally appeared ___Dana Gonzalez-Aplin___, who proved to me on the
basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in
his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the
instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Leticia Alvarez_ ___ (SEAL)



DeedOfTrustNoFF  (Rev 01/19)
XXXX12041/Bnvfbvn Trust  (WY)
I:\00-Common Documents\Autodocs\Data\FDB44365-3DCC-40C4-8561-C189E8094EC8\DeedOfTrustNoFF.docx

EXHIBIT 10

## Exhibit A Legal Description

The following described real property in the County of Mono, State of California:

Lot1 of Tract No. 36-108, in the town of Mammoth Lakes, County of Mono, State of California, as per map recorded in Book 9, Page 7 of Maps, in the Office of the County of Recorder as said county of Mano.

More commonly known as 87 Holiday Way, Mammoth Lakes, CA, 93546

APN: 039090001000

EXHIBIT 10

RECORDER MEMO: This COPY has not been QUALITY ASSURED.




**This page is part of your document - DO NOT DISCARD**



# 20190746964



**Recorded/Filed in Official Records**
**Recorder's Office, Los Angeles County,**
**California**

**07/30/19 AT 08:00AM**

**Pages:**
**0009**

| | |
|---|---|
| FEES: | 58.00 |
| TAXES: | 0.00 |
| OTHER: | 0.00 |
| SB2: | 150.00 |
| PAID: | 208.00 |



**L E A D S H E E T**



201907300150002

**00016930140**



010001825

**SEQ:**
**01**

**SECURE - 8:00AM**



**THIS FORM IS NOT TO BE DUPLICATED**

E175892

170_4540858_1_5

EXHIBIT 11

*Fidelity-Sherman Oaks*

226292

**Recording Requested By**
**And When Recorded Mail To:**

City National Bank
Attn: RLD HELOC Funding Dept.
350 S. Grand Ave, Floor 5
Los Angeles, CA 90071

This instrument was prepared by:
Terri Henderson
City National Bank
350 S. Grand Ave, Floor 5
Los Angeles, CA 90071

Account No. XXXX11606
TR No. 477201

---

A.P.N.: 4448-018-033 and 4448-018-042        Space Above This Line for Recorder's Use

*lease is unrecorded*

## DEED OF TRUST AND ASSIGNMENT OF RENTS

This Deed of Trust and Assignment of Rents (hereafter, "Deed of Trust") is made as of July 22, 2019, between Dana Gonzalez-Aplin, Trustee of The BNVFBVN Trust, dated January 26, 2018, herein called "Trustor", whose address is 1720 Tuna Canyon Road, Topanga, CA 90290, Fidelity National Title Company herein called "Trustee", and CITY NATIONAL BANK, a national banking association, herein called "Beneficiary".

TRUSTOR IRREVOCABLY GRANTS, TRANSFERS AND ASSIGNS to TRUSTEE IN TRUST, WITH POWER OF SALE, that property in Los Angeles County, California described as:

Parcel 42, in the County of Los Angeles, State of California, as per Record of Survey filed in Book 76, Pages 74 to 77 inclusive of Record of Surveys, in the Office of the County Recorder of said County.

Also known as: 1720 Tuna Canyon Road, Topanga, CA 90290

TOGETHER WITH an absolute assignment of the leases, rents, issues and profits thereof, SUBJECT, HOWEVER, to the right, power and authority hereinafter given to and conferred upon Beneficiary to collect and apply such rents, issues and profits.

This Deed of Trust is made for the purpose of securing:

1.      Performance of each agreement of Trustor herein contained, and repayment of any funds advanced by or which Beneficiary or Trustee become obligated to advance under this Deed of Trust.

---

1

EXHIBIT 11

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

**City National Bank**                          **DEED OF TRUST**

2.       Payment of the indebtedness evidenced by the Home Equity Line of Credit Account Agreement and Disclosures of even date herewith, and any extensions or renewals thereof, executed by Trustor in favor of Beneficiary or order, in the principal sum of ONE MILLION FOUR HUNDRED FIFTY THOUSAND AND NO/100THS DOLLARS ($1,450,000.00). The principal balance due under said Home Equity Line of Credit may vary from time to time, but will not exceed the maximum credit line of ONE MILLION FOUR HUNDRED FIFTY THOUSAND AND NO/100THS DOLLARS ($1,450,000.00).

3.       Payment of such further sums as the then record owner of said property hereafter may borrow from Beneficiary, when evidenced by a promissory note or notes reciting it is so secured.

**To Protect the Security of This Deed of Trust, Trustor Agrees as Follows:**

4.       Trustor shall, with respect to the property described in this Deed of Trust:

     4.1.     Keep said property in good condition and repair;

     4.2.     Not remove or demolish any building or other structure;

     4.3.     Complete or restore promptly and in good and workmanlike manner any building or other structure which may be constructed, damaged or destroyed and pay when due all claims for labor performed and materials furnished therefor;

     4.4.     Comply with all laws affecting said property or requiring any alterations or improvements to be made thereon;

     4.5.     Not commit, suffer or permit waste;

     4.6.     Not commit, suffer or permit any act upon such property in violation of law, including but not limited to all Federal, state and local statutes, ordinances or regulations relating to hazardous or toxic waste;

     4.7.     Cultivate, irrigate, fertilize, fumigate, prune and do all other acts which from the character or use of the property may be reasonably necessary to maintain its value, the specific enumerations herein not excluding the general;

     4.8.     Provide, maintain and deliver to Beneficiary such evidence of insurance coverage as is satisfactory to and with loss payable to Beneficiary;

     4.9.     Appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; and pay all costs and expenses, including cost of evidence of title and attorneys' fees in a reasonable sum, in any such action or proceeding in which Beneficiary or Trustee may appear, and in any suit brought by Beneficiary to foreclose this Deed of Trust;

     4.10.     Pay at least ten (10) days before delinquency all taxes and assessments affecting said property, including assessments on appurtenant water stock;

     4.11.     Pay when due, all encumbrances, charges and liens which appear to be prior or superior to the lien created by this Deed of Trust, together with any interest, costs

2

EXHIBIT 11

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

City National Bank                                                                      DEED OF TRUST

or other sums secured thereby;

4.12.   Cure within the time specified in any lease or sublease, or immediately if not specified, any defaults or breaches thereof and do all acts necessary to insure that any such lease or sublease remain in full force and effect; and

4.13.   With respect to any property described above which is less than a fee-simple estate, including but not limited to a leasehold estate:

4.13.1. Trustor shall cure within the time specified in the above-described lease, or other agreement, or immediately if not specified therein, any default or breaches thereof and to do all acts necessary to insure the above-described lease or other agreement remains in full force and effect; and

4.13.2. Trustor shall not voluntarily terminate, surrender or subordinate any leasehold or other estate encumbered hereby and any attempt by Trustor to do so shall be wholly void and without any force and effect.

5.      Trustor covenants and agrees that to effectuate the terms and conditions of this Deed of Trust:

5.1.    Trustor shall, upon reasonable notice by Beneficiary, during normal business hours or at such other time if reasonably required, permit Beneficiary, and any of its agents or employees to inspect the property and copy such records of Trustor that pertain to the property, whether or not located at the property.

5.2.    Should Trustor fail to make any payment or to do any act as herein provided, then Beneficiary or Trustee may, but without obligation so to do and without notice to or demand upon Trustor and without releasing Trustor from any obligation hereof: make or do the same in such manner and to such extent as either may deem necessary to protect the security hereof, Beneficiary or Trustee being authorized to enter upon said property for such purposes; appear in and defend any action or proceeding purporting to affect the security hereof or the rights or powers of Beneficiary or Trustee; pay, purchase, contest or compromise any encumbrance, charge or lien which in the judgment of either appears to be prior or superior hereto; and, in exercising any such powers, pay necessary expenses, employ counsel and pay his reasonable fees. Trustor shall pay immediately and without demand all sums so expended by Beneficiary or Trustee, with interest from date of expenditure at the amount set forth in the promissory note secured hereby, or if the obligation secured hereby does not specify a rate of interest, at a rate of interest equal to the Beneficiary's Prime Rate as it may exist from time to time plus five percent (5.0%) but in no event less than ten percent (10.0%) per annum.

5.3.    Trustor agrees to indemnify and hold Beneficiary, and any of its successors in interest, harmless from any waste or violations of law, including but not limited to all Federal, state and local statutes, ordinances or regulations relating to hazardous or toxic wastes.

5.4.    Any award of damages in connection with any condemnation for public use of or injury to said property is hereby assigned and shall be paid to Beneficiary who shall apply said moneys in reduction of the principal amount of the indebtedness secured to the extent necessary to render its security unimpaired. If the obligation secured hereby

3

DeedOfTrustNoFF (Rev 01/19)
XXXX11606/Dana Gonzalez-Aplin, Trustee of the The Bnvfbvn Trust (TH)
I:\00-Common Documents\Autodocs\Data\C67FCDE7-AD9A-47B7-808E-5682F8A40181\DeedOfTrustNoFF.docx

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

EXHIBIT 11

RECORDER MEMO: This COPY has not been QUALITY ASSURED

**City National Bank**         **DEED OF TRUST**

includes obligations to reimburse the Beneficiary for moneys the Beneficiary is committed to advance to Trustor or third persons in the future, said award of damages shall be held as collateral for such reimbursement obligation in lieu of the property which is condemned. In the event of a partial taking in condemnation, the proceeds shall be apportioned in accord with the provisions of California Code of Civil Procedure Section 1265.225, as it is in effect at the time of the award. An action for inverse condemnation shall be deemed an action for condemnation under this paragraph.

       5.5.     Insurance proceeds shall be held, in trust, by Beneficiary and applied to the reasonable costs of repair and restoration of the property if such proceeds, together with funds supplied by Trustor, are sufficient to restore the property in such a manner that the Beneficiary's security interest hereunder remains unimpaired. If the insurance proceeds, together with funds supplied by Trustor, are not sufficient to restore the property in such a manner that the Beneficiary's security interest hereunder remains unimpaired, said proceeds, at the option of Beneficiary, may be applied to the obligation secured hereby or to restoration of the property. If Trustor disagrees with Beneficiary's disposition of insurance proceeds hereunder, Trustor agrees to submit the matter to binding arbitration before a three-member panel (or one-member panel if the insurance proceeds are less than $200,000) of the American Arbitration Association pursuant to the rules and regulations of the American Arbitration Association. The arbitrators shall also apportion the costs of arbitration, including attorneys' fees, to the extent each party has prevailed.

6.     As additional security, Trustor hereby gives to, confers upon, and absolutely assigns to Beneficiary the right, power and authority, during the continuance of this Deed of Trust, to collect the rents, issues and profits of said property, reserving unto Trustor the right, prior to any default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, to collect and retain such rents, issues and profits as they become due and payable. Upon any such default, Beneficiary may at any time in accord with the provisions of California Civil Code §2938 without notice, except as provided by law, either in person, by agent, or by a receiver to be appointed by a court, and without regard to the adequacy of any security for the indebtedness hereby secured, enter upon and take possession of said property or any part thereof, in its own name sue for or otherwise collect such rents, issues and profits, including those past due and unpaid, and apply the same, less costs and expenses of operation and collection, including reasonable attorneys' fees, upon any indebtedness secured hereby, and in such order as provided by law or as Beneficiary may determine. The entering upon and taking possession of said property, the collection of such rents, issues and profits and the application thereof as aforesaid, shall not cure or waive any default or notice of default hereunder or invalidate any act done pursuant to such notice. The absolute assignment of rents, issues and profits contained in this Deed of Trust constitutes a present transfer of Trustor's interest in existing and future rents, issues and profits with respect to the property described in this Deed of Trust effective upon the execution and delivery of this Deed of Trust.

7.     Trustor or any other person legally entitled thereto agrees to pay $30.00 for any statement provided for by law in effect at the date hereof regarding the obligation secured hereby.

8.     Beneficiary, or any successor in ownership of any indebtedness secured hereby, may from time to time, by instrument in writing, substitute a successor or successors to any Trustee named herein or acting hereunder, which instrument, executed by the

DeedOfTrustNoFF (Rev 01/19)
XXXX11606/Dana Gonzalez-Aplin, Trustee of the The Bnvfbvn Trust (TH)
I:\00-Common Documents\Autodocs\Data\C67FCDE7-AD9A-47B7-808E-5682F8A40181\DeedOfTrustNoFF.docx

EXHIBIT 11

**City National Bank**                                                    **DEED OF TRUST**

Beneficiary and duly acknowledged and recorded in the office of the recorder of the county or counties where said property is situated, shall be conclusive proof of proper substitution of such successor Trustee or Trustees, who shall, without conveyance from the Trustee predecessor, succeed to all its title, estate, rights, powers and duties. Said instrument must contain the name of the original Trustor, Trustee and Beneficiary hereunder, the book and page where this Deed of Trust is recorded and the name and address of the new Trustee.

9.    At any time or from time to time, without liability therefor and without notice, upon written request of Beneficiary and presentation of this Deed of Trust and the evidence of the obligation secured hereby for endorsement, and without affecting the personal liability of any person for payment of the indebtedness secured hereby, Trustee may: reconvey any part of said property; consent to the making of any map or plat thereof; join in granting any easement thereon; or join in any extension agreement or any agreement subordinating the lien or charge hereof.

10.    Upon written request of Beneficiary stating that all sums secured hereby have been paid, if applicable, Beneficiary's statement that no further commitment exists to make future advances or extend credit, and upon surrender of this Deed of Trust and the evidence of the obligation secured hereby to Trustee for cancellation and retention and upon payment of its fees, Trustee shall reconvey, without warranty, the property then held hereunder. Upon written request of Beneficiary, if less than all sums secured hereby have been paid, Trustee shall reconvey, without warranty, the portion of the property then held hereunder specified by Beneficiary. The recitals in such reconveyance of any matters or facts shall be conclusive proof of the truthfulness thereof. The grantee in such reconveyance may be described as "the person or persons legally entitled thereto." Unless delivered to Trustor, or Trustor's successors and assigns as provided by law, five (5) years after issuance of such full reconveyance, Trustee may destroy the evidence of indebtedness and this Deed of Trust (unless directed in such request to retain them).

11.    Upon default by Trustor in payment of any indebtedness secured hereby or in performance of any agreement hereunder, Beneficiary may declare all sums secured hereby immediately due and payable by delivery to Trustee of written declaration of default and demand for sale and of written notice of default and of election to cause to be sold said property, which notice Trustee shall cause to be filed for record. Beneficiary also shall deposit with Trustee this Deed of Trust, the evidence of the obligation secured hereby and all documents evidencing expenditures secured hereby.

To the extent the obligation secured hereby arises from a commitment of Beneficiary to make future advances either to Trustor or a third party or extend credit subsequent to the recordation of a notice of default hereunder, the sums secured hereby shall also include the amount of such commitment to make future advances or extend credit, and subject to acceleration as provided in the previous paragraph. The Trustor shall pay such amount at such time as it pays all other sums secured hereby and the Beneficiary shall hold same as additional collateral for the obligation secured hereby, at such interest as is available to Beneficiary's customers in an insured deposit account with no restrictions on withdrawal.

After the lapse of such time as may then be required by law following the recordation of said notice of default, and notice of sale having been given as then required by law, Trustee, without demand on Trustor, shall sell said property at the time and place fixed by it in said notice of sale, either as a whole or in separate parcels, and in such order as it may determine, at public auction to the highest bidder for cash in lawful money of the

5

EXHIBIT 11

RECORDER MEMO: This COPY has not been QUALITY ASSURED

**City National Bank**                                        **DEED OF TRUST**

United States, payable at the time of sale. Trustee may postpone sale of all or any portion of said property by public announcement at such time and place of sale, and from time to time thereafter may postpone sale by public announcement at the time fixed by the preceding postponement. Trustee shall deliver to such purchaser its deed conveying the property so sold, but without any covenant or warranty, express or implied. The recitals in such deed of any matters or facts shall be conclusive proof of the truthfulness thereof. Any person, including Trustor, Trustee or Beneficiary may purchase at such sale.

If said property consists of more than one lot or parcel, the lots or parcels may be sold separately, together or in any combination, at the sole discretion of the Beneficiary. Trustor waives the right to direct the order in which said property may be sold when it consists of more than one lot or parcel. The order of sale of said property when it consists of more than one lot or parcel shall be at the sole discretion of the Beneficiary.

After deducting all costs, fees and expenses of Trustee and of this Trust, including cost of evidence of title in connection with sale, Trustee shall apply the proceeds of sale to payment of: all sums expended under the terms hereof, not then repaid, with accrued interest at the amount allowed by law in effect at the date hereof; all other sums then secured hereby; and the remainder, if any, to the person or persons legally entitled thereto.

12.    This Deed of Trust applies to, inures to the benefit of, and binds all parties hereto, their heirs, legatees, devisees, administrators, executors, successors and assigns. The term Beneficiary shall mean the owner and holder, including pledgees, of the evidence of the obligation secured hereby, whether or not named as Beneficiary herein. In this Deed of Trust, whenever the context so requires, the masculine gender includes the feminine and/or neuter, and the singular number includes the plural. By accepting payment of any sum secured hereby after its due date, Beneficiary does not waive its right either to require prompt payment when due of all other sums so secured or to declare default for failure so to pay.

13.    That Trustee accepts this Trust when this Deed of Trust, duly executed and acknowledged, is made a public record as provided by law. Trustee is not obligated to notify any party hereto of pending sale under any other Deed of Trust or of any action or proceeding in which Trustor, Beneficiary or Trustee shall be a party unless brought by Trustee.

14.    This Deed of Trust may be executed simultaneously in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

SHOULD THE TRUSTOR OR HIS SUCCESSOR IN INTEREST WITHOUT THE PRIOR WRITTEN CONSENT OF THE BENEFICIARY SELL, TRANSFER, MORTGAGE, PLEDGE, HYPOTHECATE, ASSIGN OR ENCUMBER, HIS INTEREST IN THE PROPERTY (OR ANY PART THEREOF), WHETHER VOLUNTARILY OR INVOLUNTARILY, THEN BENEFICIARY MAY AT ITS ELECTION DECLARE ALL SUMS SECURED HEREBY IMMEDIATELY DUE AND PAYABLE. THIS PROVISION SHALL APPLY TO EACH AND EVERY SALE, TRANSFER, MORTGAGE, PLEDGE, HYPOTHECATION, ASSIGNMENT OR ENCUMBRANCE REGARDLESS WHETHER OR NOT BENEFICIARY HAS CONSENTED TO, OR WAIVED, ITS RIGHT HEREUNDER, WHETHER BY ACTION OR NON-ACTION, IN CONNECTION WITH ANY

DeedOfTrustNoFF  (Rev 01/19)
XXXX11606/Dana Gonzalez-Aplin, Trustee of the The Bnvfbvn Trust  (TH)
I:\00-Common Documents\Autodocs\Data\C67FCDE7-AD9A-47B7-808E-5682F8A40181\DeedOfTrustNoFF.docx

EXHIBIT 11

RECORDER MEMO: This COPY has not been QUALITY ASSURED.

**City National Bank** _____ **DEED OF TRUST**

PREVIOUS SALE, TRANSFER, MORTGAGE, PLEDGE, HYPOTHECATION, ASSIGNMENT OR ENCUMBRANCE, WHETHER ONE OR MORE.

The undersigned Trustor requests that a copy of any Notice of Default and of any Notice of Sale hereunder be mailed to him at his address hereinbefore set forth.

"TRUSTOR"

_____, TRUSTEE

Dana Gonzalez-Aplin, Trustee of The BNVFBVN Trust, dated January 26, 2019

---

DeedOfTrustNoFF  (Rev 01/19)
XXXX11606/Dana Gonzalez-Aplin, Trustee of the The Bnvfbvn Trust  (TH)
I:\00-Common Documents\Autodocs\Data\C67FCDE7-AD9A-47B7-808E-5682F8A40181\DeedOfTrustNoFF.docx

EXHIBIT 11

**City National Bank**                                      **DEED OF TRUST**

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

**STATE OF CALIFORNIA** )

**COUNTY OF** Ventura )

On July 23rd, 2019, before me, Leticia Alvarez , a notary public, personally appeared Dana Gonzalez-Aplin, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Leticia Alvarez_ (SEAL)

LETICIA ALVAREZ
Notary Public – California
Los Angeles County
Commission # 2187733
My Comm. Expires Mar 23, 2021

8

DeedOfTrustNoFF (Rev 01/19)
XXXX11606/Dana Gonzalez-Aplin, Trustee of the The Bnvfbvn Trust (TH)
I:\00-Common Documents\Autodocs\Data\C67FCDE7-AD9A-47B7-808E-5682F8A40181\DeedOfTrustNoFF.docx

EXHIBIT 11

Delaware.gov | Governor | General Assembly | Courts | Elected Officials | State Agencies

---

Department of State: Division of Corporations

Allowable Characters

| | Entity Details |
|---|---|

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | 6527659 | Incorporation Date / Formation Date: | 8/30/2017 (mm/dd/yyyy) |
| Entity Name: | AAP HOLDING COMPANY, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Domestic | State: | DELAWARE |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | PARACORP INCORPORATED | | |
| Address: | 2140 S DUPONT HWY | | |
| City: | CAMDEN | County: | Kent |
| State: | DE | Postal Code: | 19934 |
| Phone: | 302-697-4590 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like ○ Status ○ Status,Tax & History Information  [Submit]

[Back to Entity Search]

HOME
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
Entity Search
Status
Validate Certificate
Customer Service Survey

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
Taxes
Expedited Services
Service of Process
Registered Agents
GetCorporate Status
Submitting a Request
How to Form a New Business Entity
Certifications, Apostilles & Authentication of Documents

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

EXHIBIT 12



**Secretary of State**
**Statement and Designation by**
**Foreign Corporation**

| **S&DC-S/N** |
|---|

**IMPORTANT — Read instructions before completing this form.**

Must be submitted with a current **Certificate of Good Standing** issued by the government agency where the corporation was formed. See Instructions.

**Filing Fee** – **$100.00** (for a foreign stock corporation) or
**$30.00** (for a foreign nonprofit corporation)

**Copy Fees** – First page $1.00; each attachment page $0.50;
Certification Fee - $5.00

*Note:* Corporations may have to pay minimum $800 tax to the California Franchise Tax Board each year. For more information, go to *https://www.ftb.ca.gov.*

**FILED** DCX
Secretary of State
State of California

SEP 0 1 2017

**This Space For Office Use Only**

**1. Corporate Name** (Go to *www.sos.ca.gov/business/be/name-availability* for general corporate name requirements and restrictions.)

AAP Holding Company, Inc.

**2. Jurisdiction** (State, foreign country or place where this corporation is formed - must match the Certificate of Good Standing provided.)

Delaware

**3. Business Addresses** (Enter the complete business addresses. Items 3a and 3b cannot be a P.O. Box or "in care of" an individual or entity.)

| a. Initial Street Address of Principal Executive Office - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
|---|---|---|---|
| 4607 Lakeview Canyon Road, Ste. 519 | Westlake Village | CA | 91361 |
| b. Street Address of Principal Office in California, if any - Do not enter a P.O. Box | City (no abbreviations) | State | Zip Code |
| 4607 Lakeview Canyon Road, Ste. 519 | Westlake Village | CA | 91361 |
| c. Mailing Address of Principal Executive Office, if different than Item 3a | City (no abbreviations) | State | Zip Code |
| | | | |

**4. Service of Process** (Must provide either Individual OR Corporation.)

INDIVIDUAL – Complete Items 4a and 4b only. Must include agent's full name and California street address.

| a. California Agent's First Name (if agent is not a corporation) | Middle Name | Last Name | | Suffix |
|---|---|---|---|---|
| | | | | |
| b. Street Address (if agent is not a corporation) - Do not enter a P.O. Box | City (no abbreviations) | | State CA | Zip Code |

CORPORATION – Complete Item 4c. Only include the name of the registered agent Corporation.

| c. California Registered Corporate Agent's Name (if agent is a corporation) – Do not complete Item 4a or 4b |
|---|
| Paracorp Incorporated |

**5. Read and Sign Below** (See Instructions. Office or title not required.)

I am a corporate officer and am authorized to sign on behalf of the foreign corporation.

_____
Signature

ANGELO A. PAPARELLA
Type or Print Name

S&DC-S/N (REV 03/2017)

EXHIBIT 13

2017 California Secretary of State
www.sos.ca.gov/business/be



# Delaware

Page 1

## The First State

I, JEFFREY W. BULLOCK, SECRETARY OF STATE OF THE STATE OF DELAWARE, DO HEREBY CERTIFY "AAP HOLDING COMPANY, INC." IS DULY INCORPORATED UNDER THE LAWS OF THE STATE OF DELAWARE AND IS IN GOOD STANDING AND HAS A LEGAL CORPORATE EXISTENCE SO FAR AS THE RECORDS OF THIS OFFICE SHOW, AS OF THE THIRTY-FIRST DAY OF AUGUST, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE SAID "AAP HOLDING COMPANY, INC." WAS INCORPORATED ON THE THIRTIETH DAY OF AUGUST, A.D. 2017.

AND I DO HEREBY FURTHER CERTIFY THAT THE ANNUAL FRANCHISE TAXES HAVE BEEN ASSESSED TO DATE.

Jeffrey W. Bullock, Secretary of State

6527659  8300

SR# 20175966521

You may verify this certificate online at corp.delaware.gov/authver.shtml

Authentication: 203148915

Date: 08-31-17

EXHIBIT 13

Delaware.gov          Governor | General Assembly | Courts | Elected Officials | State Agencies

---

**Department of State: Division of Corporations**

Allowable Characters

| | |
|---|---|
| **HOME** | |
| About Agency | |
| Secretary's Letter | |
| Newsroom | |
| Frequent Questions | |
| Related Links | |
| Contact Us | |
| Office Location | |
| **SERVICES** | |
| Pay Taxes | |
| File UCC's | |
| Delaware Laws Online | |
| Name Reservation | |
| Entity Search | |
| Status | |
| Validate Certificate | |
| Customer Service Survey | |
| **INFORMATION** | |
| Corporate Forms | |
| Corporate Fees | |
| UCC Forms and Fees | |
| Taxes | |
| Expedited Services | |
| Service of Process | |
| Registered Agents | |
| GetCorporate Status | |
| Submitting a Request | |
| How to Form a New Business Entity | |
| Certifications, Apostilles & Authentication of Documents | |

Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| | | | |
|---|---|---|---|
| File Number: | **7010992** | Incorporation Date / Formation Date: | **8/9/2018** (mm/dd/yyyy) |
| Entity Name: | **BH-AP PETITIONING PARTNERS, LLC** | | |
| Entity Kind: | **Limited Liability Company** | Entity Type: | **General** |
| Residency: | **Domestic** | State: | **DELAWARE** |

**REGISTERED AGENT INFORMATION**

| | | | |
|---|---|---|---|
| Name: | **AGENTS AND CORPORATIONS, INC.** | | |
| Address: | **1201 ORANGE ST STE 600 ONE COMMERCE CENTER** | | |
| City: | **WILMINGTON** | County: | **New Castle** |
| State: | **DE** | Postal Code: | **19801** |
| Phone: | **302-575-0877** | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like   ○ Status    ○ Status,Tax & History Information

[Submit]

[View Search Results]      [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov

EXHIBIT 14

A New Ballot Initiative Aims to Ban Assault Weapons in Florida - The Atlantic



Subscribe

## POLITICS

# Taking Gun Control to the People After Parkland

After the Florida legislature voted down an assault-weapons ban, an insurance agent whose nephew was killed started gathering signatures.

MADELEINE CARLISLE   FEB   2019



A fence outside Marjory Stoneman Douglas High School, in Parkland, Florida, on February 27, 2018. (MPI04 / MEDIAPUNCH / IPX)

**G**AIL SCHWARTZ NEVER THOUGHT that gun violence would touch her life. She had read about shootings in the news, of course. Everyone has. But as a mother of two living in the quiet town of Parkland, Florida, she told me that a school shooting was "literally the furthest thing" from her mind.

When her mother-in-law called on February 14 of last year, saying there had been a shooting at Schwartz's nephew's high school, Marjory Stoneman Douglas, she kept going about her day. Schwartz couldn't process that someone she loved would be affected. It simply did not compute.

But she later got the agonizing news: Her nephew, Alex Schachter, had been killed in the shooting. He was 14, the same age as Schwartz's oldest son. They had been close, loving each other like brothers. Alex's death shattered the family. Schwartz cried nonstop for two weeks. "If anyone thinks that this can't happen to them, or to their child, they're delusional," she told me. Alex was one of the 17 students and staff members who were killed by 19-year-old Nikolas Cruz, using an AR-15-style semiautomatic rifle that he legally purchased.

[ *Read: Trump's hollow gesture on guns* ]

During one of those painful weeks she opened the local paper, the *Sun Sentinel*, to an editorial, "How Parkland Students Could Get Assault Weapons Banned." The Florida legislature had just voted down an assault-weapons ban, and the editorial outlined how Floridians could circumvent politicians and ban assault weapons using a ballot initiative to amend the state constitution. Schwartz owns an insurance agency—she is not a

EXHIBIT 15

A New Ballot Initiative Aims to Ban Assault Weapons in Florida - The Atlantic

professional community organizer. But she thought the article was speaking to her. "I wanted to bring about some positive change, so that the victims did not die in vain," she said. So she got started.

A month after she saw the editorial, Schwartz founded a political committee to get the assault-weapons ban on the 2020 ballot. The committee—called Ban Assault Weapons Now, or BAWN—aims to ban the future sale of semiautomatic assault rifles throughout Florida. With guidance from Parkland's Democratic Representative Ted Deutch, Schwartz has gathered a team of professional political strategists and Floridians directly affected by gun violence, including both the Parkland and Pulse shootings. The group also has a rare advantage—bipartisan support. BAWN has partnered with the prominent Republican donor Al Hoffman and his gun-control-advocacy organization, Americans for Gun Safety Now!, which is made up almost entirely of Republicans who support an assault-weapons ban. They have now formed a coalition, Do Something Florida! Under their division of labor, BAWN will handle the gathering of <u>petition</u> signatures needed to get on the ballot, and Americans for Gun Safety Now! will direct an education and advocacy campaign arguing the need for an assault-weapons ban.

O N MONDAY, REPRESENTATIVES from the coalition will meet for a ceremony in front of the Broward County Supervisor of Elections Office to honor the 17 students and staff members killed a year ago in the Parkland shootings. They will then submit their first round of ballot petitions for verification.

Do Something Florida! faces a difficult task. BAWN has approximately a year to collect 766,200 verified petition signatures, and then will need at least 60 percent of the vote in favor of the ban in a historically gun-friendly state. On top of that, it's sure to face organized opposition from gun-rights activists.

[ <u>*Read: The NRA is still a staple of daily American life*</u> ]

Ballot initiatives have already been used by other states for gun-control measures, some more successfully than others. In 2016, Maine voted against an initiative for mandated background checks on all gun sales, and Nevada narrowly <u>passed</u> a similar measure before the state's attorney general struck it down. This past election cycle, Washington State voted in favor of an initiative implementing multiple gun regulations, and organizers in Oregon also <u>intend</u> to have a question on the 2020 ballot that would ban assault weapons. <u>Seven</u> other states and Washington, D.C., have already banned the transfer or possession of some assault weapons through legislation.

EXHIBIT 15

Gail Schwartz collecting signatures on January 19, 2019 (Gail Schwartz)

The language of such bans has been subject to heated debate. Lawmakers have long struggled over how to define assault weapons; those in the gun industry commonly use the term *assault rifle* to refer to fully automatic weapons used in the military, which have been federally regulated since the 1980s. However, most state laws, as well as the 1994 federal assault-weapons ban, which expired in 2004, define assault rifles as high-powered semiautomatic firearms. These laws typically define assault weapons by listing specific semiautomatic firearm models and specific design features (such as pistol grips or folding stocks). Definitions in the law often end up providing loopholes. For example, gun manufacturers have historically worked around these bans by selling high-powered semiautomatic weapons without the listed design features.

BAWN's proposal defines assault weapons more broadly than past definitions. Instead of listing design features to designate the banned weapons, the question describes assault weapons as "semiautomatic rifles and shotguns capable of holding more than 10 rounds of ammunition at once, either in a fixed or detachable magazine, or any other ammunition-feeding device." This definition expands on several existing state laws by including weapons that can accept large-capacity detachable magazines,

EXHIBIT 15

A New Ballot Initiative Aims to Ban Assault Weapons in Florida - The Atlantic

which are typically what make assault weapons so lethal.

*[ Read: Democrats are newly emboldened on gun control ]*

While these might seem like minor details, the language was carefully chosen. BAWN hired Jon Mills, a former speaker of the Florida House of Representatives and the former dean of the University of Florida College of Law, to write the ballot proposal. Mills, who has written many amendments to the Florida Constitution, also worked extensively with gun-policy experts from Everytown, the national gun-control-advocacy organization founded by Michael Bloomberg. Mills told me that they took care to phrase the question so that it did not include what most people would consider common hunting rifles. The ballot initiative also includes specific language committing to the Second Amendment, which might bolster the amendment's chances in the event of a legal challenge, which has been known to happen following previous gun-control initiatives.

BAWN's assault-weapons ban, which exempts military or law-enforcement members, would make possession of the defined weapons a third-degree felony. It would also give Floridians who already own these weapons a year to register them before their possession becomes illegal. Florida is one of only 10 states that currently prohibit a gun registry, so this would be a notable change. Because the ballot initiative is a constitutional provision, it would supersede that statute. The ban would not include handguns, which both BAWN's ballot proposal and the Florida Constitution define as "a firearm capable of being carried and used by one hand, such as a pistol or a revolver."

E XPERTS DISAGREE OVER the effectiveness of assault-weapons bans. Louis Klarevas, an associate lecturer at the University of Massachusetts at Boston and the author of *Rampage Nation: Securing America From Mass Shootings*, found that the use of assault weapons increases the average number of people killed in mass shootings, based on data from 111 mass shootings that involved the death of six or more people from 1966 to 2015. Based on his research, Klarevas says it is fair to conclude that if there were restrictions on assault weapons, fewer people might be killed in high-fatality mass shootings. However, a study by the RAND corporation, a public-policy think tank, found little scientific evidence to show that assault-weapons bans have effects on mass shootings, though it did find evidence suggesting that the bans cause consumers to rush to buy the weapons before they're off the market.

Following the Parkland shooting, the Florida legislature passed sweeping gun-control legislation, banning bump stocks, raising the age to buy a rifle to 21, and imposing a mandatory three-day waiting period for gun sales. However, the state House voted down a ban on semiautomatic guns and large-capacity magazines, disappointing gun-control advocates. Florida law still includes many gun-friendly policies; currently, Floridians do not need a license to buy a gun, and a 2011 state law penalizes any municipalities that attempt to pass gun-control laws within their jurisdiction. Adam Winkler, a law professor at the University of California at Los Angeles and the author of *Gunfight: The Battle Over the Right to Bear Arms in America*, explained to me that Florida has been a leader in the gun-rights movement for more

EXHIBIT 15

than 30 years, on the forefront of both the concealed-carry movement and stand-your-ground laws. It would be a particular feat if BAWN passed such a strict gun-control measure in Florida's gun-friendly political climate, he said.

[ *Read: The Parkland students aren't going away* ]

But BAWN's bipartisan support is almost unheard-of when it comes to gun issues. The Republican donor Al Hoffman, whose group Americans for Gun Safety Now! makes up the other half of Do Something Florida!, has personally pledged to donate and help raise money for BAWN. A Florida-based real-estate magnate, Hoffman is the former finance chairman of the Republican National Committee, and also chaired the finance committees of the presidential campaigns of former Florida Governor Jeb Bush and his brother, former President George W. Bush. Under President Bush, Hoffman served as ambassador to Portugal. A supporter of Senator Rick Scott, Governor Ron DeSantis, and President Donald Trump, Hoffman has possessed a concealed-weapons permit for 30 years. He owns a shotgun for birding, and carries a pistol in a briefcase in his car. He told me he strongly supports the Second Amendment, and strongly supports an assault-weapons ban. For Hoffman, those two beliefs can easily coexist.

Hoffman developed many of the neighborhoods around Marjory Stoneman Douglas High School, and was involved in the school's planning. On February 14, 2018, he was watching the news when he saw the scene in Parkland unfold. He told me his first thoughts went to his own teenage children, who attended a different school. "My heart [went] to the bottom of my stomach," he said. "I thought, *This cannot stand. And will not stand.*"

Hoffman reached out to friends and other influential conservative donors, and they decided to form Americans for Gun Safety Now! The advocacy organization aims to persuade lawmakers to ultimately ban, and in the short term regulate, the sale of assault weapons. Hoffman also made waves on his own in March by publicly pledging to donate money only to Republicans who supported banning assault weapons—leading him to back only two candidates in 2018, Brian Mast and Carlos Curbelo. He told me it seemed as if few Republicans wanted to touch the issue, especially in an election year. But, he continued, "We're at the point right now ... where I really don't care."

Not long after Hoffman formed his organization, Gail Schwartz called. Schwartz had heard about Americans for Gun Safety Now! and was thrilled that other groups in Florida were already organizing. They arranged a meeting and, as Schwartz told me, the two "were heartbroken together." Hoffman was impressed with Schwartz's passion, and liked the prospect that a citizens initiative would avoid legislative politics.

On the surface, the organizations are an unlikely pair. Americans for Gun Safety Now! includes prominent Republicans, such as the professional golfer Jack Nicklaus, and BAWN includes seasoned Democratic operatives. "This isn't about if you're a Republican or a Democrat," Schwartz told me. "This is literally about saving lives."

HEN CHRISTINE LEINONEN heard that there was a shooting at Pulse,

EXHIBIT 15

A New Ballot Initiative Aims to Ban Assault Weapons in Florida - The Atlantic

W the gay nightclub where her son Christopher had gone that night with friends, she immediately drove 50 miles to Orlando from her home in Polk County, Florida. In the chaos outside the club, she ran into Christopher's friend, Brandon Wolf, who described the scene inside.

"I said, 'Oh my God, that's an assault weapon. That's not good,'" she told me. Leinonen remembered an interview she had seen of the parents of Dylan Hockley, a young boy who was killed in the Sandy Hook massacre in 2012. They said they had spoken before Congress because they didn't want anyone else to join "the club" of people who lost loved ones to mass shootings. "I kept thinking, *Oh my God, I'm going to be in this club now. I don't want to be in that club,*" Leinonen said.

*[ Read: The post-Parkland unity is officially over ]*

Christopher was killed in the Pulse massacre, on June 12, 2016. Though some other families of the Pulse victims decided to testify for gun control before Congress, Christine chose not to. She remembered Hockley's parents, and how, despite their testimony, "even commonsense gun legislation" was not enacted.

But when Leinonen got a call from Schwartz explaining the ballot initiative, and its bipartisan support, she felt hopeful about the possibility of legal change for the first time. "I said, 'You're ingenious. That's ingenious,'" Leinonen told me.

Indeed, Schwartz has reached out to survivors and to victims' families throughout Florida. Together they have formed a committee of Floridians ready to give interviews, speak at fundraising events, and do whatever they can to convince voters that the ballot initiative should be important to them. Both March for Our Lives, the national political movement founded by Parkland survivors, and the League of Women Voters of Florida have endorsed BAWN. The president of the league, Patricia Brigham, sits on BAWN's committee.

Besides Brigham, much of BAWN's committee is made up of everyday Floridians—Leinonen is a licensed attorney, and Brandon Wolf, who also sits on the committee, works in retail. Most had no prior experience in politics before they were exposed to gun violence. But behind the scenes, veterans of successful Democratic campaigns and past ballot initiatives are also involved.

Schwartz's team includes the Florida-based political consultant Ben Pollara, as well as Eric Johnson, a former congressional chief of staff. Ashley Walker, the manager of Barack Obama's 2008 and 2012 Florida campaigns, will manage BAWN's media, and the pollster Anna Greenberg—who worked on the gun-safety initiatives that recently passed in Washington State—will run its internal polling. Ted Deutch, the congressman who represents Parkland, leads BAWN's steering committee.

Though ballot initiatives are not as common in Florida as in some other states, such as California, Florida has still had some notably successful

EXHIBIT 15

campaigns. Most recently, the passage of Amendment Four restored the right to vote to 1.5 million former felons living in the state. A ballot initiative to legalize medical marijuana also passed in 2016. "I do think this is a real sign of a new development in the gun-reform movement, to move towards these initiatives," Adam Winkler, of UCLA, said. "To do it in Florida, where the lawmakers really are very pro-gun, sort of marks a new chapter in gun politics."

Polling shows that a greater proportion of Floridians support a ban than their legislators, but still not enough for the initiative to pass today. A September poll from Florida Atlantic University found that 51 percent of the state's voters support a ban on assault weapons—nine points lower than the 60 percent mark BAWN needs.

But first, BAWN must collect 766,200 signatures from registered Florida voters—at least 8 percent of the state's total electorate in the last presidential election. To insulate against common errors with signature collection, BAWN needs to over sample by 20 or 30 percent—which means they'll have to collect about a million signatures. Once they have collected 10 percent of the required number of signatures, the petition will go to the state attorney general, and then on to the Florida Supreme Court. The court will review the ballot question's language, and if it passes muster, the question will go on the ballot. But if they don't collect the required number of signatures by February 1, 2020, they have to move to the 2022 ballot. And each signature is only valid for two years. "I know this is a monumental endeavor; I'm not deluding myself," Schwartz said to me. "But I really do feel that Floridians want change."

All this is going to cost a lot of money. Pollara estimated that just getting on the ballot will take about $5 million, not including an advertising campaign in a huge state with 11 media markets.

BAWN has raised nearly $440,000 since last March, and spent about $300,000, according to Florida's Division of Elections. Most of the fundraising so far has been from small-dollar donations, Schwartz said. Americans for Gun Safety Now! has also been fundraising. BAWN plans to have collected its first 100,000 signatures—the 10 percent needed to trigger Supreme Court review—in a few months.

Experts predict that gun-rights activists will probably challenge the ban in court, and although no organized opposition to BAWN has emerged yet, it likely will soon. But Do Something Florida! is hopeful that the initiative will also garner bipartisan support at the polls.

"I don't want people to bury their friends anymore," Wolf told me, explaining why he believes in the initiative. "I don't want others to bury their children anymore."

—————

*We want to hear what you think about this article. Submit a letter to the editor or write to letters@theatlantic.com.*

MADELEINE CARLISLE is an editorial fellow at *The Atlantic*.

EXHIBIT 15

Twitter

**ABOUT**

Our History

Staff

Careers

Shop

**CONTACT**

Help Center

Contact Us

Send a News Tip

Advertise

Press

**PODCASTS**

Radio Atlantic

Crazy/Genius

The Atlantic Interview

Audio Articles

**SUBSCRIPTION**

Purchase

Give a Gift

Manage Subscription

Download iOS App

Newsletters

**FOLLOW**

Privacy Policy | Advertising Guidelines | Terms Conditions | Responsible Disclosure | U.S. Edition | World Edition | Site Map

TheAtlantic.com Copyright (c) 2019 by The Atlantic Monthly Group. All Rights Reserved.

EXHIBIT 15



**Florida Department of State**
**Division of Elections**

# Campaign Expenditures

### Ban Assault Weapons Now

*This information is being provided as a convenience to the public, has been processed by the Division of Elections and should be cross referenced with the original report on file with the Division of Elections in case of questions.*

About the Campaign Finance Data Base

| Rpt Yr | Rpt Type | Date | Amount | Expense Paid To | Address | City State Zip | Purpose | Typ | Reimb |
|---|---|---|---|---|---|---|---|---|---|
| 2018 | M3 | 03/31/2018 | 1,451.61 | ANNE LEWIS STRATEGIES, LLC | 1140 19TH STREET NW, SUITE 300 | WASHINGTON, DC 20036 | DIGITAL MARKETING | MON | |
| 2018 | M4 | 04/04/2018 | 87.70 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | SERVICE FEE | MON | |
| 2018 | M4 | 04/10/2018 | 173.68 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON | |
| 2018 | M4 | 04/30/2018 | 350.12 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON | |
| 2018 | M5 | 05/09/2018 | 75.42 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON | |
| 2018 | M5 | 05/21/2018 | 38,000.00 | GREENBERG QUINLAN ROSNER RESEA | 1101 15TH STREET NW, SUITE 900 | WASHINGTON, DC 20005 | FOCUS GROUPS | MON | |
| 2018 | M5 | 05/31/2018 | 392.32 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON | |
| 2018 | P1 | 06/12/2018 | 20,900.00 | CORNERSTONE STRATEGIC SERVICES | 57 NE 93 STREET | MIAMI SHORES, FL 33138 | CONSULTING | MON | |
| 2018 | P1 | 06/12/2018 | 5,000.00 | ANNE LEWIS STRATEGIES | 1140 19TH STREET NW, SUITE 300 | WASHINGTON, DC 20036 | DIGITAL CONSULTING | MON | |
| 2018 | P1 | 06/21/2018 | 19.00 | BB&T | 2000 PONCE DE LEON BLVD | CORAL GABLES, FL 33134 | BANK FEES | MON | |
| 2018 | P1A | 06/28/2018 | 10,000.00 | ANNE LEWIS STRATEGIES | 1140 19TH STREET NW SUITE 300 | WASHINGTON, DC 20036 | DIGITAL MARKETING | MON | |
| 2018 | P2 | 07/02/2018 | 5,000.00 | ANNE LEWIS STRATEGIES | P.O. BOX 3243 | OMAHA, NE 68103 | DIGITAL MARKETING | MON | |
| 2018 | P2 | 07/02/2018 | 4,000.00 | BFF COMPLIANCE CO. | 6619 S. DIXIE HWY #148 | MIAMI, FL 33143 | ACCOUNTING | MON | |
| 2018 | P2 | 07/05/2018 | 124.79 | ACTBLUE | P.O. BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON | |
| 2018 | P2A | 07/10/2018 | 247.56 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON | |
| 2018 | P2A | 07/11/2018 | 20,100.00 | GREENBERG QUINLAN ROSNER | 1101 15TH STREET NW, SUITE 900 | WASHINGTON, DC 20005 | POLLING DATA | MON | |
| 2018 | P3 | 07/19/2018 | 5,071.90 | BLUE STATE DIGITAL | 62187 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693 | DATABASE MGMT | MON | |
| 2018 | P6 | 08/04/2018 | 86.07 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON | |
| 2018 | P6 | 08/07/2018 | 210.00 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON | |
| 2018 | P7 | 08/14/2018 | 2,000.00 | BFF COMPLIANCE CO | 6619 S DIXIE HWY #148 | MIAMI, FL 33143 | COMPLIANCE SERVICES | MON | |
| 2018 | P7 | 08/14/2018 | 995.00 | BLUE STATE DIGITAL | 101 AVENUE OF THE AMERICAS 12TH FL | NEW YORK, NY 10013 | TOOLS LICENSE FEE | MON | |
| 2018 | P7 | 08/14/2018 | 7,500.00 | ANNE LEWIS STRATEGIES | 1140 19TH ST NW, STE 300 | WASHINGTON, DC 20036 | MANAGEMENT SERVICES | MON | |
| 2018 | P7 | 08/20/2018 | 490.00 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON | |
| 2018 | P7 | 08/21/2018 | 29,109.98 | BOIES SCHILLER FLEXNER | 2200 CORPORATE BLVD NW, STE 400 | BOCA RATON, FL 33431 | ATTORNEYS FEES | MON | |
| 2018 | G1 | 08/28/2018 | 6,175.00 | BOIES SCHILLER FLEXNER | 333 MAIN STREET | ARMONK, NY 10504 | LEGAL SERVICES | MON | |
| 2018 | G1A | 09/06/2018 | 300.05 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON | |
| 2018 | G2 | 09/10/2018 | 81.35 | CHECKS FOR LESS | 200 RIVERSIDE INDUSTRIAL PKWY | PORTLAND, ME 04103 | CHECK SUPPLIES | MON | |
| 2018 | G2 | 09/11/2018 | 612.22 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON | |
| 2018 | G2 | 09/12/2018 | 10,020.00 | ANNE LEWIS STRATEGIES, LLC | P.O. BOX 3243 | OMAHA, NE 68103 | DIGITAL MARKETING | MON | |
| 2018 | G2 | 09/12/2018 | 20,100.00 | GREENBERG QUINLAN ROSNER RESEA | 1101 15TH STREET NW | WASHINGTON, DC 20005 | POLLING DATA | MON | |
| 2018 | G2A | 09/18/2018 | 995.00 | BLUE STATE DIGITAL | 101 AVENUE OF THE AMERICAS, 12TH FLOOR | NEW YORK, NY 10013 | DATABASE MGMT | MON | |
| 2018 | G4 | 10/03/2018 | 7,500.00 | ANNE LEWIS STRATEGIES, LLC | P.O. BOX 3243 | OMAHA, NE 68103 | DIGITAL CONSULTING/MGMT | MON | |
| 2018 | G4 | 10/03/2018 | 389.50 | SCHWARTZ GAIL | 1600 PONCE DE LEON BLVD, 10TH FL | CORAL GABLES, FL 33134 | REIMB TRANSPORTATION SRVS | RMB | |
| 2018 | G4 | 10/05/2018 | 777.35 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON | |
| 2018 | G5 | 10/12/2018 | 17,000.00 | ANNE LEWIS STRATEGIES | 650 MASSACHUSETTS AVE NW, SUITE 505 | WASHINGTON, DC 20001 | DIGITAL MEDIA | MON | |
| 2018 | G6 | 10/18/2018 | 75,000.00 | AAP HOLDING COMPANY INC | 4607 LAKEVIEW TERRACE | WESTLAKE VILLAGE, CA 91361 | PETITIONS | MON | |
| 2018 | G7 | 10/30/2018 | 1,625.00 | HABER BLANK, LLP | 888 SOUTH ANDREWS AVE, SUITE 201 | FT. LAUDERDALE, FL 33316 | LEGAL SERVICES | MON | |
| 2018 | M11 | 11/05/2018 | 146.19 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON | |
| 2018 | M11 | 11/21/2018 | 157.00 | BB&T | 6202 S. DIXIE HWY | MIAMI, FL 33143 | BANK FEES | MON | |
| 2018 | M12 | 12/04/2018 | 306.29 | ACTBLUE | P.O. BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON | |
| 2018 | M12 | 12/11/2018 | 638.07 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON | |
| 2018 | M12 | 12/17/2018 | 1,990.00 | BLUE STATE DIGITAL | 62187 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693 | DATABASE MGMT | MON | |
| 2018 | M12 | 12/17/2018 | 4,000.00 | BFF COMPLIANCE | 6619 S. DIXIE HWY HWY 148 | MIAMI, FL 33143 | ACCOUNTING | MON | |
| 2019 | M1 | 01/04/2019 | 150.31 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON | |
| 2019 | M1 | 01/15/2019 | 376.08 | INMOTION WEB HOSTING | *360 N. PACIFIC COAST HIGHWAY, SUITE 105 | EL SEGUNDO, CA 90245 | WEB HOSTING | MON | |
| 2019 | M1 | 01/17/2019 | 16,440.00 | ANNE LEWIS STRATEGIES, LLC | P.O. BOX 3243 | OMAHA, NE 68103 | DIGITAL MEDIA SERVICES | MON | |
| 2019 | M1 | 01/17/2019 | 2,500.00 | JOHNSON CAMPAIGNS, INC. | 75 NE 20TH STREET | WILTON MANORS, FL 33305 | CAMPAIGN CONSULTING | MON | |
| 2019 | M1 | 01/17/2019 | 1,990.00 | BLUE STATE DIGITAL | 62187 COLLECTIONS CENTER DRIVE | CHICAGO, IL 60693 | DATABASE MGMT | MON | |
| 2019 | M1 | 01/18/2019 | 1,800.00 | IMPACT POLITICS | 16740 WATERS EDGE DR | WESTON, FL 33326 | WEB DESIGN/MGMT | MON | |
| 2019 | M1 | 01/22/2019 | 4,850.00 | CORNERSTONE STRATEGIC SERVICES | 57 NE 93 STREET | MIAMI SHORES, FL 33138 | POLITICAL CONSULTING | MON | |
| 2019 | M1 | 01/30/2019 | 11,775.56 | DELTA PRINTING | 4519 TAYLOR STREET | HOLLYWOOD, FL 33021 | PRINTING | MON | |
| 2019 | M1 | 01/30/2019 | 250.14 | SCHWARTZ GAIL | 6619 S DIXIE HWY NUM 148 | MIAMI, FL 33143 | REIMB FOR COPIES | RMB | |
| 2019 | M2 | 02/04/2019 | 310.07 | ACTBLUE | PO BOX 441146 | SOMERVILLE, MA 02144 | MERCHANT FEES | MON | |
| 2019 | M2 | 02/04/2019 | 28,000.00 | ANNE LEWIS STRATEGIES, LLC | P.O. BOX 3243 | OMAHA, NE 68103 | DIGITAL MEDIA SERVICES | MON | |
| 2019 | M2 | 02/04/2019 | 5,000.00 | POLARIS PUBLIC AFFAIRS | 937 MERIDIAN AVE #3 | MIAMI BEACH, FL 33139 | CAMPAIGN CONSULTANT | MON | |
| 2019 | M2 | 02/07/2019 | 20.00 | BROWARD COUNTY SUPERVISOR OF E | 1501 NW 40TH AVENUE | LAUDERHILL, FL 33313 | VOTER DATA | MON | |
| 2019 | M2 | 02/08/2019 | 25.50 | USPS.COM | 475 L'ENFANT PLAZA SW, RM 4012 | WASHINGTON, DC 02060 | POSTAGE & SHIPPING | MON | |
| 2019 | M2 | 02/08/2019 | 56,000.00 | BH-AP PETITIONING PARTNERS LLC | 26500 W AGRURA RD, STE 102-146 | CALABASAS, CA 91362 | PETITIONING | MON | |
| 2019 | M2 | 02/11/2019 | 488.71 | VANTIV | 8500 GOVERNORS HILL DRIVE | SYMMES TOWNSHIP, OH 45249 | MERCHANT FEES | MON | |
| 2019 | M2 | 02/14/2019 | 60,257.50 | BH-AP PETITIONING PARTNERS LLC | 26500 W AGRURA RD, STE 102-146 | CALABASAS, CA 91362 | PETITIONING | MON | |
| 2019 | M2 | 02/20/2019 | 40,000.00 | BH-AP PETITIONING PARTNERS LLC | 26500 W AGRURA RD, STE 102-146 | CALABASAS, CA 91362 | PETITIONING | MON | |
| 2019 | M2 | 02/22/2019 | 30,000.00 | BH-AP PETITIONING PARTNERS LLC | 26500 W AGRURA RD, STE 102-146 | CALABASAS, CA 91362 | PETITIONING | MON | |
| 2019 | M2 | 02/22/2019 | 601.38 | GREENBERG QUINLAN ROSNER RESEA | 1101 15TH STREET NW, SUITE 900 | WASHINGTON, DC 20005 | RESEARCH | MON | |
| 2019 | M2 | 02/27/2019 | 356.29 | DELTA PRINTING | 4519 TAYLOR STREET | HOLLYWOOD, FL 33021 | PRINTING | MON | |
| 2019 | M2 | 02/28/2019 | 60,000.00 | BH-AP PETITIONING PARTNERS LLC | 26500 W AGRURA RD, STE 102-146 | CALABASAS, CA 91362 | PETITIONING | MON | |

```
                    -------------
                      620,389.71
```

65 Expenditure(s) Selected

EXHIBIT 16

Query the Campaign Finance Data Base

[Department of State]  [Division of Elections]   [Candidates and Races]  [Campaign Finance Information]

EXHIBIT 16

**Florida Department of State**
**Division of Elections**

# Campaign Expenditures

**All Voters Vote, Inc.**

*This information is being provided as a convenience to the public, has been processed by the Division of Elections and should be cross referenced with the original report on file with the Division of Elections in case of questions.*
About the Campaign Finance Data Base

| Rpt Yr | Rpt Type | Date | Amount | Expense Paid To | Address | City State Zip |
|--------|----------|------|--------|-----------------|---------|----------------|
| 2015 | M3 | 03/12/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M3 | 03/16/2015 | 25,000.00 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M3 | 03/16/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M3 | 03/31/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M4 | 04/24/2015 | 25,000.00 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M4 | 04/24/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M4 | 04/30/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M4 | 04/30/2015 | 875.00 | PAYPAL | 2211 NORTH 1ST STREET | SAN JOSE, CA 95131 |
| 2015 | M5 | 05/05/2015 | 24,000.00 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M5 | 05/05/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M5 | 05/13/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M5 | 05/14/2015 | 5,000.00 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M5 | 05/14/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M5 | 05/29/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M6 | 06/02/2015 | 580.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M6 | 06/02/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M6 | 06/03/2015 | 19,000.00 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M6 | 06/10/2015 | 14.80 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M6 | 06/30/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M7 | 07/09/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M7 | 07/10/2015 | 56,282.90 | PCI CONSULTANTS INC. | 26500 WEST AGOURA ROAD, SUITE 102-146 | CALABASAS, CA 91302 |
| 2015 | M7 | 07/10/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M7 | 07/29/2015 | 310.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/29/2015 | 310.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/29/2015 | 155.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/29/2015 | 1.75 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/29/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/29/2015 | 1.03 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/30/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/31/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M7 | 07/31/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/31/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/31/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M7 | 07/31/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/01/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/01/2015 | 19,500.00 | SRS SOLUTIONS | PO BOX 370632 | MIAMI, FL 33137 |
| 2015 | M8 | 08/02/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/02/2015 | 1.75 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/03/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/09/2015 | 0.59 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/11/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/14/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/18/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/18/2015 | 350.00 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/20/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/24/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/27/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M8 | 08/31/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M9 | 09/04/2015 | 29.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/04/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/10/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/10/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/10/2015 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/10/2015 | 1.75 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/11/2015 | 35.00 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/15/2015 | 29.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/16/2015 | 20.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M9 | 09/18/2015 | 29.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M9 | 09/18/2015 | 62.30 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M10 | 10/14/2015 | 14.80 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M10 | 10/15/2015 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2015 | M10 | 10/17/2015 | 19,500.00 | SRS SOLUTIONS | PO BOX 370632 | MIAMI, FL 33137 |
| 2015 | M12 | 12/09/2015 | 36,862.47 | VANCOREJONES COMMUNICATIONS, I | 906 THOMASVILLE ROAD | TALLAHASSEE, FL 32303 |
| 2015 | M12 | 12/31/2015 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2015 | M1 | 01/29/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | M2 | 02/03/2016 | 70.00 | U.S. POSTAL SERVICE | 221 W PARK AVENUE | TALLAHASSEE, FL 32302 |
| 2016 | M2 | 02/20/2016 | 7.55 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2016 | M2 | 02/29/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | M3 | 03/31/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | M4 | 04/29/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | M5 | 05/31/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | P1A | 06/26/2016 | 3.20 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2016 | P1A | 06/27/2016 | 0.59 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2016 | P1A | 06/30/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |
| 2016 | P2 | 07/08/2016 | 1.75 | PAYPAL | 2211 N. 1ST ST. | SAN JOSE, CA 95131 |
| 2016 | P4 | 07/29/2016 | 15.00 | HANCOCK BANK | 101 N MONROE ST SUITE 150 | TALLAHASSEE, FL 32301 |

EXHIBIT 17

| 2016 | G1 | 08/31/2016 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
|---|---|---|---|---|---|---|
| 2016 | G3 | 09/30/2016 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2016 | G7 | 10/22/2016 | 0.74 | PAYPAL | 2211 NORTH FIRST STREET | SAN JOSE, CA 95131 |
| 2016 | G7 | 10/31/2016 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2016 | M11 | 11/30/2016 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2016 | M12 | 12/30/2016 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M1 | 01/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M2 | 02/28/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M3 | 03/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M4 | 04/28/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M5 | 05/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M6 | 06/30/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M7 | 07/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M8 | 08/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M9 | 09/29/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M10 | 10/31/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M11 | 11/30/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2017 | M12 | 12/29/2017 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | M1 | 01/31/2018 | 60.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | M2 | 02/28/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | M3 | 03/30/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL |
| 2018 | M4 | 04/30/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | M5 | 05/24/2018 | 1.32 | PAYPAL | 2211 NORTH FIRST STREET | SAN JOSE, CA 95131 |
| 2018 | M5 | 05/31/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | P1A | 06/29/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | P5 | 07/31/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | G1 | 08/31/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | G3 | 09/28/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | G7 | 10/31/2018 | 15.00 | HANCOCK BANK | 101 N. MONROE | TALLAHASSEE, FL 32301 |
| 2018 | M11 | 11/28/2018 | 32.80 | HARLAND CLARKE | 133 PEACHTREE ST NE | ATLANTA, GA 30303 |
| 2018 | M11 | 11/30/2018 | 20.00 | HANCOCK BANK | 2105 CAPITAL CIRCLE NE | TALLAHASSEE, FL 32308 |
| 2018 | M12 | 12/03/2018 | 450.00 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32312 |
| 2018 | M12 | 12/11/2018 | 20.00 | CAPITAL CITY BANK | 217 N MONROE STREET | TALLAHASSEE, FL 32301 |
| 2019 | M1 | 01/11/2019 | 225.00 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32312 |
| 2019 | M1 | 01/31/2019 | 25,446.16 | CLEARVIEW RESEARCH | 906 THOMASVILLE ROAD | TALLAHASSEE, FL 32303 |
| 2019 | M2 | 02/08/2019 | 125.00 | CAPITOL HILL ADVISORS | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32312 |
| 2019 | M2 | 02/20/2019 | 11,884.45 | CLEARVIEW RESEARCH | 906 THOMASVILLE ROAD | TALLAHASSEE, FL 32303 |
| 2019 | M3 | 03/04/2019 | 115.00 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32312 |
| 2019 | M3 | 03/06/2019 | 30,000.00 | VANCORE JONES COMMUNICATIONS | 906 THOMASVILLE ROAD | TALLAHASSEE, FL 32303 |
| 2019 | M3 | 03/15/2019 | 4.52 | PAYPAL | 2211 NORTH FIRST STREET | SAN JOSE, CA 95131 |
| 2019 | M3 | 03/21/2019 | 125,000.00 | BH-AP PETITIONING PARTNERS LLC | 26500 AGOURA ROAD | CALABASAS, CA 91302 |
| 2019 | M4 | 03/21/2019 | 25.00 | CAPITAL CITY BANK | 1301 METROPOLITAN BLVD. | TALLAHASSEE, FL 32308 |
| 2019 | M4 | 04/03/2019 | 50.00 | FLORIDA ELECTIONS COMMISSION | 107 WEST GAINES STREET | TALLAHASSEE, FL 32399 |
| 2019 | M4 | 04/15/2019 | 10,000.00 | VANCORE JONES COMMUNICATIONS | 906 THOMASVILLE ROAD | TALLAHASSEE, FL 32303 |
| 2019 | M4 | 04/15/2019 | 637.50 | THEORY & CRAFT LLC | 1001 VASSAR STREET | ORLANDO, FL 32804 |
| 2019 | M4 | 04/15/2019 | 725.00 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32308 |
| 2019 | M4 | 04/16/2019 | 4.53 | PAYPAL | 2211 NORTH FIRST STREET | SAN JOSE, CA 95131 |
| 2019 | M4 | 04/25/2019 | 120.00 | CAPITAL CITY BANK | 1301 METROPOLITAN BLVD. | TALLAHASSEE, FL 32308 |
| 2019 | M4 | 04/25/2019 | 1,307,498.40 | AP PETITIONING PARTNERS LLC | 26500 AGOURA ROAD | CALABASAS, CA 91302 |
| 2019 | M4 | 04/30/2019 | 330.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 |
| 2019 | M4 | 04/30/2019 | 460.00 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 |
| 2019 | M4 | 04/30/2019 | 160.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 |
| 2019 | M4 | 04/30/2019 | 340.00 | HILLSBOROUGH COUNTY SUPERVISOR | 2514 N FALKENBURG RD | TAMPA, FL 33619 |
| 2019 | M4 | 04/30/2019 | 150.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M4 | 04/30/2019 | 450.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE | MIAMI, FL 33152 |
| 2019 | M4 | 04/30/2019 | 320.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY ST | ORLANDO, FL 32806 |
| 2019 | M4 | 04/30/2019 | 130.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2505 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M4 | 04/30/2019 | 180.00 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRL | WEST PALM BEACH, FL 33415 |
| 2019 | M4 | 04/30/2019 | 100.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DR STE 110 | NEW PORT RICHEY, FL 34654 |
| 2019 | M4 | 04/30/2019 | 450.00 | PINELLAS COUNTY SUPERVISOR OF | 501 1ST AVE N | ST PETERSBURG, FL 33701 |
| 2019 | M4 | 04/30/2019 | 150.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M5 | 05/09/2019 | 863.92 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32308 |
| 2019 | M5 | 05/15/2019 | 145.00 | CAPITAL CITY BANK | 2111 N. MONROE STREET | TALLAHASSEE, FL 32303 |
| 2019 | M5 | 05/15/2019 | 370.00 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 |
| 2019 | M5 | 05/15/2019 | 295.00 | BREVARD COUNTY SUPERVISOR OF E | 1515 SARNO ROAD | MELBOURNE, FL 32935 |
| 2019 | M5 | 05/15/2019 | 900.00 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FT LAUDERDALE, FL 33301 |
| 2019 | M5 | 05/15/2019 | 270.00 | CHARLOTTE COUNTY SUPERVISOR OF | 18500 MURDOCK CIR | PORT CHARLOTTE, FL 33948 |
| 2019 | M5 | 05/15/2019 | 1,100.00 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE ST | JACKSONVILLE, FL 32202 |
| 2019 | M5 | 05/15/2019 | 810.00 | HILLSBOROUGH COUNTY SUPERVISOR | 2514 N FALKENBURG RD | TAMPA, FL 33619 |
| 2019 | M5 | 05/15/2019 | 100.00 | LAKE COUNTY SUPERVISOR OF ELEC | 315 W MAIN ST | TAVARES, FL 32778 |
| 2019 | M5 | 05/15/2019 | 380.00 | LEE COUNTY SUPERVISOR OF ELECT | 2480 THOMPSON ST | FORT MYERS, FL 33901 |
| 2019 | M5 | 05/15/2019 | 420.00 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M5 | 05/15/2019 | 230.00 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 |
| 2019 | M5 | 05/15/2019 | 280.00 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH ST | OCALA, FL 34470 |
| 2019 | M5 | 05/15/2019 | 900.00 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87 AVENUE | MIAMI, FL 33172 |
| 2019 | M5 | 05/15/2019 | 1,120.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 WEST KALEY STREET | ORLANDO, FL 32806 |
| 2019 | M5 | 05/15/2019 | 280.00 | OSCEOLA COUNTY SUPERVISOR OF E | 2505 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M5 | 05/15/2019 | 720.00 | PALM BEACH COUNTY SUPERVISOR O | 301 N OLIVE AVE | WEST PALM BEACH, FL 33401 |
| 2019 | M5 | 05/15/2019 | 1,305.00 | PINELLAS COUNTY SUPERVISOR OF | 29269 US HWY 19 NORTH | CLEARWATER, FL 33761 |
| 2019 | M5 | 05/15/2019 | 360.00 | POLK COUNTY SUPERVISOR OF ELEC | 11425 ROCKRIDGE RD | LAKELAND, FL 33809 |
| 2019 | M5 | 05/15/2019 | 360.00 | SARASOTA COUNTY SUPERVISOR OF | 101 S WASHINGTON BLVD | SARASOTA, FL 34236 |
| 2019 | M5 | 05/15/2019 | 290.00 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M5 | 05/15/2019 | 160.00 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W. NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M5 | 05/15/2019 | 100.00 | CLAY COUNTY SUPERVISOR OF ELEC | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 32043 |
| 2019 | M5 | 05/15/2019 | 100.00 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVENUE | NAPLES, FL 34104 |
| 2019 | M5 | 05/15/2019 | 100.00 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST. AUGUSTINE, FL 32095 |
| 2019 | M5 | 05/15/2019 | 310.00 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DR STE 110 | NEW PORT RICHEY, FL 34654 |
| 2019 | M5 | 05/15/2019 | 100.00 | HERNANDO COUNTY SUPERVISOR OF | 20 N MAIN ST STE 165 | BROOKSVILLE, FL 34601 |
| 2019 | M5 | 05/17/2019 | 2,810,908.00 | AP PETITIONING PARTNERS LLC | 26500 AGOURA ROAD | CALABASAS, CA 91302 |
| 2019 | M5 | 05/29/2019 | 19.99 | PAYPAL | 2211 N 1ST ST | SAN JOSE, CA 95131 |
| 2019 | M6 | 06/03/2019 | 1,383.70 | CAPITOL HILL ADVISORS LLC | 1400 VILLAGE SQUARE BLVD. SUITE 3-277 | TALLAHASSEE, FL 32312 |
| 2019 | M6 | 06/03/2019 | 504.10 | CHARLOTTE COUNTY SUPERVISOR OF | 18500 MURDOCK CIR | PORT CHARLOTTE, FL 33948 |
| 2019 | M6 | 06/03/2019 | 448.20 | SANTA ROSA COUNTY SUPERVISOR O | 6495 CAROLINE ST STE F | MILTON, FL 32570 |
| 2019 | M6 | 06/11/2019 | 33.60 | HARLAND CLARKE | 5800 NORTHWEST PKWY | SAN ANTONIO, TX 78249 |
| 2019 | M6 | 06/12/2019 | 145.00 | CAPITAL CITY BANK | 1301 METROPOLITAN BLVD. | TALLAHASSEE, FL 32308 |
| 2019 | M6 | 06/13/2019 | 627.40 | ESCAMBIA COUNTY SUPERVISOR OF | 213 PALAFOX PL 2ND FLOOR | PENSACOLA, FL 32502 |
| 2019 | M6 | 06/13/2019 | 421.80 | HERNANDO COUNTY SUPERVISOR OF | 20 N MAIN ST STE 165 | BROOKSVILLE, FL 34601 |

EXHIBIT 17

| 2019 | M6 | 06/13/2019 | 952.30 | LAKE COUNTY SUPERVISOR OF ELEC | 315 W MAIN ST | TAVARES, FL 32778 |
|------|----|-----------|--------|--------------------------------|----------------|-------------------|
| 2019 | M6 | 06/13/2019 | 1,048.90 | LEE COUNTY SUPERVISOR OF ELECT | 13180 N CLEVELAND | FORT MYERS, FL 33901 |
| 2019 | M6 | 06/13/2019 | 702.20 | MANATEE COUNTY SUPERVISOR OF E | 600 301 BLVD W STE 108 | BRADENTON, FL 34205 |
| 2019 | M6 | 06/13/2019 | 814.30 | MARION COUNTY SUPERVISOR OF EL | 981 NE 16TH ST | OCALA, FL 34470 |
| 2019 | M6 | 06/15/2019 | 900.10 | ALACHUA COUNTY SUPERVISOR OF E | 515 N MAIN ST STE 300 | GAINESVILLE, FL 32601 |
| 2019 | M6 | 06/17/2019 | 1,020,579.00 | AP PETITIONING PARTNERS LLC | 26500 AGOURA ROAD | CALABASAS, CA 91302 |
| 2019 | M6 | 06/17/2019 | 5,064.10 | BROWARD COUNTY SUPERVISOR OF E | 115 S ANDREWS AVE STE 102 | FORT LAUDERDALE, FL 33301 |
| 2019 | M6 | 06/17/2019 | 3,437.80 | DUVAL COUNTY SUPERVISOR OF ELE | 105 E MONROE STREET | JACKSONVILLE, FL 32202 |
| 2019 | M6 | 06/17/2019 | 1,518.90 | LEON COUNTY SUPERVISOR OF ELEC | 2990-1 APALACHEE PKWY | TALLAHASSEE, FL 32301 |
| 2019 | M6 | 06/17/2019 | 3,333.00 | ORANGE COUNTY SUPERVISOR OF EL | 119 W KALEY ST | ORLANDO, FL 32806 |
| 2019 | M6 | 06/17/2019 | 1,158.95 | OSCEOLA COUNTY SUPERVISOR OF E | 2509 E IRLO BRONSON MEMORIAL HWY | KISSIMMEE, FL 34744 |
| 2019 | M6 | 06/17/2019 | 1,356.20 | PASCO COUNTY SUPERVISOR OF ELE | 8731 CITIZENS DR STE 110 | NEW PORT RICHEY, FL 34654 |
| 2019 | M6 | 06/20/2019 | 347.30 | BAY COUNTY SUPERVISOR OF ELECT | 830 W 11TH STREET | PANAMA CITY, FL |
| 2019 | M6 | 06/20/2019 | 179.60 | BREVARD COUNTY SUPERVISOR OF E | 2725 JUDGE FRAN JAMIESON WAY | MELBOURNE, FL 32940 |
| 2019 | M6 | 06/20/2019 | 431.90 | FLAGLER COUNTY SUPERVISOR OF E | 1769 E MOODY BLVD STE 2 | BUNNELL, FL 32110 |
| 2019 | M6 | 06/20/2019 | 3,642.70 | HILLSBOROUGH COUNTY SUPERVISOR | 601 E KENNEDY BLVD 16TH FL | TAMPA, FL 33602 |
| 2019 | M6 | 06/20/2019 | 4,081.80 | MIAMI-DADE COUNTY SUPERVISOR O | 2700 NW 87TH AVE | MIAMI, FL 33152 |
| 2019 | M6 | 06/20/2019 | 2,602.50 | PALM BEACH COUNTY SUPERVISOR O | 240 S MILITARY TRAIL | WEST PALM BEACH, FL 33416 |
| 2019 | M6 | 06/20/2019 | 1,454.90 | SARASOTA COUNTY SUPERVISOR OF | 2050 OAK ST | SARASOTA, FL 34237 |
| 2019 | M6 | 06/20/2019 | 1,378.60 | SEMINOLE COUNTY SUPERVISOR OF | 1500 E AIRPORT BLVD | SANFORD, FL 32773 |
| 2019 | M6 | 06/20/2019 | 424.60 | ST. JOHNS COUNTY SUPERVISOR OF | 4455 AVENUE A STE 101 | ST AUGUSTINE, FL 32095 |
| 2019 | M6 | 06/20/2019 | 630.30 | ST. LUCIE COUNTY SUPERVISOR OF | 4132 OKEECHOBEE RD | FORT PIERCE, FL 34947 |
| 2019 | M6 | 06/20/2019 | 1,781.50 | VOLUSIA COUNTY SUPERVISOR OF E | 125 W NEW YORK AVE | DELAND, FL 32720 |
| 2019 | M6 | 06/29/2019 | 78.70 | BAKER COUNTY SUPERVISOR OF ELE | 32 N 5TH ST STE A | MACCLENNY, FL 32063 |
| 2019 | M6 | 06/29/2019 | 85.50 | BRADFORD COUNTY SUPERVISOR OF | 945 N TEMPLE AVE STE C | STARKE, FL 32091 |
| 2019 | M6 | 06/29/2019 | 12.70 | CALHOUN COUNTY SUPERVISOR OF E | 20859 CENTRAL AVE E STE 117 | BLOUNTSTOWN, FL 32424 |
| 2019 | M6 | 06/29/2019 | 215.60 | CITRUS COUNTY SUPERVISOR OF EL | 120 N APOPKA AVE | INVERNESS, FL 34450 |
| 2019 | M6 | 06/29/2019 | 335.70 | CLAY COUNTY SUPERVISOR OF ELEC | 500 N ORANGE AVE | GREEN COVE SPRINGS, FL 32043 |
| 2019 | M6 | 06/29/2019 | 324.00 | COLLIER COUNTY SUPERVISOR OF E | 3750 ENTERPRISE AVENUE | NAPLES, FL 34104 |
| 2019 | M6 | 06/29/2019 | 109.00 | COLUMBIA COUNTY SUPERVISOR OF | 971 W DUVAL ST STE 102 | LAKE CITY, FL 32055 |
| 2019 | M6 | 06/29/2019 | 28.60 | DESOTO COUNTY SUPERVISOR OF EL | 201 E OAK ST STE 104 | ARCADIA, FL 34266 |
| 2019 | M6 | 06/29/2019 | 17.70 | DIXIE COUNTY SUPERVISOR OF ELE | 229 NE 351 HWY STE A | CROSS CITY, FL 32628 |
| 2019 | M6 | 06/29/2019 | 10.45 | FRANKLIN COUNTY SUPERVISOR OF | 47 AVENUE F | APALACHICOLA, FL 32320 |
| 2019 | M6 | 06/29/2019 | 343.30 | GADSDEN COUNTY SUPERVISOR OF E | 16 S MADISON ST | QUINCY, FL 32351 |
| 2019 | M6 | 06/29/2019 | 21.40 | GILCHRIST COUNTY SUPERVISOR OF | 112 S MAIN ST STE 128 | TRENTON, FL 32693 |
| 2019 | M6 | 06/29/2019 | 3.40 | GLADES COUNTY SUPERVISOR OF EL | 500 AVENUE J | MOORE HAVEN, FL 33471 |
| 2019 | M6 | 06/29/2019 | 7.90 | GULF COUNTY SUPERVISOR OF ELEC | 2731 COUNTY ROAD 381 | WEWAHITCHKA, FL 32465 |
| 2019 | M6 | 06/29/2019 | 8.00 | HAMILTON COUNTY SUPERVISOR OF | 1153 US HWY. 41 NW, SUITE 1 | JASPER, FL 32052 |
| 2019 | M6 | 06/29/2019 | 12.60 | HARDEE COUNTY SUPERVISOR OF EL | 311 N 6TH AVE | WAUCHULA, FL 33873 |
| 2019 | M6 | 06/29/2019 | 17.80 | HENDRY COUNTY SUPERVISOR OF EL | 25 E HICKPOCHEE AVE | LABELLE, FL 33935 |
| 2019 | M6 | 06/29/2019 | 61.30 | HIGHLAND COUNTY SUPERVISOR OF | 580 S COMMERCE AVE STE A201 | SEBRING, FL 33870 |
| 2019 | M6 | 06/29/2019 | 19.70 | HOLMES COUNTY SUPERVISOR OF EL | 201 N OKLAHOMA ST STE 102 | BONIFAY, FL 32425 |
| 2019 | M6 | 06/29/2019 | 202.20 | INDIAN RIVER COUNTY SUPERVISOR | 4375 43RD AVE | VERO BEACH, FL 32967 |
| 2019 | M6 | 06/29/2019 | 61.70 | JACKSON COUNTY SUPERVISOR OF E | 2851 JEFFERSON ST | MARIANNA, FL 32448 |
| 2019 | M6 | 06/29/2019 | 63.00 | JEFFERSON COUNTY SUPERVISOR OF | 380 W DOGWOOD ST | MONTICELLO, FL 32344 |
| 2019 | M6 | 06/29/2019 | 3.40 | LAFAYETTE COUNTY SUPERVISOR OF | 120 W. MAIN STREET, RM 129 | MAYO, FL 32066 |
| 2019 | M6 | 06/29/2019 | 72.80 | LEVY COUNTY SUPERVISOR OF ELEC | 421 S COURT ST | BRONSON, FL 32621 |
| 2019 | M6 | 06/29/2019 | 12.00 | LIBERTY COUNTY SUPERVISOR OF E | 10818 NW STATE ROAD 20 | BRISTOL, FL 32321 |
| 2019 | M6 | 06/29/2019 | 59.50 | MADISON COUNTY SUPERVISOR OF E | 229 SW PINCKNEY ST RM 113 | MADISON, FL 32340 |
| 2019 | M6 | 06/29/2019 | 192.30 | MARTIN COUNTY SUPERVISOR OF EL | 135 SE MARTIN LUTHER KING JR BLVD | STUART, FL 34994 |
| 2019 | M6 | 06/29/2019 | 36.10 | MONROE COUNTY SUPERVISOR OF EL | 530 WHITEHEAD STREET #101 | KEY WEST, FL 33040 |
| 2019 | M6 | 06/29/2019 | 176.80 | NASSAU COUNTY SUPERVISOR OF EL | 96135 NASSAU PL STE 3 | YULEE, FL 32097 |
| 2019 | M6 | 06/29/2019 | 120.40 | OKALOOSA COUNTY SUPERVISOR OF | 302 N WILSON ST STE 102 | CRESTVIEW, FL 32536 |
| 2019 | M6 | 06/29/2019 | 24.00 | OKEECHOBEE COUNTY SUPERVISOR O | 304 NW 2ND ST STE 144 | OKEECHOBEE, FL 34972 |
| 2019 | M6 | 06/29/2019 | 2,650.90 | PINELLAS COUNTY SUPERVISOR OF | 13001 STARKEY RD | LARGO, FL 33773 |
| 2019 | M6 | 06/29/2019 | 1,827.20 | POLK COUNTY SUPERVISOR OF ELEC | 250 S BROADWAY AVE | BARTOW, FL 33830 |
| 2019 | M6 | 06/29/2019 | 236.90 | PUTNAM COUNTY SUPERVISOR OF EL | 2509 CRILL AVE STE 900 | PALATKA, FL 32177 |
| 2019 | M6 | 06/29/2019 | 292.60 | SUMTER COUNTY SUPERVISOR OF EL | 7375 POWELL ROAD, SUITE #125 | WILDWOOD, FL 33513 |
| 2019 | M6 | 06/29/2019 | 31.90 | SUWANEE COUNTY SUPERVISOR OF E | 220 PINE AVE SW | LIVE OAK, FL 32064 |
| 2019 | M6 | 06/29/2019 | 14.40 | TAYLOR COUNTY SUPERVISOR OF EL | 433 U S 19 N | PERRY, FL 32347 |
| 2019 | M6 | 06/29/2019 | 18.00 | UNION COUNTY SUPERVISOR OF ELE | 175 WEST MAIN STREET | LAKE BUTLER, FL 32054 |
| 2019 | M6 | 06/29/2019 | 63.00 | WAKULLA COUNTY SUPERVISOR OF E | 3115 CRAWFORDVILLE HWY STE B | CRAWFORDVILLE, FL 32327 |
| 2019 | M6 | 06/29/2019 | 42.00 | WALTON COUNTY SUPERVISOR OF EL | 571 US HIGHWAY 90 E STE 102 | DEFUNIAK SPRINGS, FL 32433 |
| 2019 | M6 | 06/29/2019 | 27.10 | WASHINGTON COUNTY SUPERVISOR O | 1331 SOUTH BLVD STE 900 | CHIPLEY, FL 32428 |
| 2019 | M6 | 06/29/2019 | 10.45 | PAYPAL | 2211 NORTH FIRST STREET | SAN JOSE, CA 95131 |

```
              -------------
              5,643,150.06
239 Expenditure(s) Selected
```

Query the Campaign Finance Data Base

---

[Department of State] [Division of Elections] [Candidates and Races] [Campaign Finance Information]

EXHIBIT 17

**Order Number:** W507390747
**Ordered on:** February 10, 2016

## Items to be Shipped

### Shipment 1

**Ships:** 2–4 business days
**Delivers:** Feb 19 - Feb 23 by Standard Shipping



### Mac mini

**With the following configuration:**

Processor 065-C2W0 3.0GHz Dual-Core Intel Core i7

Memory 065-C2NH 16GB 1600MHz LPDDR3 SDRAM

Hard Drive 065-C2NM 1TB Fusion Drive

Graphics 065-C348 Intel Iris Graphics

User's Guide 065-C2P8 User's Guide

Country Kit 065-C2P9 Country Kit

$ 1,399.00

Qty 1                                           $ 1,399.00

EXHIBIT 18
PCI POST JUDGMENT PRODUCTION 000069

# Apple Store

## Invoice Receipt

Do Not Pay

**Order Number:**
W618275027

**Order Date:**
December 30, 2017

**Sold To:**
Dana Gonzalez-Aplin
▇▇▇▇▇▇
Thousand Oaks CA 91362-1808
United States

**Location:**
Dana Gonzalez-Aplin
Apple The Oaks
432 West Hillcrest Drive
THOUSAND OAKS CA 91360-4222
United States

Customer No:900004

## Order Details

| Product Name | Product Number | Item Price | Quantity Ordered | Quantity Fulfilled | Extended Price |
|---|---|---|---|---|---|
| BELKIN THUNDERBOLT 3 DOCK HD-CAF | HKQ12VC/A | $349.95 | 1 | 1 | $349.95 |
| BELKIN USB 3 4-PORT HUB 1M USB-C- MI-CAF | HL9B2VC/A | $69.95 | 1 | 1 | $69.95 |
| MBP 13.3 SG/3.5GHZ/16GB/1TB-USA | MQ002LL/A | $2,899.00 | 1 | 1 | $2,899.00 |
| Recycle Fee | | $5.00 | | 1 | $5.00 |
| Serial No.:  (C02VT074HV2W) | | | | | |

Items will be invoiced once they have shipped or are ready for pickup.

| | |
|---|---|
| Subtotal | $3,323.90 |
| Sales Tax | $240.62 |
| Total | $3,564.52 |
| Amount Due | $0.00 |

## Payment Methods

$3,564.52 charged to American express XXXXXXXXXXX1005
For a total of $3,564.52

## Additional Information

| Invoice Number | Invoice Date | Terms |
|---|---|---|
| 6713102761 | December 30, 2017 | Credit Card |

This order is subject to Apple's Sales and Refunds Policies
https://www.apple.com/shop/open/salespolicies

EXHIBIT 18

PCI POST JUDGMENT PRODUCTION 000070

 **DISC VER**

DANA GONZALEZ-APLIN
Acct. Ending 2724
███████████, THOUSAND OAKS, CA, 91362–1808

## Transaction Details

| Trans. Date | Description | Amount | Category |
|---|---|---|---|
| 05/15/18 | BEST BUY 00001123295 THOUSAND OAKSCA | **$1,097.45** | Merchandise |

No additional transaction details available.

©2014 Discover Bank, Member FDIC.

EXHIBIT 18
PCI POST JUDGMENT PRODUCTION 000071

| Quantity | Item | Price Each | | Total Price | | Link |
|---|---|---|---|---|---|---|
| 15 | Office Chair with arms | $ | 50.00 | $ | 750.00 | |
| 30 | Office Chair no arms | $ | 40.00 | $ | 1,200.00 | |
| 31 | Computer Desk | $ | 75.00 | $ | 2,325.00 | |
| 2 | Couch | $ | 150.00 | $ | 300.00 | |
| 8 | Wood Desk | $ | 100.00 | $ | 800.00 | |
| 5 | Wood Desk | $ | 50.00 | $ | 250.00 | |
| 4 | Wood Filing Cabinet | $ | 400.00 | $ | 1,600.00 | |
| 1 | Confrence Table | $ | 1,000.00 | $ | 1,000.00 | |
| 20 | 8' Folding Table | $ | 25.00 | $ | 500.00 | |
| 1 | Excecutive Desk | $ | 750.00 | $ | 750.00 | |
| 4 | Premium Wood Desk | $ | 350.00 | $ | 1,400.00 | |
| | | | | $ | 10,875.00 | |

DATE PAID: 12/29/17

WIRE-DIR PAY-CHECK: 1009

AMOUNT: $10 875 –

PCI POST JUDGMENT PRODUCTION 000367

EXHIBIT 18

| Quantity | Item | Price Each | Total Price | Link |
|---|---|---|---|---|
| 20 | Asus Monitor | $ 80.00 | $ 1,600.00 | |
| 12 | Viewsonic Monitor | $ 110.00 | $ 1,320.00 | |
| 34 | Rasberry Pi | $ 30.00 | $ 1,020.00 | |
| 42 | Microsoft Mouse | $ 10.00 | $ 420.00 | |
| 41 | Microsoft Keyboard | $ 10.00 | $ 410.00 | |
| 1 | Copier -Ricoh Savin 9025 | $ 300.00 | $ 300.00 | |
| 2 | Printer-HP P3015 | $ 150.00 | $ 300.00 | |
| 2 | Printer-HP 440 | $ 100.00 | $ 200.00 | |
| 1 | Fax-Canon H12425 | $ 100.00 | $ 100.00 | |
| 2 | PC-Cyber Power | $ 100.00 | $ 200.00 | |
| 3 | Snap Scanner | $ 350.00 | $ 1,050.00 | |
| 3 | Scanner | $ 75.00 | $ 225.00 | |
| 1 | Copier-Canon MF4350d | $ 263.00 | $ 263.00 | |
| 1 | Printer-HP P1102W | $ 50.00 | $ 50.00 | |
| 2 | iMac | $ 670.00 | $ 1,340.00 | |
| 2 | Macbook Pro | $ 1,000.00 | $ 2,000.00 | |
| 1 | Mac Pro | $ 2,000.00 | $ 2,000.00 | |
| 4 | Mac Mini | $ 500.00 | $ 2,000.00 | |
| 2 | Mac Monitor | $ 1,400.00 | $ 2,800.00 | |
| 6 | Mac Keyboard | $ 30.00 | $ 180.00 | |
| 6 | Mac Mouse | $ 50.00 | $ 300.00 | |
| | | | $ 18,078.00 | |

DATE PAID: 12/29/17
WIRE-DIR PAY-CHECK: 1008
AMOUNT: 18,078

PCI POST JUDGMENT PRODUCTION 000368

EXHIBIT 18

# Analyzed Business Checking

Account number: ███████   ■   September 1, 2017 - September 30, 2017   ■   Page 1 of 5



PCI CONSULTANTS, INC.                    WM
26500 AGOURA ROAD SUITE 102-146
AGOURA HILLS CA 91301

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

---

 IMPORTANT ACCOUNT INFORMATION

---

For business banking customers who receive a paper statement for an analyzed checking account, the standard
monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable
to your account.

---

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ██████ | $317,931.09 | $842,418.80 | -$858,395.31 | $301,954.58 |

---

### Credits
#### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/01 | 4,000.00 | Deposit |
| | 09/08 | 10,000.00 | Deposit |
| | 09/18 | 10,000.00 | Deposit |
| | 09/27 | 72,000.00 | Deposit |
| | | **$96,000.00** | **Total deposits** |

#### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/05 | 35,020.00 | WT Fed#04396 Bank of America, N /Org=DE-Escalate Wash I-940 Political Srf# 2017090100434604 Trn#170905020030 Rfb# 210209214 |
| | 09/05 | 10,000.00 | WT Fed#00711 Iberiabank /Org=No Casinos Inc Srf# Trn#170905134135 Rfb# |
| | 09/06 | 4,000.00 | WT Fed#02572 Bank of America, N /Org=Committee to Recall Scott Peotter Srf# 2017090500604924 Trn#170906009025 Rfb# 210428042 |

EXHIBIT 19

PCI Post Judgment Production 000022

Account number: ███████   ■   September 1, 2017 - September 30, 2017   ■   Page 2 of 5



*Electronic deposits/bank credits* (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/06 | 18,712.00 | WT Fed#01139 Community 1St Bank /Org=Committee to Recall Judge Persky Srf# 0000000000132217 Trn#170906112227 Rfb# |
| | 09/06 | 136,451.00 | WT 2017090600007661 Branch Banking A /Org=Floridians for a Fair Democracy IN Srf# 2017090600007661 Trn#170906105889 Rfb# 00D-20170906-638 |
| | 09/06 | 15,000.20 | WT Fed#02406 Bank of America, N /Org=DE-Escalate Wash I-940 Political Srf# 2017090600378598 Trn#170906146893 Rfb# 210516556 |
| | 09/08 | 2,150.00 | WT Fed#01426 Bank of America, N /Org=Committee to Recall Scott Peotter Srf# 2017090800335801 Trn#170908124445 Rfb# 210716270 |
| | 09/08 | 13,956.40 | WT Fed#04063 Bank of America, N /Org=DE-Escalate Wash I-940 Political Srf# 2017090800380742 Trn#170908155576 Rfb# 210727034 |
| | 09/13 | 33,168.00 | WT Fed#01211 Community 1St Bank /Org=Committee to Recall Judge Persky Srf# 0000000000136317 Trn#170913114824 Rfb# |
| | 09/14 | 10,000.00 | WT Fed#00251 Iberiabank /Org=No Casinos Inc Srf# Trn#170914056442 Rfb# |
| | 09/14 | 35,000.00 | WT Fed#09045 Bank of America, N /Org=DE-Escalate Wash I-940 Political Srf# 2017091400302400 Trn#170914098696 Rfb# 211100384 |
| | 09/15 | 5,085.80 | Committee to Rec Sender 170915 xxxxx8662 0000Pci Consultants |
| | 09/15 | 28,703.50 | Floridians for a Bus Disb 170915 2573390 Invoice 14 |
| | 09/15 | 20,400.00 | WT Fed#05452 Bank of America, N /Org=DE-Escalate Wash I-940 Political Srf# 2017091500406384 Trn#170915184816 Rfb# 211248624 |
| | 09/20 | 10,000.00 | WT Fed#00379 Iberiabank /Org=No Casinos Inc Srf# Trn#170920081699 Rfb# |
| | 09/20 | 33,127.00 | WT Fed#01488 Community 1St Bank /Org=Committee to Recall Judge Persky Srf# 0000000000140917 Trn#170920147555 Rfb# |
| | 09/22 | 86,593.50 | WT 2017092200006704 Branch Banking A /Org=Floridians for a Fair Democracy IN Srf# 2017092200006704 Trn#170922080650 Rfb# 00D-20170922-464 |
| | 09/22 | 4,566.00 | eDeposit IN Branch/Store 09/22/17 05:56:27 PM 3450 Fruitvale Ave Oakland CA 1281 |
| | 09/25 | 40,726.50 | WT Fed#02607 Bank of America, N /Org=DE-Escalate Wash I-940 Political Srf# 2017092500015488 Trn#170925010806 Rfb# 211764360 |
| | 09/28 | 153,635.00 | WT Fed#03417 Branch Banking and /Org=Floridians for a Fair Democracy Inc Srf# 2017092800014631 Trn#170928181895 Rfb# 0D-20170928-1327 |
| | 09/29 | 5,000.00 | Committee to Rec Sender 170929 xxxxx9028 0000Pci Consultants |
| | 09/29 | 45,123.90 | WT Fed#00881 Bank of America, N /Org=DE-Escalate Wash I-940 Political Srf# 2017092900573920 Trn#170929262404 Rfb# 212389672 |
| | | **$746,418.80** | **Total electronic deposits/bank credits** |
| | | **$842,418.80** | **Total credits** |

EXHIBIT 19

PCI Post Judgment Production 000023

Account number: ███████ ■ September 1, 2017 - September 30, 2017 ■ Page 3 of 5



## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/01 | 100,000.00 | Online Transfer to Paparella A Preferred Checking xxxxxx4288 Ref #Ib03Q9Vyqj on 09/01/17 |
| | 09/01 | 254.17 < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 170901 662095549634000 Pci Consultants Inc |
| | 09/05 | 186,000.00 | WT Fed#07464 Jpmorgan Chase Ban /Ftr/Bnf=Elite Campaigns, Inc Srf# Gw00000006640272 Trn#170905174721 Rfb# 811 |
| | 09/05 | 40,000.00 | WT Seq187659 Ballot Access Washingo /Bnf=Ballot Access Washington LLC Srf# Gw00000006643676 Trn#170905187659 Rfb# 812 |
| | 09/06 | 420.88 < | Business to Business ACH Debit - ADP 401K ADP 401K 170906 Rvpcx 090118V02 Pci Consultants Inc |
| | 09/07 | 15,000.00 | WT Fed#00543 Bank of America, N /Ftr/Bnf=Direct Democracy Unlimited Srf# Gw00000006700367 Trn#170907095746 Rfb# 813 |
| | 09/08 | 1,121.25 | WT Fed#01569 Bank of America, N /Ftr/Bnf=Discovery Petitions Management Srf# Gw00000006720218 Trn#170907170514 Rfb# 814 |
| | 09/08 | 89.42 < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 170908 2Rpcx 9881072 Pci Consultants Inc |
| | 09/11 | 234.59 | Client Analysis Srvc Chrg 170908 Svc Chge 0817 ███████ |
| | 09/11 | 6,654.50 | WT Fed#01491 Bank of America, N /Ftr/Bnf=Direct Democracy Unlimited Srf# Gw00000006756604 Trn#170908168303 Rfb# 815 |
| | 09/11 | 10,000.00 | WT Fed#00596 Bank of America, N /Ftr/Bnf=Discovery Petitions Management Srf# Gw00000006768687 Trn#170911096278 Rfb# 816 |
| | 09/15 | 1,356.00 | WT Fed#00334 Bank of America, N /Ftr/Bnf=Direct Democracy Unlimited Srf# Gw00000006879814 Trn#170915000662 Rfb# 817 |
| | 09/15 | 4,011.75 | WT Fed#01024 Bank of America, N /Ftr/Bnf=Discovery Petitions Management Srf# Gw00000006915700 Trn#170915187642 Rfb# 818 |
| | 09/15 | 2,345.65 | WT Fed#01821 Bank of America, N /Ftr/Bnf=Direct Democracy Unlimited Srf# Gw00000006915724 Trn#170915187834 Rfb# 819 |
| | 09/15 | 4,910.60 | WT Seq188503 Your Choice Petitions L /Bnf=Brent Johnson Srf# Gw00000006915906 Trn#170915188503 Rfb# 820 |
| | 09/15 | 10,014.70 | WT Fed#02089 Bank of America, N /Ftr/Bnf=Peregrine Ink Srf# Gw00000006916484 Trn#170915190172 Rfb# 821 |
| | 09/15 | 43.85 < | Business to Business ACH Debit - ADP Pay-By-Pay Pay-By-Pay 170915 190049270444Pcx Pci Consultants Inc PC |
| | 09/15 | 3,854.84 < | Business to Business ACH Debit - ADP Tax ADP Tax 170915 Rvpcx 091819A01 Pci Consultants Inc |
| | 09/15 | 7,828.83 < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 170915 712046719335Pcx Pci Consultants Inc PC |
| | 09/18 | 2,330.50 | WT Fed#00461 Bank of America, N /Ftr/Bnf=Discovery Petitions Management Srf# Gw00000006919178 Trn#170918000575 Rfb# 822 |
| | 09/18 | 23,000.00 | WT Seq90561 Ballot Access Washingo /Bnf=Ballot Access Washington LLC Srf# Gw00000006930939 Trn#170918090561 Rfb# 823 |
| | 09/20 | 1,135.94 | Transfer to Richmond Gary on 09/20 Ref #Pp03Ry68R5 Invoices 133 135 |
| | 09/20 | 458.40 < | Business to Business ACH Debit - ADP 401K ADP 401K 170920 Rvpcx 091819V02 Pci Consultants Inc |
| | 09/22 | 70,000.00 | WT Fed#00302 Jpmorgan Chase Ban /Ftr/Bnf=Elite Campaigns, Inc Srf# Gw00000007049094 Trn#170922000580 Rfb# 824 |

EXHIBIT 19

PCI Post Judgment Production 000024

Account number: ███████   ■   September 1, 2017 - September 30, 2017   ■   Page 4 of 5



---

### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---:|---|
| | 09/22 | 50,000.00 | Online Transfer to Paparella A Preferred Checking xxxxxx4288 Ref #Ib03S5Tnby on 09/22/17 |
| | 09/22 | 2,928.00 | WT Fed#00116 Bank of America, N /Ftr/Bnf=Discovery Petitions Management Srf# Gw00000007078498 Trn#170922153528 Rfb# 825 |
| | 09/22 | 89.42 < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 170922 2Rpcx 0858534 Pci Consultants Inc |
| | 09/25 | 18,000.00 | WT Seq122544 Ballot Access Washingto /Bnf=Ballot Access Washington LLC Srf# Gw00000007102149 Trn#170925122544 Rfb# 826 |
| | 09/25 | 2,928.00 | WT Fed#03388 Bank of America, N /Ftr/Bnf=Discovery Petitions Management Srf# Gw00000007102169 Trn#170925122695 Rfb# 827 |
| | 09/25 | 7,388.50 | WT Fed#03405 Bank of America, N /Ftr/Bnf=Direct Democracy Unlimited Srf# Gw00000007102177 Trn#170925122843 Rfb# 828 |
| | 09/25 | 6,353.25 | WT Fed#04760 Bank of America, N /Ftr/Bnf=Discovery Petitions Management Srf# Gw00000007104904 Trn#170925134312 Rfb# 829 |
| | 09/25 | 3,596.95 | WT Fed#04812 Bank of America, N /Ftr/Bnf=Peregrine Ink Srf# Gw00000007105147 Trn#170925134532 Rfb# 830 |
| | 09/25 | 2,098.40 | WT Seq134723 Your Choice Petitions L /Bnf=Brent Johnson Srf# Gw00000007105172 Trn#170925134723 Rfb# 831 |
| | 09/25 | 5,469.60 | WT Fed#06227 Bank of America, N /Ftr/Bnf=Peregrine Ink Srf# Gw00000007109534 Trn#170925153924 Rfb# 832 |
| | 09/26 | 50,000.00 | Online Transfer to Paparella A Preferred Checking xxxxxx4288 Ref #Ib03Sfwhwk on 09/26/17 |
| | 09/26 | 2,816.70 < | Business to Business ACH Debit - WA St Dept Rev Tax Pmt 170926 000000011404195 Pci Consultants, Inc. |
| | 09/29 | 150,000.00 | WT Fed#02536 Jpmorgan Chase Ban /Ftr/Bnf=Elite Campaigns, Inc Srf# Gw00000007233056 Trn#170928202110 Rfb# 833 |
| | 09/29 | 11,882.30 | WT Fed#00562 Bank of America, N /Ftr/Bnf=Direct Democracy Unlimited Srf# Gw00000007283300 Trn#170929261765 Rfb# 834 |
| | 09/29 | 6,520.25 | WT Fed#01140 Bank of America, N /Ftr/Bnf=Discovery Petitions Management Srf# Gw00000007284268 Trn#170929266407 Rfb# 835 |
| | 09/29 | 46.36 < | Business to Business ACH Debit - ADP Pay-By-Pay Pay-By-Pay 170929 571030258762Pcx Pci Consultants Inc PC |
| | 09/29 | 254.17 < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 170929 662095541890948 Pci Consultants Inc |
| | 09/29 | 3,779.26 < | Business to Business ACH Debit - ADP Tax ADP Tax 170929 Rvpcx 100220A01 Pci Consultants Inc |
| | 09/29 | 7,593.20 < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 170929 929304473255Pcx Pci Consultants Inc PC |

**$822,810.23**   **Total electronic debits/bank debits**

< **Business to Business ACH:** If this is a business account, this transaction has a return time frame of one business day from post date. This time frame does not apply to consumer accounts.

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---:|---|---|---:|---|---|---:|---|
| 3956 | 300.00 | 09/11 | 3969 | 8,341.08 | 09/01 | 3973 | 821.10 | 09/07 |
| 3966 * | 6,402.29 | 09/07 | 3970 | 225.00 | 09/11 | 3974 | 388.39 | 09/08 |
| 3967 | 90.99 | 09/12 | 3971 | 437.20 | 09/07 | 3975 | 373.97 | 09/07 |
| 3968 | 1,458.00 | 09/07 | 3972 | 377.34 | 09/11 | 3976 | 1,263.91 | 09/11 |

EXHIBIT 19

PCI Post Judgment Production 000025

Account number: ███████   ■   September 1, 2017 - September 30, 2017   ■   Page 5 of 5



### *Checks paid* (continued)

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|--------|--------|------|--------|--------|------|--------|--------|------|
| 3978 * | 6,793.24 | 09/26 | 3984 | 2,111.73 | 09/25 | 3989 | 248.65 | 09/26 |
| 3980 * | 139.00 | 09/26 | 3985 | 111.07 | 09/25 | 3990 | 128.65 | 09/25 |
| 3981 | 68.22 | 09/25 | 3986 | 509.75 | 09/25 | 3991 | 436.79 | 09/26 |
| 3982 | 115.48 | 09/29 | 3987 | 544.56 | 09/25 | 3993 * | 1,750.00 | 09/29 |
| 3983 | 41.00 | 09/25 | 3988 | 2,107.67 | 09/26 | | | |

|  | **$35,585.08** | **Total checks paid** |
|--|--|--|

  * *Gap in check sequence.*

|  | **$858,395.31** | **Total debits** |
|--|--|--|

### Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/31 | 317,931.09 | 09/12 | 186,966.61 | 09/22 | 279,301.93 |
| 09/01 | 213,335.84 | 09/13 | 220,134.61 | 09/25 | 270,678.75 |
| 09/05 | 32,355.84 | 09/14 | 265,134.61 | 09/26 | 208,136.70 |
| 09/06 | 206,098.16 | 09/15 | 284,957.69 | 09/27 | 280,136.70 |
| 09/07 | 181,605.60 | 09/18 | 269,627.19 | 09/28 | 433,771.70 |
| 09/08 | 206,112.94 | 09/20 | 311,159.85 | 09/29 | 301,954.58 |
| 09/11 | 187,057.60 | | | | |

|  | **Average daily ledger balance** | **$246,734.03** |
|--|--|--|



# ☑ IMPORTANT ACCOUNT INFORMATION

As part of our commitment to make things right, we have entered into a $142 million class action settlement related to the opening of unauthorized accounts.

If you believe Wells Fargo opened a checking, savings, credit card or line of credit account for you without your permission, or if you purchased identity theft protection from us, you may be entitled to compensation from this fund.

To find out more, go to www.WFSettlement.com or call 1-866-431-8549. You may be eligible for reimbursement of fees, compensation for potential impact on your credit, and an additional cash payment based on any money remaining in the fund after benefits and costs are paid out.

If you have specific questions about any of your accounts or services, please visit your Wells Fargo branch or call the toll-free number that appears on this statement. We realize you have a choice when it comes to banking. It is our privilege to be able to serve you.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

EXHIBIT 19

PCI Post Judgment Production 000026

# Analyzed Business Checking

Account number: ████████  ■  October 1, 2017 - October 31, 2017  ■  Page 1 of 5



**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

PCI CONSULTANTS, INC.                                    WM
26500 AGOURA ROAD SUITE 102-146
AGOURA HILLS CA 91301

---

 IMPORTANT ACCOUNT INFORMATION

-----------------

For business banking customers who receive a paper statement for an analyzed checking account, the standard
monthly fee per statement is $5.00 per account.
For wholesale banking customers, the paper statement fee may vary. Please refer to the annual pricing terms applicable
to your account.

---

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ██████ | $301,954.58 | $1,115,421.52 | -$668,545.47 | $748,830.63 |

---

### Credits
#### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/05 | 59,000.00 | Deposit |
| | 10/10 | 4,375.00 | Deposit |
| | 10/27 | 1,700.00 | Deposit |
| | 10/31 | 150,000.00 | Deposit |
| | 10/31 | 10,000.00 | Deposit |
| | | **$225,075.00** | **Total deposits** |

#### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/05 | 7,699.00 | Committee to Rec Sender 171005 xxxxx9868 0000Pci Consultants |
| | 10/05 | 25,440.00 | WT Fed#01235 Community 1St Bank /Org=Committee to Recall Judge Persky Srf# 0000000000151417 Trn#171005116262 Rfb# |

EXHIBIT 19
PCI Post Judgment Production 000017

Account number: ███████  ■  October 1, 2017 - October 31, 2017  ■  Page 2 of 5



### Electronic deposits/bank credits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/06 | 34,184.70 | WT Fed#08676 Bank of America, N /Org=DE-Escalate Wash I-940 Political Srf# 2017100600263166 Trn#171006086546 Rfb# 213042312 |
| | 10/06 | 29,635.00 | WT Fed#01427 Community 1St Bank /Org=Committee to Recall Judge Persky Srf# 0000000000152317 Trn#171006111116 Rfb# |
| | 10/06 | 134,099.00 | WT 2017100600009290 Branch Banking A /Org=Floridians for a Fair Democracy IN Srf# 2017100600009290 Trn#171006105004 Rfb# 00D-20171006-729 |
| | 10/11 | 25,712.00 | WT Fed#00986 Community 1St Bank /Org=Committee to Recall Judge Persky Srf# 0000000000154717 Trn#171011103767 Rfb# |
| | 10/12 | 41,037.30 | WT Fed#09962 Bank of America, N /Org=DE-Escalate Wash I-940 Political Srf# 2017101200321792 Trn#171012114989 Rfb# 213445430 |
| | 10/13 | 4,722.00 | WT Fed#03586 Bank of America, N /Org=Committee to Recall Scott Peotter Srf# 2017101300376003 Trn#171013159152 Rfb# 213577592 |
| | 10/13 | 153,823.04 | WT Fed#03598 Branch Banking and /Org=Floridians for a Fair Democracy Inc Srf# 2017101300014639 Trn#171013178402 Rfb# 0D-20171013-1271 |
| | 10/18 | 24,416.00 | WT Fed#01057 Community 1St Bank /Org=Committee to Recall Judge Persky Srf# 0000000000159617 Trn#171018120020 Rfb# |
| | 10/20 | 6,586.00 | Committee to Rec Sender 171020 xxxxx5408 0000Pci Consultants |
| | 10/20 | 152,852.00 | WT Fed#03364 Branch Banking and /Org=Floridians for a Fair Democracy Inc Srf# 2017102000014074 Trn#171020163706 Rfb# 0D-20171020-1204 |
| | 10/24 | 38,955.60 | WT Fed#01993 Bank of America, N /Org=DE-Escalate Wash I-940 Political Srf# 2017102400117078 Trn#171024007787 Rfb# 214238936 |
| | 10/26 | 19,681.50 | WT Fed#00993 Community 1St Bank /Org=Committee to Recall Judge Persky Srf# 0000000000163817 Trn#171026096075 Rfb# |
| | 10/27 | 5,000.00 | WT Fed#05504 Bank of America, N /Org=Committee to Recall Scott Peotter Srf# 2017102700241793 Trn#171027054299 Rfb# 214605484 |
| | 10/27 | 171,503.38 | WT 2017102700005846 Branch Banking A /Org=Floridians for a Fair Democracy IN Srf# 2017102700005846 Trn#171027071190 Rfb# 00D-20171027-319 |
| | 10/27 | 15,000.00 | WT Fed#04202 Bank of America, N /Org=DE-Escalate Wash I-940 Political Srf# 2017102700401082 Trn#171027171388 Rfb# 214649508 |
| | | $890,346.52 | Total electronic deposits/bank credits |
| | | $1,115,421.52 | Total credits |

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/02 | 14,000.00 | WT Seq149577 Ballot Access Washingto /Bnf=Ballot Access Washington LLC Srf# W00000007310531 Trn#171002149577 Rfb# 836 |
| | 10/04 | 12,495.80 | WT Fed#01659 Bank of America, N /Ftr/Bnf=Peregrine Ink Srf# Gw00000007358645 Trn#171003160201 Rfb# 837 |
| | 10/04 | 567.60 | WT Seq160209 Your Choice Petitions L /Bnf=Brent Johnson Srf# Gw00000007358649 Trn#171003160209 Rfb# 838 |

EXHIBIT 19

PCI Post Judgment Production 000018

Account number: ███████ ■ October 1, 2017 - October 31, 2017 ■ Page 3 of 5



---

### Electronic debits/bank debits (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/04 | 449.80 < | Business to Business ACH Debit - ADP 401K ADP 401K 171004 Rvpcx 100220V02 Pci Consultants Inc |
| | 10/06 | 6,193.00 | WT Fed#09633 Bank of America, N /Ftr/Bnf=Direct Democracy Unlimited Srf# Gw00000007461256 Trn#171006170064 Rfb# 839 |
| | 10/06 | 4,224.90 | WT Fed#09950 Bank of America, N /Ftr/Bnf=Discovery Petitions Management Srf# Gw00000007461272 Trn#171006170180 Rfb# 840 |
| | 10/06 | 91.48 < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 171006 2Rpcx 2765968 Pci Consultants Inc |
| | 10/10 | 22,000.00 | WT Seq#18449 Ballot Access Washingto /Bnf=Ballot Access Washington LLC Srf# Gw00000007475074 Trn#171010018449 Rfb# 841 |
| | 10/11 | 410.16 | Client Analysis Srvc Chrg 171010 Svc Chge 0917 ███████ |
| | 10/11 | 100,000.00 | WT Fed#06139 Jpmorgan Chase Ban /Ftr/Bnf=Elite Campaigns, Inc Srf# Gw00000007538190 Trn#171011152273 Rfb# 842 |
| | 10/12 | 9,111.70 | WT Fed#02408 Bank of America, N /Ftr/Bnf=Peregrine Ink Srf# Gw00000007564003 Trn#171012112570 Rfb# 843 |
| | 10/13 | 2,000.00 | WT Fed#07686 Bank of America, N /Ftr/Bnf=Dorno Solutions LLC Srf# Gw00000007614474 Trn#171013159615 Rfb# 844 |
| | 10/13 | 15,094.90 | WT Fed#07994 Bank of America, N /Ftr/Bnf=Direct Democracy Unlimited Srf# Gw00000007614090 Trn#171013159763 Rfb# 845 |
| | 10/13 | 45.64 < | Business to Business ACH Debit - ADP Pay-By-Pay Pay-By-Pay 171013 941204306498Pcx Pci Consultants Inc PC |
| | 10/13 | 3,754.75 < | Business to Business ACH Debit - ADP Tax ADP Tax 171013 Rvpcx 101621A01 Pci Consultants Inc |
| | 10/13 | 7,875.51 < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 171013 684049321151Pcx Pci Consultants Inc PC |
| | 10/16 | 5,098.35 | WT Fed#00543 Bank of America, N /Ftr/Bnf=Discovery Petitions Management Srf# Gw00000007620885 Trn#171016000700 Rfb# 846 |
| | 10/17 | 24,000.00 | WT Seq186693 Ballot Access Washingto /Bnf=Ballot Access Washington LLC Srf# Gw00000007653014 Trn#171016186693 Rfb# 847 |
| | 10/18 | 3,610.50 | WT Fed#01517 Bank of America, N /Ftr/Bnf=Direct Democracy Unlimited Srf# Gw00000007684501 Trn#171017153660 Rfb# 848 |
| | 10/18 | 449.80 < | Business to Business ACH Debit - ADP 401K ADP 401K 171018 Rvpcx 101621V02 Pci Consultants Inc |
| | 10/19 | 11,799.00 | WT Fed#09136 Bank of America, N /Ftr/Bnf=Direct Democracy Unlimited Srf# Gw00000007731877 Trn#171019088347 Rfb# 849 |
| | 10/19 | 100,000.00 | WT Fed#09828 Jpmorgan Chase Ban /Ftr/Bnf=Elite Campaigns, Inc Srf# Gw00000007733077 Trn#171019094107 Rfb# 850 |
| | 10/20 | 7,830.30 | WT Fed#09065 Bank of America, N /Ftr/Bnf=Peregrine Ink Srf# Gw00000007785954 Trn#171020166677 Rfb# 851 |
| | 10/20 | 3,730.60 | WT Fed#09093 Bank of America, N /Ftr/Bnf=Discovery Petitions Management Srf# Gw00000007785988 Trn#171020166834 Rfb# 852 |
| | 10/20 | 91.48 < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 171020 2Rpcx 4516621 Pci Consultants Inc |
| | 10/23 | 24,000.00 | WT Seq131957 Ballot Access Washingto /Bnf=Ballot Access Washington LLC Srf# Gw00000007807739 Trn#171023131957 Rfb# 853 |
| | 10/24 | 23,450.85 | WT Fed#02916 Bank of America, N /Ftr/Bnf=Direct Democracy Unlimited Srf# Gw00000007840990 Trn#171024118987 Rfb# 854 |

EXHIBIT 19

PCI Post Judgment Production 000019

Account number: ▇▇▇▇▇ ■ October 1, 2017 - October 31, 2017 ■ Page 4 of 5



**Electronic debits/bank debits** (continued)

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/25 | 944.87 | Transfer to Richmond Gary on 10/25 Ref #Pp03W5Xc7T xxxxxx9847 |
| | 10/26 | 150,000.00 | WT Fed#01003 Jpmorgan Chase Ban /Ftr/Bnf=Elite Campaigns, Inc Srf# Gw00000007901865 Trn#171026102214 Rfb# 855 |
| | 10/26 | 2,328.10 < | Business to Business ACH Debit - WA St Dept Rev Tax Pmt 171026 000000011521548 Pci Consultants, Inc. |
| | 10/27 | 44.53 < | Business to Business ACH Debit - ADP Pay-By-Pay Pay-By-Pay 171027 701048630755Pcx Pci Consultants Inc PC |
| | 10/27 | 254.17 < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 171027 662095545395095 Pci Consultants Inc |
| | 10/27 | 3,727.49 < | Business to Business ACH Debit - ADP Tax ADP Tax 171027 Rvpcx 103022A01 Pci Consultants Inc |
| | 10/27 | 7,750.65 < | Business to Business ACH Debit - ADP Wage Pay Wage Pay 171027 754044438429Pcx Pci Consultants Inc PC |
| | 10/30 | 8,769.85 | WT Fed#01582 Bank of America, N /Ftr/Bnf=Peregrine Ink Srf# Gw00000007960967 Trn#171027187805 Rfb# 856 |
| | 10/30 | 18,000.00 | WT Seq191798 Ballot Access Washingto /Bnf=Ballot Access Washington LLC Srf# Gw00000007995334 Trn#171030191798 Rfb# 857 |
| | 10/30 | 4,000.00 | WT Fed#01124 Bank of America, N /Ftr/Bnf=Dorno Solutions LLC Srf# Gw00000007995573 Trn#171030192338 Rfb# 858 |
| | | **$598,195.78** | **Total electronic debits/bank debits** |

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date.  This time frame does not apply to consumer accounts.

**Checks paid**

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 3992 | 1,946.64 | 10/04 | 4005 | 1,400.00 | 10/25 | 4018 | 50.00 | 10/27 |
| 3994 * | 1,458.00 | 10/05 | 4006 | 750.00 | 10/23 | 4019 | 52.78 | 10/27 |
| 3995 | 94.83 | 10/06 | 4007 | 1,800.00 | 10/23 | 4020 | 41.00 | 10/26 |
| 3996 | 377.34 | 10/11 | 4009 * | 150.87 | 10/25 | 4021 | 3,040.50 | 10/30 |
| 3997 | 6,592.37 | 10/06 | 4010 | 1,458.37 | 10/25 | 4023 * | 363.79 | 10/27 |
| 3998 | 54.58 | 10/04 | 4011 | 1,424.30 | 10/30 | 4024 | 1,989.65 | 10/30 |
| 3999 | 4,992.09 | 10/05 | 4012 | 17,845.78 | 10/31 | 4026 * | 141.65 | 10/30 |
| 4000 | 216.77 | 10/04 | 4013 | 2,768.01 | 10/27 | 4027 | 338.13 | 10/27 |
| 4001 | 10,633.01 | 10/04 | 4014 | 3,467.00 | 10/27 | 4028 | 2,001.84 | 10/27 |
| 4002 | 484.76 | 10/23 | 4015 | 94.83 | 10/31 | 4029 | 509.62 | 10/30 |
| 4003 | 1,190.66 | 10/17 | 4016 | 74.00 | 10/27 | 4031 * | 128.52 | 10/30 |
| 4004 | 960.00 | 10/23 | 4017 | 1,458.00 | 10/30 | | | |
| | **$70,349.69** | | **Total checks paid** | | | | | |

*  Gap in check sequence.

| | **$668,545.47** | **Total debits** |
|---|---|---|

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 09/30 | 301,954.58 | 10/05 | 347,279.29 | 10/11 | 435,300.91 |
| 10/02 | 287,954.58 | 10/06 | 528,001.41 | 10/12 | 467,226.51 |
| 10/04 | 261,590.38 | 10/10 | 510,376.41 | 10/13 | 597,000.75 |

EXHIBIT 19

PCI Post Judgment Production 000020

Account number: ██████████    ■    October 1, 2017 - October 31, 2017    ■    Page 5 of 5



---

*Daily ledger balance summary*    (continued)

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 10/16 | 591,902.40 | 10/20 | 623,054.06 | 10/26 | 473,922.34 |
| 10/17 | 566,711.74 | 10/23 | 595,059.30 | 10/27 | 646,233.33 |
| 10/18 | 587,067.44 | 10/24 | 610,564.05 | 10/30 | 606,771.24 |
| 10/19 | 475,268.44 | 10/25 | 606,609.94 | 10/31 | 748,830.63 |

**Average daily ledger balance**    **$531,394.02**

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

EXHIBIT 19

PCI Post Judgment Production 000021

# Analyzed Business Checking

Account number: ████████ ■ September 1, 2018 - September 30, 2018 ■ Page 1 of 2



PCI CONSULTANTS, INC.                                    WM
26500 AGOURA ROAD SUITE 102-146
AGOURA HILLS CA 91301

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████████ | $3,816.65 | $1,000.00 | -$1,247.73 | $3,568.92 |

## Credits
### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/14 | 1,000.00 | Deposit |
| | | **$1,000.00** | **Total deposits** |
| | | **$1,000.00** | **Total credits** |

## Debits
### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 09/07 | 254.17 < | Business to Business ACH Debit - ADP Payroll Fees ADP - Fees 180907 662095546392226 Pci Consultants Inc |
| | 09/11 | 63.56 | Client Analysis Srvc Chrg 180910 Svc Chge 0818 ████████ |
| | | **$317.73** | **Total electronic debits/bank debits** |

< **Business to Business ACH:**If this is a business account, this transaction has a return time frame of one business day from post date.  This time frame does not apply to consumer accounts.

### Checks paid

| Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|
| 4171 | 900.00 | 09/06 | 4172 | 30.00 | 09/14 |
| | **$930.00** | | **Total checks paid** | | |
| | **$1,247.73** | | **Total debits** | | |

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000369

Account number: ████████  ■  September 1, 2018 - September 30, 2018  ■  Page 2 of 2



## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08/31 | 3,816.65 | 09/07 | 2,662.48 | 09/14 | 3,568.92 |
| 09/06 | 2,916.65 | 09/11 | 2,598.92 | | |
| | **Average daily ledger balance** | **$3,370.60** | | | |



# ☑ IMPORTANT ACCOUNT INFORMATION

---

**A reminder...**

You can request to close your account at any time if the account is in good standing (e.g. does not have a negative balance or restrictions such as holds on funds, legal order holds or court blocks on the account). At the time of your request, we will assist you in withdrawing or transferring any remaining funds, bringing your account balance to zero.

- All outstanding items need to be processed and posted to your account before your request to close otherwise they will be returned unpaid.

- Any recurring payments or withdrawals from your account need to be cancelled before your request to close (examples include bill payments, automated debit card payments, and direct deposits) otherwise, they may be returned unpaid.

- We will not be liable for any loss or damage that may result from not honoring items that are presented or received after your account is closed.

- At the time of your request to close:
-- For interest-earning accounts, it stops earning interest from the date you request to close your account.
-- Overdraft Protection and/or Debit Card Overdraft Service will be removed on the date you request to close your account.
-- The Agreement continues to apply.

- If you have requested to close your account and a positive balance remains, we may send you a check for the remaining balance.

- All other aspects of the Agreement remain the same. If there is a conflict between the updated language above and the Agreement, the updated language will control.

Thank you for being a Wells Fargo customer. As a valued Wells Fargo customer, we hope you find this information helpful. If you have questions or concerns, please contact your local banker or call the number listed on your statement.

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000370

# Analyzed Business Checking

Account number: ▇▇▇▇▇▇   ■   October 1, 2018 - October 31, 2018   ■   Page 1 of 2


**WELLS FARGO**

PCI CONSULTANTS, INC.                                     WM
26500 AGOURA ROAD SUITE 102-146
AGOURA HILLS CA 91301

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Account summary

### *Analyzed Business Checking*

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ▇▇▇▇ | $3,568.92 | $118,956.65 | -$122,525.57 | $0.00 |

## Credits

**Electronic deposits/bank credits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/31 | 118,956.65 | Online Transfer From Paparella A Preferred Checking xxxxxx4288 Ref #Ib05Brzgzf on 10/31/18 |
| | | $118,956.65 | **Total electronic deposits/bank credits** |
| | | $118,956.65 | **Total credits** |

## Debits

**Electronic debits/bank debits**

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 10/11 | 58.53 | Client Analysis Srvc Chrg 181010 Svc Chge 0918 ▇▇▇▇ |
| | 10/31 | 122,407.04 | Withdrawal Made In A Branch/Store |
| | | $122,465.57 | **Total electronic debits/bank debits** |

**Checks paid**

| Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|
| 4173 | 30.00 | 10/12 | 4174 | 30.00 | 10/31 |
| | $60.00 | | **Total checks paid** | | |
| | $122,525.57 | | **Total debits** | | |

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000371

Account number: ■  ■ October 1, 2018 - October 31, 2018  ■  Page 2 of 2



---

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 09/30 | 3,568.92 | 10/12 | 3,480.39 | 10/31 | 0.00 |
| 10/11 | 3,510.39 | | | | |
| | **Average daily ledger balance** | **$3,397.64** | | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058.  You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000372

# Wells Fargo Simple Business Checking

Account number: ███████  ■ November 1, 2018 - November 30, 2018  ■ Page 1 of 4



PCI CONSULTANTS, INC.                    WM
26500 AGOURA ROAD SUITE 102-146
AGOURA HILLS CA 91301

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
         P.O. Box 6995
         Portland, OR  97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s).  Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 11/1 | $0.00 |
| Deposits/Credits | 57.08 |
| Withdrawals/Debits | - 57.08 |
| **Ending balance on 11/30** | **$0.00** |

Account number: ███████

**PCI CONSULTANTS, INC.**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000373

Account number: ▮▮▮▮▮   ■ November 1, 2018 - November 30, 2018   ■ Page 2 of 4



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 11/13 | | Online Transfer From Paparella A Preferred Checking xxxxxx4288 Ref #Ib05Djn9C6 on 11/13/18 | 57.08 | | |
| 11/13 | | Client Analysis Srvc Chrg 181109 Svc Chge 1018 | | 57.08 | 0.00 |
| **Ending balance on 11/30** | | | | | **0.00** |
| Totals | | | **$57.08** | **$57.08** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 11/01/2018 - 11/30/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|------|------|------|

We waived the fee this fee period to allow you to meet the requirements to avoid the monthly service fee. Your fee waiver is about to expire. You will need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|------|------|------|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $0.00 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

 # IMPORTANT ACCOUNT INFORMATION

_____

**Please note: Your account has an ending balance of zero as of the date of this statement. Accounts that have a zero balance may be subject to automatic closure on the fee period ending date, depending on when the last qualifying transaction posted to your account.**

- If the ending balance in the "Activity summary" section above shows the words, "Closing balance on <date>," your account is already closed.

- If your account is still open, you can prevent automatic closure by having a qualifying, non-automatic transaction posted within the last two months of the most recent monthly fee period ending date.

- Examples of qualifying transactions are deposits or withdrawals made at a banking location, ATM, or via telephone, mobile deposits, one-time transfers made at a banking location, ATM, online, mobile, or via telephone, or checks paid from the account.

EXHIBIT 19



- Automatic or electronic deposits, such as payroll, and automatic or electronic payments, including bill pay, recurring transfers, and any bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions for the purpose of preventing closure of an account with a zero-balance.

Questions? Please contact your banker or call the phone number appearing on your statement.

We appreciate your business. Thank you for choosing Wells Fargo.

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000375

Account number: ███████    ■ November 1, 2018 - November 30, 2018    ■ Page 4 of 4



**General statement policies for Wells Fargo Bank**

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

**Account Balance Calculation Worksheet**

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your          $ _____
register or transfers into               $ _____
your account which are not               $ _____
shown on your statement.               + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount  $** |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000376

# Wells Fargo Simple Business Checking



Account number: ███████ ■ December 1, 2018 - December 31, 2018 ■ Page 1 of 4

PCI CONSULTANTS, INC.          WM
26500 AGOURA ROAD SUITE 102-146
AGOURA HILLS CA 91301

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR 97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 12/1 | $0.00 |
| Deposits/Credits | 125.00 |
| Withdrawals/Debits | - 125.00 |
| **Ending balance on 12/31** | **$0.00** |
| Average ledger balance this period | $12.09 |

Account number: ███████

**PCI CONSULTANTS, INC.**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 121042882

For Wire Transfers use
Routing Number (RTN): 121000248

**Overdraft Protection**

This account is not currently covered by Overdraft Protection. If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

Account number: ███████ ■ December 1, 2018 - December 31, 2018 ■ Page 2 of 4



---

## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------|-------------|----------|-----------|---------|
| 12/28 | | Online Transfer From Paparella A Preferred Checking xxxxxx4288 Ref #Ib05Lfyjfz on 12/28/18 | 125.00 | | 125.00 |
| 12/31 | | Legal Order Debit - Contact Lubell & Rosen (954) 755-3425 - Case# 117899218 | | 125.00 | 0.00 |
| **Ending balance on 12/31** | | | | | **0.00** |
| **Totals** | | | **$125.00** | **$125.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

### Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 12/01/2018 - 12/31/2018 | Standard monthly service fee $10.00 | You paid $0.00 |
|---|---|---|

We waived the fee this period to allow you to meet the requirements to avoid the monthly service fee. This is the final period with the fee waived. For the next fee period, you need to meet the requirement(s) to avoid the monthly service fee.

| How to avoid the monthly service fee | Minimum required | This fee period |
|---|---|---|
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $12.00 ☐ |

C1/C1

---

### Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

---

 # IMPORTANT ACCOUNT INFORMATION

_____

On January 7, 2019, we will add the capability to receive real-time payments through the RTP® system ("RTP System"). The agreement governing your deposit account in the "Funds transfer services" section of the Deposit Account Agreement is amended to include the following provisions relating to your receipt of RTP payments.

### Receiving RTP Payments

The following additional terms apply to any real-time payments we receive for credit to your account through the RTP System. The terms "sender," "receiver," "sending bank," and "request for return of funds" are used here as defined in the system rules governing RTP payments ("RTP Rules"). In addition to the RTP Rules, RTP payments will be governed by the laws of the state of New York, including New York's version of Article 4A of the Uniform Commercial Code, as applicable, without regard to its conflict of laws principles.

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000378

Account number: ▓▓▓▓▓▓ ■ December 1, 2018 - December 31, 2018 ■ Page 3 of 4



- The RTP System may be used only for eligible payments between a sender and receiver whose accounts are located in the United States. RTP payments that are permitted under the RTP Rules and our requirements are considered eligible payments for purposes of this Agreement.
- RTP payments are final and cannot be cancelled or amended by the sender. If you do not wish to accept an RTP payment received for credit to your account, you may request that we return such payment to the sender. We may, at our sole discretion, attempt to honor such request but will have no liability for our failure to do so.
- RTP payments are typically completed within thirty (30) seconds of transmission of the RTP payment by the sender, unless the RTP payment fails or is delayed due to a review by us or the sending bank, such as for fraud, regulatory, or compliance purposes. Transaction limits imposed by the RTP System or sending bank may also prevent RTP payments from being sent to your account.

We are under no obligation to honor, in whole or in part, any payment order or other instruction that could result in our contravention of applicable law, including, without limitation, requirements of the U.S. Department of the Treasury's Office of Foreign Assets Control ("OFAC") and the Financial Crimes Enforcement Network ("FinCEN").

––––––––––––––––

We are adding the following clarification in the section of the Deposit Account Agreement titled "Rights and Responsibilities" under the subsection "When can we close your account?":

**Important information for Consumer and non-analyzed Business accounts with a zero balance: An account with a zero-balance may be subject to automatic closure on the fee period ending date, depending on when the last qualifying transaction posted to your account.**

- In order to prevent automatic closure, an account with a zero-balance must have a qualifying, non-automatic transaction posted within the last two months of the most recent fee period ending date. IOLTA and RETA accounts require a qualifying transaction within ten months of the most recent fee period ending date.

- Examples of qualifying transactions are deposits or withdrawals made at a banking location, ATM, or via telephone, mobile deposits, one-time transfers made at a banking location, ATM, online, mobile, or via telephone, or checks paid from the account.

- Automatic or electronic deposits, such as payroll, and automatic or electronic payments, including bill pay, recurring transfers, and any bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions for the purpose of preventing closure of an account with a zero-balance.

––––––––––––––––

**Please note: Your account has an ending balance of zero as of the date of this statement. Accounts that have a zero balance may be subject to automatic closure on the fee period ending date, depending on when the last qualifying transaction posted to your account.**
- If the ending balance in the "Activity summary" section above shows the words, "Closing balance on <date>," your account is already closed.
- If your account is still open, you can prevent automatic closure by having a qualifying, non-automatic transaction posted within the last two months of the most recent monthly fee period ending date.
- Examples of qualifying transactions are deposits or withdrawals made at a banking location, ATM, or via telephone, mobile deposits, one-time transfers made at a banking location, ATM, online, mobile, or via telephone, or checks paid from the account.
- Automatic or electronic deposits, such as payroll, and automatic or electronic payments, including bill pay, recurring transfers, and any bank-originated transactions, like monthly service or other fees, are not considered qualifying transactions for the purpose of preventing closure of an account with a zero-balance.

Questions? Please contact your banker or call the phone number appearing on your statement.

We appreciate your business. Thank you for choosing Wells Fargo.

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000379

Account number: ███████   ■ December 1, 2018 - December 31, 2018   ■ Page 4 of 4



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies.  If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at:  Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation.  In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your $ _____
register or transfers into $ _____
your account which are not $ _____
shown on your statement. + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total amount  $** | |

©2010 Wells Fargo Bank, N.A. All rights reserved.  Member FDIC.  NMLSR ID 399801

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000380

# Wells Fargo Simple Business Checking

Account number: ███████   ■ January 1, 2019 - January 31, 2019   ■ Page 1 of 3



PCI CONSULTANTS, INC.                                          WM
26500 AGOURA ROAD SUITE 102-146
AGOURA HILLS CA 91301

## Questions?

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted

**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:*  wellsfargo.com/biz

*Write:*  Wells Fargo Bank, N.A. (114)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

Since August 2003, the Wells Fargo/Gallup Small Business Index has surveyed small business owners on current and future perceptions of their business financial situation. View the latest results at wellsfargoworks.com.

## Account options

*A check mark in the box indicates you have these convenient services with your account(s). Go to wellsfargo.com/biz or call the number above if you have questions or if you would like to add new services.*

| | |
|---|---|
| Business Online Banking | ☑ |
| Online Statements | ☑ |
| Business Bill Pay | ☑ |
| Business Spending Report | ☑ |
| Overdraft Protection | ☐ |

## Activity summary

| | |
|---|---|
| Beginning balance on 1/1 | $0.00 |
| Deposits/Credits | 0.00 |
| Withdrawals/Debits | - 10.00 |
| **Ending balance on 1/31** | **-$10.00** |

Account number: ███████

**PCI CONSULTANTS, INC.**

*California account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN):  121042882

For Wire Transfers use
Routing Number (RTN):  121000248

## Overdraft Protection

This account is not currently covered by Overdraft Protection.  If you would like more information regarding Overdraft Protection and eligibility requirements please call the number listed on your statement or visit your Wells Fargo store.

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000381

Account number: ███████   ■  January 1, 2019 - January 31, 2019   ■  Page 2 of 3



## Transaction history

| Date | Check Number | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|------|------|------|------|------|
| 1/31 | | Monthly Service Fee | | 10.00 | -10.00 |
| **Ending balance on 1/31** | | | | | **-10.00** |
| **Totals** | | | **$0.00** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, see the Wells Fargo Account Fee and Information Schedule and Account Agreement applicable to your account (EasyPay Card Terms and Conditions for prepaid cards) or talk to a banker. Go to wellsfargo.com/feefaq for a link to these documents, and answers to common monthly service fee questions.

| Fee period 01/01/2019 - 01/31/2019 | Standard monthly service fee $10.00 | You paid $10.00 |
|------|------|------|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| · Average ledger balance | $500.00 | $0.00 ☐ |

C1/C1

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|------|------|------|------|------|------|
| Cash Deposited ($) | 0 | 3,000 | 0 | 0.0030 | 0.00 |
| Transactions | 0 | 50 | 0 | 0.50 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

EXHIBIT 19

PCI POST JUDGMENT PRODUCTION 000382

Account number: ■■■■■■■  ■ January 1, 2019 - January 31, 2019  ■ Page 3 of 3



**WELLS FARGO**

---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your           $ _____
register or transfers into              $ _____
your account which are not              $ _____
shown on your statement.              + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **TOTAL** $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . . $ . _____

| Number | Items Outstanding | Amount |
|--------|-------------------|--------|
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        |                   |        |
|        | **Total amount  $** |        |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

EXHIBIT 19
PCI POST JUDGMENT PRODUCTION 000383

Form **1120S**

Department of the Treasury
Internal Revenue Serv ce

**U.S. Income Tax Return for an S Corporation**

► Do not file this form unless the corporation has filed or is attaching Form 2553 to elect to be an S corporation.
► Information about Form 1120S and its separate instructions is at *www.irs.gov/form1120s*.

OMB No. 1545-0123

**2015**

For calendar year 2015 or tax year beginning , 2015, ending ,

| | |
|---|---|
| **A** S election effective date 1/13/2004 | **D** Employer identification number |
| **B** Business activ ty code number (see nstrs) 541910 | **E** Date ncorporated 1/13/2004 |
| **C** Check if Schedule M-3 attached ☐ | **F** Total assets (see instruct ons) $ 744,053. |

**TYPE OR PRINT**

PCI CONSULTANTS, INC.
26500 W. AGOURA RD STE 102-146
CALABASAS, CA 91302

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No  If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year .......................... ► 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| INCOME | | | | |
|---|---|---|---|---|
| | **1a** Gross receipts or sales | **1a** 12,026,037. | | |
| | **b** Returns and allowances | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a | | **1c** | 12,026,037. |
| | **2** Cost of goods sold (attach Form 1125-A) | | **2** | 7,966,797. |
| | **3** Gross profit. Subtract line 2 from line 1c | | **3** | 4,059,240. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) | | **4** | |
| | **5** Other income (loss) *(see instrs — att statement)* | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 | ► | **6** | 4,059,240. |

| DEDUCTIONS (SEE INSTRS) | | | |
|---|---|---|---|
| **7** Compensation of officers (see instructions - attach Form 1125-E) | | **7** | 120,000. |
| **8** Salaries and wages (less employment credits) | | **8** | 269,432. |
| **9** Repairs and maintenance | | **9** | |
| **10** Bad debts | | **10** | |
| **11** Rents | | **11** | 81,553. |
| **12** Taxes and licenses | | **12** | 65,038. |
| **13** Interest | | **13** | |
| **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | | **14** | 3,265. |
| **15** Depletion **(Do not deduct oil and gas depletion.)** | | **15** | |
| **16** Advertising | | **16** | |
| **17** Pension, profit-sharing, etc, plans | | **17** | 28,220. |
| **18** Employee benefit programs | | **18** | |
| **19** Other deductions (attach statement) | See Statement 1 | **19** | 275,913. |
| **20** **Total deductions.** Add lines 7 through 19 | ► | **20** | 843,421. |
| **21** **Ordinary business income (loss).** Subtract line 20 from line 6 | | **21** | 3,215,819. |

| TAX AND PAYMENTS | | | | |
|---|---|---|---|---|
| **22a** Excess net passive income or LIFO recapture tax *(see instructions)* | **22a** | | | |
| **b** Tax from Schedule D (Form 1120S) | **22b** | | | |
| **c** Add lines 22a and 22b (see instructions for additional taxes) | | | **22c** | |
| **23a** 2015 estimated tax payments and 2014 overpayment credited to 2015 | **23a** | | | |
| **b** Tax deposited with Form 7004 | **23b** | | | |
| **c** Credit for federal tax paid on fuels (attach Form 4136) | **23c** | | | |
| **d** Add lines 23a through 23c | | | **23d** | |
| **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached | ► ☐ | | **24** | |
| **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed | | | **25** | 0. |
| **26** **Overpayment.** If line 23d is larger than the total of lines 22c and 24, enter amount overpaid | | | **26** | |
| **27** Enter amount from line 26 **Credited to 2015 estimated tax** ►_____ **Refunded** ► | | | **27** | |

**Sign Here**

Under penalt es of perjury, I declare that I have exam ned this return, includ ng accompany ng schedules and statements, and to the best of my knowledge and bel ef, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____ S gnature of off cer    Date
► **President & CEO** Title

May the IRS discuss this return with the preparer shown below (see nstructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer s name | Preparer s s gnature | Date | Check ☐ if self-employed | PT N |
|---|---|---|---|---|
| WILLIAM M. GALVIN | WILLIAM M. GALVIN | 2/25/16 | | |
| Firm s name ► W. M. Galvin, CPA An Accountancy Corporation | | | Firm s EIN ► | |
| Firm s address ► WOODLAND HILLS, CA 91367 | | | Phone no. | |

**BAA For Paperwork Reduction Act Notice, see separate instructions.**

SPSA0105L  08/13/15

Form **1120S** (2015)

EXHIBIT 20
PCI POST JUDGMENT PRODUCTION 000667

Form **1120S** (2015)   PCI CONSULTANTS, INC.   ▓▓▓▓▓▓▓▓   Page **2**

| **Schedule B** | **Other Information** (see instructions) | | Yes | No |
|---|---|---|---|---|

**1** Check accounting method: **a** [X] Cash   **b** [ ] Accrual   **c** [ ] Other (specify) ▶ _ _ _ _ _ _ _ _ _ _ _

**2** See the instructions and enter the:

**a** Business activity ▶ SERVICE _ _ _ _ _ _ _ _ _ _   **b** Product or service . . . ▶ CONSULTING _ _ _ _ _ _ _ _

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . | | | X

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below . . . . . . . . | | | X

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below . . . . . . . . . . . . . . . . | | | X

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**5a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . . . . . . | | | X

If 'Yes,' complete lines (i) and (ii) below.

  **(i)** Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

  **(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . | | | X

If 'Yes,' complete lines (i) and (ii) below.

  **(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

  **(ii)** Total shares of stock outstanding if all instruments were executed . . . . . . . . . . . . . . . . . . . . ▶ _ _ _ _ _ _ _ _ _ _

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . . ▶ [ ]

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . . ▶$ _ _ _ _ _ _ _ _ _ _

**9** Enter the accumulated earnings and profits of the corporation at the end of the tax year . . . . . . . . $ _ _ _ _ _ _ _ _ _ _

**10** Does the corporation satisfy **both** of the following conditions?

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**b** The corporation's total assets at the end of the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X

If 'Yes,' the corporation is not required to complete Schedules L and M-1.

**11** During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | X

If 'Yes,' enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _

**12** During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes,' see instructions . . . . | | | X

**13a** Did the corporation make any payments in 2015 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

**b** If 'Yes,' did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | X |

Form **1120S** (2015)

Form **1120S** (2015)   PCI CONSULTANTS, INC. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮                                   Page **3**

| Schedule K | Shareholders' Pro Rata Share Items | | Total amount |
|---|---|---|---|

| | | | |
|---|---|---|---|
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21)........................ | **1** | 3,215,819. |
| | **2** Net rental real estate income (loss) (attach Form 8825)................. | **2** | |
| | **3a** Other gross rental income (loss)............. **3a** | | |
| | **b** Expenses from other rental activities (attach statement)........ **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a... | **3c** | |
| | **4** Interest income................................................ | **4** | |
| | **5** Dividends: **a** Ordinary dividends............... | **5a** | |
| | **b** Qualified dividends................ **5b** | | |
| | **6** Royalties..................................................... | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120S))...... | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120S))..... | **8a** | |
| | **b** Collectibles (28%) gain (loss)............... **8b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement)....... **8c** | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797)................. | **9** | |
| | **10** Other income (loss) (see instructions)......... Type ► | **10** | |
| **Deduc-tions** | **11** Section 179 deduction (attach Form 4562)...................... | **11** | 17,427. |
| | **12a** Charitable contributions.................................... | **12a** | |
| | **b** Investment interest expense................................ | **12b** | |
| | **c** Section 59(e)(2) expenditures **(1)** Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ **(2)** Amount ► | **12c (2)** | |
| | **d** Other deductions (see instructions) .. Type ► | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5))................... | **13a** | |
| | **b** Low-income housing credit (other)........................... | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable)...... | **13c** | |
| | **d** Other rental real estate credits (see instrs)  Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ | **13d** | |
| | **e** Other rental credits (see instrs)  Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478)................... | **13f** | |
| | **g** Other credits (see instructions)...... Type ► | **13g** | |
| **Foreign Trans-actions** | **14a** Name of country or U.S. possession        ► _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | **b** Gross income from all sources ........................... | **14b** | |
| | **c** Gross income sourced at shareholder level................ | **14c** | |
| | Foreign gross income sourced at corporate level | | |
| | **d** Passive category ....................................... | **14d** | |
| | **e** General category ...................................... | **14e** | |
| | **f** Other (attach statement) ............................... | **14f** | |
| | Deductions allocated and apportioned at shareholder level | | |
| | **g** Interest expense ...................................... | **14g** | |
| | **h** Other ................................................ | **14h** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | |
| | **i** Passive category ...................................... | **14i** | |
| | **j** General category ...................................... | **14j** | |
| | **k** Other (attach statement)................................ | **14k** | |
| | Other information | | |
| | **l** Total foreign taxes (check one): ► ☐ Paid   ☐ Accrued.............. | **14l** | |
| | **m** Reduction in taxes available for credit (attach statement) | **14m** | |
| | **n** Other foreign tax information (attach statement) | | |
| **Alterna-tive Mini-mum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment......................... | **15a** | 187. |
| | **b** Adjusted gain or loss................................... | **15b** | |
| | **c** Depletion (other than oil and gas)......................... | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income.......... | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions........... | **15e** | |
| | **f** Other AMT items (attach statement)....................... | **15f** | |
| **Items Affec-ting Share-holder Basis** | **16a** Tax-exempt interest income.............................. | **16a** | |
| | **b** Other tax-exempt income................................ | **16b** | |
| | **c** Nondeductible expenses................................. | **16c** | 7,768. |
| | **d** Distributions (attach stmt if required) (see instrs)........... | **16d** | 2,490,473. |
| | **e** Repayment of loans from shareholders..................... | **16e** | |

BAA                       SPSA0134L   08/13/15                         Form **1120S** (2015)

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000669

Form **1120S** (2015)   PCI CONSULTANTS, INC. █████████                                                                Page **4**

| **Schedule K** | **Shareholders' Pro Rata Share Items** (continued) | | | | Total amount |
|---|---|---|---|---|---|
| Other Infor-mation | **17a** Investment income | | | **17a** | |
| | **b** Investment expenses | | | **17b** | |
| | **c** Dividend distributions paid from accumulated earnings and profits . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | | **17c** | |
| | **d** Other items and amounts | | | | |
| | (attach statement) | | | | |
| Recon-ciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l . . . . . . . . . . . . . . . . | | | **18** | 3,198,392. |

| **Schedule L** | **Balance Sheets per Books** | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | (a) | (b) | (c) | (d) |
| **1** | Cash. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 3,112. | | 10,048. |
| **2a** | Trade notes and accounts receivable. . . . . . . | | | | |
| **b** | Less allowance for bad debts. . . . . . . . . . . . . | | | | |
| **3** | Inventories. . . . . . . . . . . . . . . . . . . . . . . . . . . | | | | |
| **4** | U.S. government obligations. . . . . . . . . . . . . . | | | | |
| **5** | Tax-exempt securities (see instructions). . . . . | | | | |
| **6** | Other current assets (attach stmt) . . . . See St. 2 | | 17,000. | | 13,000. |
| **7** | Loans to shareholders. . . . . . . . . . . . . . . . . . | | | | |
| **8** | Mortgage and real estate loans. . . . . . . . . . . . | | | | |
| **9** | Other investments (attach statement) . . . . . . . . . . . . . . | | | | |
| **10a** | Buildings and other depreciable assets. . . . . . | 67,268. | | 62,296. | |
| **b** | Less accumulated depreciation . . . . . . . . . . . . | 43,478. | 23,790. | 44,627. | 17,669. |
| **11a** | Depletable assets. . . . . . . . . . . . . . . . . . . . . . | | | | |
| **b** | Less accumulated depletion . . . . . . . . . . . . . . | | | | |
| **12** | Land (net of any amortization). . . . . . . . . . . . . | | | | 703,336. |
| **13a** | Intangible assets (amortizable only). . . . . . . . . | | | | |
| **b** | Less accumulated amortization . . . . . . . . . . . . | | | | |
| **14** | Other assets (attach stmt). . . . . . . . . . . . . . . . | | | | |
| **15** | Total assets. . . . . . . . . . . . . . . . . . . . . . . . . . | | 43,902. | | 744,053. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable. . . . . . . . . . . . . . . . . . . . . . | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year . . . . | | | | |
| **18** | Other current liabilities (attach stmt) . . See St. 3 | | 2,595. | | 2,595. |
| **19** | Loans from shareholders. . . . . . . . . . . . . . . . . | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more. . . . . | | | | |
| **21** | Other liabilities (attach statement) . . . . . . . . . . . . . | | | | |
| **22** | Capital stock. . . . . . . . . . . . . . . . . . . . . . . . . | | 10,000. | | 10,000. |
| **23** | Additional paid-in capital. . . . . . . . . . . . . . . . . | | | | |
| **24** | Retained earnings . . . . . . . . . . . . . . . . . . . . . | | 31,307. | | 731,458. |
| **25** | Adjustments to shareholders' equity (att stmt) . . . . . . . . | | | | |
| **26** | Less cost of treasury stock . . . . . . . . . . . . . . | | | | |
| **27** | Total liabilities and shareholders' equity . . . . . | | 43,902. | | 744,053. |

SPSA0134L   08/13/15                                                                         Form **1120S** (2015)

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000670

Form **1120S** (2015)    PCI CONSULTANTS, INC. ▮▮▮▮▮▮▮▮                                               Page **5**

| Schedule M-1 | Reconciliation of Income (Loss) per Books With Income (Loss) per Return |
|---|---|

**Note.** The corporation may be required to file Schedule M-3 (see instructions)

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Net income (loss) per books................ | 3,190,624. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | **a** | Tax-exempt interest. $ _ _ _ _ _ _ _ _ _ _ | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | | |
| **a** | Depreciation......... $ _ _ _ _ _ _ _ _ _ | | **a** | Depreciation ... $ _ _ _ _ _ _ _ _ _ | | |
| **b** | Travel and entertainment. $ _ _ _ _ _ 7,768. | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 7,768. | **7** | Add lines 5 and 6........................ | | 0. |
| **4** | Add lines 1 through 3.................... | 3,198,392. | **8** | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7... | | 3,198,392. |

| Schedule M-2 | Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed (see instructions) |
|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Other adjustments account | **(c)** Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| **1** | Balance at beginning of tax year................................. | 31,307. | | |
| **2** | Ordinary income from page 1, line 21............................ | 3,215,819. | | |
| **3** | Other additions................................................. | | | |
| **4** | Loss from page 1, line 21...................................... | | | |
| **5** | Other reductions.................... See Statement 4..... | ( 25,195.) | | |
| **6** | Combine lines 1 through 5..................................... | 3,221,931. | | |
| **7** | Distributions other than dividend distributions..................... | 2,490,473. | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6.............. | 731,458. | | |

SPSA0134L  08/13/15                                                              Form **1120S** (2015)

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000671

Form **1125-A**
(Rev December 2012)

Department of the Treasury
Internal Revenue Serv ce

## Cost of Goods Sold

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.**
► **Information about Form 1125-A and its instructions is at *www.irs.gov/form1125a*.**

OMB No. 1545-2225

| Name | Employer identification number |
|---|---|
| PCI CONSULTANTS, INC. | |

| | | | |
|---|---|---|---:|
| **1** | Inventory at beginning of year | **1** | |
| **2** | Purchases | **2** | |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule) . . . . . . See Statement 5 | **5** | 7,966,797. |
| **6** | **Total.** Add lines 1 through 5 | **6** | 7,966,797. |
| **7** | Inventory at end of year | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return (see instructions) | **8** | 7,966,797. |

**9a** Check all methods used for valuing closing inventory:

   *(i)* ☐ Cost

   *(ii)* ☐ Lower of cost or market

   *(iii)* ☐ Other (Specify method used and attach explanation) . . . . . ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

  **b** Check if there was a writedown of subnormal goods . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► ☐

  **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) . . . . . . . . . . . . . . . . ► ☐

  **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . **9d**

  **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity (see instructions)? . . . . . ☐ Yes ☐ No

  **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ☐ Yes ☐ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**

Form **1125-A** (Rev 12-2012)

CPCZ0401L   12/26/12

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000672

671113

☐ Final K-1    ☐ Amended K-1                    OMB No. 1545-0123

**Schedule K-1**
**(Form 1120S)**                **2015**

Department of the Treasury
Internal Revenue Service

For calendar year 2015, or tax

year begin ng _____ , 2015

ending _____ ,

## Shareholder's Share of Income, Deductions, Credits, etc. ▶ See page 2 of form and separate instructions.

| **Part I** | Information About the Corporation |
|---|---|

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

PCI CONSULTANTS, INC.
26500 W. AGOURA RD STE 102-146
CALABASAS, CA 91302

**C** IRS Center where corporation filed return

e-file

| **Part II** | Information About the Shareholder |
|---|---|

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

ANGELO PAPARELLA
26500 W. AGOURA RD STE 102-146
CALABASAS, CA 91302

**F** Shareholder's percentage of stock
ownership for tax year..................... 100 %

F O R   I R S   U S E   O N L Y

| **Part III** | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 3,215,819. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items |
| | | A | 187. |
| 11 | Section 179 deduction 17,427. | 16 | Items affecting shareholder basis |
| | | C | 7,768. |
| 12 | Other deductions | D | 2,490,473. |
| | | 17 | Other information |

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**                Schedule **K-1** (Form 1120S) 2015

EXHIBIT 20

SPSA0412L  08/04/15

PCI POST JUDGMENT PRODUCTION 000673

Schedule **K-1** (Form 1120S) 2015   PCI CONSULTANTS, INC.   ▮▮▮▮▮▮▮▮   Page **2**

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**

**1  Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

|  | *Report on* |
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2  Net rental real estate income (loss)**    See the Shareholder's Instructions
**3  Other net rental income (loss)**
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Shareholder's Instructions |

**4  Interest income**    Form 1040, line 8a
**5 a  Ordinary dividends**    Form 1040, line 9a
**5 b  Qualified dividends**    Form 1040, line 9b
**6  Royalties**    Schedule E, line 4
**7  Net short-term capital gain (loss)**    Schedule D, line 5
**8 a  Net long-term capital gain (loss)**    Schedule D, line 12
**8 b  Collectibles (28%) gain (loss)**    28% Rate Gain Worksheet, line 4 (Schedule D instructions)

**8 c  Unrecaptured section 1250 gain**    See the Shareholder's Instructions
**9  Net section 1231 gain (loss)**    See the Shareholder's Instructions
**10  Other income (loss)**
*Code*
| **A** | Other portfolio income (loss) | See the Shareholder's Instructions |
| **B** | Involuntary conversions | See the Shareholder's Instructions |
| **C** | Sec. 1256 contracts and straddles | Form 6781, line 1 |
| **D** | Mining exploration costs recapture | See Pub 535 |
| **E** | Other income (loss) | See the Shareholder's Instructions |

**11  Section 179 deduction**    See the Shareholder's Instructions
**12  Other deductions**
| **A** | Cash contributions (50%) | |
| **B** | Cash contributions (30%) | |
| **C** | Noncash contributions (50%) | |
| **D** | Noncash contributions (30%) | See the Shareholder's Instructions |
| **E** | Capital gain property to a 50% organization (30%) | |
| **F** | Capital gain property (20%) | |
| **G** | Contributions (100%) | |
| **H** | Investment interest expense | Form 4952, line 1 |
| **I** | Deductions — royalty income | Schedule E, line 19 |
| **J** | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| **K** | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| **L** | Deductions — portfolio (other) | Schedule A, line 28 |
| **M** | Preproductive period expenses | See the Shareholder's Instructions |
| **N** | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| **O** | Reforestation expense deduction | See the Shareholder's Instructions |
| **P** | Domestic production activities information | See Form 8903 instructions |
| **Q** | Qualified production activities income | Form 8903, line 7b |
| **R** | Employer's Form W-2 wages | Form 8903, line 17 |
| **S** | Other deductions | See the Shareholder's Instructions |

**13  Credits**
| **A** | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| **B** | Low-income housing credit (other) from pre-2008 buildings | |
| **C** | Low-income housing credit (section 42(j)(5)) from post-2008 buildings | |
| **D** | Low-income housing credit (other) from post-2007 buildings | See the Shareholder's Instructions |
| **E** | Qualified rehabilitation expenditures (rental real estate) | |
| **F** | Other rental real estate credits | |
| **G** | Other rental credits | |
| **H** | Undistributed capital gains credit | Form 1040, line 73, box a |
| **I** | Biofuel producer credit | |
| **J** | Work opportunity credit | |
| **K** | Disabled access credit | See the Shareholder's Instructions |
| **L** | Empowerment zone employment credit | |
| **M** | Credit for increasing research activities | |

| | *Code* | *Report on* |
| **N** | Credit for employer social security and Medicare taxes | |
| **O** | Backup withholding | See the Shareholder's Instructions |
| **P** | Other credits | |

**14  Foreign transactions**
| **A** | Name of country or U.S. possession | |
| **B** | Gross income from all sources | Form 1116, Part I |
| **C** | Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*
| **D** | Passive category | |
| **E** | General category | Form 1116, Part I |
| **F** | Other | |

*Deductions allocated and apportioned at shareholder level*
| **G** | Interest expense | Form 1116, Part I |
| **H** | Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*
| **I** | Passive category | |
| **J** | General category | Form 1116, Part I |
| **K** | Other | |

*Other information*
| **L** | Total foreign taxes paid | Form 1116, Part II |
| **M** | Total foreign taxes accrued | Form 1116, Part II |
| **N** | Reduction in taxes available for credit | Form 1116, line 12 |
| **O** | Foreign trading gross receipts | Form 8873 |
| **P** | Extraterritorial income exclusion | Form 8873 |
| **Q** | Other foreign transactions | See the Shareholder's Instructions |

**15  Alternative minimum tax (AMT) items**
| **A** | Post-1986 depreciation adjustment | |
| **B** | Adjusted gain or loss | |
| **C** | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| **D** | Oil, gas, & geothermal — gross income | |
| **E** | Oil, gas, & geothermal — deductions | |
| **F** | Other AMT items | |

**16  Items affecting shareholder basis**
| **A** | Tax-exempt interest income | Form 1040, line 8b |
| **B** | Other tax-exempt income | |
| **C** | Nondeductible expenses | See the Shareholder's Instructions |
| **D** | Distributions | |
| **E** | Repayment of loans from shareholders | |

**17  Other information**
| **A** | Investment income | Form 4952, line 4a |
| **B** | Investment expenses | Form 4952, line 5 |
| **C** | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| **D** | Basis of energy property | See the Shareholder's Instructions |
| **E** | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| **F** | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| **G** | Recapture of investment credit | See Form 4255 |
| **H** | Recapture of other credits | See the Shareholder's Instructions |
| **I** | Look-back interest — completed long-term contracts | See Form 8697 |
| **J** | Look-back interest — income forecast method | See Form 8866 |
| **K** | Dispositions of property with section 179 deductions | |
| **L** | Recapture of section 179 deduction | |
| **M** | Section 453(l)(3) information | |
| **N** | Section 453A(c) information | |
| **O** | Section 1260(b) information | |
| **P** | Interest allocable to production expenditures | See the Shareholder's Instructions |
| **Q** | CCF nonqualified withdrawals | |
| **R** | Depletion information — oil and gas | |
| **S** | Reserved | |
| **T** | Section 108(i) information | |
| **U** | Net investment income | |
| **V** | Other information | |

Shareholder 1 : ANGELO PAPARELLA   ▮▮▮▮▮▮▮▮

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000674

| Form **1125-E** |  | **Compensation of Officers** |  |  |  | OMB No. 1545-2225 |
|---|---|---|---|---|---|---|
| (Rev December 2013) |  | ▶ **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.** |  |  |  |  |
| Department of the Treasury<br>Internal Revenue Serv ce |  | ▶ Information about Form 1125-E and its separate instructions is at **www.irs.gov/form1125e.** |  |  |  |  |

| Name | Employer identification number |
|---|---|
| PCI CONSULTANTS, INC. | ▇▇▇▇▇▇▇ |

**Note.** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | **(a)** Name of officer | **(b)** Social security number | **(c)** Percent of time devoted to business | Percent of stock owned | | **(f)** Amount of compensation |
|---|---|---|---|---|---|---|
|  |  |  |  | **(d)** Common | **(e)** Preferred |  |
|  | ANGELO PAPARELLA | ▇▇▇▇▇▇ | 100 % | 100 % | % | 120,000. |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |
|  |  |  | % | % | % |  |

| 2 | Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 120,000. |
|---|---|---|
| 3 | Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . |  |
| 4 | Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | 120,000. |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**                    Form **1125-E** (Rev 12-2013)

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000675

| Form **4562** | | **Depreciation and Amortization**<br>**(Including Information on Listed Property)**<br>► Attach to your tax return. | OMB No. 1545-0172 |
|---|---|---|---|
| Department of the Treasury<br>Internal Revenue Serv ce (99) | | ► Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*. | **2015**<br>Attachment<br>Sequence No. **179** |

Name(s) shown on return
**PCI CONSULTANTS, INC.**

Identifying number ▮▮▮▮▮

Business or activity to wh ch this form relates
**Form 1120S**

**Part I    Election To Expense Certain Property Under Section 179**
Note: *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | 500,000. |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | 21,171. |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | 2,000,000. |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | 0. |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | 500,000. |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| 5-Year | COMPUTER EQUIPMENT | 13,094. | 13,094. |
| 5-Year | OFFICE FURN & EQUIP | 4,333. | 4,333. |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | 0. |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | 17,427. |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | 17,427. |
| 10 | Carryover of disallowed deduction from line 13 of your 2014 Form 4562 | **10** | 0. |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | **11** | 500,000. |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but do not enter more than line 11 | **12** | 17,427. |
| 13 | Carryover of disallowed deduction to 2016. Add lines 9 and 10, less line 12 ► **13** | 0. | |

Note: *Do not use Part II or Part III below for listed property. Instead, use Part V.*

**Part II    Special Depreciation Allowance and Other Depreciation (Do not** include listed property.**) (See instructions.)**

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

**Part III    MACRS Depreciation (Do not** include listed property.**) (See instructions.)**

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2015 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here ► ☐ | | |

**Section B — Assets Placed in Service During 2015 Tax Year Using the General Depreciation System**

| **(a)** Classification of property | **(b)** Month and year placed n service | **(c)** Basis for depreciat on (bus ness/investment use only — see nstruct ons) | **(d)** Recovery period | **(e)** Convent on | **(f)** Method | **(g)** Deprec at on deduction |
|---|---|---|---|---|---|---|
| **19a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs | | S/L | |
| **h** Residential rental | | | 27.5 yrs | MM | S/L | |
| property | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real | | | 39 yrs | MM | S/L | |
| property | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2015 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs | | S/L | |
| **c** 40-year | | | 40 yrs | MM | S/L | |

**Part IV    Summary (See instructions.)**

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 3,265. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | **22** | 3,265. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**    FDIZ0812L 10/27/15    EXHIBIT 20    Form **4562** (2015)

PCI POST JUDGMENT PRODUCTION 000676

Form **4562** (2015)  PCI CONSULTANTS, INC.  ▮▮▮▮▮▮  Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete* **only** *24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A – Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.***)**

**24 a** Do you have evidence to support the business/investment use claimed?.......... ☒ **Yes** ☐ **No**  **24b** If 'Yes,' is the evidence written?...... ☒ **Yes** ☐ **No**

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions).................................. | | | | | | | **25** | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| AUTO - '12 P | 2/02/13 | 82.50 | 22,844. | 18,846. | 5.0 | S/L HY | 2,516. | |
| AUTO - '06 B | 5/12/15 | 100.0 | 3,744. | 3,744. | 5.0 | 200DB HY | 749. | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............... **28** 3,265.

**29** Add amounts in column (i), line 26. Enter here and on line 7, page 1......................................... **29** 0.

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**do not** include commuting miles)........................ | | | | | | | | | | | | |
| **31** | Total commuting miles driven during the year........ | | | | | | | | | | | | |
| **32** | Total other personal (noncommuting) miles driven............................. | | | | | | | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32 ..................... | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** | Was the vehicle available for personal use during off-duty hours?..................... | | | | | | | | | | | | |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person?......... | | | | | | | | | | | | |
| **36** | Is another vehicle available for personal use?.......................... | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **are not** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?................................................................................. | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners .............. | | |
| **39** | Do you treat all use of vehicles by employees as personal use?.................................................... | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?................................................................. | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.)................ **Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' do not complete Section B for the covered vehicles.* | | |

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2015 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |

**43** Amortization of costs that began before your 2015 tax year ............................................. **43**

**44 Total.** Add amounts in column (f). See the instructions for where to report............................... **44**

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000677

Form **1120S**

Department of the Treasury
Internal Revenue Service

## U.S. Income Tax Return for an S Corporation

► Do not file this form unless the corporation has filed or is
attaching Form 2553 to elect to be an S corporation.
► Information about Form 1120S and its separate instructions is at www.irs.gov/form1120s.

OMB No. 1545-0123

**2016**

For calendar year 2016 or tax year beginning _____ , 2016, ending _____ ,

**A** S election effective date
1/13/2004

**B** Business activity code
number (see instrs)
541910

**C** Check if Schedule
M-3 attached ☐

TYPE
OR
PRINT

PCI CONSULTANTS, INC.
26500 W. AGOURA RD STE 102-146
CALABASAS, CA 91302

**D** Employer identification number
_____

**E** Date incorporated
1/13/2004

**F** Total assets (see instructions)
$ 758,332.

**G** Is the corporation electing to be an S corporation beginning with this tax year? ☐ Yes ☒ No   If 'Yes,' attach Form 2553 if not already filed

**H** Check if: **(1)** ☐ Final return **(2)** ☐ Name change **(3)** ☐ Address change
**(4)** ☐ Amended return **(5)** ☐ S election termination or revocation

**I** Enter the number of shareholders who were shareholders during any part of the tax year . . . . . . . . . . . . . . . . . . ► 1

**Caution.** Include **only** trade or business income and expenses on lines 1a through 21. See the instructions for more information.

| | | | | |
|---|---|---|---|---|
| **I N C O M E** | **1a** Gross receipts or sales . . . | **1a** | 19,965,417. | |
| | **b** Returns and allowances . . . | **1b** | | |
| | **c** Balance. Subtract line 1b from line 1a . . . | | | **1c** | 19,965,417. |
| | **2** Cost of goods sold (attach Form 1125-A) . . . | | | **2** | 16,429,560. |
| | **3** Gross profit. Subtract line 2 from line 1c . . . | | | **3** | 3,535,857. |
| | **4** Net gain (loss) from Form 4797, line 17 (attach Form 4797) . . . | | | **4** | |
| | **5** Other income (loss) (see instrs — att statement) . . . | | | **5** | |
| | **6** **Total income (loss).** Add lines 3 through 5 . . . ► | | | **6** | 3,535,857. |

| | | | |
|---|---|---|---|
| **D E D U C T I O N S   SEE INSTRUCTIONS** | **7** Compensation of officers (see instructions - attach Form 1125-E) . . . | **7** | 120,000. |
| | **8** Salaries and wages (less employment credits) . . . | **8** | 334,663. |
| | **9** Repairs and maintenance . . . | **9** | |
| | **10** Bad debts . . . | **10** | |
| | **11** Rents . . . | **11** | 71,764. |
| | **12** Taxes and licenses . . . | **12** | 152,636. |
| | **13** Interest . . . | **13** | |
| | **14** Depreciation not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . . | **14** | 2,745. |
| | **15** Depletion **(Do not deduct oil and gas depletion.)** . . . | **15** | |
| | **16** Advertising . . . | **16** | |
| | **17** Pension, profit-sharing, etc, plans . . . | **17** | |
| | **18** Employee benefit programs . . . | **18** | |
| | **19** Other deductions (attach statement) . . . See Statement 1 | **19** | 485,209. |
| | **20** **Total deductions.** Add lines 7 through 19 . . . ► | **20** | 1,167,017. |
| | **21** Ordinary business income (loss). Subtract line 20 from line 6 . . . | **21** | 2,368,840. |

| | | | | |
|---|---|---|---|---|
| **T A X   A N D   P A Y M E N T S** | **22a** Excess net passive income or LIFO recapture tax (see instructions) . . . | **22a** | | |
| | **b** Tax from Schedule D (Form 1120S) . . . | **22b** | | |
| | **c** Add lines 22a and 22b (see instructions for additional taxes) . . . | | | **22c** | |
| | **23a** 2016 estimated tax payments and 2015 overpayment credited to 2016 . . . | **23a** | | |
| | **b** Tax deposited with Form 7004 . . . | **23b** | | |
| | **c** Credit for federal tax paid on fuels (attach Form 4136) . . . | **23c** | | |
| | **d** Add lines 23a through 23c . . . | | | **23d** | |
| | **24** Estimated tax penalty (see instructions). Check if Form 2220 is attached . . . ► ☐ | | | **24** | |
| | **25** Amount owed. If line 23d is smaller than the total of lines 22c and 24, enter amount owed . . . | | | **25** | 0. |
| | **26** Overpayment. If line 23d is larger than the total of lines 22c and 24, enter amount overpaid . . . | | | **26** | |
| | **27** Enter amount from line 26 **Credited to 2017 estimated tax** ► _____ Refunded ► | | | **27** | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

► _____ Signature of officer   Date
► President & CEO   Title

May the IRS discuss this return with the preparer shown below (see instructions)? ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| WILLIAM M. GALVIN | WILLIAM M. GALVIN | 3/06/17 | | |

Firm's name ► W. M. Galvin, CPA An Accountancy Corporation   Firm's EIN ►
Firm's address ► WOODLAND HILLS, CA 91367   Phone no.

**BAA** For Paperwork Reduction Act Notice, see separate instructions.   SPSA0105L  08/17/16   Form **1120S** (2016)

EXHIBIT 20

Form **1120S** (2016)   ******************INC.                                                                 Page **2**

| Schedule B | Other Information (see instructions) | | | Yes | No |
|---|---|---|---|---|---|

**1** Check accounting method:   **a** ☒ Cash   **b** ☐ Accrual   **c** ☐ Other (specify) ► _ _ _ _ _ _ _ _ _ _ _ _

**2** See the instructions and enter the:

**a** Business activity ► SERVICE _ _ _ _ _ _ _ _ _ _ _    **b** Product or service . . . ► CONSULTING _ _ _ _ _ _ _ _ _ _ _

**3** At any time during the tax year, was any shareholder of the corporation a disregarded entity, a trust, an estate, or a nominee or similar person? If "Yes," attach Schedule B-1, Information on Certain Shareholders of an S Corporation . . . . . . → **No: X**

**4** At the end of the tax year, did the corporation:

**a** Own directly 20% or more, or own, directly or indirectly, 50% or more of the total stock issued and outstanding of any foreign or domestic corporation? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below. → **No: X**

| (i) Name of Corporation | (ii) Employer Identification Number (if any) | (iii) Country of Incorporation | (iv) Percentage of Stock Owned | (v) If Percentage in (iv) is 100%, Enter the Date (if any) a Qualified Subchapter S Subsidiary Election Was Made |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**b** Own directly an interest of 20% or more, or own, directly or indirectly, an interest of 50% or more in the profit, loss, or capital in any foreign or domestic partnership (including an entity treated as a partnership) or in the beneficial interest of a trust? For rules of constructive ownership, see instructions. If 'Yes,' complete (i) through (v) below. . . . . . . . . . . . . . → **No: X**

| (i) Name of Entity | (ii) Employer Identification Number (if any) | (iii) Type of Entity | (iv) Country of Organization | (v) Maximum % Owned in Profit, Loss, or Capital |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

**5 a** At the end of the tax year, did the corporation have any outstanding shares of restricted stock? . . . . . . . . . . . . . . . . . . . . . . . . → **No: X**

If 'Yes,' complete lines (i) and (ii) below.

**(i)** Total shares of restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► _ _ _ _ _ _ _ _ _ _

**(ii)** Total shares of non-restricted stock . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . ► _ _ _ _ _ _ _ _ _ _

**b** At the end of the tax year, did the corporation have any outstanding stock options, warrants, or similar instruments? . . . . . . → **No: X**

If 'Yes,' complete lines (i) and (ii) below.

**(i)** Total shares of stock outstanding at the end of the tax year . . . . . . . . . . . . . . . . . . . . . . . . . ► _ _ _ _ _ _ _ _ _ _

**(ii)** Total shares of stock outstanding if all instruments were executed . . . . . . . . . . . . . . . . . . . . ► _ _ _ _ _ _ _ _ _ _

**6** Has this corporation filed, or is it required to file, **Form 8918**, Material Advisor Disclosure Statement, to provide information on any reportable transaction? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . → **No: X**

**7** Check this box if the corporation issued publicly offered debt instruments with original issue discount . . . . . . . . . . . . . . . ► ☐

If checked, the corporation may have to file **Form 8281**, Information Return for Publicly Offered Original Issue Discount Instruments.

**8** If the corporation: **(a)** was a C corporation before it elected to be an S corporation **or** the corporation acquired an asset with a basis determined by reference to the basis of the asset (or the basis of any other property) in the hands of a C corporation **and (b)** has net unrealized built-in gain in excess of the net recognized built-in gain from prior years, enter the net unrealized built-in gain reduced by net recognized built-in gain from prior years (see instructions) . . . . . . . . . . . . . . . . . . . . . . . . . ►$ _ _ _ _ _ _ _ _ _ _

**9** Enter the accumulated earnings and profits of the corporation at the end of the tax year . . . . . . . . $ _ _ _ _ _ _ _ _ _ _

**10** Does the corporation satisfy **both** of the following conditions?

**a** The corporation's total receipts (see instructions) for the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

**b** The corporation's total assets at the end of the tax year were less than $250,000 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . → **No: X**

If 'Yes,' the corporation is not required to complete Schedules L and M-1.

**11** During the tax year, did the corporation have any non-shareholder debt that was canceled, was forgiven, or had the terms modified so as to reduce the principal amount of the debt? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . → **No: X**

If 'Yes,' enter the amount of principal reduction . . . . . . . . . . . . . . . . . . . . $ _ _ _ _ _ _ _ _ _ _

**12** During the tax year, was a qualified subchapter S subsidiary election terminated or revoked? If 'Yes,' see instructions . . . . → **No: X**

**13 a** Did the corporation make any payments in 2016 that would require it to file Form(s) 1099? . . . . . . . . . . . . . . . . . . . . . . . . . → **Yes: X**

**b** If 'Yes,' did the corporation file or will it file required Forms 1099? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . → **Yes: X**

Form **1120S** (2016)

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000679

Form **1120S** (2016)   PCI CONSULTANTS, INC.   [REDACTED]   Page **3**

| Schedule K | Shareholders' Pro Rata Share Items | | | |
|---|---|---|---|---|
| | | | | **Total amount** |
| **Income (Loss)** | **1** Ordinary business income (loss) (page 1, line 21) | | **1** | 2,368,840. |
| | **2** Net rental real estate income (loss) (attach Form 8825) | | **2** | |
| | **3a** Other gross rental income (loss) | **3a** | | |
| | **b** Expenses from other rental activities (attach statement) | **3b** | | |
| | **c** Other net rental income (loss). Subtract line 3b from line 3a | | **3c** | |
| | **4** Interest income | | **4** | |
| | **5** Dividends: **a** Ordinary dividends | | **5a** | |
| | **b** Qualified dividends | **5b** | | |
| | **6** Royalties | | **6** | |
| | **7** Net short-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **7** | |
| | **8a** Net long-term capital gain (loss) (attach Schedule D (Form 1120S)) | | **8a** | |
| | **b** Collectibles (28%) gain (loss) | **8b** | | |
| | **c** Unrecaptured section 1250 gain (attach statement) | **8c** | | |
| | **9** Net section 1231 gain (loss) (attach Form 4797) | | **9** | |
| | **10** Other income (loss) (see instructions) ........ Type ► | | **10** | |
| **Deductions** | **11** Section 179 deduction (attach Form 4562) | | **11** | |
| | **12a** Charitable contributions | | **12a** | |
| | **b** Investment interest expense | | **12b** | |
| | **c** Section 59(e)(2) expenditures **(1)** Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ **(2)** Amount ► | | **12c (2)** | |
| | **d** Other deductions (see instructions) .. Type ► | | **12d** | |
| **Credits** | **13a** Low-income housing credit (section 42(j)(5)) | | **13a** | |
| | **b** Low-income housing credit (other) | | **13b** | |
| | **c** Qualified rehabilitation expenditures (rental real estate) (attach Form 3468, if applicable) | | **13c** | |
| | **d** Other rental real estate credits (see instrs)  Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **13d** | |
| | **e** Other rental credits (see instrs)  Type ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **13e** | |
| | **f** Biofuel producer credit (attach Form 6478) _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | **13f** | |
| | **g** Other credits (see instructions) ......... Type ► | | **13g** | |
| **Foreign Trans- actions** | **14a** Name of country or U.S. possession         ► _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | |
| | **b** Gross income from all sources | | **14b** | |
| | **c** Gross income sourced at shareholder level | | **14c** | |
| | Foreign gross income sourced at corporate level | | | |
| | **d** Passive category | | **14d** | |
| | **e** General category | | **14e** | |
| | **f** Other (attach statement) | | **14f** | |
| | Deductions allocated and apportioned at shareholder level | | | |
| | **g** Interest expense | | **14g** | |
| | **h** Other | | **14h** | |
| | Deductions allocated and apportioned at corporate level to foreign source income | | | |
| | **i** Passive category | | **14i** | |
| | **j** General category | | **14j** | |
| | **k** Other (attach statement) | | **14k** | |
| | Other information | | | |
| | **l** Total foreign taxes (check one): ► ☐ Paid    ☐ Accrued | | **14l** | |
| | **m** Reduction in taxes available for credit | | | |
| | (attach statement) | | **14m** | |
| | **n** Other foreign tax information (attach statement) | | | |
| **Alterna- tive Mini- mum Tax (AMT) Items** | **15a** Post-1986 depreciation adjustment | | **15a** | 243. |
| | **b** Adjusted gain or loss | | **15b** | |
| | **c** Depletion (other than oil and gas) | | **15c** | |
| | **d** Oil, gas, and geothermal properties — gross income | | **15d** | |
| | **e** Oil, gas, and geothermal properties — deductions | | **15e** | |
| | **f** Other AMT items (attach statement) | | **15f** | |
| **Items Affec- ting Share- holder Basis** | **16a** Tax-exempt interest income | | **16a** | |
| | **b** Other tax-exempt income | | **16b** | |
| | **c** Nondeductible expenses | | **16c** | 9,561. |
| | **d** Distributions (attach stmt if required) (see instrs) | | **16d** | 2,345,000. |
| | **e** Repayment of loans from shareholders | | **16e** | |

BAA                                    SPSA0134L  08/17/16                                    Form **1120S** (2016)

EXHIBIT 20
PCI POST JUDGMENT PRODUCTION 000680

Form **1120S** (2016)   PCI CONSULTANTS, INC.                                                                          Page **4**

| **Schedule K** | **Shareholders' Pro Rata Share Items** (continued) | | **Total amount** |
|---|---|---|---|

| Other Information | **17a** Investment income | 17a | |
|---|---|---|---|
| | **b** Investment expenses | 17b | |
| | **c** Dividend distributions paid from accumulated earnings and profits | 17c | |
| | **d** Other items and amounts | | |
| | (attach statement) | | |
| Reconciliation | **18** **Income/loss reconciliation.** Combine the amounts on lines 1 through 10 in the far right column. From the result, subtract the sum of the amounts on lines 11 through 12d and 14l | 18 | 2,368,840. |

| **Schedule L** | **Balance Sheets per Books** | Beginning of tax year | | End of tax year | |
|---|---|---|---|---|---|
| | Assets | **(a)** | **(b)** | **(c)** | **(d)** |
| **1** | Cash | | 10,048. | | 5,072. |
| **2a** | Trade notes and accounts receivable | | | | |
| **b** | Less allowance for bad debts | | | | |
| **3** | Inventories | | | | |
| **4** | U.S. government obligations | | | | |
| **5** | Tax-exempt securities (see instructions) | | | | |
| **6** | Other current assets (attach stmt) See St. 2 | | 13,000. | | 35,000. |
| **7** | Loans to shareholders | | | | |
| **8** | Mortgage and real estate loans | | | | |
| **9** | Other investments (attach statement) | | | | |
| **10a** | Buildings and other depreciable assets | 62,296. | | 62,296. | |
| **b** | Less accumulated depreciation | 44,627. | 17,669. | 47,372. | 14,924. |
| **11a** | Depletable assets | | | | |
| **b** | Less accumulated depletion | | | | |
| **12** | Land (net of any amortization) | | 703,336. | | 703,336. |
| **13a** | Intangible assets (amortizable only) | | | | |
| **b** | Less accumulated amortization | | | | |
| **14** | Other assets (attach stmt) | | | | |
| **15** | Total assets | | 744,053. | | 758,332. |
| | **Liabilities and Shareholders' Equity** | | | | |
| **16** | Accounts payable | | | | |
| **17** | Mortgages, notes, bonds payable in less than 1 year | | | | |
| **18** | Other current liabilities (attach stmt) See St. 3 | | 2,595. | | 2,595. |
| **19** | Loans from shareholders | | | | |
| **20** | Mortgages, notes, bonds payable in 1 year or more | | | | |
| **21** | Other liabilities (attach statement) | | | | |
| **22** | Capital stock | | 10,000. | | 10,000. |
| **23** | Additional paid-in capital | | | | |
| **24** | Retained earnings | | 731,458. | | 745,737. |
| **25** | Adjustments to shareholders' equity (att stmt) | | | | |
| **26** | Less cost of treasury stock | | | | |
| **27** | Total liabilities and shareholders' equity | | 744,053. | | 758,332. |

SPSA0134L  08/17/16                                                                          Form **1120S** (2016)

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000681

Form **1120S** (2016)   PCI CONSULTANTS, INC.                                                                                                     Page **5**

| Schedule M-1 | **Reconciliation of Income (Loss) per Books With Income (Loss) per Return** | | |
|---|---|---|---|
| | **Note:** The corporation may be required to file Schedule M-3 (see instructions) | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| **1** | Net income (loss) per books. | 2,359,279. | **5** | Income recorded on books this year not included on Schedule K, lines 1 through 10 (itemize): | | |
| **2** | Income included on Schedule K, lines 1, 2, 3c, 4, 5a, 6, 7, 8a, 9, and 10, not recorded on books this year (itemize): | | | **a** Tax-exempt interest. $ _ _ _ _ _ _ _ _ _ _ | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| **3** | Expenses recorded on books this year not included on Schedule K, lines 1 through 12, and 14l (itemize): | | **6** | Deductions included on Schedule K, lines 1 through 12 and 14l, not charged against book income this year (itemize): | | |
| **a** | Depreciation. $ _ _ _ _ _ _ _ _ _ | | | **a** Depreciation ... $ _ _ _ _ _ _ _ _ _ | | |
| **b** | Travel and entertainment. $ _ _ _ _ _ 9,561. | | | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | | |
| | _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | 9,561. | **7** | Add lines 5 and 6. | | 0. |
| **4** | Add lines 1 through 3. | 2,368,840. | **8** | Income (loss) (Schedule K, ln 18). Ln 4 less ln 7. | | 2,368,840. |

| Schedule M-2 | **Analysis of Accumulated Adjustments Account, Other Adjustments Account, and Shareholders' Undistributed Taxable Income Previously Taxed** (see instructions) | | |
|---|---|---|---|

| | | **(a)** Accumulated adjustments account | **(b)** Other adjustments account | **(c)** Shareholders' undistributed taxable income previously taxed |
|---|---|---|---|---|
| **1** | Balance at beginning of tax year. | 731,458. | | |
| **2** | Ordinary income from page 1, line 21. | 2,368,840. | | |
| **3** | Other additions. | | | |
| **4** | Loss from page 1, line 21. | | | |
| **5** | Other reductions. See Statement 4 | ( 9,561.) | | |
| **6** | Combine lines 1 through 5. | 3,090,737. | | |
| **7** | Distributions other than dividend distributions. | 2,345,000. | | |
| **8** | Balance at end of tax year. Subtract line 7 from line 6. | 745,737. | | |

SPSA0134L  08/17/16                                                                                                   Form **1120S** (2016)

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000682

Form **1125-A**
(Rev October 2016)

Department of the Treasury
Internal Revenue Serv ce

**Cost of Goods Sold**

► **Attach to Form 1120, 1120-C, 1120-F, 1120S, 1065, or 1065-B.**
► **Information about Form 1125-A and its instructions is at** *www.irs.gov/form1125a.*

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| PCI CONSULTANTS, INC. | ▮▮▮▮▮▮ |

| | | | |
|---|---|---|---|
| **1** | Inventory at beginning of year | **1** | |
| **2** | Purchases | **2** | |
| **3** | Cost of labor | **3** | |
| **4** | Additional section 263A costs (attach schedule) | **4** | |
| **5** | Other costs (attach schedule) ... See Statement 5 | **5** | 16,429,560. |
| **6** | **Total.** Add lines 1 through 5 | **6** | 16,429,560. |
| **7** | Inventory at end of year | **7** | |
| **8** | **Cost of goods sold.** Subtract line 7 from line 6. Enter here and on Form 1120, page 1, line 2 or the appropriate line of your tax return. See instructions | **8** | 16,429,560. |

**9a** Check all methods used for valuing closing inventory:

  *(i)*  ☐ Cost

  *(ii)*  ☐ Lower of cost or market

  *(iii)*  ☐ Other (Specify method used and attach explanation) ..... ►  _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

 **b** Check if there was a writedown of subnormal goods ... ► ☐

 **c** Check if the LIFO inventory method was adopted this tax year for any goods (if checked, attach Form 970) ... ► ☐

 **d** If the LIFO inventory method was used for this tax year, enter amount of closing inventory computed under LIFO | **9d** |

 **e** If property is produced or acquired for resale, do the rules of section 263A apply to the entity? See instructions ...... ☐ Yes  ☐ No

 **f** Was there any change in determining quantities, cost, or valuations between opening and closing inventory? If 'Yes,' attach explanation ... ☐ Yes  ☐ No

**BAA  For Paperwork Reduction Act Notice, see instructions.**                Form **1125-A** (Rev 10-2016)

CPCZ0401L  08/17/16

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000683

671113

**Schedule K-1**
**(Form 1120S)**

Department of the Treasury
Internal Revenue Service

**2016**

☐ Final K-1   ☐ Amended K-1

OMB No. 1545-0123

For calendar year 2016, or tax

year beginning _____, 2016

ending _____,

**Shareholder's Share of Income, Deductions,
Credits, etc.** ▶ See page 2 of form and separate instructions.

| Part III | Shareholder's Share of Current Year Income, Deductions, Credits, and Other Items |
|---|---|

| | | | |
|---|---|---|---|
| 1 | Ordinary business income (loss) 2,368,840. | 13 | Credits |
| 2 | Net rental real estate income (loss) | | |
| 3 | Other net rental income (loss) | | |
| 4 | Interest income | | |
| 5a | Ordinary dividends | | |
| 5b | Qualified dividends | 14 | Foreign transactions |
| 6 | Royalties | | |
| 7 | Net short-term capital gain (loss) | | |
| 8a | Net long-term capital gain (loss) | | |
| 8b | Collectibles (28%) gain (loss) | | |
| 8c | Unrecaptured section 1250 gain | | |
| 9 | Net section 1231 gain (loss) | | |
| 10 | Other income (loss) | 15 | Alternative minimum tax (AMT) items A   243. |
| 11 | Section 179 deduction | 16 | Items affecting shareholder basis C   9,561. |
| 12 | Other deductions | | D   2,345,000. |
| | | 17 | Other information |

**Part I   Information About the Corporation**

**A** Corporation's employer identification number

**B** Corporation's name, address, city, state, and ZIP code

PCI CONSULTANTS, INC.
26500 W. AGOURA RD STE 102-146
CALABASAS, CA 91302

**C** IRS Center where corporation filed return

e-file

**Part II   Information About the Shareholder**

**D** Shareholder's identifying number

**E** Shareholder's name, address, city, state, and ZIP code

ANGELO PAPARELLA
26500 W. AGOURA RD STE 102-146
CALABASAS, CA 91302

**F** Shareholder's percentage of stock
ownership for tax year...................... 100 %

F
O
R

I
R
S

U
S
E

O
N
L
Y

*See attached statement for additional information.

**BAA  For Paperwork Reduction Act Notice, see Instructions for Form 1120S.**

Schedule **K-1** (Form 1120S) 2016

Shareholder 1

SPSA0412L   08/22/16

EXHIBIT 20

PCI POST JUDGMENT PRODUCTION 000684

Schedule **K-1** (Form 1120S) 2016   PCI CONSULTANTS, INC.   Page **2**

**This list identifies the codes used on Schedule K-1 for all shareholders and provides summarized reporting information for shareholders who file Form 1040. For detailed reporting and filing information, see the separate Shareholder's Instructions for Schedule K-1 and the instructions for your income tax return.**



**1  Ordinary business income (loss).** Determine whether the income (loss) is passive or nonpassive and enter on your return as follows:

*Report on*

| | |
|---|---|
| Passive loss | See the Shareholder's Instructions |
| Passive income | Schedule E, line 28, column (g) |
| Nonpassive loss | Schedule E, line 28, column (h) |
| Nonpassive income | Schedule E, line 28, column (j) |

**2  Net rental real estate income (loss)**   See the Shareholder's Instructions
**3  Other net rental income (loss)**

| | |
|---|---|
| Net income | Schedule E, line 28, column (g) |
| Net loss | See the Shareholder's Instructions |

**4  Interest income**   Form 1040, line 8a
**5 a  Ordinary dividends**   Form 1040, line 9a
**5 b  Qualified dividends**   Form 1040, line 9b
**6  Royalties**   Schedule E, line 4
**7  Net short-term capital gain (loss)**   Schedule D, line 5
**8 a  Net long-term capital gain (loss)**   Schedule D, line 12
**8 b  Collectibles (28%) gain (loss)**   28% Rate Gain Worksheet, line 4 (Schedule D instructions)
**8 c  Unrecaptured section 1250 gain**   See the Shareholder's Instructions
**9  Net section 1231 gain (loss)**   See the Shareholder's Instructions
**10  Other income (loss)**

*Code*

| | | |
|---|---|---|
| A | Other portfolio income (loss) | See the Shareholder's Instructions |
| B | Involuntary conversions | See the Shareholder's Instructions |
| C | Sec. 1256 contracts and straddles | Form 6781, line 1 |
| D | Mining exploration costs recapture | See Pub 535 |
| E | Other income (loss) | See the Shareholder's Instructions |

**11  Section 179 deduction**   See the Shareholder's Instructions
**12  Other deductions**

| | | |
|---|---|---|
| A | Cash contributions (50%) | |
| B | Cash contributions (30%) | |
| C | Noncash contributions (50%) | |
| D | Noncash contributions (30%) | See the Shareholder's Instructions |
| E | Capital gain property to a 50% organization (30%) | |
| F | Capital gain property (20%) | |
| G | Contributions (100%) | |
| H | Investment interest expense | Form 4952, line 1 |
| I | Deductions — royalty income | Schedule E, line 19 |
| J | Section 59(e)(2) expenditures | See the Shareholder's Instructions |
| K | Deductions — portfolio (2% floor) | Schedule A, line 23 |
| L | Deductions — portfolio (other) | Schedule A, line 28 |
| M | Preproductive period expenses | See the Shareholder's Instructions |
| N | Commercial revitalization deduction from rental real estate activities | See Form 8582 instructions |
| O | Reforestation expense deduction | See the Shareholder's Instructions |
| P | Domestic production activities information | See Form 8903 instructions |
| Q | Qualified production activities income | Form 8903, line 7b |
| R | Employer's Form W-2 wages | Form 8903, line 17 |
| S | Other deductions | See the Shareholder's Instructions |

**13  Credits**

| | | |
|---|---|---|
| A | Low-income housing credit (section 42(j)(5)) from pre-2008 buildings | |
| B | Low-income housing credit (other) from pre-2008 buildings | |
| C | Low-income housing credit (section 42(j)(5)) from post-2007 buildings | |
| D | Low-income housing credit (other) from post-2007 buildings | See the Shareholder's Instructions |
| E | Qualified rehabilitation expenditures (rental real estate) | |
| F | Other rental real estate credits | |
| G | Other rental credits | |
| H | Undistributed capital gains credit | Form 1040, line 73, box a |
| I | Biofuel producer credit | |
| J | Work opportunity credit | |
| K | Disabled access credit | See the Shareholder's Instructions |
| L | Empowerment zone employment credit | |
| M | Credit for increasing research activities | |

*Code*   *Report on*

| | | |
|---|---|---|
| N | Credit for employer social security and Medicare taxes | |
| O | Backup withholding | See the Shareholder's Instructions |
| P | Other credits | |

**14  Foreign transactions**

| | | |
|---|---|---|
| A | Name of country or U.S. possession | |
| B | Gross income from all sources | Form 1116, Part I |
| C | Gross income sourced at shareholder level | |

*Foreign gross income sourced at corporate level*

| | | |
|---|---|---|
| D | Passive category | |
| E | General category | Form 1116, Part I |
| F | Other | |

*Deductions allocated and apportioned at shareholder level*

| | | |
|---|---|---|
| G | Interest expense | Form 1116, Part I |
| H | Other | Form 1116, Part I |

*Deductions allocated and apportioned at corporate level to foreign source income*

| | | |
|---|---|---|
| I | Passive category | |
| J | General category | Form 1116, Part I |
| K | Other | |

*Other information*

| | | |
|---|---|---|
| L | Total foreign taxes paid | Form 1116, Part II |
| M | Total foreign taxes accrued | Form 1116, Part II |
| N | Reduction in taxes available for credit | Form 1116, line 12 |
| O | Foreign trading gross receipts | Form 8873 |
| P | Extraterritorial income exclusion | Form 8873 |
| Q | Other foreign transactions | See the Shareholder's Instructions |

**15  Alternative minimum tax (AMT) items**

| | | |
|---|---|---|
| A | Post-1986 depreciation adjustment | |
| B | Adjusted gain or loss | |
| C | Depletion (other than oil & gas) | See the Shareholder's Instructions and the Instructions for Form 6251 |
| D | Oil, gas, & geothermal — gross income | |
| E | Oil, gas, & geothermal — deductions | |
| F | Other AMT items | |

**16  Items affecting shareholder basis**

| | | |
|---|---|---|
| A | Tax-exempt interest income | Form 1040, line 8b |
| B | Other tax-exempt income | |
| C | Nondeductible expenses | See the Shareholder's Instructions |
| D | Distributions | |
| E | Repayment of loans from shareholders | |

**17  Other information**

| | | |
|---|---|---|
| A | Investment income | Form 4952, line 4a |
| B | Investment expenses | Form 4952, line 5 |
| C | Qualified rehabilitation expenditures (other than rental real estate) | See the Shareholder's Instructions |
| D | Basis of energy property | See the Shareholder's Instructions |
| E | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| F | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| G | Recapture of investment credit | See Form 4255 |
| H | Recapture of other credits | See the Shareholder's Instructions |
| I | Look-back interest — completed long-term contracts | See Form 8697 |
| J | Look-back interest — income forecast method | See Form 8866 |
| K | Dispositions of property with section 179 deductions | |
| L | Recapture of section 179 deduction | |
| M | Section 453(l)(3) information | |
| N | Section 453A(c) information | |
| O | Section 1260(b) information | |
| P | Interest allocable to production expenditures | See the Shareholder's Instructions |
| Q | CCF nonqualified withdrawals | |
| R | Depletion information — oil and gas | |
| S | Reserved | |
| T | Section 108(i) information | |
| U | Net investment income | |
| V | Other information | |

EXHIBIT 20
PCI POST JUDGMENT PRODUCTION 000685

Form **1125-E**
(Rev October 2016)
Department of the Treasury
Internal Revenue Serv ce

## Compensation of Officers

► **Attach to Form 1120, 1120-C, 1120-F, 1120-REIT, 1120-RIC, or 1120S.**
► **Information about Form 1125-E and its separate instructions is at *www.irs.gov/form1125e*.**

OMB No. 1545-0123

| Name | Employer identification number |
|---|---|
| PCI CONSULTANTS, INC. | ▮ |

**Note:** Complete Form 1125-E only if total receipts are $500,000 or more. See instructions for definition of total receipts.

| 1 | (a) Name of officer | (b) Social security number | (c) Percent of time devoted to business | Percent of stock owned | | (f) Amount of compensation |
|---|---|---|---|---|---|---|
| | | | | (d) Common | (e) Preferred | |
| | ANGELO PAPARELLA | ▮ | 100 % | 100 % | % | 120,000. |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |
| | | | % | % | % | |

| | | |
|---|---|---|
| **2** Total compensation of officers . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 120,000. |
| **3** Compensation of officers claimed on Form 1125-A or elsewhere on return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| **4** Subtract line 3 from line 2. Enter the result here and on Form 1120, page 1, line 12 or the appropriate line of your tax return . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 120,000. |

**BAA  For Paperwork Reduction Act Notice, see separate instructions.**
Form **1125-E** (Rev 10-2016)

Form **4562**

Department of the Treasury
Internal Revenue Servсе    (99)

**Depreciation and Amortization**
**(Including Information on Listed Property)**

► Attach to your tax return.

► Information about Form 4562 and its separate instructions is at *www.irs.gov/form4562*.

OMB No. 1545-0172

**2016**

Attachment
Sequence No. **179**

Name(s) shown on return

PCI CONSULTANTS, INC.

Business or activity to wh ch this form relates

Form 1120S

Identifying number

[REDACTED]

| Part I | **Election To Expense Certain Property Under Section 179** |
|---|---|

**Note:** *If you have any listed property, complete Part V before you complete Part I.*

| | | | |
|---|---|---|---|
| 1 | Maximum amount (see instructions) | **1** | |
| 2 | Total cost of section 179 property placed in service (see instructions) | **2** | |
| 3 | Threshold cost of section 179 property before reduction in limitation (see instructions) | **3** | |
| 4 | Reduction in limitation. Subtract line 3 from line 2. If zero or less, enter -0- | **4** | |
| 5 | Dollar limitation for tax year. Subtract line 4 from line 1. If zero or less, enter -0-. If married filing separately, see instructions | **5** | |

| 6 | **(a)** Description of property | **(b)** Cost (business use only) | **(c)** Elected cost |
|---|---|---|---|
| | | | |
| | | | |

| | | | |
|---|---|---|---|
| 7 | Listed property. Enter the amount from line 29 | **7** | |
| 8 | Total elected cost of section 179 property. Add amounts in column (c), lines 6 and 7 | **8** | |
| 9 | Tentative deduction. Enter the **smaller** of line 5 or line 8 | **9** | |
| 10 | Carryover of disallowed deduction from line 13 of your 2015 Form 4562 | **10** | |
| 11 | Business income limitation. Enter the smaller of business income (not less than zero) or line 5 (see instrs) | **11** | |
| 12 | Section 179 expense deduction. Add lines 9 and 10, but don't enter more than line 11 | **12** | |
| 13 | Carryover of disallowed deduction to 2017. Add lines 9 and 10, less line 12 ► | **13** | |

**Note:** *Don't use Part II or Part III below for listed property. Instead, use Part V.*

| Part II | **Special Depreciation Allowance and Other Depreciation (Don't include listed property.)** (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 14 | Special depreciation allowance for qualified property (other than listed property) placed in service during the tax year (see instructions) | **14** | |
| 15 | Property subject to section 168(f)(1) election | **15** | |
| 16 | Other depreciation (including ACRS) | **16** | |

| Part III | **MACRS Depreciation (Don't include listed property.)** (See instructions.) |
|---|---|

**Section A**

| | | | |
|---|---|---|---|
| 17 | MACRS deductions for assets placed in service in tax years beginning before 2016 | **17** | |
| 18 | If you are electing to group any assets placed in service during the tax year into one or more general asset accounts, check here | ► ☐ | |

**Section B — Assets Placed in Service During 2016 Tax Year Using the General Depreciation System**

| **(a)** Classification of property | **(b)** Month and year placed n service | **(c)** Basis for depreciat on (bus ness/investment use only — see nstruct ons) | **(d)** Recovery period | **(e)** Convent on | **(f)** Method | **(g)** Deprec at on deduction |
|---|---|---|---|---|---|---|
| **19 a** 3-year property | | | | | | |
| **b** 5-year property | | | | | | |
| **c** 7-year property | | | | | | |
| **d** 10-year property | | | | | | |
| **e** 15-year property | | | | | | |
| **f** 20-year property | | | | | | |
| **g** 25-year property | | | 25 yrs | | S/L | |
| **h** Residential rental | | | 27.5 yrs | MM | S/L | |
| property | | | 27.5 yrs | MM | S/L | |
| **i** Nonresidential real | | | 39 yrs | MM | S/L | |
| property | | | | MM | S/L | |

**Section C — Assets Placed in Service During 2016 Tax Year Using the Alternative Depreciation System**

| | | | | | | |
|---|---|---|---|---|---|---|
| **20 a** Class life | | | | | S/L | |
| **b** 12-year | | | 12 yrs | | S/L | |
| **c** 40-year | | | 40 yrs | MM | S/L | |

| Part IV | **Summary** (See instructions.) |
|---|---|

| | | | |
|---|---|---|---|
| 21 | Listed property. Enter amount from line 28 | **21** | 2,745. |
| 22 | **Total.** Add amounts from line 12, lines 14 through 17, lines 19 and 20 in column (g), and line 21. Enter here and on the appropriate lines of your return. Partnerships and S corporations — see instructions | **22** | 2,745. |
| 23 | For assets shown above and placed in service during the current year, enter the portion of the basis attributable to section 263A costs | **23** | |

BAA **For Paperwork Reduction Act Notice, see separate instructions.**

FDIZ0812L 01/24/17

EXHIBIT 20

Form **4562** (2016)

Form **4562** (2016)   PCI CONSULTANTS, INC.                                          Page **2**

| **Part V** | **Listed Property** (Include automobiles, certain other vehicles, certain aircraft, certain computers, and property used for entertainment, recreation, or amusement.) |
|---|---|

**Note:** *For any vehicle for which you are using the standard mileage rate or deducting lease expense, complete **only** 24a, 24b, columns (a) through (c) of Section A, all of Section B, and Section C if applicable.*

**Section A – Depreciation and Other Information (Caution:** *See the instructions for limits for passenger automobiles.***)**

**24a** Do you have evidence to support the business/investment use claimed?......... [X] Yes [ ] No **24b** If 'Yes,' is the evidence written?...... [X] Yes [ ] No

| (a) Type of property (list vehicles first) | (b) Date placed in service | (c) Business/ investment use percentage | (d) Cost or other basis | (e) Basis for depreciation (business/investment use only) | (f) Recovery period | (g) Method/ Convention | (h) Depreciation deduction | (i) Elected section 179 cost |
|---|---|---|---|---|---|---|---|---|
| **25** Special depreciation allowance for qualified listed property placed in service during the tax year and used more than 50% in a qualified business use (see instructions)..................... | | | | | | | **25** | |
| **26** Property used more than 50% in a qualified business use: | | | | | | | | |
| AUTO - '12 P | 2/02/13 | 82.50 | 22,844. | 18,846. | 5.0 | S/L  HY | 1,547. | |
| AUTO - '06 B | 5/12/15 | 100.0 | 3,744. | 3,744. | 5.0 | 200DB HY | 1,198. | |
| **27** Property used 50% or less in a qualified business use: | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **28** Add amounts in column (h), lines 25 through 27. Enter here and on line 21, page 1 ............... | | | | | | **28** | 2,745. | |
| **29** Add amounts in column (i), line 26. Enter here and on line 7, page 1.......................................... | | | | | | | **29** | 0. |

**Section B – Information on Use of Vehicles**

Complete this section for vehicles used by a sole proprietor, partner, or other 'more than 5% owner,' or related person. If you provided vehicles to your employees, first answer the questions in Section C to see if you meet an exception to completing this section for those vehicles.

| | | (a) Vehicle 1 | | (b) Vehicle 2 | | (c) Vehicle 3 | | (d) Vehicle 4 | | (e) Vehicle 5 | | (f) Vehicle 6 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **30** | Total business/investment miles driven during the year (**don't** include commuting miles).............................. | | | | | | | | | | | | |
| **31** | Total commuting miles driven during the year......... | | | | | | | | | | | | |
| **32** | Total other personal (noncommuting) miles driven............................. | | | | | | | | | | | | |
| **33** | Total miles driven during the year. Add lines 30 through 32...................... | | | | | | | | | | | | |
| | | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No | Yes | No |
| **34** | Was the vehicle available for personal use during off-duty hours?..................... | | | | | | | | | | | | |
| **35** | Was the vehicle used primarily by a more than 5% owner or related person?.......... | | | | | | | | | | | | |
| **36** | Is another vehicle available for personal use?............................ | | | | | | | | | | | | |

**Section C – Questions for Employers Who Provide Vehicles for Use by Their Employees**

Answer these questions to determine if you meet an exception to completing Section B for vehicles used by employees who **aren't** more than 5% owners or related persons (see instructions).

| | | Yes | No |
|---|---|---|---|
| **37** | Do you maintain a written policy statement that prohibits all personal use of vehicles, including commuting, by your employees?....................................................................................... | | |
| **38** | Do you maintain a written policy statement that prohibits personal use of vehicles, except commuting, by your employees? See the instructions for vehicles used by corporate officers, directors, or 1% or more owners.............. | | |
| **39** | Do you treat all use of vehicles by employees as personal use?..................................................... | | |
| **40** | Do you provide more than five vehicles to your employees, obtain information from your employees about the use of the vehicles, and retain the information received?............................................................. | | |
| **41** | Do you meet the requirements concerning qualified automobile demonstration use? (See instructions.)................. **Note:** *If your answer to 37, 38, 39, 40, or 41 is 'Yes,' don't complete Section B for the covered vehicles.* | | |

| **Part VI** | **Amortization** |
|---|---|

| (a) Description of costs | (b) Date amortization begins | (c) Amortizable amount | (d) Code section | (e) Amortization period or percentage | (f) Amortization for this year |
|---|---|---|---|---|---|
| **42** Amortization of costs that begins during your 2016 tax year (see instructions): | | | | | |
| | | | | | |
| | | | | | |
| **43** Amortization of costs that began before your 2016 tax year ............................................ | | | | **43** | |
| **44** **Total.** Add amounts in column (f). See the instructions for where to report........................... | | | | **44** | |

FDIZ0812L 01/24/17                                                     Form **4562** (2016)

EXHIBIT 24

PCI POST JUDGMENT PRODUCTION 000688

**BGL LLC**
Carr. 413 Km. 4.5 Int.
Rincón, P.R. 00677

**CERTIFICATION OF RESOLUTION**
**OF THE BOARD OF DIRECTORS**

I, CARLOS LEIZEROWICZ BRANDERBURG also known as CARLOS LEIZEROWICZ, of legal age, single, entrepreneur, proprietor, resident of Rincón, Puerto Rico, acting as Managing Member of BGL, LLC, a Domestic Limited Liability Company For Profit duly organized and existing under the laws of Puerto Rico, Register number 418694 with principal office in Rincón, Puerto Rico, and authorized to do business in Puerto Rico according to the certification of Department of State of Puerto Rico issued on November 15, 2018; certify that the following Resolution is a true and exact copy of the Resolution approved by the Managing Members, annotated in the minutes of the meeting of said Members Board on November 15, 2018 and which has not been cancelled nor modified.

"We hereby approve that CARLOS LEIZEROWICZ BRANDERBURG also known as CARLOS LEIZEROWICZ, of legal age, single, entrepreneur, proprietor, resident of Rincón, Puerto Rico on behalf and in representation of this Limited Liability Company to sign a Sale Deed in order to purchase and sign any document related to a property recorded in the property Registry of Puerto Rico, Aguadilla Section at page number two hundred forty one (241) of volume one hundred thirty three (133) of Rincón, property number six thousand four hundred forty two (6,442) described in Spanish Language as follows:

*SOLAR UNO: RUSTICA: Solar radicado en el barrio Puntas del término municipal de Rincón, Puerto Rico con una cabida de OCHO MIL CIENTO OCHENTA Y NUEVE PUNTO NUEVE MIL OCHOCIENTOS CUARENTA Y CINCO (8,189.9845) METROS CUADRADOS. En lindes por el Norte, en noventa y seis punto quince (96.15) metros con el remanente; por el Sur, en ciento trece punto cuarenta y uno (113.41) metros con camino de Uso Público y remanente; por el Este en sesenta y nueve punto cero siete (69.07) metros con remanente; y por el Oeste, en ciento trece punto cincuenta y siete (113.57) metros con Eduardo Martínez. NUMBERO DE CATASTRO: 095-020-228-20-000."*

CARLOS LEIZEROWICZ BRANDERBURG
also known as CARLOS LEIZEROWICZ
Managing Member

TESTIMONY NUMBER:  6,694

Sworn and subscribed before me by CARLOS LEIZEROWICZ BRANDERBURG also known as CARLOS LEIZEROWICZ whose personal circumstances are mentioned above and who I give faith to personally know.

In Rincón, Puerto Rico; on this day of November 20, 2018.

IGNARI MICHELLE ACEVEDO ROSARIO
PUBLIC NOTARY

EXHIBIT 21

PCI POST JUDGMENT PRODUCTION 000080

**PCI CONSULTANTS, INC.**
26500 West Agoura Road Suite 102-146
Calabasas, CA 91302
Tel. (818)-879-5800

CERTIFICATION OF RESOLUTION
OF THE BOARD OF DIRECTORS

I, ANGELO ANTHONY PAPARELLA also known as ANGELO A. PAPARELLA, of legal age, married with Carmen Aurora Paparella, businessman, managing member, and resident of Los Angeles, California of the United States of America, acting as Managing Member of PCI CONSULTANTS, INC. a corporation duly organized and existing under the California Corporation Code and laws of the United States of America, with principal office in the city of Calabasas, California of the United States of America, certify that the following Resolution is a true and exact copy of the Resolution approved by the Board of Directors, annoted in the minutes of the meeting of said Board on November sixth (6th.) of year two thousand eighteen (2018) and which has not been cancelled nor modified.

"We hereby approve that MILDRED LORENZO CRESPO, of legal age, single, employee, resident of Rincón, Puerto Rico, on behalf and in representation of this corporation to sell property, establish price and payment conditions, sign legal documents and public deeds, related to the sale of lot of land composed of 8,189.9845 square meters located at Puntas Ward of the municipality of Rincón, Puerto Rico and duly recorded at Property Registry, Aguadilla Section at page 241, volume 133 of Rincón, property number 6,442".

ANGELO ANTHONY PAPARELLA
Managing Member

STATE OF *California*
COUNTY OF *Los Angeles*

Subscribed and sworn to (or affirmed) before me on this 8 day of *Nov.*, 2018 by ANGELO ANTHONY PAPARELLA, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Seal

JOSEPH MINA
Notary Public – California
Los Angeles County
Commission # 2206645
My Comm. Expires Aug 19, 2021

NOTARY PUBLIC

EXHIBIT 21

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of _Los Angeles_ }

On _Nov. 8, 2018_ before me, _Joseph Mina, Notary Public_,
     *Date*                                *Here Insert Name and Title of the Officer*

personally appeared _Angelo Anthony Paparella_
                                    *Name(s) of Signer(s)*

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

JOSEPH MINA
Notary Public - California
Los Angeles County
Commission # 2206645
My Comm. Expires Aug 19, 2021

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _Joseph Mina_
              *Signature of Notary Public*

*Place Notary Seal and/or Stamp Above*

—————————— **OPTIONAL** ——————————

*Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**
Title or Type of Document: _Certification of Resolution_

Document Date: _____  Number of Pages: _____

Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

| Signer's Name: _____ | Signer's Name: _____ |
|---|---|
| ☐ Corporate Officer – Title(s): _____ | ☐ Corporate Officer – Title(s): _____ |
| ☐ Partner – ☐ Limited ☐ General | ☐ Partner – ☐ Limited ☐ General |
| ☐ Individual      ☐ Attorney in Fact | ☐ Individual      ☐ Attorney in Fact |
| ☐ Trustee      ☐ Guardian of Conservator | ☐ Trustee      ☐ Guardian of Conservator |
| ☐ Other: _____ | ☐ Other: _____ |
| Signer Is Representing: _____ | Signer Is Representing: _____ |

©2017 National Notary Association

EXHIBIT 21
PCI POST JUDGMENT PRODUCTION 000082

# PROMISSORY NOTE

$725,000                                                      November 21, 2018

FOR VALUE RECEIVED, the undersigned, Draconis Black, LLC, a Nevis limited liability company ("**Maker**"), having the address of Main Street 556, Charlestown, Nevis, West Indies, promises to pay to PCI Consultants, Inc., a California corporation (the "**Lender**"), having the address of 26500 West Agoura Road, Suite 102-146, Calabasas, California 91302, or order, the sum of $725,000 (the "**Principal Sum**"), together with interest on the unpaid Principal Sum at a rate of 6% per annum. All interest hereunder shall be calculated on the basis of a 365-day year.

This is an interest-only, balloon payment note, and the entire unpaid Principal Sum together with any and all accrued and unpaid interest hereunder shall be due and payable on November 21, 2033. Payments of accrued and unpaid interest shall be due and payable on July 1st of each calendar year, beginning with July 1, 2021. Payments of interest shall be made at Lender's address as specified above; provided, however, that such payments can never be made within the United States or any of its territorial possessions.

The note shall be accelerated and shall be due and payable immediately (shall become a demand note) if Maker fails to break ground on a real estate development project in Eastern Europe that will commit at least eighty percent of the loan amount.

This Promissory Note (this "**Note**") may be prepaid, either in whole or in part, at any time or from time to time without premium or penalty and without the consent of the Lender or the bearer of the Note. All payments of principal and interest with respect to this Note shall be without deduction, defense, setoff or counter claim, in lawful money of the United States of America in same day funds.

If any of the provisions of this Note shall be held to be invalid or unenforceable, the determination of invalidity or unenforceability of any such provision shall not affect the validity or enforceability of any other provision or provisions hereof.

This Note is for the sole and exclusive benefit of the Lender and of any party to whom the Lender may assign its rights under this Note; provided, however, that the Lender may not assign, sell or transfer any of its rights under this Note to any party who is a United States Person, as that term is defined in the United States Internal Revenue Code of 1986. The Lender or any of its permitted assignees may demand a repayment of this Note, in accordance with the other terms of this Note, simply by presenting this Note to Maker. Any person bearing this Note, other than Lender, will be irrefutably presumed to be a valid assignee of Lender's rights and interests if such person is not a United States Person. Any person bearing this Note, other than Lender, who is a United States Person, will be irrefutably presumed not to be a valid assignee.

EXHIBIT 22

PCI POST JUDGMENT PRODUCTION 001123

Maker's failure (i) to make any payment when it comes due, (ii) to commence the real estate development described above in the specified time frame, or (iii) payment of the Note within the United States, shall each constitute an Event of Default.

This Note shall be construed and enforced in accordance with the laws of the Island of Nevis.

IN WITNESS WHEREOF, Maker has caused this instrument to be executed as of the day and year first above written.

**MAKER:**

Draconis Black, LLC, a Nevis limited liability company

By: _____
Andras Kovacs, Manager

2

EXHIBIT 22
PCI POST JUDGMENT PRODUCTION 001124

# LOAN AGREEMENT

This Loan Agreement ("Loan Agreement") dated as of November 21, 2018, is by and between PCI Consultants, Inc., a California corporation ("Lender") and Draconis Black, LLC, a Nevis limited liability company ("Borrower") and is entered into with reference to the following facts.

WHEREAS, Borrower would like to borrow from Lender and Lender would like to lend to Borrower the sum of US$725,000, with a portfolio interest restriction, pursuant to the terms set forth in this Loan Agreement;

NOW, THEREFORE, the parties hereto agree as follows:

1.     Loan Amount and Purpose.   Lender hereby agrees to lend to Borrower, and Borrower agrees to borrow from Lender the sum of US$725,000, pursuant to the terms set forth in this Loan Agreement. Borrower intends to use loan proceeds for real estate development projects in Eastern Europe.

2.     Note.   Borrower shall deliver to Lender, contemporaneously with the execution of this Loan Agreement, a promissory note.  The note shall be in the principal amount of US$725,000. The note shall have a term of fifteen years and bear a stated interest rate of 6% per annum.  Interest on the note shall be and payable annually beginning on July 1, 2021, and continuing each calendar year thereafter on each July 1st, with the remaining principal and interest due and payable on November 21, 2033. If Borrower does not deploy at least 80% of the loan amount into a real estate project in Eastern Europe within two years from the date of this Agreement, the note shall be accelerated and shall be due and payable immediately.  Borrower understands and acknowledges that the loan is subject to an origination cost in the approximate amount of $29,000, and that only an approximate sum of $696,000 will be made available to Borrower.

3.     Portfolio Interest Loan.   The parties intend that this Loan Agreement and the related promissory notes constitute portfolio interest loans for United States income tax purposes.  To that end, each promissory note shall include the following text:

> This Note is for the sole and exclusive benefit of the Lender and of any party to whom the Lender may assign its rights under this Note; provided, however, that the Lender may not assign, sell or transfer any of its rights under this Note, voluntarily or involuntarily to any party who is a United States Person, as that term is defined in the United States Internal Revenue Code of 1986.  The Lender or any of its permitted assignees may demand a repayment of this Note, in accordance with the other terms of this Note, simply by presenting this Note to Maker.  Any person bearing this Note, other than Lender, will be irrefutably presumed to be a valid assignee of Lender's rights and interests if such person is not a United States Person.  Any person bearing this Note, other than Lender, who is a United States Person, will be irrefutably presumed not to be a valid assignee.

4.     Conditions to the Lender Loan.   Lender's obligation to advance any loan amount is subject to the conditions set forth below in this Paragraph 4.

EXHIBIT 22

The representations and warranties of Borrower set forth in Paragraph 5 herein shall be true on and as of the date of signing this Loan Agreement; and on such date, no Event of Default, as defined in Paragraph 8, below, and no condition, event, or act which with the giving of notice or the passage of time would constitute such an Event of Default shall have occurred and be continuing.

5.   <u>Representations and Warranties of Borrower</u>.  Borrower represents and warrants to Lender as follows:

A. Borrower has the requisite power and authority to execute this Loan Agreement and the notes.

B. There are no actions, suits, or proceedings, pending or, to the knowledge of Borrower, threatened against or affecting Borrower or the properties of Borrower, before any court or governmental department, commission or board, which, if determined adversely to Borrower, would have a material adverse effect on the financial condition, properties, or operations of Borrower.

C. Borrower is a limited liability company in good standing under the laws of the Island of Nevis.

6.   <u>Covenants of Borrower</u>.  So long as either note remains outstanding, Borrower covenants and agrees that, unless Lender shall otherwise consent in writing:

D. Borrower will maintain its books and records in accordance with generally-accepted accounting principles applied on a consistent basis.

E. Borrower will furnish such information and statements, lists of assets and liabilities, tax returns, and other reports with respect to Borrower's financial condition and business operations as Lender may reasonably request from time to time.

F. Borrower will comply with the representations and warranties and covenants contained in the Note, each of which representations and warranties and covenants are incorporated by reference herein.

7.   <u>Term</u>.  The provisions of this Loan Agreement shall remain in effect so long as any amounts are owing to Lender under the Note.

8.   <u>Events of Default</u>.  The following shall constitute "Events of Default" hereunder:

G. An Event of Default as defined in a note shall have occurred and be continuing and shall not have been waived in writing.

H. Any material representation or warranty made by Borrower to Lender shall prove to be at any time incorrect in any material respect.

-2-



EXHIBIT 22

PCI POST JUDGMENT PRODUCTION 001126

I.   Borrower shall default in the performance of any term, covenant, or agreement contained or incorporated by reference herein, and shall fail to cure such default within a five (5) day period after notice thereof.

J.   Subject to applicable cure or grace periods, there is a default under, or an event occurs which accelerates or allows for acceleration of any indebtedness of Borrower under any agreement with, or obligation to, Lender under any document or instrument representing or securing any such indebtedness or obligation, including without limitation this Loan Agreement, the notes, and the Security Agreement.

9.   Relationship of Parties.   **THE RELATIONSHIP BETWEEN BORROWER AND LENDER IS, AND AT ALL TIMES SHALL REMAIN, SOLELY THAT OF DEBTOR AND CREDITOR, AND SHALL NOT BE, OR BE CONSTRUED TO BE, A JOINT VENTURE, EQUITY VENTURE, PARTNERSHIP OR OTHER RELATIONSHIP OF ANY NATURE OTHER THAN DEBTOR AND CREDITOR.**

10.   Acceleration.   If an Event of Default shall occur, any indebtedness of Borrower under this Loan Agreement and the notes shall at Lender's option and without notice become immediately due and payable without presentment, notice, or demand, all of which are hereby waived by Borrower, and Lender shall have all rights and remedies under this Loan Agreement and the Note.

11.   Entire Agreement.   The notes and this Loan Agreement contain the entire agreement of the parties with respect to the subject matter hereof, and supersede any prior agreements or understandings, whether oral or written, of the parties.

12.   Changes.   Neither this Loan Agreement nor any provisions hereof may be changed, waived, discharged, or terminated orally, but only by a statement in writing signed by the party against which enforcement of the change, waiver, discharge, or termination is sought.

13.   Waiver.   No failure or delay on the part of Lender in exercising any right, power, or privilege under this Loan Agreement or the Note shall operate as a waiver thereof, nor shall any single or partial exercise of any right, power, or privilege under this Loan Agreement or the notes preclude any other or further exercise thereof or the exercise of any other right, power, or privilege.  The rights and remedies provided in and contemplated by this Loan Agreement or the notes are cumulative and not exclusive of any rights or remedies provided by law.  No single or partial exercise by Lender of any right or remedy shall preclude other or further exercise thereof or the exercise of any other right or remedy.

14.   Governing Law and Venue.   This Loan Agreement shall be governed by and construed in accordance with the laws of the Island of Nevis. This Agreement is performable in, and the exclusive venue for any action brought with respect hereto, shall lie in the Island of Nevis.

15.   Headings.   The headings contained in this Loan Agreement are for the purpose of convenience only and shall not be considered part of or in any way define, limit, construe, or describe the scope or intent of any paragraph of this Loan Agreement.

-3-



EXHIBIT 22
PCI POST JUDGMENT PRODUCTION 001127

16.    Counterparts. This Loan Agreement may be executed in one or more counterparts, each of which shall be considered an original and all of which, when taken together, shall constitute one and the same instrument.

17.    Assignment. No assignment of this Loan Agreement shall be valid without the written consent of the other party. Subject to the foregoing, this Loan Agreement shall be binding upon and inure to the benefit of the respective successors and assigns of the parties.

IN WITNESS WHEREOF, the parties hereto have caused this Loan Agreement to be executed as of the date first written above.

LENDER

PCI Consultants, Inc., a California corporation

By:
Name: Angelo Paparella
Title: President

BORROWER

Draconis Black, LLC, a Nevis limited liability company

By:
Name: Andras Kovacs
Title: Manager

-4-

EXHIBIT 22
PCI POST JUDGMENT PRODUCTION 001128

16.   <u>Counterparts</u>.  This Loan Agreement may be executed in one or more counterparts, each of which shall be considered an original and all of which, when taken together, shall constitute one and the same instrument.

17.   <u>Assignment</u>.  No assignment of this Loan Agreement shall be valid without the written consent of the other party.  Subject to the foregoing, this Loan Agreement shall be binding upon and inure to the benefit of the respective successors and assigns of the parties.

IN WITNESS WHEREOF, the parties hereto have caused this Loan Agreement to be executed as of the date first written above.

LENDER

PCI Consultants, Inc., a California corporation


By:_____
Name: Angelo <mark>Paparella</mark>
Title: President



BORROWER

Draconis Black, LLC, a Nevis limited liability company


By:_____
Name: Andras Kovacs
Title: Manager

-4-

EXHIBIT 22
PCI POST JUDGMENT PRODUCTION 001129



November 20, 2018

003895  L2ERGD26   401B DT *W&I*
CARLOS LEIZEROWICZ
P. O. BOX 598
RINCON PR        00677-0598

**Transaction Notice**

Account number ending in  8554

This notice confirms the following transaction(s) were recently made in your account. Please review the transaction(s) below. Thank you for the privilege of serving your investment needs.

| If this information is correct: | · No action is necessary. |
|---|---|
| If this information is incorrect: | · Call us at:    866-258-4606 |
| | · Write us at:    Wells Fargo Advisors<br>Client Services<br>Attn: H0005-087<br>1 N. Jefferson Ave<br>St. Louis, MO  63103 |
| If you have general questions or need to make changes to your account: | · Please contact your Financial Advisor |

**Investment products and services are offered through Wells Fargo Advisors Financial Network, LLC, (WFAFN).** Accounts are carried by Wells Fargo Clearing Services, LLC (WFCS). Wells Fargo Advisors is a trade name used by WFAFN and WFCS, Members SIPC, separate registered broker-dealers and non-bank affiliates of Wells Fargo & Company.

**Investments and insurance products are:**

| NOT FDIC-INSURED | NO BANK GUARANTEE | MAY LOSE VALUE |
|---|---|---|

4188072/OPSM-0017

EXHIBIT 22

PCI POST JUDGMENT PRODUCTION 001130

| Transaction Type | Date | Description of Transaction | Net Dollar Amount/ Number of Shares |
|---|---|---|---|
| Fed Funds Wire Transfer | 11/20/2018 | Cash | $696,072.57 |

| | |
|---|---|
| Payee Information | Receiving Firm Name: MAGYAR TAKAREKSZOVETKEZETI BANK RT.<br>Receiving Bank Country:   Hungary<br>Receiving Account Number:  ********************0000<br>Fed Reference Number:  1120I1B7033R015398<br>Beneficiary: PRIMUS TRUST ZRT<br>SZEPVOLGYI UT 6<br>1ST FLOOR<br>BUDAPEST<br>Hungary |

| Total Transfer Amount | | | Total Amount to Beneficiary | | |
|---|---|---|---|---|---|
| Transfer Amount: | US $ | $696,072.57 | Transfer Amount: | US $ | 696,072.57 |
| Wire Transfer Fee: | + | 40.00 | Other Fees: | - | 0.00 |
| Clearing Fee: | + | 0.00 | | | |
| Transfer Taxes: | + | 0.00 | | | |
| Total Transfer and Charges: | US $ | 696,112.57 | Total to Beneficiary: | US $ | 696,072.57 |
| | | | Availability Date: | | 11/28/2018 |

**Recipient may receive less due to fees charged by the recipient's bank and foreign taxes.**

**Beneficiary Account Number / Bank ID:** The beneficiary account number and beneficiary bank identification number (e.g. IBAN, RTN, or SWIFT BIC) you provided must be complete and accurate. **You could lose the entire transfer amount if this information is incorrect.**

**Disputes:** You have the right to dispute errors in your transaction. If you think there is an error, contact us at 866-258-4606 within 180 days of the Date Available at Receiving Location listed above. You can also contact us at the address listed on the first page of this notice, or at www.wellsfargoadvisors.com/disclosures/legal-disclosures.htm for a written explanation of your rights.

**Questions:** Prior to initiating this transaction, you received a pre-payment disclosure verbally with transactional details. For questions or complaints about Wells Fargo Advisors, you can contact the Consumer Financial Protection Bureau at 1-855-411-2372, 1-855-729-2372 (TTY / TDD) or at www.consumerfinance.gov.

EXHIBIT 22

PCI POST JUDGMENT PRODUCTION 001131