**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 15-CV-62688-SMITH/VALLE

FLORIDIANS FOR SOLAR CHOICE, INC., a Florida not for Profit corporation,

      Plaintiff,

v.

PCI CONSULTANTS, INC. and ANGELO PAPARELLA, individually,

      Defendants.

and

AAP HOLDING COMPANY, INC., a Delaware Corporation, BH-AP PETITIONING PARTNERS, LLC, a Delaware limited liability company, ANGELO PAPARELLA, individually, DANA GONZALEZ-APLIN, as Trustee of the BNVFBVN Trust. CARMEN G. PAPARELLA, individually, VMAMNTOP, LLC, a California limited liability Company,

      Defendants.
_____/

**SOLAR PARTIES' <u>UNOPPOSED</u> MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY TO DEFENDANTS' RESPONSE TO SOLAR PARTIES' MOTION TO COMPEL AAP, BH-AAP AND ANGELO PAPARELLA TO COMPLY WITH DISCOVERY (ECF NO. [229])**

Plaintiff/Judgment Creditor, FLORIDIANS FOR SOLAR CHOICE, INC. ("FSC"), and Judgment Creditor SOUTHERN ALLIANCE FOR CLEAN ENERGY, INC. ("SACE") (collectively, "Solar Parties" or "Plaintiff"), respectfully move for an enlargement of time to file a reply to Defendants' AAP HOLDING COMPANY, INC., ("AAP"), BH-AP PETITIONING PARTNERS ("BH-AP") and ANGELO PAPARELLA ("Paparella") (collectively referred to as "Defendants") *Response to Plaintiffs' Motion to Compel AAP, BH-AP and Angelo Paparella to Comply with Discovery* (ECF No. [229]), and in support state as follows:

1. On May 5, 2020, Solar Parties filed their Motion to Compel Defendants AAP, BH-AP and Angelo Paparella to Comply with Discovery and for Sanctions and Incorporated Memorandum of Law (the "Motion for Leave"). ECF No. [224].

2. On May 5, 2020, Defendants requested an Enlargement of Time for their response to be due on May 26, 2020 (ECF No. [227]) and on May 26, 2020, filed their Motion for Enlargement of time to file a response requesting an additional three (3) day extension. ECF No. [229]. Solar Parties did not oppose the relief sought in either Motion.

3. Defendants filed their response on May 29, 2020 (the "Response"). ECF No. [229].

4. On June 6, 2020, Solar Parties filed their Unopposed Motion for Leave to File a Reply to Defendants' Response ("Motion for Leave") (ECF No. [230]) and in the Motion sought additional time to file their reply, to June 12, 2020.

5. On June 1, 2020, this Court granted Solar Parties' Motion for Leave. ECF No. [232].

6. Solar Parties' reply is currently due on Friday, June 12, 2020.

7. Due to other litigation and appellate matters and deadlines, Plaintiffs' counsel is in need of a short enlargement of time to file its Reply. Solar Parties seeks an additional seven (7) day extension to and including Friday, June 19, 2020 to file their reply.

8. Counsel for the Defendants were contacted by email Thursday, June 11, 2020 and responded by email that Defendants do not oppose the granting of the relief requested in this Motion.

9. This Motion is made in good faith. No prejudice will result by the granting of this Motion.

**MEMORANDUM OF LAW**

Fed. R. Civ. P. 6(b) provides that, when an act may or must be done within a specified period of time, the Court, for good cause, may extend the time if a request is made, before the

original time or its extension expires. Fed. R. Civ. P. 6(b) is to be liberally construed to give litigants an opportunity to be heard and to have their day in court, so that justice can be served. *See, e.g.*, *Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108 (D.S.C. 1971).

As set forth above, the Solar Parties have shown good cause for the requested extension of time. Accordingly, the Solar Parties respectfully request that the Court grant this Motion, and allow them until Friday, June 19, 2020, in which to file their Reply to *Defendants' Response to Plaintiffs' Motion to Compel Discovery*. (ECF No. [229]).

## Certificate of Good Faith Conferral Pursuant to L.R. 7.1(a)(3)

The undersigned, Marshall Adams, counsel for Solar Parties, hereby certifies that he conferred with Christian S. Molnar, Esquire and Robert Kuntz, Esquire, counsels for Defendants, and by email dated Thursday, June 11, 2020, and Mr. Kuntz and Mr. Molnar both advised that the Defendants do not oppose the granting of the relief sought in this Motion.

>
> LUBELL & ROSEN, LLC
> 200 S. Andrews Ave, Suite 900
> Ft. Lauderdale, Florida 33301
> Phone: (954) 880-9500
> Fax: (954) 755-2993
> E-mail:MMA@lubellrosen.com
> Gary@lubellrosen.com
>
> By: *s/ Marshall A. Adams*
> Marshall A. Adams, Esquire
> Florida Bar No. 712426
>
> GRAYROBINSON, P.A.
> 401 East Las Olas Blvd., Suite 1000
> Fort Lauderdale, Florida 33301
> Telephone: (954) 761-8111
> Facsimile: (954) 761-8112
> Email: scott.cagan@gray-robinson.com
>
> By: */s/ Scott L. Cagan*
> Scott L. Cagan, Esquire
> Florida Bar No.: 822681
> *Co-Counsel for Plaintiff Floridians for Solar Choice, Inc. and Arbitration Claimant Southern Alliance for Clean Energy, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on June 11, 2020, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                               LUBELL ROSEN, LLC
                                               200 South Andrews Avenue, Suite 900
                                               Fort Lauderdale, FL 33301
                                               Telephone: 954-880-9500
                                               Facsimile:  954-755-2993

                                               By:___/s/ *Marshall A. Adams*_____
                                                     Marshall A. Adams, Esquire
                                                     Florida Bar No.: 712426
                                                     MAA@LubellRosen.com
                                                     Secondary emails
                                                     Gary@LubellRosen.com
                                                     *Co-Counsel for Plaintiff Floridians for*
                                                     *Solar Choice, Inc. and Arbitration Claimant*
                                                     *Southern Alliance for Clean Energy, Inc.*

## SERVICE LIST

Christian S. Molnar, Esq.
ARENDSEN CANE MOLNAR, LLP
315 South Beverly Drive
Suite 320
Beverly Hills, California 90212
cmolnar@arendsenlaw.com

Averil Andrews, Esq.
Robert Kuntz, Esq.
DEVINE GOODMAN & RASCO, LLP
2800 Ponce de Leon Blvd.
Suite 1400
Coral Gables, FL 33134
aandrews@devinegoodman.com
rkuntz@devinegoodman.com
*Counsel for Defendants PCI Consultants, Inc. and Angelo Paparella, AAP Holding Company, Inc., BH-AP Petitioning Partners, LLC, Dana Gonzalez-Aplin, as Trustee of the BNVFBVN Trust. Carmen G. Paparella, and Vmamntop, LLC*