UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-CV-62688-SMITH/VALLE

FLORIDIANS FOR SOLAR CHOICE,
INC., a Florida not for Profit corporation,

    Plaintiff,

v.

PCI CONSULTANTS, INC. and ANGELO
PAPARELLA, individually,

    Defendants.

and

AAP HOLDING COMPANY, INC., a Delaware
Corporation, BH-AP PETITIONING PARTNERS,
LLC, a Delaware limited liability company, and
ANGELO PAPARELLA, individually and DANA
GONZALEZ-APLIN, as Trustee of the BNVFBVN
Trust. CARMEN G. PAPARELLA, individually,
VMAMNTOP, LLC, A California limited liability
Company,

    Defendants.
_____/

**JOINT NOTICE THAT FSC'S AMENDED APPLICATION FOR ATTORNEY'S FEES (ECF NO. [242]), WHICH WAS TRANSFERRED BY ORDER OF 11th CIRCUIT TO DISTRICT COURT(ECF NO. [241]), IS FULLY BRIEFED AND RIPE FOR ADJUDICATION**

Plaintiff/Judgment Creditor, FLORIDIANS FOR SOLAR CHOICE, INC. ("FSC") and Defendant/Judgment Debtor PCI Consultants, Inc., ("PCI") (collectively, "the Parties") by and through undersigned counsel, hereby file this Notice that FSC's *Amended Application for Appellate Attorneys' Fees* (ECF No. [242])[1] filed in the United States Circuit Court of Appeals for

---

[1] FSC's Amended Application for Appellate Attorneys' Fees appears on PACER as ECF No. [242], *Motion for Attorney's Fees by Floridians for Solar Choice, Inc.*, which refers to the Order of Transfer, at ECF No. [241], which appends copies of all relevant documents, including FSC's *Amended Application for Attorneys' Fees,* PCI's *Objections to Appellee's Amended Application for Attorneys' Fees,* and FSC's *Reply in Support of its Amended Application for Appellate Attorneys' Fees.*

1

the Eleventh Circuit, Case Nos. 18-12907, 18-14366 was transferred on July 8, 2020 to the District Court for determination (ECF No. [241]) pursuant to 11th Cir. R. 39-2(d) and is fully briefed and ripe for adjudication.

    Respectfully submitted,

| | |
|---|---|
| **LUBELL ROSEN, LLC**<br>Museum Plaza, Suite 900<br>200 S. Andrews Avenue<br>Fort Lauderdale, FL 33301<br>Phone : (954) 880-9500<br>Fax: (954) 755-2993<br><br>By: ___/s/*Marshall A. Adams*_____<br>    Marshall A. Adams, Esquire<br>    MAA@LubellRosen.com<br>    Florida Bar No. 712426<br>    Joshua M. Bloom, Esquire<br>    JMB@LubellRosen.com<br>    Florida Bar No. 88559<br>    Amber L. Ruocco, Esquire<br>    ALR@LubellRosen.com<br>    Florida Bar No. 121669<br><br>    And<br><br>**GRAY ROBINSON, P.A.**<br>Co-Counsel for the FSC Parties<br>401 East Las Olas Blvd., Suite 1000<br>Fort Lauderdale, Florida 33301<br>Telephone: (954) 761-8111<br>Facsimile: (954) 761-8112<br><br>By: __/s/ *Scott L. Cagan*<br>    Scott L. Cagan, Esquire<br>    Florida Bar No.: 822681<br>    scott.cagan@gray-robinson.com<br>    Secondary email<br>    robin.burks@gray-robinson.com<br><br>*Attorneys for Plaintiff FSC and Claimant in Arbitration SACE* | **DEVINE GOOMAN & RASCO, LLP**<br>2800 Ponce de Leon Blvd., Suite 1400<br>Coral Gables, FL 33134<br>Phone : (305) 374-8200<br><br>By: __/s/ Robert J. Kuntz_____<br>    Robert J. Kuntz, Esquire<br>    rkuntz@devinegoodman.com<br>    Florida Bar No. 94668<br>    Averil Andrews, Esquire<br>    Florida Bar No. 105700<br>    aandrews@devinegoodman.com<br><br>    And<br><br>**ARENDSEN CANE MOLNAR LLP**<br>Beverly Hills—San Diego<br>315 S. Beverly Dr., Suite 320<br>Beverly Hills, CA 90212<br>Phone: (310) 299-8630 (Office)<br><br>By: /s/ Christian S. Molnar, Esquire<br>    *Admitted Pro Hac Vice*<br>    Cmolnar@arendsenlaw.com<br><br>*Attorneys for Defendants PCI Consultants, Inc., Angelo Paparella, AAP Holding Company, Inc., and BH-AP Petitioning Partners, LLC* |

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2020, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:   */s/ Marshall A. Adams*
Marshall A. Adams, Esquire
Florida Bar No.: 712426

## SERVICE LIST

Christian S. Molnar, Esq.
ARENDSEN CANE MOLNAR, LLP
315 South Beverly Drive
Suite 320
Beverly Hills, California 90212
cmolnar@arendsenlaw.com

Averil Andrews, Esq.
Robert Kuntz Esq.
DEVINE GOODMAN & RASCO, LLP
2800 Ponce de Leon Blvd.
Suite 1400
Coral Gables, FL 33134
aandrews@devinegoodman.com
Rkuntz@devinegoodman.com

*Counsel for Defendants PCI Consultants, Inc. and Angelo Paparella*