UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-CV-62688-SMITH/VALLE

FLORIDIANS FOR SOLAR CHOICE,
INC., a Florida not for Profit corporation,

    Plaintiff,

v.

PCI CONSULTANTS, INC. and ANGELO
PAPARELLA, individually,

    Defendants.

and

AAP HOLDING COMPANY, INC., a Delaware
Corporation, BH-AP PETITIONING PARTNERS,
LLC, a Delaware limited liability company, and
ANGELO PAPARELLA,

    Defendants.

_____/

**SOLAR PARTIES' <u>UNOPPOSED</u> MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO DEFENDANTS' OMNIBUS OBJECTIONS TO REPORT AND RECOMMENDATIONS (ECF NO. [248])**

Plaintiff/Judgment Creditor, FLORIDIANS FOR SOLAR CHOICE, INC. ("FSC"), and Judgment Creditor Southern Alliance For Clean Energy, Inc. ("SACE") (collectively, "Solar Parties"), by and through undersigned counsel, pursuant to Local Rule 7.1 (c), hereby move for an enlargement of time to respond to *Defendants'* PCI Consultants, Inc. ("PCI"), AAP Holding Company, Inc., ("AAP"), BH-AP Petitioning Partners ("BH-AP"), and Angelo Paparella ("Paparella") (collectively referred to as "Defendants") *Omnibus Objections to Report and Recommendations* (ECF No. [248]), and in support state as follows:

    1.    On July 20, 2020, Magistrate Judge Valle entered the Report and Recommendation. ECF No. [238].

1

2. On July 10, 2020, the Parties jointly moved for an extension of time to file their respective responses, through and including July 23, 2020. ECF No. [238].

3. On July 23, 2020, Defendants' filed their Omnibus Objections to Report and Recommendations. ECF No. [248].

4. Solar Parties' Response is due Thursday, August 6, 2020.

5. Due to the press of other litigation deadlines, Plaintiffs' Counsel on behalf of Solar Parties seek additional time, to and including Friday, August 21, 2020 to prepare and file their Response.

6. Solar Parties respectfully request an enlargement of time to file their Reply to Defendant's Response to and including Friday, August 21, 2020.

7. Counsel for the Defendants have been consulted by email dated August 5, 2020 and represented that Defendants do not oppose the granting of the relief requested in this Motion.

8. This Motion is made in good faith.  No prejudice will result by the granting of this Motion.

## MEMORANDUM OF LAW

Fed. R. Civ. P. 6(b) provides that, when an act may or must be done within a specified period of time, the Court, for good cause, may extend the time if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b) is to be liberally construed to give litigants an opportunity to be heard and to have their day in court, so that justice can be served. *See, e.g.*, *Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108 (D.S.C. 1971).

As set forth above, the Solar Parties have shown good cause for the requested extension of time. Accordingly, Solar Parties respectfully request that the Court grant this Motion, allowing them until August 21, 2020, in which to file their Response to *Defendants' Omnibus Objections to Report and Recommendations.* (ECF No. [248]).

Respectfully submitted this 6th day of August, 2020.

**Certificate of Good Faith Conferral Pursuant to L.R. 7.1(a)(3)**

The undersigned, Marshall Adams, counsel for Solar Parties, hereby certifies that he conferred with Christian S. Molnar, Esquire, counsel for Defendants, and by email dated Wednesday, August 5, 2020, and Mr. Molnar advised that the Defendants do not oppose the granting of the relief sought in this Motion, including the request for additional time to file the response.

LUBELL ROSEN, LLC
*Attorneys for Plaintiff FSC and Claimant in Arbitration SACE*
200 South Andrews Avenue, Suite 900
Fort Lauderdale, FL 33301
Telephone: 954-880-9500
Facsimile:  954-755-2993

By:     /s/ *Marshall A. Adams*
      Marshall A. Adams, Esquire
      Florida Bar No.: 712426
      MAA@LubellRosen.com
      Josh M. Bloom, Esq
      Florida Bar No.: 88559
      JMB@LubellRosen.com
      Amber L. Ruocco, Esq.
      Florida Bar No.: 121669
      ALR@LubellRosen.com
      Secondary emails
      Gary@LubellRosen.com

And

By:    */s/ Scott L. Cagan*
      Scott L. Cagan, Esquire
      Florida Bar No.: 822681
      GRAYROBINSON, P.A.
      401 East Las Olas Blvd., Suite 1000
      Fort Lauderdale, Florida 33301
      Telephone:  (954) 761-8111
      Facsimile:   (954) 761-8112
      Email: scott.cagan@gray-robinson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2020, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:    */s/ Marshall A. Adams*
       Marshall A. Adams

## **SERVICE LIST**

Christian S. Molnar, Esq.
ARENDSEN CANE MOLNAR, LLP
315 South Beverly Drive
Suite 320
Beverly Hills, California 90212
cmolnar@arendsenlaw.com

Robert J. Kuntz, Esq.
Averil Andrews, Esq.
DEVINE GOODMAN & RASCO, LLP
2800 Ponce de Leon Blvd.
Suite 1400
Coral Gables, FL 33134
rkuntz@devinegoodman.com
aandrews@devinegoodman.com

*Counsel for Defendants PCI Consultants, Inc., Angelo Paparella, AAP Holding Company, BH-AP Petitioning Partners*