UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-CV-62688-SMITH/VALLE

FLORIDIANS FOR SOLAR CHOICE,
INC., a Florida not for Profit corporation,

    Plaintiff,
v.

PCI CONSULTANTS, INC. and ANGELO
PAPARELLA, individually,

    Defendants.
and

AAP HOLDING COMPANY, INC., a Delaware
Corporation, BH-AP PETITIONING PARTNERS,
LLC, a Delaware limited liability company, and
ANGELO PAPARELLA,

    Defendants.
_____/

**SOLAR PARTIES' _UNOPPOSED_ MOTION FOR ENLARGEMENT OF TIME TO FILE A RESPONSE TO DEFENDANT PAPARELLA'S OBJECTIONS TO MAGISTRATE JUDGE'S RULINGS ON MOTIONS TO COMPEL DISCOVERY (ECF NO. [278])**

Plaintiff/Judgment Creditor, FLORIDIANS FOR SOLAR CHOICE, INC. ("FSC"), and Judgment Creditor Southern Alliance For Clean Energy, Inc. ("SACE") (collectively, "Solar Parties"), by and through undersigned counsel, pursuant to Local Rule 7.1 (c), hereby move for an enlargement of time to respond to *Defendant* [Angelo] *Paparella's* ("Paparella") *Objections to Magistrate Judge [Valle]'s Rulings on Motions to Compel Discovery* (ECF No. [278]), and in support state as follows:

1. On September 17, 2020, Magistrate Judge Valle entered her ruling granting Solar Parties' Motion to Compel AAP, BH-AP and Paparella to Comply with Discovery and For Sanctions (ECF No. [224]) and granting in part[1] Solar Parties' Motion to Compel Paparella to

---
[1] Magistrate Judge Valle reserved ruling on Requests numbered 70 through 74 of Solar Parties' Second Request for Production to Angelo Paparella as to any documents that may be protected attorney-client or work-product, after the production of a privilege log by Mr. Paparella.

1

Respond to Second Request for Production and For Sanctions (ECF No. [254]) ("Second Motion to Compel Paparella"). See paperless Order (ECF No. [266]); Hearing Transcript (ECF No. [273]).

2. On October 8, 2020, Defendant Angelo Paparella filed his Objections to Magistrate Judge's Rulings on Motions to Compel Discovery. ECF No. [278].

3. Solar Parties' Response is due Thursday, October 22, 2020.

4. Due to the press of other litigation deadlines, including court ordered mediation on October 22, 2020 and several doctor appointments and personal matters, Solar Parties' counsel seeks a one-week extension to prepare and file their Response.

5. Solar Parties respectfully request an enlargement of time to file their Reply to Defendant's Response to and including Thursday, October 29, 2020.

6. Counsel for the Defendants have been consulted by email dated October 19, 2020 and represented that Defendants do not oppose the granting of the relief requested in this Motion.

7. This Motion is made in good faith.  No prejudice will result by the granting of this Motion.

## MEMORANDUM OF LAW

Fed. R. Civ. P. 6(b) provides that, when an act may or must be done within a specified period of time, the Court, for good cause, may extend the time if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b) is to be liberally construed to give litigants an opportunity to be heard and to have their day in court, so that justice can be served. *See, e.g.*, *Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108 (D.S.C. 1971).

As set forth above, the Solar Parties have shown good cause for the requested extension of time. Accordingly, Solar Parties respectfully request that the Court grant this Motion, allowing them until October 19, 2020, in which to file their Response to *Defendant Angelo Paparella's Objections to Magistrate Judge [Valle]'s Rulings on Motions to Compel Discovery*. (ECF No. [278]).

2

Respectfully submitted this 19th day of October, 2020.

## Certificate of Good Faith Conferral Pursuant to L.R. 7.1(a)(3)

The undersigned, Marshall Adams, counsel for Solar Parties, hereby certifies that he conferred with Christian S. Molnar, Esquire, counsel for Defendants, and by email dated Monday, October 19, 2020, and Mr. Molnar advised that the Defendants do not oppose the granting of the relief sought in this Motion, including the request for additional time to file the response.

        LUBELL ROSEN, LLC
*Attorneys for Plaintiff FSC and Claimant in Arbitration SACE*
200 South Andrews Avenue, Suite 900
Fort Lauderdale, FL 33301
Telephone: 954-880-9500
Facsimile: 954-755-2993

By: /s/ *Marshall A. Adams*
    Marshall A. Adams, Esquire
    Florida Bar No.: 712426
    MAA@LubellRosen.com
    Josh M. Bloom, Esq
    Florida Bar No.: 88559
    JMB@LubellRosen.com
    Amber L. Ruocco, Esq.
    Florida Bar No.: 121669
    ALR@LubellRosen.com
    Secondary emails
    Gary@LubellRosen.com

    And

By: /s/ *Scott L. Cagan*
    Scott L. Cagan, Esquire
    Florida Bar No.: 822681
    GRAYROBINSON, P.A.
    401 East Las Olas Blvd., Suite 1000
    Fort Lauderdale, Florida 33301
    Telephone: (954) 761-8111
    Facsimile: (954) 761-8112
    Email: scott.cagan@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2020, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: ___*/s/ Marshall A. Adams*___
Marshall A. Adams

## SERVICE LIST

Christian S. Molnar, Esq.
ARENDSEN CANE MOLNAR, LLP
315 South Beverly Drive
Suite 320
Beverly Hills, California 90212
cmolnar@arendsenlaw.com

Robert J. Kuntz, Esq.
Averil Andrews, Esq.
DEVINE GOODMAN & RASCO, LLP
2800 Ponce de Leon Blvd.
Suite 1400
Coral Gables, FL 33134
rkuntz@devinegoodman.com
aandrews@devinegoodman.com

*Counsel for Defendants PCI Consultants, Inc., Angelo Paparella, AAP Holding Company, BH-AP Petitioning Partners*