# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-cv-62688-SMITH/Valle

FLORIDIANS FOR SOLAR CHOICE, INC.,
A Florida not for profit corporation,

 Plaintiff,

v.

PCI CONSULTANTS, INC., a California corp.,
and ANGELO PAPARELLA, individually,

 Defendants,
and

AAP HOLDING COMPANY, INC., a Delaware
Corporation, BH-AP PETITIONING PARTNERS,
LLC, a Delaware limited liability company,
ANGELO PAPARELLA, individually,

 Defendants.
_____/

## FSC'S NOTICE OF PREVIOUSLY AWARDED ATTORNEY'S FEES AND COSTS

Plaintiff/Judgment Creditor, Floridians for Solar Choice, Inc., ("FSC"), pursuant to the Court's Order (ECF No. [304]), hereby file its Notice of Previously Awarded Fees and Costs and state:

1. On July 8, 2020, Floridians for Solar Choice, Inc.'s ("FSC") filed its Amended Application for Appellate Attorneys' Fees (the "Motion") *see* ECF Nos. [241 & 242][1].

---

[1] *FSC's Amended Application for Appellate Attorneys' Fees* appears on PACER as ECF No. [242], Motion for Attorney's Fees by Floridians for Solar Choice, Inc., which refers to the *Order of Transfer*, at ECF No. [241], at which the briefing is found. They include *FSC's Amended Application for Attorneys' Fees*, *PCI's Objections to Appellee's Amended Application for Attorneys' Fees*, and *FSC's Reply in Support of its Amended Application for Appellate Attorneys' Fees,* along with all exhibits. All supporting documentation relating to the fee petition is contained therein.

2. Pursuant to this Court's January 11, 2021 paperless order (ECF No. [304]), Plaintiffs are required to provide notice of the case name and number of all federal cases decided in the Southern District of Florida within the past two years in which FSC's counsel was awarded attorneys' fees and costs.

3. The instant case – prior to transfer to District Judge Smith (Floridians for Solar Choice, Inc. v. PCI Consultants, Inc. et al.; Case No. 15-cv-62688-BLOOM/Valle) – is the only such case.

4. The date of the fee award: June 17, 2019.  Solar Parties were awarded $27,264 in attorneys' fees as sanctions for non-compliance with Court Orders compelling discovery. (*See* ECF No. [108], pursuant to Judge Bloom's Order on Third Motion to Compel and for Sanctions and Order to Show Cause, ECF No. [101] at 3, ¶ 2).

5. The hourly rate(s) requested and awarded to the individuals identified in the Motion:

   a. Marshall A. Adams, Esq., Partner, Lubell & Rosen, LLC: $450.00 for billable time, zero for no charged time, less courtesy discounts disclosed to the Court by Solar Parties' counsel.

   b. Jarad A. Gibson, Esq., Associate, Lubell & Rosen, LLC: $275.00 for billable time, zero for no charged time, less courtesy discounts disclosed to the Court by Solar Parties' counsel.

6. The award, as reflected by ECF No. [107], *Notice of Filing Declaration of Marshall A. Adams and Itemization of Fees,* was the exact amount requested for the Second and Third Motions to Compel, which request reflected the hourly rates listed above, less client discounts of 20% disclosed by Solar Parties' counsel. ($11,717.50 for the Second Motion to Compel (ECF No. [107-2] P. 5), $22,362.50 for the Third Motion to Compel (ECF No. [107-2] P. 8), subtotal $34,080

less 20% courtesy discounts ($34,080 x .80) or $27,264).

7. Neither Mr. Cagan nor Mr. Weill have been awarded fees in the United States District Court for the Southern District of Florida in the past two years.

Respectfully Submitted this 19th day of January 2021,

>LUBELL ROSEN, LLC
>*Attorneys for Plaintiff FSC and Claimant in Arbitration SACE*
>200 South Andrews Avenue, Suite 900
>Fort Lauderdale, FL 33301
>Telephone: 954-880-9500
>Facsimile: 954-755-2993
>
>By:     /s/ *Marshall A. Adams*
>         Marshall A. Adams, Esquire
>         Florida Bar No.: 712426
>         MAA@LubellRosen.com
>         Josh M. Bloom, Esquire
>         Florida Bar No.: 88559
>         JMB@lubellrosen.com
>         Amber L. Ruocco, Esquire
>         Florida Bar No.: 121669
>         ALR@LubellRosen.com
>         Secondary emails
>         Gary@LubellRosen.com
>         Anny@LubellRosen.com
>
>         And
>
>**GRAYROBINSON, P.A.**
>*Co-Counsel for Plaintiff FSC and Claimant in Arbitration SACE*
>401 East Las Olas Blvd., Suite 1000
>Fort Lauderdale, FL 33301
>Telephone: (954) 761-8111
>Facsimile: (954) 761-8112
>
>By:    */s/ Scott L. Cagan*
>         Scott L. Cagan, Esquire
>         Florida Bar No.: 822681
>         Email: scott.cagan@gray-robinson.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021 the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Marshall A. Adams*
Marshall A. Adams

## SERVICE LIST

Christian S. Molnar, Esq.
ARENDSEN CANE MOLNAR, LLP
315 South Beverly Drive
Suite 320
Beverly Hills, California 90212
cmolnar@arendsenlaw.com


Romney C. Rogers, Esq.
Joanne Larosiliere, Esq.
ROGERS, MORRIS & ZIEGLER LLP
1401 East Broward Boulevard, Suite 300
Fort Lauderdale, FL 33301
rcrogers@rmzlaw.com
lori@rmzlaw.com
jlarosiliere@rmzlaw.com
*Counsel for Defendants PCI Consultants, Inc., AAP Holding Company, Inc., BH-AP Petitioning Partners, LLC, and Angelo Paparella*