UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-CV-62688-SMITH/VALLE

FLORIDIANS FOR SOLAR CHOICE, INC., a Florida not for Profit corporation,

 Plaintiff,

v.

PCI CONSULTANTS, INC. and ANGELO PAPARELLA, individually,

 Defendants.

and

AAP HOLDING COMPANY, INC., a Delaware Corporation, BH-AP PETITIONING PARTNERS, LLC, a Delaware limited liability company, and ANGELO PAPARELLA,

 Defendants.
_____/

**SOLAR PARTIES' *UNOPPOSED* MOTION FOR ENLARGEMENT OF TIME TO FILE A REPLY TO DEFENDANTS, PCI, AAP, BH-AP, and PAPARELLA'S OPPOSITION TO SOLAR PARTIES' MOTION PURSUANT TO FLA. STAT. § 56.29 FOR ENTRY OF AN ORDER FOR IMPLEADER OF THIRD-PARTY 2020 BALLCAMP, LLC AND ISSUANCE OF NOTICE TO APPEAR**

 Plaintiff/Judgment Creditor, FLORIDIANS FOR SOLAR CHOICE, INC. ("FSC"), and Judgment Creditor Southern Alliance For Clean Energy, Inc. ("SACE") (collectively, "Solar Parties"), by and through undersigned counsel, pursuant to Local Rule 7.1 (c), hereby move for an enlargement of time to Reply to Defendants, PCI Consultants Inc. ("PCI"), Angelo Paparella, ("Paparella"), AAP Holding Company, Inc., ("AAP"), and BH-AP Petitioning Partners, LLC's ("BH-AP") *Objections to Plaintiff/Judgment Creditor's Motion Pursuant to Fla. Stat. § 56.29 for Entry of an Order for Impleader of Third Party 2020 Ballcamp, LLC and Issuance of Notice to Appear* (ECF No. [319]) and in support state as follows:

1

1.	On February 26, 2021, Plaintiff/Judgement Creditor, Solar Parties filed their *Motion Pursuant to Fla. Stat. § 56.29 for Entry of an Order for Impleader of Third Party 2020 Ballcamp, LLC and Issuance of Notice to Appear* ("Motion") (ECF No. [309]). Defendants' Response was due on or about March 12, 2021.

2.	On March 11, 20201, Defendants requested a ten (10) day extension of the Response deadline to and including Monday, March 22, 2021 (ECF No. [319]), which Solar Parties did not oppose and was granted by this Court by Paperless Order on Friday, March 12, 2021. (ECF No. [313]).

3.	On March 22, 2021, Defendants filed their *Objections to Plaintiff/Judgment Creditor's Motion Pursuant to Fla. Stat. § 56.29 for Entry of an Order for Impleader of Third Party 2020 Ballcamp, LLC and Issuance of Notice to Appear* ("Response") (ECF No. [319]) therefore, Solar Parties' Reply is due on Tuesday, March 30, 2021.

4.	Due to the press of other litigation deadlines, including this matter, and personal matters, Solar Parties' counsel seeks a 10 day extension to prepare and file their Reply.

5.	Solar Parties respectfully request an enlargement of time to file their Reply to Defendants' Response to and including Friday, April 9, 2021.

6.	 Counsel for the Defendants have been consulted by email dated Wednesday, March 24, 2021 and represented that Defendants do not oppose the granting of the relief requested in this Motion.

7.	This Motion is made in good faith. No prejudice will result by the granting of this Motion.

**MEMORANDUM OF LAW**

Fed. R. Civ. P. 6(b) provides that, when an act may or must be done within a specified period of time, the Court, for good cause, may extend the time if a request is made, before the original time or its extension expires. Fed. R. Civ. P. 6(b) is to be liberally construed to give litigants an opportunity to be heard and to have their day in court, so that justice can be served. *See, e.g., Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108 (D.S.C. 1971).

As set forth above, the Solar Parties have shown good cause for the requested extension of time. Accordingly, Solar Parties respectfully request that the Court grant this Motion, allowing them until Friday, April 9, 2021, in which to reply to Defendants PCI, AAP, BH-AP, and Angelo Paparella's First Set of Request for Admissions, First Set of Interrogatories, and First Demand for Identification and Production of Documents.

Respectfully submitted this 25th day of March, 2021.

**Certificate of Good Faith Conferral Pursuant to L.R. 7.1(a)(3)**

The undersigned, Marshall Adams, counsel for Solar Parties, hereby certifies he conferred Christian S. Molnar, Esquire, counsel for Defendants, by email on March 25, 2021 and Mr. Molnar advised that the Defendants do not oppose the granting of the relief sought in this Motion, including the request for additional time to file the response.

> LUBELL ROSEN, LLC
> *Attorneys for Plaintiff FSC and Claimant in Arbitration SACE*
> 200 South Andrews Avenue, Suite 900
> Fort Lauderdale, FL 33301
> Telephone: 954-880-9500
> Facsimile:  954-755-2993
>
> By:___/s/ *Marshall A. Adams*_____
> Marshall A. Adams, Esquire
> Florida Bar No.: 712426
> MAA@LubellRosen.com
> Josh M. Bloom, Esquire

3

Florida Bar No.: 88559  
JMB@LubellRosen.com  
Amber L. Ruocco, Esquire  
Florida Bar No.: 121669  
ALR@LubellRosen.com  
Secondary emails  
Gary@LubellRosen.com  

And

By: __/s/ Scott L. Cagan__  
Scott L. Cagan, Esquire  
Florida Bar No.: 822681  
GRAYROBINSON, P.A.  
401 East Las Olas Blvd., Suite 1000  
Fort Lauderdale, Florida 33301  
Telephone: (954) 761-8111  
Facsimile: (954) 761-8112  
Email: scott.cagan@gray-robinson.com  

## CERTIFICATE OF SERVICE

I hereby certify that on March 25, 2021, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: __/s/ Marshall A. Adams__  
Marshall A. Adams

**SERVICE LIST**

Christian S. Molnar, Esq.
Tiffany Luu, Esq.
ARENDSEN CANE MOLNAR, LLP
315 South Beverly Drive
Suite 320
Beverly Hills, California 90212
cmolnar@arendsenlaw.com
tluu@arendsenlaw.com

Romney C. Rogers, Esq.
Joanne Larosiliere, Esq.
ROGERS, MORRIS & ZIEGLER LLP
1401 East Broward Boulevard, Suite 300
Fort Lauderdale, FL 33301
rcrogers@rmzlaw.com
lori@rmzlaw.com
jlarosiliere@rmzlaw.com
*Counsel for Defendants PCI Consultants, Inc., AAP Holding Company, Inc., BH-AP Petitioning Partners, LLC, and Angelo Paparella*