**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 15-CV-62688-SMITH/VALLE

FLORIDIANS FOR SOLAR CHOICE, INC., a Florida not for Profit corporation,

    Plaintiff,

v.

PCI CONSULTANTS, INC. and ANGELO PAPARELLA, individually,

    Defendants.

and

AAP HOLDING COMPANY, INC., a Delaware Corporation, BH-AP PETITIONING PARTNERS, LLC, a Delaware limited liability company, and ANGELO PAPARELLA,

    Defendants.
_____/

## SOLAR PARTIES' MOTION FOR A CASE MANAGEMENT CONFERENCE/STATUS CONFERENCE BEFORE JUDGE SMITH

Plaintiff Floridians for Solar Choice, Inc. ("FSC") and Arbitration Claimant Southern Alliance for Clean Energy, Inc. ("SACE") (collectively, the "Solar Parties"), through undersigned counsel, respectfully move for a case management conference/status conference before Judge Smith and state:

1. Solar Parties moved to commence these proceedings supplementary on April 23, 2019 (ECF No. [86]) to enforce a judgment entered on September 18, 2018 (ECF No. [50]) by the Hon. Beth Bloom for over $2 million, based on an arbitration award against PCI Consultants, Inc.

2. This Court subsequently instituted these Proceedings Supplementary and impleaded Defendants Angelo Paparella, AAP Holding Company, Inc. and BH-AP Petitioning Partners, LLC. ECF No. [95].

1

3. The operative pleadings are Solar Parties' Third Amended Supplemental Complaint (ECF No. [277]) and Impleaded Defendants' Answer to Third Amended Supplemental Complaint dated November 11, 2020.

4. There is also a pending motion to implead 2020 Ballcamp LLC, (ECF No. [309]) and Plaintiffs intend to file a Fourth Amended Supplemental Complaint adding 2020 Ballcamp, LLC, and Solar Parties expect that all of the pleadings, which are at issue as to all of the previously implead parties, will be fully closed in short order.

5. The Solar Parties request that the Court hold a case management/status conference on two matters:

   a. *Defendant Angelo Paparella's Objections to Magistrate Judge [Valle]'s Rulings on [Plaintiffs'] Motions to Compel Discovery*, ECF No. [278] (the "Objections"). Solar Parties filed its *Response to Paparella's Objections* (the "Response") on October 29, 2020. ECF No [285]. The matter is fully briefed and ripe for determination by the Court. The conference requested herein would be to ascertain if Court requires any additional information on the issues briefed in the Objections and Response, and to address any questions the Court may have. Pursuant to Judge Magistrate Valle's paperless Order, ECF No. [292], a stay is in place with respect to the discovery Magistrate Valle ordered Paparella to produce, pending the district court's resolution of Paparella's Objections.

   b. To request a scheduling order and trial/final hearing date, as to not only the current Defendants, but also as to 2020 Ballcamp, LLC.

6. Accordingly, the Parties request that the case management/status conference requested herein be set for as soon as the Court's calendar permits.

WHEREFORE, the Solar Parties request that this Court set a case management/status conference and any grant such other relief as this Court deems just and proper.

Respectfully submitted this 17th day of June, 2021.

**Certificate of Good Faith Conferral Pursuant to L.R. 7.1(a)(3)**

The undersigned, Marshall Adams, Esquire, counsel for Solar Parties, hereby certifies that he, along with Amber Ruocco, Esquire and co-counsel Scott Cagan, Esquire all attempted to obtain agreement to the relief sought herein. Christian S. Molnar, Esquire, and Tiffany Luu, Esquire, counsel for Defendants, were contacted by email on June 7, June 8, and June 9, 2021, and conferred with Scott Cagan, Esquire and Amber Ruocco, Esquire by telephone on June 11, 2021. Follow up emails were sent on June 16 and 17, 2021. By email dated June 17, 2021, Defendants' counsel advised that they oppose the motion.

LUBELL ROSEN, LLC
*Attorneys for Plaintiff FSC and Claimant in Arbitration SACE*
200 South Andrews Avenue, Suite 900
Fort Lauderdale, FL 33301
Telephone: 954-880-9500
Facsimile: 954-755-2993

By: ___/s/ *Marshall A. Adams*___
　　Marshall A. Adams, Esquire
　　Florida Bar No.: 712426
　　MAA@LubellRosen.com
　　Josh M. Bloom, Esq
　　Florida Bar No.: 88559
　　JMB@LubellRosen.com
　　Amber L. Ruocco, Esq.
　　Florida Bar No.: 121669
　　ALR@LubellRosen.com
　　Secondary emails
　　Gary@LubellRosen.com

　　And

By: ___/s/ *Scott L. Cagan*___
　　Scott L. Cagan, Esquire
　　Florida Bar No.: 822681

3

GRAYROBINSON, P.A.<br>
401 East Las Olas Blvd., Suite 1000<br>
Fort Lauderdale, Florida 33301<br>
Telephone:  (954) 761-8111<br>
Facsimile:   (954) 761-8112<br>
Email: scott.cagan@gray-robinson.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 17, 2021, the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By:  */s/ Marshall A. Adams*
     Marshall A. Adams

## SERVICE LIST

Christian S. Molnar, Esq.
Tiffany Luu, Esq.
ARENDSEN CANE MOLNAR, LLP
315 South Beverly Drive
Suite 320
Beverly Hills, California 90212
cmolnar@arendsenlaw.com
tluu@arendsenlaw.com

Romney C. Rogers, Esq.
Joanne Larosiliere, Esq.
ROGERS, MORRIS & ZIEGLER LLP
1401 East Broward Boulevard, Suite 300
Fort Lauderdale, FL 33301
rcrogers@rmzlaw.com
lori@rmzlaw.com
jlarosiliere@rmzlaw.com
*Counsel for Defendants PCI Consultants, Inc., AAP Holding Company, Inc., BH-AP Petitioning Partners, LLC, and Angelo Paparella*