UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-62688-CIV-SMITH

FLORIDIANS FOR SOLAR
CHOICE, INC.,

      Plaintiff,
v.

PCI CONSULTANTS, INC., *et al.*,

      Defendants.
_____/

## AMENDED ORDER ON SHOW CAUSE HEARING

Pursuant to the Parties' Stipulation to Deposit Court Ordered $2,275,000 Into Lubell Rosen Trust Account Pending Conclusion of Settlement Negotiations [DE 346], the Court notes that all parties agree that if full settlement is not reached between the parties by December 3, 2021, Plaintiffs are required to deposit in the Court's registry, Two Million Two Hundred and Seventy-Five Thousand Dollars ($2,275,000) by noon on Friday, December 3, 2021.

It is therefore **ORDERED** that:

1. In lieu of depositing in the Court's registry, Two Million Two Hundred and Seventy-Five Thousand Dollars, ($2,275,000.00) pursuant to the Court's Order [DE 344], Defendant Angelo Paparella shall wire Two Million Two Hundred and Seventy-Five Thousand Dollars, ($2,275,000.00) to the Trust Account for Plaintiffs' counsel, Lubell Rosen's, **with no exceptions**, on or before Friday November 19, 2021, at noon, pending conclusion of settlement negotiations on or before 11:00 a.m. on December 3, 2021.

2. If full settlement is not reached between the parties by 11:00 a.m. on December 3, 2021, Plaintiffs are required to deposit in the Court's registry Two Million Two Hundred and Seventy-Five Thousand Dollars ($2,275,000) by noon on Friday, December 3, 2021.

3. All other rulings in this Court's Order on Show Cause Hearing, [DE 344] remain

in full force and effect.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida this 19<u>th</u> day of November 2021.

                                                                                                  RODNEY SMITH
                                                                                                  UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of record