UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 15-CV-62688-SMITH/VALLE

FLORIDIANS FOR SOLAR CHOICE, INC.,
a Florida not for Profit corporation,

    Plaintiff,

v.

PCI CONSULTANTS, INC. and ANGELO
PAPARELLA, individually,

    Defendants.
_____/

**SATISFACTION OF JUDGMENT AS TO FINAL CORRECTED JUDGMENT**

    Plaintiff/Judgment Creditor, Floridians for Solar Choice, Inc. ("FSC"), and Judgment Creditor Southern Alliance for Clean Energy, Inc. ("SACE") (collectively, "Solar Parties"), by and through its undersigned counsel, the owner and holder of certain judgments rendered in the above-captioned civil action in the United States District Court for the Southern District of Florida, Case No. 15-CV-62688-SMITH/VALLE, against Defendant, PCI CONSULTANTS, INC., pursuant to the Court's Final Judgment (DE 46), and corrected pursuant to the Corrected Final Judgment (DE 50), as described fully below.

1. The Court issued a Final Judgment in favor of Solar Parties in the amount of Two Million Fifteen Thousand Eight Hundred and Ninety-Three Dollars and 78/100 ($2,015,893.78) on September 13[1], 2018 (DE 46).

---

[1] Executed by the Court on September 12, 2018, and entered in the docket on September 13, 2018.

2. The Court then issued a Corrected Final Judgment on September 19, 2018 (DE 50) in the total amount of Two Million Fifteen Thousand Eight Hundred and Ninety-Three Dollars and 78/100 ($2,015,893.78).

Plaintiff hereby acknowledges that the sums due under it have been paid and that final judgment is hereby satisfied and is canceled and satisfied of record. Plaintiff, to the best of its knowledge, has not recorded this judgment.

Dated: January 7, 2022.

Respectfully Submitted,

**Lubell Rosen LLC**
200 S. Andrews Ave., Suite 900
Fort Lauderdale, FL 33301
(954) 880-9500

By: _/s/Marshall A. Adams_
   Marshall A. Adams, Esq.
   MAA@LubellRosen.com
   Florida Bar No. 712426

**GrayRobinson, P.A.**
401 E. Las Olas Blvd., Suite 1000
Fort Lauderdale, FL 33301
(954) 761-8111
Scott Lawrence Cagan, Esq.
scott.cagan@gray-robinson.com
Florida Bar No. 822681

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 7, 2022, the foregoing document is being served this day on all counsel of record identified on the below Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                By: */s/ Marshall Adams*
                                                        Marshall A. Adams, Esquire
                                                        Florida Bar No. 712426
                                                        maa@lubellrosen.com

## SERVICE LIST

**ARENDSEN CANE MOLNAR, LLP**
*Counsel for Defendants*
Christian S. Molnar, Esq.
315 South Beverly Drive, Suite 320
Beverly Hills, California 90212
Telephone: (310) 299-8630
cmolnar@arendsenlaw.com


Romney C. Rogers, Esq.
Joanne Larosiliere, Esq.
ROGERS, MORRIS & ZIEGLER LLP
1401 East Broward Boulevard, Suite 300
Fort Lauderdale, FL 33301
rcrogers@rmzlaw.com
lori@rmzlaw.com
jlarosiliere@rmzlaw.com
*Counsel for Defendants PCI Consultants, Inc., AAP Holding Company, Inc., BH-AP Petitioning Partners, LLC, and Angelo Paparella*